# EXHIBIT 1

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, August 3, 2015 11:00 PM |
| **To:** | abufalino@vedderprice.com |
| **Cc:** | hmiller@vedderprice.com ; ipdocket@vedderprice.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1349997: TILT: Docket/Reference No. 00620000002 |

**Serial Number:** 73410259
**Registration Number:** 1349997
**Registration Date:** Jul 16, 1985
**Mark:** TILT
**Owner:** NICKELS AND DIMES INCORPORATED

Aug 3, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73410259.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  1349997      SERIAL NO:  73/410259      MAILING DATE:  09/20/2004
REGISTRATION DATE:  07/16/1985
MARK:  TILT
REGISTRATION OWNER:  NICKELS AND DIMES INCORPORATED

**CORRESPONDENCE ADDRESS:**
ANGELO J. BUFALINO
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 NORTH LASALLE STREET - 24TH FLOOR
CHICAGO IL 60601

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

**********************************************

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

**********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
041.

SMITH, WYE J
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

 

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1349997        SERIAL NO. 73/410259        PAPER NO.
                                                              MAILING DATE: 12/03/90

MARK: TILT

REGISTRANT: NICKELS AND DIMES INCORPORATED

CORRESPONDENCE ADDRESS:                     Please furnish the following
  ANGELO J. BUFALINO                         in all correspondence:
  LOCKWOOD, ALEX, FITZGIBBON & CUMMINGS      1.  Your phone number and zip code.
  SUITE 1700                                 2.  Mailing date of this action.
  ONE FIRST NATIONAL PAZA                    3.  Affidavit-Renewal Examiner's name.
  CHICAGO, IL  60602                         4.  The address of all correspondence
                                                 not containing fees should include
                                                 the words "Box 5".
                                             5.  Registration No.


        RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

        SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

        SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

        YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.


                        WYE JEAN SMITH
                        AFFIDAVIT-RENEWAL EXAMINER
                        TRADEMARK EXAMINING OPERATION
                        (703) 557-1989

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,349,997

## United States Patent and Trademark Office

Registered July 16, 1985

## SERVICE MARK
### PRINCIPAL REGISTER

## TILT

NICKELS AND DIMES INCORPORATED (ILLI-
  NOIS CORPORATION)
8350 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

FOR: PROVIDING AMUSEMENT ARCADE
GAME FACILITY ENTERTAINMENT SERV-
ICES, IN CLASS 41 (U.S. CL. 107).
FIRST USE 2–0–1977; IN COMMERCE
2–0–1977.

SUBJECT TO CONCURRENT USE PRO-
CEEDINGS WITH TILT, INC. APPLICANT
CLAIMS EXCLUSIVE USE OF THE MARK FOR
THE ENTIRE U.S. WITH THE EXCEPTION OF
SOUTH DAKOTA, NORTH DAKOTA AND
MONTANA.

SER. NO. 410,259, FILED 1–21–1983.

JAMES H. JOHNSON, EXAMINING ATTORNEY

# EXHIBIT 2

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Friday, August 6, 2021 11:01 PM
**To:** abufalino@vedderprice.com
**Cc:** ipdocket@vedderprice.com ;  phack@vedderprice.com
**Subject:** Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4758443: TILT: Docket/Reference No. 00620000072

**U.S. Serial Number:**  86235796
**U.S. Registration Number:**  4758443
**U.S. Registration Date:**  Jun 23, 2015
**Mark:**  TILT
**Owner:**  Nickels and Dimes Incorporated

Aug 6, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=86235796&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=86235796&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# TILT

**Reg. No. 4,758,443**

**Registered June 23, 2015**

NICKELS AND DIMES INCORPORATED (ILLINOIS CORPORATION)
4534 OLD DENTON ROAD
CARROLLTON, TX 75010

**Int. Cl.: 41**

FOR: PROVIDING AMUSEMENT ARCADE GAME FACILITY ENTERTAINMENT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 2-0-1977; IN COMMERCE 2-0-1977.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,349,997.

SER. NO. 86-235,796, FILED 3-28-2014.

JULIE VEPPUMTHARA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.\*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at**  http://www.uspto.gov.

# EXHIBIT 3

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Sunday, January 23, 2022 11:14 PM
**To:** abufalino@vedderprice.com
**Cc:** phack@vedderprice.com ; ipdocket@vedderprice.com
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4082468: TILT STUDIO: Docket/Reference No. 00620000053

**U.S. Serial Number:** 85224579
**U.S. Registration Number:** 4082468
**U.S. Registration Date:** Jan 10, 2012
**Mark:** TILT STUDIO
**Owner:** Nickels and Dimes Incorporated

Jan 23, 2022

**NOTICE OF ACCEPTANCE UNDER SECTION 8**

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9**

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 041, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS**

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85224579&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85224579&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, January 11, 2018 11:01 PM |
| **To:** | abufalino@vedderprice.com |
| **Cc:** | hmiller@vedderprice.com ;  ipdocket@vedderprice.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4082468: TILT STUDIO: Docket/Reference No. 00620000053 |

**U.S. Serial Number:**  85224579
**U.S. Registration Number:**  4082468
**U.S. Registration Date:**  Jan 10, 2012
**Mark:**  TILT STUDIO
**Owner:**  Nickels and Dimes Incorporated

Jan 11, 2018

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 041, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85224579&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85224579&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85224579 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (041)(current)** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | |
| Entertainment services in the nature of amusement arcade game facility; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; entertainment services, namely, arranging and providing rides and attractions for children, miniature golf and bowling; entertainment services, namely, providing food and concessions relating to such entertainment services | |
| FILING BASIS | Section 1(a) |
|   FIRST USE ANYWHERE DATE | At least as early as 04/15/2010 |
|   FIRST USE IN COMMERCE DATE | At least as early as 04/15/2010 |
| **GOODS AND/OR SERVICES SECTION (041)(proposed)** | |
| INTERNATIONAL CLASS | 041 |
| TRACKED TEXT DESCRIPTION | |
| ~~Entertainment services in the nature of amusement arcade game facility~~; entertainment services in the nature of amusement arcade game facilities; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; ~~entertainment services, namely, arranging and providing rides and attractions for children, miniature golf and bowling~~; entertainment services, namely, arranging and providing rides and theme park attractions for children, miniature golf facilities, and bowling alleys; ~~entertainment services, namely, providing food and concessions relating to such entertainment services~~ | |
| FINAL DESCRIPTION | |
| entertainment services in the nature of amusement arcade game facilities; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; entertainment services, namely, arranging and providing rides and theme park attractions for children, miniature golf facilities, and bowling alleys | |
| FILING BASIS | Section 1(a) |
|   FIRST USE ANYWHERE DATE | At least as early as 04/15/2010 |
|   FIRST USE IN COMMERCE DATE | At least as early as 04/15/2010 |
| **GOODS AND/OR SERVICES SECTION (035)(class added)** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | concession stands featuring food and souvenirs |
| FILING BASIS | Section 1(a) |
|   FIRST USE ANYWHERE DATE | At least as early as 04/15/2010 |
|   FIRST USE IN COMMERCE DATE | At least as early as 04/15/2010 |
| | **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"**_[for an_ |

| STATEMENT TYPE | application based on Section 1(a), Use in Commerce] OR "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" [for an application based on Section 1(b) Intent-to-Use]. |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\852\245\85224579\xml5\ ROA0002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\852\245\85224579\xml5\ ROA0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\852\245\85224579\xml5\ ROA0004.JPG |
| SPECIMEN DESCRIPTION | photographs taken of concession stand showing use of the mark |

## GOODS AND/OR SERVICES SECTION (043)(class added)

| INTERNATIONAL CLASS | 043 |
|---|---|
| DESCRIPTION | providing food at amusement parks |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 12/31/2010 |
|    FIRST USE IN COMMERCE DATE | At least as early as 12/31/2010 |
| STATEMENT TYPE | "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application**"[for an application based on Section 1(a), Use in Commerce] OR "**The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" [for an application based on Section 1(b) Intent-to-Use]. |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-389814067-161757048_._.TiltStudio43.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT11\IMAGEOUT11\852\245\85224579\xml5\ROA0005.JPG |
| SPECIMEN DESCRIPTION | sample menu for providing food at an amusement park |

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEES DUE | 650 |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | /angelo bufalino/ |
|---|---|
| SIGNATORY'S NAME | Angelo J. Bufalino |
| SIGNATORY'S POSITION | attorney of record, IL bar member |
| DATE SIGNED | 08/29/2011 |
| RESPONSE SIGNATURE | /angelo bufalino/ |
| SIGNATORY'S NAME | Angelo J. Bufalino |
| SIGNATORY'S POSITION | attorney of record, IL bar member |
| DATE SIGNED | 08/29/2011 |
| AUTHORIZED SIGNATORY | YES |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon Aug 29 16:21:03 EDT 2011 |
|---|---|

| | |
|---|---|
| **TEAS STAMP** | USPTO/ROA-XX.XX.XXX.XX-20<br>110829162103387676-852245<br>79-480afc77091bf1e5f175be<br>aab1f06d7acc-DA-2810-2011<br>0829161757048806 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

<h1 align="center">Response to Office Action</h1>

## To the Commissioner for Trademarks:

Application serial no. **85224579** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 041 for Entertainment services in the nature of amusement arcade game facility; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; entertainment services, namely, arranging and providing rides and attractions for children, miniature golf and bowling; entertainment services, namely, providing food and concessions relating to such entertainment services
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/15/2010 and first used in commerce at least as early as 04/15/2010, and is now in use in such commerce.

**Proposed:**
**Tracked Text Description:** ~~Entertainment services in the nature of amusement arcade game facility~~; entertainment services in the nature of amusement arcade game facilities; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; ~~entertainment services, namely, arranging and providing rides and attractions for children, miniature golf and bowling~~; entertainment services, namely, arranging and providing rides and theme park attractions for children, miniature golf facilities, and bowling alleys; ~~entertainment services, namely, providing food and concessions relating to such entertainment services~~

Class 041 for entertainment services in the nature of amusement arcade game facilities; entertainment services in the nature of indoor amusement complexes; entertainment in the nature of amusement park rides; entertainment services, namely, arranging and providing rides and theme park attractions for children, miniature golf facilities, and bowling alleys
**Filing Basis: Section 1(a), Use in Commerce:**The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/15/2010 and first used in commerce at least as early as 04/15/2010, and is now in use in such commerce.
**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 035 for concession stands featuring food and souvenirs
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 04/15/2010 and first used in commerce at least as early as 04/15/2010, and is now in use in such commerce.
Applicant hereby submits a specimen for Class 035. The specimen(s) submitted consists of photographs taken of concession stand showing use of the mark.
**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"**_[for an application based on Section 1(a), Use in Commerce]_ OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** _[for an application based on Section 1(b) Intent-to-Use]._
Specimen File1
Specimen File2
Specimen File3

**Applicant hereby adds the following class of goods/services to the application:**
**New:** Class 043 for providing food at amusement parks
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark

was first used at least as early as 12/31/2010 and first used in commerce at least as early as 12/31/2010, and is now in use in such commerce. Applicant hereby submits a specimen for Class 043. The specimen(s) submitted consists of sample menu for providing food at an amusement park.

**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].*

**Original PDF file:**
SPN1-389814067-161757048_._TiltStudio43.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**FEE(S)**
Fee(s) in the amount of $650 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F. R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R. Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 2.44. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /angelo bufalino/    Date: 08/29/2011
Signatory's Name: Angelo J. Bufalino
Signatory's Position: attorney of record, IL bar member

**Response Signature**
Signature: /angelo bufalino/    Date: 08/29/2011
Signatory's Name: Angelo J. Bufalino
Signatory's Position: attorney of record, IL bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 2810
RAM Accounting Date: 08/30/2011

Serial Number: 85224579
Internet Transmission Date: Mon Aug 29 16:21:03 EDT 2011
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XX-20110829162103387
676-85224579-480afc77091bf1e5f175beaab1f
06d7acc-DA-2810-20110829161757048806









# PARTY INFORMATION

Call 856-782-6572 x103
TILT Studio • 1580 Voorhees Town Center
Voorhees, NJ 08043
www.tilt.com

## Classic Party

2 hours, unlimited rides on Twirlin' Taxi • Wristband for 2-hour access to Ballocity softplay area
**50-pt TILT Studio Play Card • 1 attraction pass** (either Bowling or Black Light Mini Golf)
2 hours reserved table • Party host • 2 slices of pizza and beverage for each child
**100 complimentary redemption points** for birthday child

**$14.⁹⁵**
per child
Minimum 12

## Studio Special

2 hours, unlimited rides on Twirlin' Taxi • Wristband for 2 hour access to Ballocity softplay area
**75-pt TILT Studio Play Card • 2 attraction passes** (Bowling **and** Black Light Mini Golf)
2 hours reserved table • Party host • 2 slices of pizza and beverage for each child
**200 complimentary redemption points** for birthday child

**$17.⁹⁵**
per child
Minimum 8

## Ultimate Fun

2 hours, unlimited rides on Twirlin' Taxi • Wristband for 2 hour access to Ballocity softplay area
**75-pt TILT Studio Play Card • 2 attraction passes** (Bowling **and** Black Light Mini Golf)
2 hours reserved table • Party host • 2 Slices of pizza and beverage for each child
**15 Free Jackpot game plays** (excludes prize cranes)
**300 complimentary redemption points** for birthday child

**$21.⁹⁵**
per child
Minimum 8

## Teen Play

**100-pt TILT Studio Play Card,** plus **1 attraction pass** (Bowling or Black Light Mini Golf)
Food and beverage additional

**$18.⁹⁵**
per teen
Minimum 10

### Save $3.00 per child on weekdays*

## Options and Add-Ons (per child)

| | |
|---|---|
| **Play Card Wrist Coil** | $1.00 |
| **Birthday Cake** | $2.75 |
| **Ice Cream Cup** | $1.50 |
| **Party Gift Bags** | $2.95 |
| **Additional Attraction Pass** | $3.00 |
| **Mining Adventure Pass** | $3.00 |
| **Face Painting** | $5.00 |

- $75.00 non-refundable deposit required to secure your reservation.
- Deposit via cash, Visa, MasterCard, or American Express only.
- Tax and gratuity additional.
- $3 per child weekday discount available on parties booked Mon-Thur, excluding holidays. Discount available for Friday parties beginning no later than 5:00 PM.

112030

- Host check-in time requested 15 minutes prior to reserved time.
- Guest count required 3 days in advance. If not all guests arrive, we charge for the party minimum, or the number confirmed minus a maximum of 5 guests.
- Minimum age and/or height requirements may apply.
- No outside food or beverage permitted (except birthday cakes).

RAM SALE NUMBER:  2810
RAM ACCOUNTING DATE:  20110830

INTERNET TRANSMISSION DATE:                      SERIAL NUMBER:

2011/08/29                                       85/224579

| Description | Fee Code | Transaction Date | Fee | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|---|
| New App | 7001 | 2011/08/29 | 325 | 2 | 650 |

# EXHIBIT 4



Document title: Fun at full Blast | Tilt Studios
Capture URL: https://tiltstudio.com/
Capture timestamp (UTC): Fri, 31 Mar 2023 12:22:09 GMT



LOCATIONS ▾    PARTIES & EVENTS ▾    CORPORATE ▾    PLAY CARDS ▾    SPECIALS ▾    CONTACT ▾

## TONS OF FUN FOR ALL AGES!



Tilt Studio's are action-packed family fun centers, located throughout the nation! Each center is 25,000 to 100,000 square feet of indoor family fun with attractions like black light laser tag, spin and flip zone bumper cars, amusement rides, black light mini golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team-building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.

# NEW TILT STUDIO LOCATIONS
## Now Open



## Locations Coming Soon







NEW LOCATION OPENING 2023
KIRKWOOD MALL
BISMARCK, ND



NEW LOCATION OPENING 2023
SIKES SENTER
WICHITA FALLS, TX



## JOIN OUR TEAM

Imagine a job where you get to work with your friends. A job with competitive pay, flexible scheduling, and you get to make people smile. Surround yourself with fun and happiness. Check out all the Tilt Studio locations that are hiring now!

**Learn More and Apply**



## BIRTHDAY PARTIES

BEST BIRTHDAY PARTIES

**Book Now**

## GROUP EVENTS

PERFECT FOR GROUPS

**Book Now**

## CORPORATE EVENTS

GET OUT OF THE OFFICE

**Book Now**

NO WALK-IN BIRTHDAY PARTIES ALLOWED. AT TILT STUDIO, WE WANT TO HOST THE BEST PARTIES & FOR THIS REASON, WE CANNOT ALLOW OUTSIDE FOOD OR PARTY ITEMS INTO OUR STUDIOS. OUR TEAM IS HAPPY TO BOOK YOU A PARTY, WHERE CAKE & DECORATION ARE ALLOWED.



LOCATIONS ▾    PARTIES & EVENTS ▾    CORPORATE ▾    PLAY CARDS ▾    SPECIALS ▾    CONTACT ▾



## BIRTHDAY PARTIES

BEST BIRTHDAY PARTIES

Book Now

## GROUP EVENTS

PERFECT FOR GROUPS

Book Now

## CORPORATE EVENTS

GET OUT OF THE OFFICE

Book Now

NO WALK-IN BIRTHDAY PARTIES ALLOWED. AT TILT STUDIO, WE WANT TO HOST THE BEST PARTIES & FOR THIS REASON, WE CANNOT ALLOW OUTSIDE FOOD OR PARTY ITEMS INTO OUR STUDIOS. OUR TEAM IS HAPPY TO BOOK YOU A PARTY, WHERE CAKE & DECORATION ARE ALLOWED.

## VIP PROGRAM

Admission to Tilt Studio is FREE! In order to play games or go on rides, you will need to purchase a Tilt Studio Play Card that can be used at all attractions and video games. The price of each game or attraction will be automatically deducted from your Play Card every time it is swiped. You may put as much or as little money on your Play Card as you would like to spend. You may also reload your Play Card as often as you would like.

When you purchase your Play Card, be sure to register it by giving us your name, address and email address. That way, once you have an accumulative balance of 1200 points on your registered card you can upgrade your card to a VIP card and enjoy 10% off all games and attractions!



IT'S EASY TO BECOME A VIP AT TILT STUDIO

1. REGISTER YOUR TILT STUDIO PLAY CARD AT OUR REDEMPTION COUNTER OR AT ANY OF OUR KIOSKS.

2. ONCE YOU HAVE AN ACCUMULATIVE BALANCE OF 1200 POINTS USING YOUR REGISTERED PLAY CARD YOU CAN UPGRADE YOUR CARD TO VIP.

3. AFTER YOU UPGRADE YOUR CARD, RECEIVE A 10% DISCOUNT ON ALL VIDEO GAMES AND ATTRACTIONS.

GET A 10% DISCOUNT EVERY TIME YOU PLAY!



Tilt Studio Locations

### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

1844 N Preston Road, Celina, TX 75009

(972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact



©2022 Nickels and Dimes Incorporated | All Rights Reserved





# MARGARITA & TACO BAR COMING SOON

## BEST TACOS AND MARGARITA AROUND

Did someone say TACO BAR? Wait... There is a margarita bar too? Your taste buds will go crazy when you try our taco and margarita bar at Tilted 10 in Willow Grove Park Mall. Bring your friends and family and have your fill all while having fun with all the activities at Tilted 10.

**See FULL MENU**



# LOOKING FOR SOME GROWN-UP FUN?

**DON'T WANT TO LEAVE THE KIDS BEHIND? LOOK NO FURTHER!**

Looking for fun? Tilted 10 facility complex is a two-level, 120,000+ square foot unique entertainment and dining experience located inside Willow Grove Park Mall at 2500 W Moreland Rd, Willow Grove, Pennsylvania. Enjoy craft cocktails, and a chef-inspired taco and margarita bar in our full-service dining. Compete with friends and family in the 12 traditional bowling lanes, 4 VIP lane suites, a two-level black light laser tag arena, two 18-hole black light golf courses, bumper cars, or at one of the over 100 video, pinball, redemption, or prize games. Tilted 10 is designed to be fun for all ages. Tilted 10 is ideal for birthday parties to corporate events in our party or corporate-inspired event rooms and VIP spaces. Choose one of our tailored birthday, event, or team-building packages or custom build your own private event.



bowling, and a other-inspired food and margarita bar in our full-service dining. Compete with friends and family in the 12 traditional bowling lanes, 4 VIP lane suites, a two-level black light laser tag arena, two 18-hole black light golf courses, bumper cars, or at one of the over 100 video, pinball, redemption, or prize games. Tilted 10 is designed to be fun for all ages. Tilted 10 is ideal for birthday parties to corporate events in our party or corporate-inspired event rooms and VIP spaces. Choose one of our tailored birthday, event, or team-building packages or custom build your own private event.



  

Tilt Studio Rockford Recruitment Video

Copy link



## JOIN OUR TEAM

Imagine a job where you get to work with your friends. A job with competitive pay, flexible scheduling, and you get to make people smile. Surround yourself with fun and happiness. Act now if you want the best job in the Willow Grove area.

Learn More and Apply

## HOUSE RULES & GUIDELINES

After 6 p.m. persons under the age of 18 may only enter the premises with a parent or legal guardian. No more than 5 minors per parent or legal guardian.







# BIRTHDAY PARTIES

BEST BIRTHDAY PARTIES IN PENNSYLVANIA

**Coming Soon**

# GROUP EVENTS

PERFECT FOR GROUPS OF ALL SIZES

**Book for Groups**

# CORPORATE EVENTS

GET OUT OF THE OFFICE AND START HAVING FUN

**Book Event**



# ARCADE

With over 150 arcade and video games we have something for everyone! Our crane games are packed with plush, candy, and tickets ready to be won! For those looking to challenge their friends for bragging rights, get behind the wheel and race, have a basketball shootout, or go head to head in air hockey! Pinball lovers rejoice. Stern Pinball machines are here too!



# BOWLING - COMING SOON!

Tilted 10 at Willow Grove has 12 traditional bowling lanes perfect for family and group gatherings. There are also 4 VIP lane suites perfect for a special occasion. Bowl in luxury and enjoy special amenities.

**WALK-INS WELCOME, NO LANE RESERVATIONS**



# LASER TAG - COMING SOON



## LASER TAG - COMING SOON

Our multi-level laser tag arena is an adrenaline rush for the whole family. Navigate obstacles, dodge laser fire, and explore our multi-level course when you battle from above and below! HyperBlast allows players to choose from a variety of games for every type of player.

*Subject to age and height restrictions.

**WALK-IN TO PLAY BASED ON AVAILABILITY.**



## SPIN & FLIP ZONE

Music, fun, and laughter collide when you get behind the wheel of a bumper car in our Spin Zone! Each driver gets to maneuver their own bumper car, spinning, racing, and colliding to their heart's content! We amp up the fun with music, and our bumper car operators will keep you on your toes by spinning the cars remotely!

*Subject to age and height restrictions.

**WALK-IN TO PLAY BASED ON AVAILABILITY.**



## MINI GOLF - COMING SOON

Get ready for not one but TWO Black Light Mini Golf Courses! Choose your own adventure and explore outer space in our Mori Course or go down below and explore the ocean floor in our Underwater Course! Both courses have 18-holes and are fun for the entire family!

**WALK-IN TO PLAY BASED ON AVAILABILITY.**

## MINI BOWLING



Document title: Fun for all | Tilted 10 at Willow Grove
Capture URL: https://tilted10.com/willow-grove/
Capture timestamp (UTC): Fri, 31 Mar 2023 12:23:42 GMT



# MINI BOWLING

Strike up some fun with this exciting and challenging activity for all ages. The lanes have real hardwood approaches, ball returns and automatic scoring. Smaller-sized balls are lightweight and perfect for smaller hands. So... let the good times roll!

**WALK-IN TO PLAY BASED ON AVAILABILITY.**



# SHOOTING GALLERY

Our two shootings galleries are perfect for families looking to test their marksmanship.

**WALK-IN TO PLAY BASED ON AVAILABILITY.**

# HOURS & DIRECTIONS

**Willow Grove Hours**

- Monday - Thursday: 10AM - 9PM
- Friday - Saturday: 10AM - 11PM
- Sunday: 11AM - 8PM

ADDRESS: 2500 W MORELAND RD, WILLOW GROVE, PA 19090
PHONE: (267) 715-5552



# SOCIAL MEDIA

## ROCKFORD

## WILLOW GROVE



LOCATIONS ⌄    ABOUT ⌄    PARTIES & EVENTS ⌄    EAT & DRINK ⌄    SPECIALS    CONTACT

## SHOOTING GALLERY

Our two shootings galleries are perfect for families looking to test their marksmanship.

**WALK-IN TO PLAY BASED ON AVAILABILITY.**

## HOURS & DIRECTIONS

### Willow Grove Hours

🕐 Monday - Thursday: 10AM - 9PM

🕐 Friday - Saturday: 10AM - 11PM

🕐 Sunday: 11AM - 8PM



ADDRESS: 2500 W MORELAND RD, WILLOW GROVE, PA 19090
PHONE: (267) 715-5552



## SOCIAL MEDIA

### ROCKFORD

  

### WILLOW GROVE

  

About
Jobs
Contact
Privacy Policy
House Policies

## CONTACT

📍 7200 Harrison Ave Rockford, IL 61112

📞 (815) 491-8508

📍 2500 W Moreland Rd, Willow Grove, PA 19090

📞 (267) 715-5552

©2021 Nickels and Dimes Incorporated | All Rights Reserved

Document title: Fun for all | Tilted 10 at Willow Grove
Capture URL: https://tilted10.com/willow-grove/
Capture timestamp (UTC): Fri, 31 Mar 2023 12:23:42 GMT



**LOCATIONS** ⌄   **PARTIES & EVENTS** ⌄   **CORPORATE** ⌄   **PLAY CARDS** ⌄   **SPECIALS** ⌄   **CONTACT** ⌄

## TILT STUDIO LOCATIONS

Tilt Studio and Tilted 10 have 13 family-friendly locations throughout the United States. Activities and attractions vary at each center, click on a specific location to learn more.

## TILT STUDIO LOCATIONS

      

**ALTOONA, PA**
Logan Valley Mall

**BEAUMONT, TX**
Parkdale Mall

**FLORENCE, SC**
Magnolia Mall

**HAGERSTOWN, MD**
Valley Mall

**INDIANAPOLIS, IN**
Circle Centre Mall

**JOPLIN, MO**
Northpark Mall

**KATY, TX**
Katy Mills Mall

      

**MINOT, ND**
Dakota Square Mall

**MONROE, LA**
Pecanland Mall

**NEWPORT NEWS, VA**
Patrick Henry Mall

**SIOUX CITY, IA**
Souther Hills Mall

**ST. CLAIRSVILLE, OH**
Ohio Valley Mall

**TEMPE, AZ**
Arizona Mills

**WACO, TX**
Richland Mall

## TILTED 10 LOCATIONS

 

## COMING SOON





**ROCKFORD, IL**  **WILLOW GROVE**  **BISMARK, ND**

# TILT AMUSEMENT CENTERS

These mini arcade centers are not the full Tilt experience but they still pack a fun punch.

    

**TRACY, CA**
West Valley Mall
3200 North Naglee Road
Tracy, CA 95304

**WEST COVINA, CA**
The Plaza at West Covina
531 Plaza Drive
West Covina, CA 91790

**HILO, HI**
Prince Kuhio Plaza
111 East Puainako St
Hilo, HI 96720

**AIEA, HI**
Pearlridge Center (2 Centers)
98-1005 Moanalua Road
Aiea, HI 96701

**ST. PETERS, MO**
Mid Rivers Mall
1208 Mid Rivers Mall
St. Peters, MO 63376

# VIP PROGRAM

Admission to Tilt Studio is FREE! In order to play games or go on rides, you will need to purchase a Tilt Studio Play Card that can be used at all attractions and video games. The price of each game or attraction will be automatically deducted from your Play Card every time it is swiped. You may put as much or as little money on your Play Card as you would like to spend. You may also reload your Play Card as often as you would like.

When you purchase your Play Card, be sure to register it by giving us your name, address and email address. That way, once you have an accumulative balance of 1200 points on your registered card you can upgrade your card to a VIP card and enjoy 10% off all games and attractions!



# WHO IS TILT STUDIO?

Tilt studios are action-packed family fun centers, located throughout the nation! Each center is 25,000 to 100,000 square feet of indoor family fun with attractions like blacklight laser tag, spin,





LOCATIONS ▾    PARTIES & EVENTS ▾    CORPORATE ▾    PLAY CARDS ▾    SPECIALS ▾    CONTACT ▾

...out the nation! Each center is 21,000 to 40,000 square feet of indoor family fun with attractions like blacklight laser tag, spin, and flip zone bumper cars, amusement rides, blacklight mini-golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.



## OUR STORY

Our parent company Nickels and Dimes Incorporated was established in 1972 at Six Flags Mall in Arlington, TX. The success of the early Gold Mine and Tilt arcades have evolved into the Tilt Studio and Tilted 10 facilities. While our size has changed, our primary focus is still for families of all ages to have fun and provide a high quality experience.





Tilt Studio Locations

### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

📍 1844 N Preston Road, Celina, TX 75009

📞 (972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact

LOCATIONS ▾    PARTIES & EVENTS ▾    CORPORATE ▾    PLAY CARDS ▾    SPECIALS ▾    CONTACT ▾



...mper cars, amusement rides, blacklight mini-golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.

## OUR STORY

Our parent company Nickels and Dimes Incorporated was established in 1972 at Six Flags Mall in Arlington, TX. The success of the early Gold Mine and Tilt arcades have evolved into the Tilt Studio and Tilted 10 facilities. While our size has changed, our primary focus is still for families of all ages to have fun and provide a high quality experience.





### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

📍 1844 N Preston Road, Celina, TX 75009

📞 (972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact

Tilt Studio Locations

©2022 Nickels and Dimes Incorporated | All Rights Reserved

# EXHIBIT 5

OPEN 11am - 2pm ON PRESIDENTS' DAY!
Kitchen open 'til 1pm                                    ×



**TILT PINBALL BAR**     TILT Store   Menus   Machines   Events   About
Contact

0          Order Food

OPEN 11am - 2am ON PRESIDENTS' DAY!
Scheduled Jan 4-1 pm

# TILT PINBALL BAR

TILT Store    Menus    Machines    Events    About
Contact

    0    Order Food

# LOCATED IN SOUTH MINNEAPOLIS, TILT IS A FULL ON PINBALL EXPERIENCE.

### CITY PAGES WINNER: "BEST NEW BAR" 2018 & "BEST HOT DOG" 2019

Since 2017, TILT has been offering up a unique collection of pinball machines for players to enjoy. We pride ourselves on a selection of well-maintained machines from a variety of eras. We keep our lineup fresh by rotating machines in and out, whether it's a brand new game out of the box, or a classic from the archive.

A menu of specialty hot dogs, sandwiches and tacos, made from scratch. A thoughtfully curated list of local beer and craft cocktails. A friendly staff of pinball enthusiasts, committed to great service. There are plenty of reasons to visit TILT Pinball Bar, and we look forward to seeing you!

## PHONE

(612) 236-4089

## LOCATION

113 E 26th Street - Suite 110
Minneapolis, MN 55404

## HOURS

**Mon–Fri** 2pm-2am
**Sat–Sun** 11am-2am

Under 18 with a guardian
until 9pm
21+ after 9pm



OPEN 11am - 2am ON PRESIDENTS' DAY!
Scheduled on a 1-2pm

×

# TILT PINBALL BAR

TILT Store    Menus    Machines    Events    About
Contact

0    **Order Food**



113 E 26th Street - Suite 110  Minneapolis  •  (612) 236-4089  •  info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

Document title: TILT PINBALL BAR
Capture URL: https://www.tiltpinballbar.com/
Capture timestamp (UTC): Wed, 01 Mar 2023 20:53:48 GMT

OPEN 11am - 2am ON PRESIDENTS' DAY!
Schedule Jan 1–2pm

# TILT PINBALL BAR

TILT Store    Menus    Machines    Events    About
Contact

Order Food



113 E 26th Street · Suite 110  Minneapolis  •  (612) 236-4089  •  info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

# EXHIBIT 6



**TLT PINBALL BAR**   TLT Store   Menus   Machines   Events   About   Contact         0   **Order Food**

# TLT PINBALL BAR

TLT Store    Menus    Machines    Events    About    Contact        f    ✉    🛒 0    **Order Food**

# LOCATED IN SOUTH MINNEAPOLIS, TLT IS A FULL ON PINBALL EXPERIENCE.

## CITY PAGES WINNER: "BEST NEW BAR" 2018 & "BEST HOT DOG" 2019

Since 2017, TLT has been offering up a unique collection of pinball machines for players to enjoy. We pride ourselves on a selection of well-maintained machines from a variety of eras. We keep our lineup fresh by rotating machines in and out, whether it's a brand new game out of the box, or a classic from the archive.

A menu of specialty hot dogs, sandwiches and tacos, made from scratch. A thoughtfully curated list of local beer and craft cocktails. A friendly staff of pinball enthusiasts, committed to great service. There are plenty of reasons to visit TLT Pinball Bar, and we look forward to seeing you!

## PHONE

(612) 236-4089

## LOCATION

113 E 26th Street - Suite 110
Minneapolis, MN 55404

## HOURS

**Mon–Fri** 2pm-2am
**Sat–Sun** 11am-2am

Under 18 with a guardian
until 9pm
21+ after 9pm

The bar formally known as T°LT                                    x



# TLT PINBALL BAR

TLT Store   Menus   Machines   Events   About   Contact   0   Order Food

113 E 26th Street - Suite 110  Minneapolis  •  (612) 236-4089  •  info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

Document title: TLT PINBALL BAR
Capture URL: https://tltpinballbar.com/
Capture timestamp (UTC): Mon, 13 Mar 2023 17:20:47 GMT

×

# TLT PINBALL BAR

TLT Store   Menus   Machines   Events   About   Contact     f   ✉   🛒 0

Order Food



113 E 26th Street - Suite 110  Minneapolis  •  (612) 236-4089  •  info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

# EXHIBIT 7

English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)    Frequently Asked Questions (FAQ) (/en/faq)

tltpinballbar.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

> The client was unable to process information from the Registrar RDAP server. The information below is shown as provided by the TLD Registry RDAP service.

## Domain Information

**Name:** TLTPINBALLBAR.COM

**Registry Domain ID:** 2763989693_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS1.HOVER.COM
NS2.HOVER.COM

## Dates

**Registry Expiration:** 2024-03-09 20:45:51 UTC

**Updated:** 2023-03-09 20:45:52 UTC

**Created:** 2023-03-09 20:45:51 UTC

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)     OK

## Registrar Information

**Name:** Tucows Domains Inc.

**IANA ID:** 69

**Abuse contact email:** domainabuse@tucows.com

**Abuse contact phone:** tel:+1.4165350123

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/tltpinballbar.com (https://rdap.verisign.com/com/v1/domain/tltpinballbar.com)

**Last updated from Registry RDAP DB:** 2023-04-03 06:25:26 UTC

**Registrar Server URL:** https://opensrs.rdap.tucows.com/domain/TLTPINBALLBAR.COM (https://opensrs.rdap.tucows.com/domain/TLTPINBALLBAR.COM)

# Notices and Remarks

## Notices:

**Terms of Use**

Service subject to Terms of Use.

https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml (https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

**A note about our privacy policies and terms of service:**

https://icann.org/wicf (https://icann.org/wicf)

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)



✕ OK

Youtube (https://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

LinkedIn (https://www.linkedin.com/company/icann)



Flickr (https://www.flickr.com/photos/icann)



Facebook (https://www.facebook.com/icannorg)



Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)



Community Wiki (https://community.icann.org/)



ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ OK

# EXHIBIT 8

English

**ICANN** | L O O K U P (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)    Frequently Asked Questions (FAQ) (/en/faq)

tiltpinballbar.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** TILTPINBALLBAR.COM

**Registry Domain ID:** 2084060694_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS1.HOVER.COM
NS2.HOVER.COM

## Dates

**Registry Expiration:** 2031-12-22 19:25:26 UTC

**Updated:** 2022-07-24 03:50:21 UTC

**Created:** 2016-12-22 19:25:26 UTC

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

## Contact Information

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ OK

# Registrant:

**Name:** Contact Privacy Inc. Customer 0146881273

**Organization:** Contact Privacy Inc. Customer 0146881273

**Email:** tiltpinballbar.com@contactprivacy.com

**Phone:** tel:+1.4165385457

**Kind:** individual

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M6K 3M1, CA

# Admin:

**Name:** Contact Privacy Inc. Customer 0146881273

**Organization:** Contact Privacy Inc. Customer 0146881273

**Email:** tiltpinballbar.com@contactprivacy.com

**Phone:** tel:+1.4165385457

**Kind:** individual

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M6K 3M1, CA

# Technical:

**Name:** Contact Privacy Inc. Customer 0146881273

**Organization:** Contact Privacy Inc. Customer 0146881273

**Email:** tiltpinballbar.com@contactprivacy.com

**Phone:** tel:+1.4165385457

**Kind:** individual

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M6K 3M1, CA

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

## Billing:

**Name:** Contact Privacy Inc. Customer 0146881273

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)

**Organization:** Contact Privacy Inc. Customer 0146881273

✕ OK

**Email:** tiltpinballbar.com@contactprivacy.com

**Phone:** tel:+1.4165385457

**Kind:** individual

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M6K 3M1, CA

## Registrar Information

**Name:** TUCOWS, INC.

**IANA ID:** 69

**Abuse contact email:** domainabuse@tucows.com

**Abuse contact phone:** tel:+1.4165350123

## Reseller Information

**Name:** Hover

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/tiltpinballbar.com (https://rdap.verisign.com/com/v1/domain/tiltpinballbar.com)

**Last updated from Registry RDAP DB:** 2023-04-03 06:24:26 UTC

**Registrar Server URL:** https://opensrs.rdap.tucows.com/domain/TILTPINBALLBAR.COM (https://opensrs.rdap.tucows.com/domain/TILTPINBALLBAR.COM)

**Last updated from Registrar RDAP DB:** 2022-07-23 22:50:21 UTC

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

## Notices and Remarks:

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)   ☓ OK

## Notices:

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form:https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

**Terms of Service**

The data provided by the Registration Data Access Protocol ("RDAP" or "Whois") is provided to you by Tucows for information purposes only and may be used to assist you in obtaining information about or related to a domain name's registration record. These terms govern your use of this service and access to this database. We reserve the right to modify these terms at any time.

This information is provided "as is" and does not guarantee its accuracy.

By submitting a query, you certify that you have a legitimate purpose for requesting the data, that you will use this data only for lawful purposes and delete the data immediately when the data are no longer necessary for your lawful or legitimate purpose, and that, under no circumstances, will you use this data to: a) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising, or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any registry operator or ICANN-accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

The compilation, repackaging, dissemination, or other use of these data is expressly prohibited.

Your access to the database may be terminated at any time in our sole discretion including, without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

Your IP address, the queried domain, the response, and a timestamp is stored for the purposes of maintaining the service and to ensure adherence with these terms.

By submitting this query, you agree to these terms.

NOTE: THIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

http://www.tucowsdomains.com/rdap/tos (http://www.tucowsdomains.com/rdap/tos)



Youtube
(https://www.youtube.com/icannnews)



Twitter
(https://www.twitter.com/icann)



Linkedin
(https://www.linkedin.com/company/icann)



Flickr
(https://www.flickr.com/photos/icann)



Facebook
(https://www.facebook.com/icannorg)



Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)

× OK

Community Wiki
(https://community.icann.org/)



ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies). ✕ OK