# EXHIBIT 9

OPEN 11am - 2am ON PRESIDENTS' DAY!
Kitchen open at 2pm



Document title: TILT PINBALL BAR
Capture URL: https://www.tiltpinballbar.com/
Capture timestamp (UTC): Wed, 01 Mar 2023 20:53:48 GMT

OPEN 11am - 2am ON PRESIDENTS' DAY!
Kitchen open at 2pm

# TILT PINBALL BAR

TILT Store   Menus   Machines   Events   About
Contact

 0   Order Food

# LOCATED IN SOUTH MINNEAPOLIS, TILT IS A FULL ON PINBALL EXPERIENCE.

## CITY PAGES WINNER: "BEST NEW BAR" 2018 & "BEST HOT DOG" 2019

Since 2017, TILT has been offering up a unique collection of pinball machines for players to enjoy. We pride ourselves on a selection of well-maintained machines from a variety of eras. We keep our lineup fresh by rotating machines in and out, whether it's a brand new game out of the box, or a classic from the archive.

A menu of specialty hot dogs, sandwiches and tacos, made from scratch. A thoughtfully curated list of local beer and craft cocktails. A friendly staff of pinball enthusiasts, committed to great service. There are plenty of reasons to visit TILT Pinball Bar, and we look forward to seeing you!

## PHONE

(612) 236 4089

## LOCATION

113 E 26th Street - Suite 110
Minneapolis, MN 55404

## HOURS

**Mon-Fri** 2pm-2am
**Sat-Sun** 11am-2am

Under 18 with a guardian
until 9pm
21+ after 9pm



OPEN 11am - 2am ON PRESIDENTS' DAY!
Kitchen open at 2pm



113 E 26th Street - Suite 110  Minneapolis  •  (612) 236-4089  •  Info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

**OPEN 11am - 2am ON PRESIDENTS' DAY!**
Kitchen open at 2pm



**TILT PINBALL BAR**   TILT Store   Menus   Machines   Events   About   Contact   0   Order Food

113 E 26th Street - Suite 110  Minneapolis • (612) 236-4089 • info@TiltPinballBar.com

**Mon-Fri** 2pm-2am • **Sat-Sun** 11am-2am

Document title: TILT PINBALL BAR
Capture URL: https://www.tiltpinballbar.com/
Capture timestamp (UTC): Wed, 01 Mar 2023 20:53:48 GMT

**facebook**

Email or phone    Password    [ Log In ]   Forgot Account?



**Tilt Pinball Bar**

5.4K likes · 5.8K followers

Posts    About    Photos    Videos      ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



---

**Tilt Pinball Bar**
1d · 🌐

Round 4 tonight with a couple of changes:

Mike is your TD for the evening. Check-in with him when you arrive. Max is your pintech, see him with any game issues. But try and be gentle as he's still trying to get points!... See more



😊 23        💬

👍 Like      💬 Comment

Top fan
Zach LaVone

### Connect with Tilt Pinball Bar on Facebook

[ Log In ]   or   [ Create new account ]

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone     Password     **Log In**   Forgot Account?

**Tilt Pinball Bar**  ...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚚 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

↩ Tilt Pinball Bar replied · 2 Replies

**Tilt Pinball Bar**
1d · 🌐

Like it's even a question at this point: Of COURSE we've got Foo Fighters on order!

As with most Stern releases, the Pro version will likely ship first, so expect that shortly after shipping is announced. The LE version should follow a few weeks to a month later.

We are absolutely going to throw a launch party, and have verbal confirmation of a special guest joining us as well. Stay tuned for more info!... See more



👍❤😮 44     7 💬 1 ↪

👍 Like     💬 Comment

View 4 previous comments

⚑ Top fan
**Michael Curtis**
Two shatz drop targets and an "auto death save" mech, fresh layout!
17h

**Tilt Pinball Bar**
2d · 🌐

Last night's open tournament was another banger, more than 70 of you cool kids came to flip with us! Trust us when we say this – we cannot WAIT to get into the larger space 😉

Congrats to our top 4 finishers:
1st place: Nate Reardon
2nd place: Jim Hartley... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

 facebook

Email or phone | Password | Log In | Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 🏷 Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍽 Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



◯◯ 35                    2 💬

👍 Like          💬 Comment

**Tilt Pinball Bar**
3d · 🌐

Lets gooooooooooooo!

We're excited to see all of you this afternoon for our monthly tournament. Remember - ALL SKILL LEVELS ARE WELCOME. If you aren't feeling a tournament today, no worries, there will be plenty of games open, and you can still take advantage of drink specials 🍺

As per usual, please try and arrive before 4pm to get registered so we can start close-ish to on time 💚... See more



◯◯ 13

👍 Like          💬 Comment

**Tilt Pinball Bar**
4d · 🌐

Get ready for Pliftoff!

We're stoked to host the whole Plift crew at TILT on Monday for their launch party, and there's a lot on the menu:

- FREE SAMPLES of Plift from 7-8 (21+)... See more



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone        Password        Log In   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



♡ 15                                            1 ↗

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
5d · 🌐

SUNDAY SUNDAY SUNDAY
Our monthly IFPA tournament kicks off at 4pm. $5 entry, all skill levels welcome, and 100% cash payout to the top 4!

Come enjoy drink specials, good times, and amazing games in a random seeded strike format. ... See more



😮 11

👍 Like                    💬 Comment

 **Tilt Pinball Bar** created an event.
5d · 🌐


**KATHY'S 60TH**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



facebook

Email or phone    Password    **Log In**    Forgot Account?



**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos







Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



SUN, MAR 19 AT 4:00 PM CDT
**Kathy's 60th Birthday Party & Tournament**
Tilt Pinball Bar
34 people interested

👍❤️ 41                          6 💬

👍 Like       💬 Comment       ↗ Share

View 5 previous comments

**Scott Pahl**
KATHY'S GOTH BIRTHDAY TOURNAMENT!!! 🖤
2d

**Tilt Pinball Bar**
6d · 🌐

Yes we are open today! See you at 2pm 🍺
#pinball #tiltpinballbar #tiltpinballbar #snowday #yesweareopen



👍 10

👍 Like                          💬 Comment

**Tilt Pinball Bar**
6d · 🌐

Zoinks! We sent Nick all the way into Wisconsin to grab Scooby-Doo in a blizzard because why not?

The latest and greatest from Spooky Pinball just arrived today and we're groovin on this pretty hard so far. Multi level playfield. OG audio

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone          Password          Log In   Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



👍❤ 145                    16 💬  16 ↗

👍 Like                💬 Comment

View 8 previous comments

Jay TCity
💯👍
5d

Tilt Pinball Bar
6d · 🌐

Thanks for everyone who braved the snow and came out for WK3 of league last night! Still had over 40 of you battling it out as we hit the middle of the season.

20+ point scores
Ian Foster
Eric Fryc... See more



### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone | Password | Log In | Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

**Photos**          See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍😲 37                                    1 💬

👍 Like            💬 Comment

Top fan
**Heidi Kruse**
Great pics!!!
6d

**Tilt Pinball Bar**
February 21 at 6:00 PM · 🌐

Bring those snow boots! Winter league round 3 is tonight. Looks like the nasty stuff comes Wednesday, so get your pinball in while you can 😊

See you tonight 🖤

#pinball #tiltpinballbar #tiltpinballbar #league #ifpa



👍❤ 10

👍 Like            💬 Comment

**Tilt Pinball Bar**
February 20 at 0:55 PM · 🌐

WE ARE OPEN EARLY TODAY (been open since 11am, where you at?)

Guest DJ tonight: Anthony Kasper - 8pm
League is back on Tuesday - 7pm... See more



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

 facebook

Email or phone    Password    Log In    Forgot Account?



### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽️ Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🔵👍 4

👍 Like            💬 Comment

### Tilt Pinball Bar
February 20 at 2:55 AM · 🌐

THIS JUST IN!

Not only are we open on Presidents' day Monday, but we're opening EARLY at 11am. Kitchen opens at 2. Spend your day off with us 🖤

#pinball #tiltpinballbar #littpinballbar #presidentsday #holiday #minneapolis #dayoff #weareopen



🔵 6                                              1 💬

👍 Like            💬 Comment

### Tilt Pinball Bar
February 18 at 8:54 PM · 🌐

Standing in the shell of the DJ booth in the new space and taking in the view 😊

Fun fact: Half of our bar staff are actual working DJs, and we have a lot...

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🔗 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



#pinball #tiltpinballbar #littpinballbar #dj #music #minneapolis



👍❤ 213                          23 💬  10 ↗

👍 Like                💬 Comment

View 17 previous comments

**Jake Whaley**
I'm beyond intrigued 😄
1w

**Tilt Pinball Bar**
February 17 at 10:56 PM · 🌐

The February Women's Monthly Tournament had another great turnout, with 27 competitors, including a couple of ladies who had never played in this tournament before! We love to see new players showing up!

After 9 exciting rounds, Lisa McGrath won against Elizabeth Boelke on Teenage Mutant Ninja Turtles, and Sam Arnold took 3rd after a match on Rick and Morty in Round 8. Kaitlyn Schick rounded out our top spots, finishing in 4th place. Congratulations to the winners, and thank... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                        ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🔔 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



⭕⭕ 47                                                          1 ↗

👍 Like                          💬 Comment

 Tilt Pinball Bar
February 16 at 6:42 PM · 🌐

Can't wait to see you tonight for our February Women's Tournament!

#pinball #tiltpinballbar #litzpinballbar #ifpa #tournament #bellesandchimes



⭕⭕ 7

👍 Like                          💬 Comment

 Tilt Pinball Bar
February 16 at 6:31 PM · 🌐

Today is Joe's birthday!

Not only does he hand-make the amazing focaccia that hugs your Cubano, but he also helps keep our machines running as part of the pintech squad AND is a hell of a pinball player. Let's show him some love!

#pinball #tiltpinballbar #litzpinballbar #birthday



## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account



**facebook**

Email or phone | Password | **Log In** | Forgot Account?



HAPPY BIRTHDAY JOE!

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

📄 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup   ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

 👍❤ 66                                        8 💬

👍 Like                     💬 Comment

View 7 previous comments

**Jim Hoiosen**
Happy birthday, I believe I met him yesterday.
1w

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
February 14 at 8:16 PM · 🌐

Straight from the sewers and right into our lineup; Turtles is back! The latest code updates make this game a blast for both casual and pro players alike. Come get your flip on.

(Sorry in advance for the theme song being stuck in your head for days and days.)

#pinball #tiltpinballbar #tiltpinballbar #tmnt #teenagemutantninjaturtles #newgame #sternpinball



NEW ARRIVAL!

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**


facebook

Email or phone          Password          Log In    Forgot Account?

### Tilt Pinball Bar

•••

🖒 Like                    💬 Comment

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

View 6 previous comments

Danny Glassic



1w

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Tilt Pinball Bar
February 13 at 10:00 PM · 🌐

This week @ TILT:

Monday - Guest DJ @trxsh.pxnda.music - 3pm
All week - Date deal food/drink special
Tuesday - NO LEAGUE THIS WEEK... See more



### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023.

 6

🖒 Like                    💬 Comment

### Tilt Pinball Bar
February 13 at 7:46 PM · 🌐

It's back! Our Valentine's week date deal is live starting today at 3pm

Monday-Friday, get two hot dogs (or other food items) and two drinks
for only $22. Drinks also include NA and THC beverages, except for the
Modist MELTs, which are regular price.

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone          Password          Log In   Forgot Account?

 Tilt Pinball Bar                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ⌄

Dine-in · In-store pickup ⌄

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

22                                    5 💬 3 ↗

👍 Like            💬 Comment

 🔝 Top fan
Krista Larson
Looking for a date on Thursday ~6ish. 😄 👍
2w                              4
↳ 💬 Dana Platt-Nelson replied · 4 Replies

Tilt Pinball Bar
February 11 at 8:55 PM · ⊕

LITT Update!

We bribed John to be on camera for a change, and he takes the
opportunity to walk us through progress on the new location so far.

Now that we've got framing you can start to get a good idea of where
things will be laid out, and best of all: WINDOWS!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

 facebook

Email or phone          Password          **Log In**   Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

⊙ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



▶ 0:01 / 4:56

⊙⊙ 86                                    9 ⊙  7 ⇗

👍 Like                    💬 Comment

View 8 previous comments

**Scott Johnson**
Love it
I just opened a store across the street from u
2w

**Tilt Pinball Bar**
February 10 at 11:37 PM · ⊙

Remember - you can play your best game during the big game on Sunday!

Also, our Valentine's week special kicks off Monday: Two hot dogs (or other food items) and two drinks (including NA and THC drinks - bit excluding 10mg Modist Melts) for $22!

#pinball #tiltpinballbar #littpinballbar #superbowl #valentines #datenight



⊙⊙😊 4

👍 Like                    💬 Comment

**Tilt Pinball Bar**
February 10 at 4:31 PM · ⊙

Fresh code from Stern for Bond and Godzilla!

Bond adds a new "Trouble in Jamaica" villain mode, new Insider Connect achievements, and tweaks to multiball modes that make it easier to know what's what and who's who.

Godzilla's update is minor in comparison but finally allows you to skip some additional animations and adds a few things that make our tech's lives easier.... See more



**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 🏷 Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍽 Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



24                                              2 💬

👍 Like              💬 Comment

View 1 more comment

⭐ Top fan
Kayleigh Kurschner
Brandon LaVanier
2w

**Tilt Pinball Bar**
February 8 at 10:30 PM · 🌐

Big games last night; We had over 70 players and a LOT of folks scoring 20+ points and 3 perfect scores (25). Whoa!

Comp:
Jeremy Polomny
Mark Larson... See more



😍 53                                   4 💬   1 👍

👍 Like              💬 Comment

View 1 more comment

Travis Flasch
Justin Cardinal
2w

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar

**⋯**

## Intro

The best place for pinball in the Twin Cities.
Specially hot dogs, sandwiches and tacos for
dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

---

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

You know the drill - Round 2 of Winter League kicks off at 7pm
tonight.

Even if you missed the first week, there is still plenty of opportunity to
kick some ass in both competitive and rec leagues. ... **See more**



♡ 12                                          2 💬

👍 Like                    💬 Comment

Dana Platt-Nelson

PINBALL LEAGUE



😆 💬 6

↪ 🄲 Cora-Lee Bowman replied · 1 Reply

 Tilt Pinball Bar
February 7 at 12:00 AM · 🌐

LITT HAS WINDOWS!

Eat it, haters - holes have been cut. There's no going back now!

(in all seriousness, we're just as excited about this as we were about
taking down that drop ceiling. The space feels huge and we love it,)...
See more



## Connect with Tilt Pinball Bar on Facebook

        **Log In**        or        **Create new account**

facebook

Email or phone          Password          Log In          Forgot Account?

 **Tilt Pinball Bar**                                                          ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



TILT ..... LITT

👍❤ 199                                      10 💬   6 ↗

👍 Like                           💬 Comment

View 6 previous comments

Mary Beth Mueller
LOVE the windows
3w                    ❤❤ 2

### Photos                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
February 6 at 9:07 PM · ⊙

There's so much going on this month, we had to get all fancy and make a graphic.

So here goes:
Monday, Feb 6th - Guest DJ
Tuesday, Feb 7th - Winter League round 2... See more



👍❤ 23

## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

facebook



Email or phone          Password          **Log In**    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

**Tilt Pinball Bar**
February 5 at 9:38 PM · 🌐

Want to watch the game AND play pinball? Would you believe you can
do BOTH while drinking delicious beers, housing pretzels, and not
having to go to a sports bar with that one weird friend?

#pinball #tiltpinballbar #tiltpinballbar #superbowl #minneapolis



👍❤️ 12

👍 Like          💬 Comment

**Tilt Pinball Bar**
February 4 at 3:00 PM · 🌐

We're geekin' pretty hard over the latest Flyland Designs alternate
translite for Theatre of Magic.

As you can see, we're a big fan of Brian Allen's work as we've
upgraded all of the Chicago Gaming Remakes already. Plus we've got
his alternates ready for Fish Tales and Arabian Nights ready to rock as
well.

Which do you prefer, the OG graphics or the updates? Which game
would you most like to see a Flyland Designs version on?... **See more**

 

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕘 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                              See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

View 1 more comment

 Joshua Anderson
Unfortunately I think it is pretty difficult to beat the
asymmetrical mystery of the left breast on the OG
translite.
3w                                         ♡😮 2

 Tilt Pinball Bar
February 2 at 8:55 PM · 🌐

Grab those JNCOs, flannels, and overalls, roll up your pant leg and
celebrate Libby's birthday with us on Sunday!

We've got DJ Bootsy Ballins dropping 90's jams starting at 9pm and
some of the best pinball games from the era. Come hang out and wish
our kitchen manager the happiest of days

#pinball #tiltpinballbar #littpinballbar #birthday #90s



♡♡ 31                                              2 💬

👍 Like                    💬 Comment

View 1 more comment

 David Niles
Happy Birthday!!
3w

 Tilt Pinball Bar
February 2 at 10:53 PM · 🌐

Shamelessly stolen from @electricbatarcade , but we had some fun
with this one on Tuesday night.

Whatcha got?

#pinball #tiltpinballbar #littpinballbar #pinballmeme #pinballisfun

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 **facebook**

Email or phone          Password          Log In   Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 27                                    70 💬

👍 Like          💬 Comment

View previous comments

Elizabeth Boelke



↩️ Erika Glaeser Curiskis Corio replied · 1 Reply

Tilt Pinball Bar
February 1 at 7:00 PM · 🌐

Here we thought there might be a low turnout for Winter League kickoff due to the "you could die of exposure" temps... Nope!

Lots of new players came by, and we also saw our largest turnout of players in our competitive bracket - 35!

We'll get rolling by giving props to this winter season's first 20+ point scorers last night:... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️ 24

👍 Like          💬 Comment

**Tilt Pinball Bar**
January 31 at 6:00 PM · 🌐

Round 1 of our weekly Winter Pinball League starts TONIGHT at 7pm! This season runs every Tuesday from January 31st to March 14th, 'cept for Valentine's day.

If you've never played competitive pinball before YOU NEED TO COME TRY THIS OUT. Recreational league is free to enter, and competitive league (in which winners get cash prizes and you earn IFPA points) is only $20.

Because this is the first week, pleeeeeeeease show up a little earlier than usual to get signed up so we... See more



👍❤️😮 42

👍 Like          💬 Comment

View 2 previous comments

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 **facebook**

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

**Tilt Pinball Bar**
January 30 · 🌐

Welcome back!

Our 2023 tournament season kicked off with a banger of a turnout! Over 60 of you braved the cold to battle for over $300 in cash and those sweet, sweet IFPA points. Lots of new faces last night, so a big thank you for coming out to all you regulars for showing them the ropes 💜

Congrats to the top 4 -- ... See more



  43    2 💬

👍 Like        💬 Comment

View 1 more comment

**Vanessa Faye**
Look at these legends
4w

**Tilt Pinball Bar**
January 29 · 🌐

Quick refresh on the format and rules for today's open IFPA tournament starting at 4!

These can get busy, so please try and arrive early to get registered so we can start as close to on time as possible 💜

#pinball #tiltpinballbar #tiltpinballbar #ifpa #tournament #minneapolis



---

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



⊙ 5

👍 Like          💬 Comment

 **Tilt Pinball Bar**
January 27 · 🌐

Nothing better than a brand new playfield to kick off another restoration project! Raise your hand if you miss Taxi 😊

This is just one of many treats we have for you as we plan the opening lineup at the new location.

#pinball #tiltpinballbar #littpinballbar #restoration #pintech #taxi



👍👍 63                                          6 💬

👍 Like          💬 Comment

View 4 previous comments

**Brian BD**
I kind of regret selling my Taxi to Jon but at least he's turned it into something nice. I miss it!
4w

 **Tilt Pinball Bar**
January 25 · 🌐

Winter league season kicks off NEXT WEEK, and every Tuesday 'cept

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    et    Create new account

facebook



Email or phone          Password          Log In   Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

Warm up your flipper ticklers and prepare thyself. It's go time..... See more



👍 4

👍 Like          💬 Comment

**Tilt Pinball Bar**
January 23 · 🌐

Shawn Who is going to grace our sound system with some fresh beats tonight.

Come bob your head, and shake your booty with us starting at 8pm

#pinball #tiltpinballbar #littpinballbar #dj #livedj #dubstep #housemusic #beats

**Photos**          See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



facebook

Email or phone          Password          **Log In**   Forgot Account?

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍😮 6

👍 Like          💬 Comment

Tilt Pinball Bar created an event.
January 23 · 🌐

**MONTHLY IFPA TOURNAMENT**
**LAST SUNDAY OF THE MONTH @ 4PM**
$5 ENTRY | STRIKE FORMAT | ALL SKILL LEVELS WELCOME

SUN, MAR 26 AT 4:00 PM CDT AND 2 MORE
**TILT Pinball Bar Monthly IFPA Open Tournament**
Tilt Pinball Bar
28 people interested

👍 5

👍 Like          💬 Comment          ↗ Share

Tilt Pinball Bar
January 23 · 🌐

Our first open IFPA tournament of 2023 is SUNDAY at 4pm!

Get a head start on points, or just come hang out with some rad people.

$5 entry... See more



**JANUARY IFPA TOURNAMENT**
**SUNDAY JANUARY 29TH @ 4PM**
$5 ENTRY ALL SKILL LEVELS WELCOME

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

facebook

Email or phone     Password     Log In   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 Tilt Pinball Bar
January 21 · 🌐

MERCH DROP!

Beanies and caps are back in what is likely the last merch we get for your dome.

Your pinball outfit needs an update for '23 anyways, so get on over to the bar before they're gone.... See more



MERCH DROP

😀😍 36     2 💬

👍 Like        💬 Comment

View 1 more comment

 Top fan
Michela Berg


media1.tenor.co

5w

 Tilt Pinball Bar
January 20 · 🌐

The January Women's Monthly Tournament had another record turnout, with 31 players, including 5 ladies who had never played in this tournament before! What a way to kick off 2023!

After 9 exciting rounds, Brooke Tousignant won against Rebecca Sunde on James Bond 007, and Elizabeth Boelke took 3rd after a match on Godzilla in Round 8. Congratulations to the winners, and thanks to the awesome participants for a super fun night!

A big shout-out to Tilt & River for the gift ca... See more

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook



Email or phone          Password          Log In   Forgot Account?

Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈



♥👍 41                                    2 ⤻

👍 Like                    💬 Comment

### Photos                              See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Tilt Pinball Bar
January 18 · ⊕

Did you know every modern pinball machine has its own built-in parts collector? How well does yours work?

(Bonus points if you can identify why one of our flippers wasn't working on Ghostbusters.)

#pinball #tiltpinballbar #littpinballbar #meme #spareparts #pintech #fixit



👍❤️😆 14                                  1 💬

👍 Like                    💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

facebook

 **Tilt Pinball Bar**

Email or phone       Password       **Log In**   Forgot Account?

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                 See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
January 17 · 🌐

Our first Women's tournament of 2023 is on Thursday, and we are so
excited to see everyone back again!

TILT welcomes all women, non-binary & gender non-conforming
players of ALL SKILL LEVELS to compete on the 3rd Thursday of each
month. There is free entry, gift cards for the top 3, IFPA points, drink
specials, and a very welcoming group of players that love pinball.

This is your best opportunity if you've never tried competitive pinball.
Come hang out and meet some amazing... See more



❤💙 11                                          2 ↗

👍 Like                    💬 Comment

 **Tilt Pinball Bar** created an event.
January 17 · 🌐



THU, MAR 16 AT 7:05 PM CDT AND 2 MORE
**TILT Pinball Bar Monthly Women's IFPA Tournament**
Tilt Pinball Bar
47 people interested

## Connect with Tilt Pinball Bar on Facebook

**Log In**       or       **Create new account**



facebook

Email or phone | Password | Log In | Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 🅘 Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍴 Dine-in · In-store pickup ⌄
- Ⓢ Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ❶

### Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

View 9 previous comments

**Erika Fronk**
Men severely overestimate their fixed market value
6w · ❤😮 10

**Tilt Pinball Bar**
January 15 · ⊙

Fresh tap this morning: Barrel Theory Local Rain 651 🍺

This is the latest collab between BT and BlackStacks, combining BT's Rain Drops with BlackStacks Local 755 to get Local Rain 651.

Hazy IPA with w/Citra, Mosaic, Azacca, & Amarillo Hops. 7.5% ABV...
See more





⊙ 11

👍 Like          💬 Comment

**Tilt Pinball Bar**
January 15 · ⊙

Have you tried our THC beverages yet?

Chill State
Our best seller by far, this sparkling water from Fair State Brewing Coop combines 5mg of THC with 25mg of CBD. Some of our customers have described it as "weed flavored soda water" while others have compared the dankness to some other double dry-hopped IPAs. Pro tip: try it over ice.... See more



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



**facebook**

Email or phone          Password          Log In   Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ℹ

## Photos

See all photos



⦿⦿ 38                                          10 💬

👍 Like                    💬 Comment

View 5 previous comments

**Troy Kane**
You'll melt your face off kid 😂 😂
6w

**Tilt Pinball Bar**
January 12 · 🌐

You may have walked into TILT at one point and had to double check the address after you saw dollar bills laying on top of the machines.

No, your Uber driver didn't pull a fast one on you. This is likely some of players enjoying a game of Tommy Dollar.

What is Tommy Dollar you ask? It's a way to spice up a game with friends and maybe win some cash out of the deal. The premise is each player strategically places a dollar bill somewhere on the glass to hide a certain part of... See more



### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook 

Email or phone      Password      **Log In**      Forgot Account?

 **Tilt Pinball Bar**                                              ...

## Intro

View 5 previous comments

 **Sammy Forest**
Brilliant!
6w

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

 **Tilt Pinball Bar**
January 10 · 🌐

Just a gentle reminder that all games at TILT Pinball Bar use QUARTERS. Not old TILT tokens, and certainly not tokens from other arcades.

🔵 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

These jam up our coin mechs and can render a game inoperable, which leads to lots of effort and swearing from our technicians. Thanks for your help!

#pinball #tiltpinballbar #littpinballbar #quarters #psa #pleasedont #themoreyouknow



**Photos**                           See all photos



🔵❤️ 87                                              45 💬  1 ↗

👍 Like                      💬 Comment

View 15 previous comments

 **Lenny Passofaro**
If I find Updown tokens in my house I throw them away.
6w                                              🔵❤️ 4

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
January 8 · 🌐

On Monday night, we've got something special: Trance at TILT with Euphoric Nation.

Fresh off their remix release of Wæde Watts "Avenoir", the slayers from our Halloween party are back with melodies and beats so hard it'll make you tilt your game.

It's not every day you get an intimate show from someone with a

## Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook 

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚪 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



♥👍 14      1💬   4↗

👍 Like          💬 Comment

**Sam Ryan**
JT Jasinski
7w

 **Tilt Pinball Bar**
January 7 · 🌐

Cactus Canyon LE is here! This latest remake from Chicago Gaming Company ups the ante on the original Cactus Canyon with a brand new shootout mode using the topper as an interactive part of the game.

To activate this mode, you need to hit the beer mug ten times, and then make sure you're looking up to use the LEDs on the topper to aim for the bad guys (NOT THE CIVILIANS) and take your shot.

A bunch of other design elements makes this game pop, and it is a welcome addition ... See more

**Photos**          See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In     or     Create new account

 **facebook**

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4069

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023


CACTUS CANYON LE

 62    6 💬 1 ↗

👍 Like    💬 Comment

View 2 previous comments

**David Niles**
Oh, my. Can it be a combination of beers hit and beers enjoyed to activate the LED section? 😊
7w
↪ Tilt Pinball Bar replied · 1 Reply

 **Tilt Pinball Bar**
January 6 · 🌐

Oooh, what's this? A surprise last-minute arrival is incoming for Saturday. What could it be?

Your first clue is that we sent Nick down to Chicago to pick it up. Your second clue is that it's NOT Bond SE.

What's your guess?... See more


ARRIVING SATURDAY

 32    21 💬 1 ↗

👍 Like    💬 Comment

View 7 previous comments

**David Niles**
Something to hone my flipper skills on over a brew or 2?
7w
↪ Tilt Pinball Bar replied · 1 Reply

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account


facebook

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Say it with me, folks: HAPPY BIRTHDAY LAKESHA!

Our bar manager/scooter gang captain/DJ/chief vikings fan/golfer deserves all the praise and sass coming her way today. Pile it on! 🎉

#pinball #tiltpinballbar #littpinballbar #birthday



👍❤️ 122                              37 💬  1 ↪️

👍 Like              💬 Comment

View 35 previous comments


⭐ Top fan
Kayleigh Kurschner
This is late, but happy birthday!!! 💜💜💜 You are amazing.
7w


Tilt Pinball Bar
January 4 · 🌐

You may have seen the videos and press release for Stern Pinball's 60th Anniversary 007 limited edition game designed by Keith Elwin.

You may have also heard they sold out immediately.

What you haven't heard is that we got one, and we're going to put it on the floor for you all to play and enjoy. ... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook



Email or phone      Password      **Log In**   Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️😮 104                              10 💬 2 ↗

👍 Like                    💬 Comment

View 7 previous comments

Kraig Kutz
0 Jason Kellen
7w



### Tilt Pinball Bar
January 3 · ⊙

Time to mark your calendars!

We're taking a few weeks off from league after the monster of back-to-back seasons, but plan ahead because WINTER LEAGUE STARTS TUESDAY, JANUARY 31st! (The final league ever, at TILT's current location 😢)

🎉 Monthly Women's tournament is Thursday, the 19th.... See more



👍😮 20                                    1 💬

👍 Like                    💬 Comment

Heather Adair
Marie BonGone this is close to my place and allows kids until 9pm... juuust sayin

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

 facebook

Email or phone          Password          Log In          Forgot Account?



## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

 January 1 · 🌐

Happy 2023 to all our customers and fans! [We are open 11am-2am
today]

This is going to be a big year for us, and we're so excited to have you
along for the ride 😊

What are you most looking forward to this year?... See more



HAPPY 2023!

👍❤😆 31                                        4 💬

👍 Like                    💬 Comment

View 1 more comment

 **Tim Emerson**
HNY!

6w

 **Tilt Pinball Bar**
December 30, 2022 · 🌐

We are open regular hours this weekend for all your pre/post-party,
hangover recovery, last-minute, need-to-escape-for-a-while, lets-be-
spontaneous, holy-hell-I-need-a-drink, I-love-pinball needs 😊

#pinball #tiltpinballbar #tiltpinballbar #hours #nye #newyearsday



WE ARE OPEN!
NEW YEAR'S EVE
11AM-2AM

**Connect with Tilt Pinball Bar on Facebook**

Log In          or          Create new account



facebook

Email or phone | Password | Log In | Forgot Account?



**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

  15

👍 Like        💬 Comment

**Tilt Pinball Bar**
December 29, 2022 · 🌐

Drumroll, please.....

THESE PLAYERS GET VIP INVITES (w/+1) TO LITT'S SOFT OPENING PARTY THIS SPRING!

More details to follow, but make sure to give these folks a slap on the back for their combined performance in our back-to-back league seasons. It was a deep pool of players and talent, so they definitely earned it 😊 ... See more



  21

👍 Like        💬 Comment

**Tilt Pinball Bar**
December 20, 2022 · 🌐

Big ups to our Holiday League winners!

Competitive winners:
- 1st place: Mark Larson (97pts)
- 2nd place: Dan Stephany (83pts)... See more



## Connect with Tilt Pinball Bar on Facebook

Log In        Create new account



Email or phone          Password          Log In    Forgot Account?

### Tilt Pinball Bar

...

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

#### Photos                                    See all photos



👍 33

👍 Like          💬 Comment

### Tilt Pinball Bar
December 27, 2022 · 🌐

HERE WE GO! The final round of Holiday league, and the end of our back-to-back season, is tonight at 7pm.

Remember, top 10 combined scores in comp and rec from Fall and Holiday leagues get invites to LITT's soft opening in the spring.

GOOD LUCK, everyone!... See more



😀😍❤️ 15

👍 Like          💬 Comment

### Tilt Pinball Bar
December 24, 2022 · 🌐

Happy Holidays from the TILT GETS LITT crew! Come join us on a walkthrough of the new space now that most of the walls are gone. Get an update on the layout and some exciting things to come. #pinball #tiltpinballbar #littpinballbar #remodel #demolition #construction

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 **facebook**

Email or phone | Password | Log In | Forgot Account?

---

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤ 96                     13 💬   15 ↗

👍 Like            💬 Comment

View 10 previous comments

 **Kristin Nelson**
What's your ETA for opening? We can't wait!

6w

↳  Tilt Pinball Bar replied · 1 Reply

---

 **Tilt Pinball Bar**
December 24, 2022 · 🌐

Reminder - we are on holiday hours this weekend!

4PM-2AM

#pinball #tiltpinballbar #littpinballbar #holiday #hours #yesweareopen #xmas #christmas



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚗 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **Tilt Pinball Bar**
December 23, 2022 · 🌐

Stern dropped a biiiiiig update last night for 007. The list of updates is so long we can't even share all of it in a post. But we are already seeing many improvements, including 2 new villain modes 2 new henchmen modes! Come try it out 🎱

#pinball #tiltpinballbar #tiltpinballbar #sternpinball



👍 18                    2 💬

View 1 more comment

👤 **Peter Jansen**
Dang, I had no idea pinball machines got updates these days!
9w

 **Tilt Pinball Bar**
December 22, 2022 · 🌐

On behalf of all of us at TILT Pinball Bar: HAPPY HOLIDAYS!

Whatever, however, or with whomever you celebrate this time of year, come hang out. We're open from 4pm to 2am on Christmas Eve and

---

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

---

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar                                                     ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ



⭕⭕ 38                                                    1 ⤴

👍 Like                        💬 Comment

 Tilt Pinball Bar
December 21, 2022 · ⊙

**UPDATED WITH CORRECT SCORES** (third time's the charm, amirite?)

Week 5 is a wrap!

The final round is going to be a battle as usual because y'all are so damn scrappy. And then you've got cats like Eric Fryc throwing down 1.78 ball 1 in Game of Thrones just because he can. Bring your A game for the finals. Or bring some cash for those side bets.... See more



### Photos                        See all photos



Privacy · Terms · Advertising · Ad Choices ⊳ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

 **Tilt Pinball Bar**

Email or phone          Password          Log In     Forgot Account?

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Michael Weyenberg
Awesome job, Eric Fryc and Keith Hanson !
9w

**Tilt Pinball Bar**
December 20, 2022 · ⊙

Holiday League Round 5 kicks off tonight at 7pm!

For those of you reading this who are NOT playing in league: COME TRY IT OUT! Seriously, you can show up tonight, play for free, and try your hand at competitive pinball. See you there 🍸

#pinball #tiltpinballbar #tiltpinballbar #league #ifpa



🖤 9

👍 Like          💬 Comment

**Tilt Pinball Bar**
December 19, 2022 · ⊙

There are going to be some extra happy kids over the holidays this year, thanks to you! We got a bunch of boxes of toys and over $300 from the transtite raffle that will be brought over to the Groveland Food Shelf this week.

The December pinball tournament / James Bond release party brought out 72 players to grab some final IFPA points for the year, and congratulations to the top 5:

1st place: Tate Nahorniak... See more




## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone          Password          Log In     Forgot Account?

**Tilt Pinball Bar**                                                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos                    See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023



⬤⬤ 36

👍 Like                    💬 Comment

**Tilt Pinball Bar**
December 18, 2022 · 🌐

Our latest merch drop is going FAST. Grab a t-shirt or a hoodie for that pinballer on your list.

(Note that TILT does not guarantee this merch makes you as fresh as Espada, but it will get you one step closer...)

#pinball #tiltpinballbar #littpinballbar #merch #limitedtime



⬤⬤ 50

👍 Like                    💬 Comment

**Tilt Pinball Bar**
December 18, 2022 · 🌐

TODAY IS THE DAY!

James Bond Release Party (Bond Pro and LE on free play) 11am-2am
TILT Party with a Purpose Holiday Party 11am-3am
December Pinball Tournament 4pm-8pm... See more



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

 facebook

Email or phone      Password      Log In      Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



4                                              2 💬

👍 Like            💬 Comment

⭐ Top fan
**Zach LaVone**
Never said which holiday



10w                                          

↪ 🔵 Tilt Pinball Bar replied · 1 Reply

**Tilt Pinball Bar**
December 18, 2022 · 🌐

Who is going to take home the 007 trophy and a bunch of prizes and cash today? It's up for grabs, come play in our monthly tournament starting at 4pm! ALL SKILL LEVELS WELCOME.

#pinball #tiltpinballbar #tiltpinballbar #sternpinball #lauchparty #sternarmy #jamesbond #freeplay



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 

 7

👍 Like          💬 Comment

**Tilt Pinball Bar**
December 17, 2022 · 🌐

Phew - Our James Bond LE arrived just in time for the launch party tomorrow! Both Bonds on free play all day Sunday!

We are also doing a translite raffle again this year! $5/ticket gets you a chance at this Deadpool translite signed by George Gomez pre-installed in a backlit frame. 100% of the donations go to the Groveland Food Shelf. We'll do the drawing around 4:30 and you MUST be present to win.

Party with a Purpose runs all day, and you can bring in a new, unwrapped toy... See more



 6

👍 Like          💬 Comment

**Tilt Pinball Bar**
December 17, 2022 · 🌐

Phew - Our James Bond LE arrived just in time for the launch party tomorrow! Both Bonds on free play all day Sunday!

We are also doing a translite raffle again this year! $5/ticket gets you a chance at this Deadpool translite signed by George Gomez pre-

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

**facebook**

Email or phone     Password     [ Log In ]     Forgot Account?

 **Tilt Pinball Bar**

···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏬 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

Party with a Purpose runs all day, and you can bring in a new, unwrapped toy... See more

😆 27          2 💬    2 ↗

👍 Like                    💬 Comment

Aileen Beno-Lietz
For donations, are you still accepting personal care items? Or only toys?
10w
↳ Joseph Conrad Nordenstam replied · 1 Reply

**Tilt Pinball Bar**
December 16, 2022 · 🌐

This #fixitfriday brought to you by a nicely roasted flipper coil from our Toy Story 4.

Can you guess what caused this?

#pinball #tiltpinballbar #tiltpinballbar #fixit #pintech



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

[ Log In ]   or   [ Create new account ]



Email or phone     Password     Log In   Forgot Account?

 **Tilt Pinball Bar**                                                                      •••

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.



ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

 👍❤ 13                                    13 💬

👍 Like                    💬 Comment

View 5 previous comments

Ryan Heaton
Me ~
10w

 **Tilt Pinball Bar**
December 16, 2022 · 🌐

The snow didn't keep the players away from the last women's
tournament of the year! The December Women's Monthly Tournament
had another great turnout, with 25 players.

After 9 exciting rounds, Erika won (with zero strikes!) against Libby on
Ghostbusters and Sam took 3rd. Congratulations to the winners and
thanks to the awesome participants for a super fun night!

A big shout-out to Tilt & Pryes for the gift cards for the winners - 1st
place ($50), 2nd place ($25), 3rd place... See more

### Photos                    See all photos





 👍❤ 47                                    2 💬  1 ↗

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 Like                    💬 Comment

View 1 more comment

🏷 Top fan
Krista Larson
Also a big thanks to Mike Paul and Blake Pierce for
hanging out before each monthly event to ensure we
didn't have any technology issues. Was always
comforting to see one of you guys there ready to lend a
hand. 😌
10w                                                          👍❤

### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone     Password     **Log In**   Forgot Account?

 **Tilt Pinball Bar**   ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

more of those sweet sweet IFPA points! (Or just hang out with some rad people, or both)

#pinball #tiltpinballbar #tiltpinballbar #ifpa #tournament



❤ 5

👍 Like          💬 Comment

**Tilt Pinball Bar**
December 15, 2022 · 🌐

Week 4 wraps, and we have some shuffling in the top 5 already!

But first, here are your 20+ point scorers from last night and holy crap, you comp players sure beat up on each other:

Comp... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook 

 Email or phone     Password     **Log In**     Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⋯

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷  Cookies · More Meta © 2023

Tilt Pinball Bar
December 14, 2022 · 🌐

You asked for (demanded, really) black and white hoodies and t-shirts so merch Santa dropped down our exhaust hole and we got the goods starting TODAY at the bar!

Black pullovers
Black zip-ups
White pullovers,... See more



👍😍😮 62                                              3 💬

 👍 Like              💬 Comment

View 1 more comment

⚑ Top fan
Mike Paul
I didn't demand. I just asked repeatedly until you were too annoyed to ignore.
18w                                          👍😊 3

Tilt Pinball Bar
December 13, 2022 · 🌐

Holiday League. Round 4. Tonight. 7pm.

DRIVE SAFE! And let one of your homies know if you might be arriving past 7 so they can get you signed up.

#pinball #tiltpinballbar #tiltpinballbar #ifpa #league #winterstormwarning



## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**



facebook

Email or phone        Password        **Log In**   Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



 6

👍 Like        💬 Comment

 Tilt Pinball Bar
December 12, 2022 · ⊛

Please see yesterday's post! We have so much going on this week whether you are a casual, pro player, or just someone who wants to hang out with some amazing people.

#pinball #tiltpinballbar #littpinballbar #holiday #minneapolis #ifpa #league #tournament



5

👍 Like        💬 Comment

 Tilt Pinball Bar
December 11, 2022 · ⊛

GET READY! Our favorite week of the year is about to kick off and we

### Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**



**facebook**

Email or phone    Password    Log In   Forgot Account?

**Tilt Pinball Bar**    •••

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

show up with a single tube of toothpaste put some effort into it.) These donations go directly to the Groveland Emergency Food Shelf up the street and we made a big impact on t... See more



❤️👍 10    3 ↗

👍 Like    💬 Comment

**Tilt Pinball Bar**
December 9, 2022 · 🌐

Oops, we left the Demo Dudes unsupervised and just look at this mess!

But messes = progress, and now that the bathroom walls are gone, you can start to see the main pinball area beginning to take shape. They also got the back room down to the lath, and we just know someone is going to Kool-Aid Man themselves through the wall into the north space while the boss isn't looking.

It might not seem like it from these photos but the space feels HUGE with the ceilings and the bath... See more



### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

 facebook

Email or phone          Password           Log In    Forgot Account?

 Tilt Pinball Bar                                                                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.



⚲ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕘 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

😀😮👍 142                              17 💬  3 ⇧

👍 Like                        💬 Comment

View 6 previous comments

Samuel James
Love it! Any timeframe on when it will be open?
11w
↳ Samuel James replied · 2 Replies

 Tilt Pinball Bar
December 8, 2022 · ⊕

Just in time for the holidays, we got a batch of 16oz TILT Wizard glasses!

Only $8 and available starting today at the bar.

#pinball #tiltpinballbar #littpinballbar #gift #holiday #glass



♡ 34                                         7 💬

👍 Like                        💬 Comment

View 4 previous comments

 ⚑ Top fan
NJ Rupar
Design by the talented bartender and artist Dierra
11w

 Tilt Pinball Bar
December 7, 2022 · ⊕

As of last night, we have officially hit the mid-season of our holiday league (wow that went fast).

I could wax poetic about how great of a turnout we had last night but

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

---

 facebook

Email or phone    Password    Log In   Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



❤️ 22

👍 Like       💬 Comment

 **Tilt Pinball Bar**
December 6, 2022 · 🌐

No excuses this week! See you at 7pm tonight for the start of Holiday League week 3 🖤

#pinball #tiltpinballbar #littpinballbar #ifpa #league #minneapolisevents



❤️ 13                              5 💬

👍 Like       💬 Comment

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

  Tilt Pinball Bar

Email or phone    Password    Log In    Forgot Account?

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup   ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

[photo grid]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

↩ 🟦 Aaron Belzer replied · 2 Replies

🟦 Tilt Pinball Bar
December 5, 2022 · 🌐

Holiday League round 3 is tomorrow at 7pm!

BUT - we also wanted to let you know we're going to bam up our Bond Launch party on Sunday the 18th just a little bit.

We decided to have our Toys for Taps holiday party that day because why not? If you joined us last year, you will recall we offered a FREE pint with a toy donation. Not only are we doing that again, but we'll be accepting toys for taps ALL week from Monday the 12th through Sunday the 18th. ... See more







👍❤😆 11

👍 Like          💬 Comment

🟦 Tilt Pinball Bar
December 4, 2022 · 🌐

Zoinks!

Got a nice little teaser from Spooky Pinball LLC socials over the weekend. It looks like their next game is Scooby Doo and we're all 'bout it. More to come!



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook 

| Email or phone | Password | Log In | Forgot Account? |

 **Tilt Pinball Bar**                                      ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🄿 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



◯◯ 34                                        1 ↺

👍 Like            💬 Comment

### Photos                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷  Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
December 4, 2022 · 🌐

Gotta start 'em young. How old were you when you played your first
game?

We love kids at TILT 🎯. Bring the whole family and hang out. We have
kid favorites on the menu (who doesn't love hot dogs) plus a wide
assortment of refreshments, too. And don't forget in addition to our
bar stools, we also have step stools over by the change machines so
your pint-sized pinballer can see over the lockdown bar and quickly
become better than you.

And the best part? $0.50 pinball all da... **See more**



◯◯💛 53                                      4 💬  1 ↺

👍 Like            💬 Comment

View 3 previous comments

 **Heather Angel Olson**
I played pinball for the first time when I was about 7
years old. The games were at the laundromat. I loved the

### Connect with Tilt Pinball Bar on Facebook

| Log In | or | Create new account |

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Tilt Pinball Bar
December 2, 2022

With World Cup frenzy in full swing, it was time our own doggy soccer got a spa day.

Max did a full detail yesterday and you gotta check it out. The ramps are gleaming, the playfield is shiny, and even the goalie got a bath. Clean games always play better!

#pinball #tiltpinballbar #littpinballbar #worldcupsoccer #worldcup #futbol #soccer



⭕⭕😆 35                                    4 💬

👍 Like                    💬 Comment

View 2 previous comments

Ryan Jacobson
Man, I remember coming in immediately after reopening from Covid. Every damn machine in the place was absolutely glimmering!
12w

Tilt Pinball Bar
December 1, 2022

Save the date! Our official Stern Pinball James Bond pinball launch party is coming up December 18th!

This is going to be a big day: not only will we have Bond Pro and LE on free play all day, but we also have our December IFPA tournament starting at 4pm, AND our annual Holiday Party with a Purpose starts at 8pm with live DJs (more info coming on that).

#pinball #tiltpinballbar #littpinballbar #jamesbond #sternlaunchparty #sternpinball #holidayparty #partywithapurpose



## Connect with Tilt Pinball Bar on Facebook

**Log In**       or       **Create new account**



facebook

Email or phone     Password     [Log In]   Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

[Log In]  or  [Create new account]

facebook

Email or phone          Password          **Log In**    Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

🔸 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos

↪ 🔸 Tilt Pinball Bar replied · 1 Reply

🔸 **Tilt Pinball Bar** is at Tilt Pinball Bar.
November 29, 2022 · Minneapolis, MN · 🌐

We got a surprise arrival today! James Bond Pro, the latest release from @sternpinball is now at TILT Pinball Bar.

Massive gratitude to Zach for braving this weather and traffic to go pick this up south of the cities at 2pm today. He is the sole reason we all get to play this today 🖤

#pinball #tiltpinballbar #littpinballbar #jamesbond #007 #newgame #drno



👍❤️ 89                                            5 💬

👍 Like                    💬 Comment

View 4 previous comments

**NJ Rupar**  ⭐ Top fan
Zach is the ninja MVP
11w

🔸 **Tilt Pinball Bar**
November 29, 2022 · 🌐

It's only snow. Come warm up with your friends at week 2 of Holiday league tonight!

See you all at 7pm 🖤

#pinball #tiltpinballbar #littpinballbar #snow #minnesota #winter

**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



Email or phone · Password · **Log In** · Forgot Account?



Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2026

 5

👍 Like          💬 Comment

---

Tilt Pinball Bar
November 28, 2022 · 🌐

Tonight:
DJ Dudley D and Espada on the decks starting 8pm
Pinball Twin Cities season wrap party starting 7pm

Tuesday:... See more



 9                                    1 💬

👍 Like          💬 Comment

---

Dawn Stickney
Wish I lived in the Cities so I could go here. Love pinball. Not much of it here in Duluth.
12w

---

Tilt Pinball Bar
November 27, 2022 · 🌐

And we're back! Sorry for messing with your Saturday evening plans, but we're open (and dry) again at 11am today.

#pinball #tiltpinballbar #open



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

 facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**                                   ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🏠 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



⭕💬 46                                          3 💬

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
November 27, 2022 · 🌐

WE ARE CLOSED FOR THE REST OF SATURDAY NIGHT.

The building has a water leak, and it is currently raining inside TILT. Wish this was a metaphor for something, but nah. Sorry fam 😅 ... See more



👍💬💬 36                                    7 💬  1 ↗

👍 Like                    💬 Comment

View 4 previous comments

 Jada-Beth Korb
Will you guys be open Xmas weekend at all?
13w

### Connect with Tilt Pinball Bar on Facebook

**Log In**        or        **Create new account**



facebook

Email or phone    Password    **Log in**    Forgot Account?

 Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

⑧ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Tilt Pinball Bar
November 26, 2022 · 🌐

We all remember our first, so tell us - What game did it for you?

What made you say "holy fu*kbeans, i gotta play pinball again!"?

Let us know in the comments. And if it wasn't one particular game, give us the era, location, or life event that got you hooked. We wanna know.... See more

👍❤ 7                                                          31 💬

👍 Like                    💬 Comment

View 22 previous comments

 Sammy Forest
Evel Knievel at the Mesabi Mall in Hibbing.
13w

Tilt Pinball Bar
November 24, 2022 · 🌐

#pinball #tiltpinballbar #littpinballbar #thanksgiving #bethankful #psa



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

 facebook

Email or phone     Password     **Log In**   Forgot Account?

Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023



◯◯ 25                                    2 💬

👍 Like                      💬 Comment

View 1 more comment

David Niles
Thanks for inviting us!
It was a great night. Bartender was fabulous in her duties.
13w · Edited

Tilt Pinball Bar
November 04, 2023 · ⊛

OPEN 2PM-2AM ON THANKSGIVING DAY 🦃

ALL GAMES ON FREE PLAY 🎮

WE ARE SHOUTING BECAUSE WE ARE THANKFUL FOR ALL OF YOU 🫶
... See more

## TILT IS OPEN ON THANKSGIVING!

## 2pm - 2am

## ALL MACHINES ON FREEPLAY!

### THANKS TO ALL OF OUR CUSTOMERS FOR YOUR CONTINUED SUPPORT

    

◯◯ 132                        10 💬   11 ↷

👍 Like                      💬 Comment

View 6 previous comments

 Mark Baird
You guys are the best. What a great atmosphere.
13w

 Tilt Pinball Bar
November 28, 2023 · ⊛

Being a holiday week, we expected it to be a light turnout for the start of this league season last night.

Lol NOPE. It was a packed house with most of the usual suspects AND a handful of new people, just the way we like it!

Seriously though, we are SUPER thankful to you for making league

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍👍 13

👍 Like          💬 Comment

 Tilt Pinball Bar
November 23, 2022 · 🌐

Ready thy wallets: Our deal of the year is back.

This Thursday and Friday, in-bar only, you can buy a $50 gift card and get a $20 gift card for FREE. Yes, FREE. If you buy a $100 gift card, you get a $40 gift card. And so on.

These can be used at LITT when we open in '23!... See more





👍👍😆 18                                     7 💬 1 ↗

👍 Like          💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?



Ben DeWeerdt
13w

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Tilt Pinball Bar**
November 22, 2022 · 🌐

We're baaaaaaaaaaack! Holiday League kicks off tonight at 7pm. Indeed beer specials for all!

PLEASE arrive early for check-in (like, 6:30 early) so we can get started on time. If you think you might be arriving a few minutes past 7 let one of your homies/homettes know so they can get you registered.

And remember – everyone gets a drop week so just in case you can't make tonight you still have a solid chance at victory in the remaining weeks.... See more



⭕ 6                                                                    1 👍

👍 Like                    💬 Comment

**Tilt Pinball Bar**
November 21, 2022 · 🌐

What, you think the holidays are for relaxing? Not at TILT! We have our Holiday League season starting THIS TUESDAY at 7pm.

For all you new folks, swipe through to learn how we do things 'round here. If this is your first time playing with us, please show up around 6:30 to get signed up. See you tomorrow!

#pinball #tiltpinballbar #tiltpinballbar #ifpa #league #minneapolis #holiday #weekly



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ·
- Dine-in · In-store pickup ·
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



👍 7

Like      Comment

**Tilt Pinball Bar**
November 21, 2022

Here are your November IFPA Tournament winners!

Nice work to Jared on taking the W in what we're guessing might be some revenge from the League finals last week 😄 We got a double serving of Dans on the podium, and once again, Mark found himself in the winner's photo.

1st place: Jared Eshelman... See more



👍❤️ 30                     1💬 1↗️

Like      Comment

Top Fan
**Nate Reardon**
Congrats Jared!!
14w

**Tilt Pinball Bar**
November 20, 2022

Our Monthly IFPA tournament is TODAY at 4pm!

We are expecting a lot of new folks, so here are the key things to be aware of if you haven't played with us before. Or if you play with us often and just need a reminder - we're here to serve

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



🔵 6

👍 Like          💬 Comment

 Tilt Pinball Bar
November 19, 2022 · 🌐

We are open Thanksgiving day! Normal weekday hours 2pm-2am

#pinball #tiltpinballbar #littpinballbar #turkeyday #thanksgiving #minneapolis



🔵 14

👍 Like          💬 Comment

 Tilt Pinball Bar
November 19, 2022 · 🌐

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

⊙ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

Ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

First, we have a rare keg of the Schells Cave-Aged-Barrel-Aged dark lager. Weighing in at 10.9% this is definitely a Saturday sipper that will warm you up from the inside. Ignore our lazy social media guy's presentation of a bottle here, we can assure you this is ON TAP!

Nex... See more



 4

👍 Like          💬 Comment

 **Tilt Pinball Bar**
November 18, 2022 · ⊙

The November Women's Monthly Tournament matched last month's record of 27 players, including 2 new competitors! This is so impressive, given the snowy weather and awful traffic last night!

After 8 exciting rounds, Sam Arnold won against Krista Larson on Medieval Madness. Brooke Burns took 3rd after a tiebreaker against Lisa McGrath on World Cup Soccer, who placed 4th.

A big shout-out to Tilt & Pryes for the gift cards for the winners - 1st place ($50), 2nd place ($25), 3rd ... See more



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    [Log in]    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚗 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



❤️👍 42                         5 💬 5 ↗

👍 Like              💬 Comment

View 3 previous comments

 **Liz Ridgeway**
Congratulations to you all!!!!!
14w

 **Tilt Pinball Bar**
November 17, 2022 · 🌐

Come play pinball with us tonight! Our monthly women's tournament welcomes all women, non-binary and gender non-conforming players of ALL skill levels.

Best of all, it's free! See you at 7 💜

#pinball #tiltpinballbar #tiltpinballbar #ifpa #bellesandchimes #bellesandchimesmn



❤️ 6                                     1 ↗

👍 Like              💬 Comment

 **Tilt Pinball Bar**
November 16, 2022 · 🌐

Fall league has wrapped, and it came down to the final game for both brackets to decide the winners. And it was clooooooose:

Competitive winners:

## Connect with Tilt Pinball Bar on Facebook

[Log In]    or    [Create new account]



Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ˅

🍴 Dine-in · In-store pickup ˅

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍😊 27

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 15, 2022 · 🌐

Fall League Finals are tonight, and it's going to be 🔥
Just take a look at these current standings and remember there I a lot at stake here:
Top 4 competitive players share a $680 cash purse
Top 4 rec players get TILT gift cards... See more



❤️ 16

👍 Like          💬 Comment

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

ⓘ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Fall League Finals Tuesday @ 7pm
Women's Tournament Thursday @ 7pm
November IFPA Tournament Sunday @ 4pm... See more



👍❤ 15                                                      2 ↩

👍 Like                      💬 Comment

 Tilt Pinball Bar
November 13, 2022 · 🌐

Yes, in fact, this really was the best thing I could come up with today.

It was this or the "brush your teeth" song, and no one deserves that
stuck in their head all weekend. Ask me how I know...

Happy flipping!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          [Log In]          Forgot Account?



Tilt Pinball Bar                                                      ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

♥ 😍 10

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 12, 2022 · 🌐

Two goodies to help you out on this gloomy, chilly weekend!

First is a new THC seltzer from Fair State - Chill State with 5mg THC and 25mg of CBD. Just what you need for that epic game on Johnny.

We've been selling THC seltzers like crazy so we're going to be trialing new offerings over the next few weeks and see what you love. Anything else you've been grooving on that we should make sure and sample?... See more

NOW AVAILABLE          TAPPED TODAY

👍♥ 6

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 11, 2022 · 🌐

This week's #fixitfriday is a twofer.

As you know, we clean and wax our machines every week. But every now and then, we have to do a full ramps-off deep clean to get behind all the nooks and crannies that fill up with coil dust after the thousands of plays our games get every month.

Here is Medieval Madness getting a complete spa treatment, which brings us to the 2nd point of this post and that is a warning that if you hang out at TILT enough, we might just end up putting y... See more

#FIXITFRIDAY          #FIXITFRIDAY

♥ 28

👍 Like          💬 Comment

## Connect with Tilt Pinball Bar on Facebook

[Log In]    or    [Create new account]

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4069

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

You all crushed this keg last time we had it, and the staff have already
been pouring "test" pints so better get it while the gettin's good.

#pinball #tiltpinballbar #tiltpinballbar #beer #nowontap #newtap
#newbeer #fairstate #spiritfoul



 1

👍 Like    💬 Comment

 **Tilt Pinball Bar**
November 9, 2022 · 🌐

Week 5 was a BLAST, and the battles are getting super tight. As you
can see from the "top 10" lists, there are multiple ties. And just like the
midterms, too close to call at this point.

This means the final week next week will be more important than ever,
as our competitive players are battling for their share of a $500 cash
purse. Rec players get TILT gift cards. PLUS, everyone wants to get into
at least the top 10 as we are going to combine the results from next
season (w... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account


**facebook**

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



♡ 20    2 ↗

👍 Like    💬 Comment

 **Tilt Pinball Bar**
November 9, 2022 · 🌐

Happy birthday to this man right here: Don Greene a.k.a. Greenery a.k.a. the 8-bit master.

His love languages are Sega Genesis games and dope beats. He might be the first bartender at TILT whose song you're looking up on Shazam while being served your drink. Drop a comment and show the guy some 🤍

#pinball #tiltpinballbar #littpinballbar #birthday



 34    2 💬

👍 Like    💬 Comment

View 1 more comment

**Charley Beekman**
Hope you're having a great birthday Don!
15w

 **Tilt Pinball Bar**
November 8, 2022 · 🌐

First things first: GO VOTE

When you're done with that, THEN come to round 5 of Fall League tonight, starting at 7. If you might be running late, have one of the

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     Log In     Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ



○○ 17                                    1 ↗

👍 Like              💬 Comment

## Photos

See all photos



**Tilt Pinball Bar**
November 6, 2022 · 🌐

The demo dudes have been making one hell of a mess over at LITT
this week, and we wanted to give you a peek.

It feels so much bigger without ceilings!

#pinball #tiltpinballbar #littpinballbar #tiltgetslitt #liquorlyles
#renovation #demolition



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

 facebook

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos    See all photos

View 6 previous comments

Sarah DeLaForest
Thanks for the update! Excited for the day I might not be saying "it's probably too crowded at Tilt..."
15w

**Tilt Pinball Bar**
November 5, 2022 · 🌐

You know you need a new hoodie anyways. Why not snag one of our limited-run anniversary zip-ups? Available now at TILT Pinball Bar!

#pinball #tiltpinballbar #littpinballbar #hoodie #zipup #hoodieseason #cold #fall



👍❤🐾 51    2 💬

 👍 Like    💬 Comment

View 1 more comment

Shaun Farmer
I need this
16w

**Tilt Pinball Bar**
November 2, 2022 · 🌐

With week 4 of league wrapping up, we're starting to see the leaderboards materialize a bit, and you all have hit your groove based on our on-time start...

20+ point achievers last night:

Comp... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

 **Tilt Pinball Bar**

Email or phone    Password    Log In    Forgot Account?

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🅘 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🅘

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



🅐 20                                          1 ↗

👍 Like              💬 Comment

 **Tilt Pinball Bar**
November 1, 2022 · 🌐

Our 2nd annual Halloween Pinball Party was last night, and you made it amazing! We had some seriously awesome costumes and it took us a long while to agree on who earned the gift cards.

Ultimately it was Sarah in her Labyrinth Edition David Bowie costume that took top honors and a $100 TILT gift card. Second place was Bri, who absolutely nailed her NieR:Automata 2B cosplay. Third place could be considered cheating, because Zach showed up dressed as one of our techs (and soc... See more



🅐🅐 36                                         1 ↗

👍 Like              💬 Comment

 **Tilt Pinball Bar**
November 1, 2022 · 🌐

Mooove your ass on down to TILT for round 4 of fall league tonight at 7pm.

If you're going to be late, call/text/email/fax your buddies to have

### Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

 facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**   ···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️



👍 13

👍 Like          💬 Comment

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
October 31, 2022 · 🌐

Holy pinballs! You all turned UP last night. (I feel like we're saying that a lot lately which is f'ing rad)

Not only did we have a great tournament showing with lots of new folks and some great battles, but your costumes were ON POINT.

Of course, Kathy won by dressing up like the TILT logo. But just so you know, choosing the rest of the winners almost turned into a brawl behind the bar with our staff. We hope to see you back tonight when we double the costume prize gift ca... See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook 

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛍️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

 **Tilt Pinball Bar**
October 31, 2022 · 🌐

We are SUPER stoked to see you tonight! Our tournament players crushed the costume game last night, so we've got big expectations (and bigger gift cards) for the Monday night crew. BRING YOUR BEST!

NO COVER
Drink specials
Euphoric Nation DJ set starting at 8pm... See more



👍❤️😆 14                                    4 💬   2 ↗

👍 Like                    💬 Comment

View 1 more comment

 Joseph Conrad Nordenstam



17w

🕐 **Tilt Pinball Bar**
October 30, 2022 · 🌐

Don't let your inner dialog win. Come to TILT's Monthly IFPA Tournament instead. Starts at 4pm today!

$5 entry
Drink specials
Strike format... See more

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone     Password     Log In     Forgot Account?



Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

Ⓢ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 ❤ 12                                          1 ↗

👍 Like                    💬 Comment

Tilt Pinball Bar
October 29, 2022 · 🌐

Skip the bars with the cover charge. Come to TILT's Halloween party and drink some reds with the undead instead.

Music set by Euphoric Nation, drink specials, and a costume contest with over $100 in tilt gift cards to the top 3. Party kicks off at 8pm see you there!

#pinball #tiltpinballbar #littpinballbar #Halloween #party #minneapolis #nocover #contest #dj #euphoricnation



👍 20

👍 Like                    💬 Comment

Tilt Pinball Bar
October 28, 2022 · 🌐

 MERCH DROP 

## Connect with Tilt Pinball Bar on Facebook

Log In       or       Create new account



**facebook**

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

brand new designs, and by popular demand the patches are back from last year. C'mon by this weekend and cop yours!

#... See more



 28    3 💬

👍 Like    💬 Comment

View 1 more comment

**David Beebe**
Can we purchase these online as well?
17w

↪ 🌀 Tilt Pinball Bar replied · 1 Reply

**Tilt Pinball Bar**
October 27, 2022 · 🌐

Only 3 days until our monthly IFPA Tournament! ALL SKILL LEVELS WELCOME

$5 entry, cash payouts to top 4, strike format, random seeding, drink specials for everyone.

And since it's the day before Halloween we might as well see what kinds of costumes you are all working on. Come test drive your getup for a chance at a TILT gift card! (Then come back for our party on Monday and maybe win again)... See more



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



♡ 9                                1 ↗

👍 Like          💬 Comment

 **Tilt Pinball Bar**
October 26, 2022 · 🌐

Normally by week three in the league, we get some falloff of players, and things calm down. But y'all are faaaaar from normal.

We had even more players than in opening week! A record eight new folks coming to hang out and based on the smiles all around you made them feel super welcome. THANK YOU!

Here are your 20 + point scorers from last night:... See more




♡👍 16                              1 ↗

👍 Like          💬 Comment

 **Tilt Pinball Bar**
October 25, 2022 · 🌐

Fall League round 3 tonight! Are you ready?

Come early, get some practice games in, and get checked in so we can start as close to 7 as possible. If you think you're going to show up after 7 please let one of your compadres know and have them check you in.

(Otherwise we have to re-do the groups after games get started and some schmuck has to yell at all of you while standing on a stool and he doesn't like that.)... See more

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone    Password    **Log In**   Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

**FALL PINBALL LEAGUE**
**ROUND 3 TONIGHT 7PM**

👍❤ 6

👍 Like          💬 Comment

 **Tilt Pinball Bar**
October 25, 2022 · 

You bet your sweet cheeks we're doing this again! Join us next Monday for our 2nd annual Halloween Pinball Party

Last year's party was LITT, so we're going to bam it up a notch with a live DJ set from Euphoric Nation, drink specials, and $175 in prizes for best costumes.

The beats start at 8pm, with costume judging (done by our bar staff) at 10pm. FREE ENTRY ALL NIGHT LONG. (21+ after 9pm)... See more



**Connect with Tilt Pinball Bar on Facebook**

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



Email or phone        Password        Log in        Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

🔗 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

Euphoric Nation
Can't wait!!!! ☺
18w

**Tilt Pinball Bar**
October 24, 2022 · ⦿

This week's Season of Pinball at TILT:

☑ League round 3 is Tuesday at 7pm. (Free or $20)
☑ Monthly IFPA Tournament is Sunday at 4pm. ($5)... See more



👍 5

👍 Like            💬 Comment

**Tilt Pinball Bar**
October 21, 2022 · ⦿

The October Women's Monthly Tournament set another record with **27** players! It was great to see some familiar faces and 7 brand new competitors as well!

After 9 exciting rounds, Amy Kesting (ranked as the #1 woman in Ohio) won against Angie DonCarlos on Monster Bash. Sam Arnold came in 3rd after a game of Deadpool in Round 8.

A big shout-out to Tilt for the gift cards for the winners - 1st place ($50), 2nd place ($25), 3rd place ($10).... See more



## Connect with Tilt Pinball Bar on Facebook

Log in        or        Create new account

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook 

Email or phone          Password          **Log In**    Forgot Account?


**Tilt Pinball Bar**                                                        ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 44                                                            1 💬

👍 Like                              💬 Comment

**Amy Kesting**
Thanks for having me and being such a welcoming group of people. Yours is a wonderful place to play, well-kept machines, variety of games, old favorites and new ones to learn. Nice vibe and the other players in the bar were cool as well. Thanks to Brooke and Krista!
16w                                                                ♡

**Tilt Pinball Bar**
October 21, 2022 · 🌐

NEW GAME ARRIVAL!

Johnny Mnemonic is here in all of it's 90's glory. This might be THE most 1995 game ever, not just because it's a Williams with lots of cool features, but it also is covered with words like "CyberMatrix" and "Dataglove" and even has dialup noises! HACK THE GIBSO--oops wrong movie, sorry.

In all seriousness though, the game modes are pretty easy to follow, and the player-controlled magnetic Dataglove is a unique game function that ultimately makes up for a ... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        **Create new account**


facebook

Email or phone     Password     **Log In**     Forgot Account?

 Tilt Pinball Bar     ...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos

View 5 previous comments

**Scott Benjamin**
The Hand is brilliant. It perfectly intermissions the fast pace of the lower play field.
I walked out of this movie when it was in the cinemas. But the pinball is a seriously cool game.
18w

 **Tilt Pinball Bar**
October 19, 2022 · 🌐

Our monthly Women's IFPA tournament is TOMORROW, starting at 7pm!

This tournament is FREE and open to players of all skill levels. If you're looking to try out competitive play, meet some amazing people, and enjoy a casual evening of pinball this is just the time and place ...

Check in begins a little before 7 with our tournament co-directors Brooke and Krista who will be hanging out with the laptop or iPad. Good luck!... **See more**



👍❤️ 6     2 💬

👍 Like     💬 Comment

 **Tilt Pinball Bar**
October 19, 2022 · 🌐

Another week on the boards: Round 2 brought us 70 players last night with lots of great battles.

Here are your 20 point+ earners for week 2: (We'll switch to top 10 starting next week)

Competitive: https://matchplay.events/live/series/2308... **See more**



**Connect with Tilt Pinball Bar on Facebook**

**Log In**     or     **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**facebook**



Email or phone     Password     **Log In**   Forgot Account?

 **Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



🔵 17                    2 💬

👍 Like            💬 Comment

**Justin James Anderson**
You guys should move to a bigger space. 😔
1w                                        👍 3
↪ 🔘 Tilt Pinball Bar replied · 1 Reply

🔘 **Tilt Pinball Bar**
October 18, 2022 · 🌐

Hey, you. Stop scrolling and park your pupils on a major knowledge drop from our own Rick Brewster on the best games to pick for league:

https://bit.ly/TILTLEAGUEPICKS

That's right - Mr Brewster took time out of his schedule to share a little shot of his ass-whooping sauce. ... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

🔵🔵😆 19                                        7 💬

👍 Like            💬 Comment

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone     Password     **Log In**   Forgot Account?

**Tilt Pinball Bar**

···

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Ross Levine
I remember seeing a vinyl pressing of the Deadpool pinball music and tunes last year, I wonder if the modded music is also on it 😅
18w · Edited

**Tilt Pinball Bar**
October 13, 2022 · 🌐

Fall pinball league round 2 begins tonight at 7pm. But you already knew that.

What you might not know is in order to start close to that time we'd love it if you could come a little early and sign in again. Y'all did this perfect last week; let's do it again!

Also - if you missed last week, COME ANYWAY. Everyone gets a drop week and there is still plenty of time to secure your spot in the top 10.... See more



FALL PINBALL LEAGUE
**ROUND 2 TONIGHT 7PM**

 15                    4 💬   1 ↗

👍 Like                    💬 Comment

Derek Fagerwold
I wasn't informed I'd have to provide insider info later this afternoon.... 😤
18w

 ↳ Derek Fagerwold replied · 3 Replies

**Tilt Pinball Bar**
October 17, 2022 · 🌐

It's a proven fact that music helps you play pinball better. We've got DJ Dudley D on the decks starting at 8pm tonight to ensure you're at your best.

Last time Dudley was here, the sub was knocking drinks off the tables and we expect nothing less than another night of booty-shakin. Be there.

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 facebook

Email or phone          Password          [Log In]   Forgot Account?

**Tilt Pinball Bar**                                                          ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



♡ 13

👍 Like          💬 Comment

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Tilt Pinball Bar**
October 17, 2022 · ⊙

This week's Season of Pinball at TILT:
 League round 2 is Tuesday at 7pm. (Free or $20)
☑ Women's monthly IFPA tournament is Thursday at 7pm. (Free)...
See more



♡ 8                                                        1 ↻

### Connect with Tilt Pinball Bar on Facebook

[Log In]   or   [Create new account]

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Tilt Pinball Bar
October 16, 2022 · ⊙

#shopsunday brings you an update on Johnny Mnemonic.

The cabinet interior has been retouched, and playfield reassembly has begun. Zach hand cut all-new mylar, and this game is starting to look factory-new.

Why put this much time into a mid-90s game based on a sci-fi B movie that many of our customers have likely never seen? Because we can, that's why! Less than 3,000 of these were made, and we believe all 90's era Williams games need to be preserved. Plus, this game has a... See more



👍❤ 34    5 💬  1 ↗

👍 Like              💬 Comment

View 1 more comment

Steven Senger
Love these posts! First got into pinball as a fun thing to do at Tilt.... Then, someone showed me the underside of Adam's Family. My mind was blown! The amount of electrical engineering that goes into these boards.... Just, wow!
10w

↪ Steven Senger replied · 2 Replies

Tilt Pinball Bar
October 13, 2022 · ⊙

PUMPKIN ALL THE THINGS

Come get some of Indeed's Pumpkin Pistachio Cream Ale. Now on tap for a super-limited time (once it's gone, it's gone)

#pinball #tiltpinballbar #tiltpinballbar #beer #indeedbrewing #pumpkin #fall #ontap

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone          Password          Log In   Forgot Account?

 Tilt Pinball Bar

···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🏪 Dine-in · In-store pickup ⌄

⏱ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



LIMITED RELEASE   NOW ON TAP

PUMPKIN PISTACHIO CREAM ALE

SEASONAL   5.5% ABV – 15 IBU

4 PACK   DRAFT

👍❤️😮 15

👍 Like          💬 Comment

 Tilt Pinball Bar
October 12, 2022 · 🌐

Back at it!

Huge thanks to everyone who came out last night - all 74 of you! Your early arrival to check in was much appreciated; we were hitting the flippers by 7:15 which might be the earliest we've started in quite a while. Let's keep that going for next week!

Congrats to the following players that came out swinging, each scoring over 20 points in the first round:... See more

FALL LEAGUE WK1 RECAP

+6

❤️ 23                                          1 💭

👍 Like          💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- ℹ️ Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍽️ Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

Email or phone    Password    **Log In**    Forgot Account?

Rec league is FREE
Comp league is a $20 one-time entry... See more



👍❤️ 16                                    2 ↗

👍 Like          💬 Comment

**Tilt Pinball Bar**
October 10, 2022 · 🌐

Get hyped! TILT's Fall League starts TOMORROW.

If you're new to our leagues, peep the infographics to learn how we do things 'round here.
If you're a league veteran, read the damn infographics anyways.... See more



---

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone   Password   **Log In**   Forgot Account?

 Tilt Pinball Bar   ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Tilt Pinball Bar
October 9, 2022 · 

Max wants to remind you that Fall Pinball League starts on Tuesday this week.

Also, we're not sure if the smile or the knife finally convinced us, but we're throwing a Halloween party at the end of the month. Stay tuned for more info on that.

#pinball #tiltpinballbar #tiltpinballbar #league #thatsnotaknife #sterpinball



👍❤😮 37   3 💬

👍 Like        💬 Comment

 Dan Gougé
Put on a Michael Myers mask please
20w
↳ 📷 Dan Gougé replied · 2 Replies

Tilt Pinball Bar
October 8, 2022 · 

✲✲ STOOLS ARE GONE ✲✲

READ THIS POST IF YOU ARE COMING TO PICK UP FURNITURE FROM LYLE'S!

Please do not arrive before 2pm.... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



**facebook**

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**                                                          ...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 39                                      2 💬   2 👍

👍 Like                    💬 Comment

View 1 more comment

Keith Larson



20w

Tilt Pinball Bar
October 6, 2022 · ⓢ

Biiiiiig update on the new space today. Here we'll take you over the latest (approved) plans, talk through the layout, where pins will go, show more than you ever cared about bathrooms, get you pumped about ceilings, and give a bonus tour of something cool in the basement.

#tiltpinballbar #littpinballbar #tiltgetslitt #liquorlyles #remodel #minneapolis



👍 🤍 45                                     39 💬   23 👍

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone          Password          **Log In**   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis,
  MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                          See all photos

View 16 previous comments

Bella Belle
Wow! That's awesome! I was literally telling the owner a
month ago about the windows, I'm so excited.
20w

Tilt Pinball Bar
October 5, 2022



IF YOU ARE INTERESTED IN A
STOOL, CHAIR, BOOTH, OR TABLE
FROM LYLE'S BEFORE WE TOSS
THEM OUT – SEND US A DM FOR
INFORMATION ON WHEN TO PICK
UP THIS WEEKEND

TILT·ort·LITT

👍😊 76                          30 💬   16 ↗

👍 Like                          💬 Comment

View 17 previous comments

Mary Newman
I'll take a parking spot .
20w

Tilt Pinball Bar
October 5, 2022

Stop! Hammertime



DEMOLITION BEGINS

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**          or          **Create new account**

facebook

Email or phone          Password          Log In    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos          See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



▶ 0:01 / 0:14        📷 tiltpinballbar        ⚙ ⤢ 🔊

 53                                    14 💬   2 ↷

👍 Like                          💬 Comment

View 8 previous comments

Marsh L Bauer
Now if you needed volunteerrs for the demo! I could of took some serious aggression out.
20w

 **Tilt Pinball Bar**
October 4, 2022 · 🌐

Fall league kicks off NEXT WEEK! (Yes, it's October already). If you've wanted to try out competitive pinball, there is no better time to start than Tuesday the 11th at 7pm.

This also begins the busiest few months of pinball in TILT history, so in addition to our regular announcements, we made you a handy-dandy graphic that you can save/screenshot and plan ahead.

Questions? Hit us up in the comments or slide into those DMs... **See more**



👍 5

👍 Like                          💬 Comment

 **Tilt Pinball Bar** created an event.
October 4, 2022 · 🌐



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

 facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

···

**TILT Pinball Bar Holiday League**
Tilt Pinball Bar
10 people interested

👍 1

👍 Like    💬 Comment    ➦ Share

 **Tilt Pinball Bar** created an event.
October 4, 2022 · ⊘




TUE, NOV 15, 2022
**TILT Pinball Bar Fall League**
Tilt Pinball Bar
13 people interested



👍 5    1 💬

👍 Like    💬 Comment    ➦ Share

 **Jenna Lory**
Threw out my back but Bill Helm will be there to represent tonight!
20w

 **Tilt Pinball Bar**
September 30, 2022 · ⊘

Sometimes #fixitfriday calls for fireworks 🎆

We got a bunch of messages asking W in the actual F we were doing earlier this week regarding Toy Story 4.

One of the coil brackets broke (coil stop sheared off), and since it was an unusual size, we had to repair it in-house until a replacement arrives.... See more




## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos

 Tilt Pinball Bar
September 29, 2022 · 🌐

You asked, we (and Modist Brewing Company) delivered. TINT THC seltzers now available in blackberry lime & mango passionfruit.

#pinball #tiltpinballbar #littpinballbar #modistbrewing #thc #itslegalnow



👍😍😆 36                              2💬 1↗

👍 Like                      💬 Comment

View 1 more comment

🏆 Top fan
Tyrone Babione
Oh yeah!
21w

Tilt Pinball Bar
September 28, 2022 · 🌐

Even new games suffer catastrophic failure sometimes.
#WeldingWednesday #pinball #pintech #tiltpinballbar #littpinballbar



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**







facebook

Email or phone        Password        Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

↪ 🐦 Tilt Pinball Bar replied · 1 Reply

**Tilt Pinball Bar**
September 26, 2022 · 🌐

Surprise! Meteor blew a board over the weekend, so we decided to bring in Xenon a few weeks early to keep our solid state wall alive

We know a lot of you requested this 1980 Bally classic in the past so c'mon by!

#pinball #tiltpinballbar #littpinballbar #xenon #bally #solidstate #classic



NEW GAME ARRIVAL

👍 82                                    12 💬

| 👍 Like | 💬 Comment |

View 6 previous comments

**Chad Blowers**
Gr8 game
👍
22w

**Tilt Pinball Bar**
September 26, 2022 · 🌐

Holy S#$%s! You all turned UP last night! 73 of you came out to play, and lots of you brought friends because we had a record turnout of new players as well. This is a big deal for Minnesota competitive pinball in general. The more new players that join, the better chance we get for an even larger state tournament.

Congrats to the top 4:
1st Place - Matthew Sommerfeld
2nd Place - Mark Larson... See more


SEPTEMBER TOURNAMENT WINNERS

## Connect with Tilt Pinball Bar on Facebook

| Log In | or | Create new account |

facebook

Email or phone | Password | Log In | Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🔵 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4069

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



◯◯ 59                           1 ↗

👍 Like          💬 Comment

 **Tilt Pinball Bar**
September 24, 2022 · 

For everyone coming tomorrow, here is a quick refresh on how we roll our tournaments 🎳

If you've never tried competitive pinball before, this is your chance; All skill levels welcome and you'll leave a better player. See you tomorrow!

#pinball #tiltpinballbar #littpinballbar #ifpa #tournament #sunday



◯👍 14

👍 Like          💬 Comment

 **Tilt Pinball Bar**
September 23, 2022 · 

[ed note: Love it when a new game arrival happens on a Friday, because that means I can be super lazy about this week's #fixitfriday post!]

By popular demand Game of Thrones is BACK at TILT Pinball Bar. (Absolutely nothing at all to do with the fact there is a hit new series

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

 **Tilt Pinball Bar**

facebook

Email or phone     Password     Log In   Forgot Account?

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

for cleanup, ne... See more



◯◯ 33     2 💬

👍 Like          💬 Comment

**Tony Midtling**
Did hand of the king start, once you collected the four houses?
22w

↳ 🔄 Tilt Pinball Bar replied · 1 Reply



 **Tilt Pinball Bar**
September 22, 2022 · 🌐

Last Sunday of the month is this weekend, so that means it's time for our monthly pinball tournament!

🎱 ALL SKILL LEVELS WELCOME 🎱

$5 Entry
S... See more



◯◯😆 9     2 ↗

👍 Like          💬 Comment

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook 

Email or phone          Password          [Log In]   Forgot Account?

 Tilt Pinball Bar                                ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

BOND IS ARRIVING SOON!

Our favorite spy is on his way, starting with the Pro version arriving first and likely followed by the LE version a few weeks later (similar to the Godzilla release last year).

Now that the official press images are out, what do you think? ... See more



ⓞ♡ 60                                    10 💬  2 ↗

👍 Like                    💬 Comment

View 4 previous comments

 Minneapolis Pinball Parade
The LE looks amazing and the game looks like a lot of fun. Can't wait to play it.
22w

Tilt Pinball Bar
September 21, 2022 · 🌐

Oops- we are long overdue for a #whatthepin Wednesday.

This should be a hard one, as the game itself wasn't made in that large of a volume and there are less than 100 out in the wild (according to Pinballmap at least).

We just picked this one up, so it's not part of our existing stock which is the only clue you get apart from this fairly unique arrangement of coils.... See more



## Connect with Tilt Pinball Bar on Facebook

[Log In]    or    [Create new account]

 facebook

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



🔘 23                                    19 💬  3 ↗

👍 Like                    💬 Comment

View 3 previous comments

 **Todd Jacobs**
Johnny Mnemonic
23w        💬 3
↳ 🔘 Central MN Pinball replied · 12 Replies

 **Tilt Pinball Bar**
September 20, 2022 · ⊙

#NEWTAPTUESDAY

Fresh tap of Fair State's Party Cut: A hoppy/tropical hazy IPA. Their tasting notes say: Tropical chewing gum, pineapple, grapefruit candy, a hint of coconut?

We say - it's nice and refreshing and easy drinking. Yum!... See more



🔘👍 6

👍 Like                    💬 Comment

🔘 **Tilt Pinball Bar**
September 19, 2022 · ⊙

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone          Password          **Log In**     Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Let's see your TILT gear in the wild! (Thanks to Dan Michener for the picture 💜)

#tiltpinballbar #spotted #soulasylum #davepirner #music



👍❤ 106                              6 💬  2 ↪

👍 Like              💬 Comment

View 4 previous comments

 **Dan Michener**
That Dan sure has the magic eye 😆 😆 🔥
25w

 **Tilt Pinball Bar**
September 16, 2022 · 🌐

Thursday night's Monthly Women's Tournament had 21 players, including 6 players who had never played in a Tilt Women's Tournament! For 3 players, it was their first tournament ever, for 2 players, it was their first women's event, and for 1 player, it was their first Minnesota tournament as they were traveling through. It was great to connect with some new players!

After 8 exciting rounds, Lisa McGrath won against Lua Wilkinson on World Cup Soccer, putting Lisa in 1st and L... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏬 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos



👍👍 40    5 💬 2 ↗️

👍 Like    💬 Comment

View 2 previous comments

Pramod Parida
Lua Wilkinson Great to see you again.
25w

 **Tilt Pinball Bar**
September 14, 2022 · 🌐

Our monthly Women's tournament kicks off at 7pm tomorrow and it's FREE! (Betcha didn't realize tomorrow is the 3rd Thursday in September already...)

This is a great place to try out some competitive pinball, help grow our community of players, and maybe even win some prizes. Come by a little before 7pm, check in with Krista or Brooke (hanging out by the laptop), and grab a drink special from Pryes.

See you tomorrow 👍 ... See more



👍👍 11    1 ↗️

👍 Like    💬 Comment

 **Tilt Pinball Bar**
September 13, 2022 · 🌐

It's almost new pinball time....

Stern's official announcement got postponed but in the mean time sleep easy knowing we'll have one for you at TILT ASAP

#pinball #tiltpinballbar #tiltpinballbar #sternpinball #newpinball #007 #bond #jamesbond

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook 

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**    ...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍👍 46    2 💬  1 ↗

👍 Like    💬 Comment

 **Bob Marino**
This image makes me think golden eye
24w
↳ 👤 NJ Rupar replied · 1 Reply

 **Tilt Pinball Bar**
September 12, 2022 · 🌐

It's officially beer and pretzel season! 🥨 🍺

Come grab yourself a Time is Nigh Festbier from our homies at Modist and a nice warm pretzel for only $9

And you damn pumpkin spice nerds can calm the F down - we got something coming for you soon enough.... See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

...

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

ⓢ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

#### Photos                  See all photos

#### Tilt Pinball Bar
September 9, 2022 · ◉

👍 Like        💬 Comment

**Tilt Pinball Bar**
September 9, 2022 · ◉

It's Spooky season (see what I did there?) and Halloween is back!

We didn't want Target to be the only ones rolling out the goods in September so we brought this back out of storage for you to get some revenge. Or, just let off some anger that it already feels like fall. See ya at 2pm today!

(Black Knight is out, and will come back in the new location)... See more



🔵 48                    4 💬

👍 Like        💬 Comment

View 3 previous comments

Mary Grace
Plinus Maximus
24w

**Tilt Pinball Bar**
September 9, 2022 · ◉

UPDATE: SHE HAS BEEN FOUND

## Missing Young Adult

**Sarah McCartney Age 24**

**Height: 5'8**

### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone | Password | **Log In** | Forgot Account?


Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

...

Last Seen, Wednesday evening around 10:30pm (ptush) area West 46th and Grand Ave S Minneapolis
Sarah's hair was wet, she was barefoot and seemed disoriented. She does not have her phone, wallet or ID



If you have any information about Sarah, please contact
Mpls Police at 612-673-5705

 22                          1 💬  7 ↪

👍 Like                    💬 Comment

 Top fan
**Brooke Burns**
Per the Jacob Wetterling Resource Center page she has been found safely
24w                                        💬 5

 **Tilt Pinball Bar**
September 8, 2022 · ⊙

What is the best game mode and why is it Mass Hysteria on Ghostbusters?

Seriously though, this is one of our favorites hands down. Or, hands crossed. Once you collect 100 ghosts the game will automatically start the mode and your flippers are reversed; right button activates the left flipper and visa-versa. You can TRY to reconfigure your brain (good luck) but the popular strategy is to switch your arms as demonstrated by Blaine here.

This kicks off a multi ball mode where ... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone        Password        **Log In**    Forgot Account?

Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



❤️ 54                                         5 💬 · 1 ↗

👍 Like                          💬 Comment

View 3 previous comments

Chris Code
Also enjoy when Midnight Madness kick in on GB. It's usually completely unexpected and startling. And then, as soon as it started, it's over and you're back into the regular game again.😳
24w

Tilt Pinball Bar
September 7, 2022 · 🌐

Happy National Beer Lovers Day!

To be clear, we treat EVERY day like National Beer Lovers day, but the damn internet said we have to make a big deal about it today specifically. So enjoy $1 off all taps today!

#pinball #tiltpinballbar #littpinballbar #nationalbeerday #dollaroff #tap

❤️👍😊 18                                         1 ↗

👍 Like                          💬 Comment

Tilt Pinball Bar
September 6, 2022 · 🌐

LEAGUE DATES HAVE BEEN FINALIZED

We decided to wrap up 2022 in a big way by stuffing TWO back to back league seasons into the calendar.

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone     Password     **Log In**   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️😆 19     13 💬   3 ↗

👍 Like          💬 Comment

View 3 previous comments          Oldest ⌄

Lua Wilkinson
Oct 11 is the Lizzo concert tho 🎤🎶
25w

↳ ✍️ Author
Tilt Pinball Bar
Lua Wilkinson you get a drop week 😊
25w

Tilt Pinball Bar
September 5, 2022 · 🌐
WE ARE OPEN TODAY AT 11AM

#pinball #laborday #holiday #dayoff #tiltpinballbar #littpinballbar



**Connect with Tilt Pinball Bar on Facebook**

**Log In**   of   **Create new account**

 facebook

Email or phone      Password      **Log In**    Forgot Account?

 **Tilt Pinball Bar**                                                                ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.



👍❤️ 17                                                        14 💬

👍 Like                          💬 Comment

- 📄 Page · Bar

View 2 previous comments                                          Oldest ▾

- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

**Rusty Bender**
WTF you made people work on Labor Day to serve the privileged ones who have the day off!?!
25w

- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ▾

 **Tilt Pinball Bar**
September 4, 2022 · 🌐

Today we are SUPER DUPER excited to share some early renderings of the new space from our amazing designer, Rachel Kate Design, Inc. You'll recognize her work from the current TILT location as well as Nightingale and Mortimers. She's a long time friend of the family and we love what she's come up with so far. We asked to carry over the current TILT vibe into the larger building and we think she totally crushed it.

- 🍴 Dine-in · In-store pickup ▾
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

DISCLAIMER: These are concepts which means anything and eve... See more

### Photos                              See all photos



👍❤️ 242                                                      46 💬  15 ↗️

👍 Like                          💬 Comment

View 24 previous comments                                         Oldest ▾

**Patrick Birke**
There's a bootlegging tunnel from The Belmore apartments to Liquor Lyle's
You can call Uptown staple Liquor Lyle's many things, but an completely upstanding member of society is likely not one. And never was that more true than during the Prohibition w... See more
21w

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos

are you talking about?

I don't even have anything clever to say this time around but some of y'all got jokes... I know who you are, and I remember everything. Watch out.

#pinball #tiltpinballbar #tiltpinballbar #laborday #minneapolis #holiday



😀👍😮 21    3 💬

👍 Like    💬 Comment

Oldest ⌄

👑 Top fan
Kevin Peterson
This is great news!
25w

↳ Author
Tilt Pinball Bar
You can still plan ahead for next year, too!
25w

↳ View 1 more reply

Tilt Pinball Bar
September 2, 2022 · 🌐

Help us out with this week's #fixitfriday. Here is a flipper on Black Knight that was reported to be sticking.

Can you identify the issue? Hint: go back to our reels from February and find the one "Let's learn how flippers work" for clues ...

Happy flipping, everyone!... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

 Log In    or     Create new account

 facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**                                    ···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023


#FIXITFRIDAY

⊙ 10                                    11 💬

👍 Like              💬 Comment

View 3 previous comments                 Oldest ⌄



🏷️ Author
**Tilt Pinball Bar**
Plunger and link are good it was indeed the pawl that actuated the EOS switch
23w                                        ⊙ 2

 **Tilt Pinball Bar**
September 1, 2022 · ⊙

Hey stop scrolling for a second... It's Thursday and you deserve a drink. Might we suggest one of our delicious tangs?

If you need an excuse: Thursday starts with a T. Tang starts with a T. Thirsty starts with a T. Shot ends with a T.

See? We got you. 🍸... See more

😊😋⊙ 18                                    1 💬

👍 Like              💬 Comment

Oldest ⌄

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone    Password    **Log In**  Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

Tilt Pinball Bar
August 31, 2022

And just like that - Summer league season comes to a close. You all made this the best season we've had so far, setting all sorts of records for numbers of competitors and return players. On behalf of everyone at TILT: THANK YOU!

To the victors go the spoils, so join us in congratulating this seasons champions:

Competitive (30 players)... See more



👍 21      1 💬

👍 Like      💬 Comment

Oldest ⌄

Justin James Anderson
What kind of score did Larson put up?

Tilt Pinball Bar
August 30, 2022

It's the fiiiinal league niiiiiiight, do do do do, do do do do dooooooo......

6th and final round is tonight with our competitive bracket players battling for cash and IFPA points, our rec players battling for TILT gift cards, and both brackets getting some killer swag from Indeed!

Once again we're looking at some very close battles; There are only 10 points separating the top 10 competitive players, and the rec bracket has multiple ties across the top 10 so it's really any... See more



## Connect with Tilt Pinball Bar on Facebook

Log in    or    Create new account

**facebook**

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 10    1 💬

👍 Like    💬 Comment

Oldest ⌄

> **Top fan**
> Jenna Lory
> I won't be able to make it tonight but good luck to everyone!
> 26w

### Tilt Pinball Bar
August 29, 2022 · 🌐

Here are your top 4 players this month!

1st: Eric Fryc
2nd: Luke Nahorniak
3rd: Marshall Hilgemann... See more



👍❤️ 32    1 💬  1 ↗️

👍 Like    💬 Comment

Oldest ⌄

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          **Log In**    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **Tilt Pinball Bar**
August 27, 2022 · ⊙

Sunday is our monthly IFPA tournament, and we have a special guest tournament director!

Go binge on fair food in the morning and make sure to get a proper carb load for our strike-format tournament with cash for the top 4 players! $5 entry, drink specials, and waaaaaaay less crowded.

Check in with Mike when you arrive ☑ and we'll see you at 4pm!... See more



👍❤ 6                                    1 ↗

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
August 26, 2022 · ⊙

This week's #fixitfriday brought to you by a busted-ass flipper on Meteor, and a chance for a PSA:

If you encounter an issue with our games PLEASE LET THE STAFF KNOW.

In fact, we'd prefer you let the staff instead of just turning a game off. You'd be amazed at how easy it is to say "this game is broken I'll turn it off" then you grab your beer and your quarters, talk to that friend who just arrived, realize a game is open you've been waiting for and then next thing you kno... See more

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

---

🔘❤ 18

👍 Like        💬 Comment

**Tilt Pinball Bar**
August 24, 2022 · 🌐

Take one last look; The demolition hammers are going to start swinging soon, so we figured we'd get a few "before" photos up to help you reminisce on the Lyle's you remember from back in the day.

As TILT gets LITT, we're planning to take you along the process as we remodel, reconfigure, and update the space all the way through to our grand opening. (No, we don't have a date yet but stay tuned...) And don't worry - we plan on incorporating homage to the original Lyle's in a... See more



 

+4

🔵👍 178                              54 💬  15 ↗

👍 Like        💬 Comment

View 24 previous comments                    Oldest ⌄

 **Joe King**
Who gets Howie's picture?
26w                              👍 2

🔗 Author
**Tilt Pinball Bar**
Joe King auction? 😆
26w

↳ View 4 more replies

 **Tilt Pinball Bar**
August 28, 2022 · 🌐

Summer league round 5 is tonight at 7!

Competitive is truly anyone's shot at this point. There are only 9 points separating the top 10!
Comp top 4 going into this round:
1. Jim Hartley - 57pts... See more

---

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies More · Meta © 2023



ROUND 5 TONIGHT 7PM

👍 2                          1 ↪

👍 Like          💬 Comment

 Tilt Pinball Bar
August 21, 2022 · 🌐

Okay - you know when you randomly open up the fridge on a Sunday morning and one of your cool friends left behind some amazingly delicious beer that is 100% fair game to drink because, well, possession is 9/10ths? Basically that's what happened with this keg of Barrel Theory Police the Sauce . I don't even know how it got here, and I'm not about to ask.

Tapped fresh this morning so come jam on this 7% hazy IPA that our homies at BT brewed with Citra and Simcoe hops.

Our B... See more



## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

facebook

Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

👍 Like        💬 Comment

**Tilt Pinball Bar**
August 19, 2022 · 🌐

You asked - we delivered. Due to popular demand, White Water is back!

Zach busted his ass over the last few weeks to give this '93 Williams icon a well-deserved refresh and it plays SUPER nice. Come stuff your quarters in the slots as soon as we open at 2pm today 🍺

And if you look close, Thanos is gone (for now). Look for him to make a comeback when we move. (FWIW the vote wasn't even all that close so we don't feel bad...)... See more



👍😍😆 58                                    4 💬

👍 Like        💬 Comment

View 1 more comment                        Oldest ⌄

⭐ Top fan
**Dana Berkshire**
When is the official move date? I'd hate to make the trek to find out you're closed.
27w

✏️ Author
**Tilt Pinball Bar**
Dana Berkshire still locking down the move date don't worry we'll make a big deal about it
Current location will be open until then!
27w

↪ View 1 more reply

**Tilt Pinball Bar**
August 19, 2022 · 🌐

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar                                         ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

🏠 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



 2nd Tilt women's win this year! Kathy Tift was the last player to receive
her first strike, and took an honorable third.

A big shout-out to Tilt and Pryes Brewing for the generosity in
supplying gift cards for the winners - 1st place ($50 Til... See more

👍❤️ 60                                                      6 💬

👍 Like                          💬 Comment

View 5 previous comments                              Oldest ⌄

Domestic Animal Portraits and Handmade Quilts by Julie Fakler
Congratulations Krista and Kathy! I've had the pleasure of
getting my ass kicked by both of these talented ladies.
27w

Tilt Pinball Bar
August 18 2022 🌐

Monthly Women's Tournament kicks off tonight at 7pm!

We welcome ALL women, non-binary & gender non-conforming
players of ALL skill levels to come play in a FREE tournament with
prizes and IFPA points!

This is a very noob-friendly format, and a great opportunity to meet
other players in a very welcoming and casual environment. ... See
more

## Connect with Tilt Pinball Bar on Facebook

**Log In**          or          **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**facebook**

Email or phone   Password   Log In   Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos





❤️😲👍 7                                    2 💬

👍 Like          💬 Comment

Oldest ⌄

**Erin Garrity**
How late does this event run?
27w

 📝 Author
**Tilt Pinball Bar**
Erin Garrity Sorry for the delayed reply - usually wraps between 9 and 10 depending on attendees
27w

 **Tilt Pinball Bar**
August 18, 2022 · 🌐

Here we go again: Time for you to choose which game GOES in order to make room for Whitewater. Do we take out Black Knight: Sword of Rage, or Avengers Infinity Quest?. YOU DECIDE!

PLEASE ONLY MENTION the game you want to LEAVE. It makes counting a huge pain in the ass when I gotta filter through all the "noo but I love xxxxx" when I really just want you to type "yyyyy" where y=the game you want to leave. Simple Maths. [Editor note: "I hate yyyyy" or "yyyyy took my lunch mone... See more



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



Email or phone          Password          Log In    Forgot Account?



Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ  Page · Bar

◈  113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞  (612) 236-4089

✉️  info@tiltpinballbar.com

🌐  tiltpinballbar.com

🕐  Open now ⌄

🍽️  Dine-in · In-store pickup ⌄

💲  Price Range · $

⭐  Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                              See all photos

View previous comments                              Oldest ⌄

Brenna Kelly-Starkebaum
Black knight
27w

Tilt Pinball Bar
August 16, 2022 · 🌐

Round 4 of summer league is tonight at 7, and we have a slight change: Please check in with Mike when you arrive as he will be guest tournament director for this week. Also remember to let Jonah know if you run into any game issues!

See you all this evening 🎱

#pinball #ifpa #league #summer #tiltpinballbar #littpinballbar #compete



 18                                          4 💬

👍 Like                        💬 Comment

View 1 more comment                                 Oldest ⌄

Dan Hansen
Mike Paul, did you get my email about Group 4's scores in the rec league? It errored on me when entering, then I messed it up further.
27w

Tilt Pinball Bar
August 15, 2022 · 🌐

Buckle up, refill your quarter stash, and block off your calendars we have a big week coming!

DJ Espada is live tonight laying down a soundtrack to help you play better. Set starts at 8pm.

Tuesday is round 4 of our summer pinball league and still open to new players starting at 7.... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In        or        Create new account



facebook

Email or phone   Password   Log In   Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ∨

Dine-in · In-store pickup ∨

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 7

👍 Like        💬 Comment

 Tilt Pinball Bar
August 15, 2022 · ⊙

SPECIAL GUEST MONDAY NIGHT

That's right, our very own Espada is going to be throwing down a live DJ set for your pinball soundtrack tomorrow. Kicks off at 8pm don't miss it.

#tiltpinballbar #tiltpinballbar #pinball #dj #livedj #espada #music #minneapolis



 12

👍 Like        💬 Comment

 Tilt Pinball Bar
August 13, 2022 · ⊙

Now on tap: DOUBLE DREAMYARD!

This is a double dry-hopped DOUBLE New England IPA because the crazy cats over at Modist said "you can't triple stamp a double stamp, so F it let's DOUBLE STAMP a double stamp". The math checks out and

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

**facebook**

Email or phone          Password          Log In    Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



○ 6

👍 Like          💬 Comment

 **Tilt Pinball Bar**
August 12, 2022 · ⊙

We heard pretty loud and clear that you all miss Whitewater, and believe it or not we care about making you happy. So here it is in the shop right now getting spruced up this #fixitfriday ahead of its return next week.

In addition to cleaning (look at that orbit, yeesh) Zach has got the playfield apart for some maintenance on Bigfoot and a few other tweaks we didn't get to last time it was here. It's going to play just as nice as you remember, and we love the passion in the... See more



○○😄 27                                        2 💬

👍 Like          💬 Comment

View 1 more comment                           Oldest ⌄

Chris Code

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑤ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



**Tilt Pinball Bar**
August 11, 2022 · ⊙

Normally we save the nerdy pin tech stuff for #fixitfriday, but we have something special to share tomorrow so you get a serving of #pintechthursday instead.

Trolls. Love 'em or hate 'em they bring a lot of personality to Medieval Madness. 'Ol Lefty (we need to seriously do a poll to name these) was giving our players some grief over the last few days, constantly defying pinballs to the face regardless of the velocity. With a smug expression the points were denied and troll ... See more

👍❤️🔥 36    4 💬

👍 Like          💬 Comment

View 1 more comment                          Oldest ⌄

**Tim Boche**
My lefty works very well, my righty is finicky and requires a good direct shot to the face.

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

---

Tilt Pinball Bar
Tim Boche we might know a guy that can help with that 😉
12w

**Tilt Pinball Bar**
August 19, 2022 · ⊗

We're halfway done with this season, and it's still anyone's chance to crush and take away some cash in competitive, gift cards in rec, and prizes from Indeed for both!

Great to meet some new folks last night who dove right into rec league and thanks to you all welcoming them because it was all smiles all around 😄

Remember that your lowest score or missed week gets dropped from the total, so if you look at Matchplay keep your eye on the "Result" column as you plan your stra... **See more**



⊙⊙ 28

👍 Like          💬 Comment

**Tilt Pinball Bar**
August 9, 2022 · ⊗

Summer League Round 3 is tonight! Missed a few weeks? Who cares! Come play rec, it's free!

Indeed beer specials for everyone 🍻

Reminder you can track your standings on Matchplay:... **See more**



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



🌐 10                                      2 ↗

👍 Like                    💬 Comment

 Tilt Pinball Bar
August 8, 2022 · 🌐

Get those neck muscles ready for some head bobbin' while you flip tonight: DJ Buck KAC is rolling through with a stack of old school vinyl to power you up. Starting at 8pm.

#pinball #tiltpinballbar #tiltpinballbar #dj #oldschool #viny



🌐 5

👍 Like                    💬 Comment

Tilt Pinball Bar
August 6, 2022 · 🌐

Guilt-free!

#pinball #tiltpinballbar #tiltpinballbar #rain #saturday #beer #hotdog #yardwork



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account

facebook 

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ⍰ · Cookies · More · Meta © 2023



◯◉◯ 55    2 💬

👍 Like        💬 Comment

View 1 more comment    Oldest ⌄

 Jason Smith
Aaron Rodgers plays pinball now too??
29w

 Tilt Pinball Bar
August 5, 2022 · 🌐

Grab your 90's nostalgia and belly up for a pour of Fair State's Hack the Gibson, now on tap!

I can't possibly do better than Fair State's copywriter on the description, so I'm just going to copy/paste this time 😊

"Hack the Gibson is a hazy IPA employing the latest in aroma technology. We've blended the choicest hand-selected Mosaic with hyper-potent Terpene blends to create a fully styled out masterpiece. Drinking this beer is a sensory experience akin to flying around in...
See more




◯ 9    3 💬

👍 Like        💬 Comment

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑨ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

29w ⌄

**Tilt Pinball Bar**
August 3, 2022 · 🌐

Todays #FixitFriday brought to you by a broken opto in our T-Rex. We think he looks pretty bad ass dressed like a terminator. Should we leave him like that for a while?

#pinball #pintech #terminator #jurassicpark #tiltpinballbar #littpinballbar #fixit



T-REX IN FULL TERMINATOR MODE

#FIXITFRIDAY

🔲 tiltpinballbar
🔊

Ⓐ 😀 😍 15                                    1 💬

👍 Like                    💬 Comment

Oldest ⌄

🏆 Top fan
Therisa L Keeton
Karl Heinrichs
29w

**Tilt Pinball Bar**
August 3, 2022 · 🌐

Just wanted to say thank you to everyone that is coming out for league nights. You all are creating one hell of an amazing vibe here.

2nd week in a row with over 60 people across rec and competitive, lots of new folks coming in, and new pinball fans are being made on the regular 🖤

Thanks to our staff as well for keeping everything running so smoothly. We can't do it without you!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**facebook**

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More · Meta © 2023



😊😮 55                                9 💬  2 ↗

👍 Like                    💬 Comment

View 4 previous comments                    Oldest ⌄

**Lane Stroud**
Tilt's one of the coolest places I've ever had the opportunity to visit. Keep it up!
29w                                              😊😮

 **Tilt Pinball Bar**
August 2, 2022 · 🌐

Summer Pinball League Round 2 is tonight at 7pm

YOU CAN STILL JOIN IN EVEN IF YOU MISSED THE FIRST WEEK!

YES you can still join in. Come play in ANY of the rounds. It's free for Rec and only $20 for comp. ... See more



♻ 13                                              1 ↗

👍 Like                    💬 Comment

 **Tilt Pinball Bar**

### Connect with Tilt Pinball Bar on Facebook

[ Log In ]   or   [ Create new account ]



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

celebrate our ability to play pinball whenever we want, all thanks to a man by the name of Roger Sharpe.

Who is Roger Sharpe?... See more



👍❤ 61    4💬   11↗

👍 Like            💬 Comment

View 2 previous comments          Oldest ⌄

🏆 Top fan
Therisa L Keeton
Karl Heinrichs it's meant to be!!!!!!
30x

## Tilt Pinball Bar
August 1, 2022 · 🌐

Final Sunday = Tournament Day!

Congrats to the top 4 players this month:
1st: Mark Larson
2nd: Dan Hammond... See more



👍❤😆 25

👍 Like            💬 Comment

## Tilt Pinball Bar
July 30, 2022 · 🌐

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone          Password          Log In          Forgot Account?

 Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                              See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

you all tomorrow.

A... See more



MONTHLY TOURNAMENT SUNDAY 4PM

STRIKE FORMAT IFPA SANCTIONED

$5 ENTRY W/CASH PAYOUT TO TOP 4

ALL SKILL LEVELS WELCOME!

👍 4                                   1 ↗

👍 Like                    💬 Comment



Tilt Pinball Bar
July 30, 2022 · 🌐

How to activate Mist Multiball on Dracula: Shoot the left ramp (castle ramp) 4 times to light mode. Shoot tunnel scoop to start the ball moving across the playfield. Hit this ball to start the 2-ball Mist Multiball! #pinball #tiltpinballbar #littilnballbar #tip #trick #multiball #fyp

DRACULA MIST MULTIBALL

**Connect with Tilt Pinball Bar on Facebook**

Log In          or          Create new account



facebook

Email or phone          Password          Log In          Forgot Account?



**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                      See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 6

👍 Like                    💬 Comment

**Tilt Pinball Bar**
July 29, 2022 · 🌐

"The Hardest Choices Require The Strongest Wills" ⚡ Sorry, Congo fans... Thanos won this round (but only the hair of his chinny chin chin). Don't fret, just like in real life it'll be back!

Come sink your teeth into Dracula! This 1993 Williams machine is based off the Bram Stoker's Dracula movie released the year prior. It has a couple of really unique features for its time, including the crowd-favorite Mist Multiball. If you've never seen this before it's pretty rad - magnets... See more

 

👍😮 22                                          3 💬

👍 Like                    💬 Comment

View 2 previous comments                    Oldest ⌄

**Peter Talbot**
Congnooooooooo!
30w

**Tilt Pinball Bar**
July 28, 2022 · 🌐

Decision time again – Which one goes?

We need to make room for Dracula, so do we take out Avengers or Congo? Avengers was one of our most popular games for a while but it seems like it's fallen out of favor for most of you based on coin drop. Congo is another 90's B movie, and do we really need TWO machines in that theme at the same time? 🤷

Help us decide in the comments below!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍😆 13    45 💬

👍 Like    💬 Comment

View 35 previous comments    Oldest ⌄

Andrew Guimont
Congo is just not fun.
30w

 Tilt Pinball Bar
July 27, 2022 · ⊘

NEW GAME DROP!

Thanks for all your votes and comments last week. It was a close one (some of you are REALLY into Whitewater - wow), but Dracula won out for the next game and you'll see it possibly as soon as Thursday!

And for you Whitewater fans, don't fret... We hear you. 😉 ... See more



👍❤️ 40    4 💬

👍 Like    💬 Comment

Oldest ⌄

Christopher White
If only you had a new building that could hold even more machines... Wouldn't that just be LiTT?
33w

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone   Password   **Log in**   Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                        See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

...
30m
↪ View 2 more replies

**Tilt Pinball Bar**
July 27, 2022 · 🌐

Our Summer Pinball League kicked off big last night with over 60 players and a record number of new folks. Thanks to everyone who came by and remember - if you missed yesterday don't worry we go every week through August 30th 🎉

#pinball #tiltpinballbar #littpinballbar #tiltgetslitt



👍❤️😮 21                                                    1 ↪

👍 Like                    💬 Comment

**Tilt Pinball Bar**
July 26, 2022 · 🌐

Here's a quick rules refresher for those playing in league tonight! If this is your first season, please arrive a few minutes early to get registered.

(We posted these yesterday but admit it - you don't read the articles you're just here for the pictures....)

This is going to be a great season we are looking forward to seeing you all tonight 🎉 ... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT





**facebook**

Email or phone        Password        **Log In**   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



+3

♡ 7                    3💬  1👍

👍 Like            💬 Comment

Oldest ⌄

Dan Larson
more of a guide than a rule
31w

 ✏ Author
**Tilt Pinball Bar**
Tomato, Tomahto
31w

 **Tilt Pinball Bar**
July 25, 2022 · 🌐

TILT's Summer Pinball League starts Tuesday! ALL SKILL LEVELS WELCOME!
Come join us and play in either recreational and competitive brackets with IFPA rules and a friendly atmosphere.
Whether this is your 1st league or your 100th, you're assured to learn and compete with some of the best players in the Twin Cities.... See more



♡ 4                    2👍

👍 Like            💬 Comment

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 **facebook**

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- 🏳 Page · Bar
- ◇ 113 East 26th Street, Suite 110, Minneapolis,
  MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍽 Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                      See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

brought to you by TILT and DJ King Otto turned out to be a pretty
legit; Over 40 players hung out and got their flip on with gift cards
going to the top 4:

1st: Jack Copeland
2nd: Marshall Hilgemann
3rd: Travis Granlund... See more



❤ 32

👍 Like          💬 Comment

**Tilt Pinball Bar**
July 24, 2022 · 🌐

Now that we have  your attention: Don't forget we have a FREE
tournament with prizes today at 4pm, and our summer league starts
on TUESDAY!

#pinball #tournament #league #tiltpinballbar #tiltpinballbar
#minneapolis #today



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          **Log In**    Forgot Account?

 Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍👍 18                                          1 💬

👍 Like                    💬 Comment

Oldest ⌄

Zach LaVone
Sounds pretty Litt
31s          👍👍 2

Tilt Pinball Bar
July 24, 2022 · 🌐

You're looking at the new home of TILT Pinball Bar®: The building formerly occupied by the Minneapolis icon known as Liquor Lyles.

Taking over this space is something of a bucket list for us. TILT was born in Minneapolis and to have the chance to bring this building back to life is incredibly humbling.

We've learned a lot since TILT first opened in April of 2017, and this move gives us the chance to deliver on many of the things you've asked of us since:... See More



👍👍 543                              130 💬  97 ↗

👍 Like                    💬 Comment

View previous comments                    Oldest ⌄

Sarah Danger Horning
How's the move going? Will you be open soon?
10h
↳ 1 Reply

 Tilt Pinball Bar
July 23, 2022 · 🌐

## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



**facebook**

Email or phone   Password   Log In   Forgot Account?

 **Tilt Pinball Bar**   ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**NEW SPOT WHO DIS?**

tiltpinballbar
FETISH - Come Check This

👍 54                        21 💬   11 ↗

👍 Like          💬 Comment

View 10 previous comments          Oldest ⌄

 Top Fan
**Tyrone Bablone**
Booyah! As long as you bring back the tator tots!
31w

**Tilt Pinball Bar**
July 22, 2022 · 🌐

🏆 WE HAVE VERY IMPORTANT NEWS TO SHARE 🏆
Keep your eyes on our social feeds Saturday for more information.
This affects all of you.
T... See more



**WE HAVE MEGA NEWS TO SHARE STAY TUNED... (THIS IS NOT A DRILL)**

### Connect with Tilt Pinball Bar on Facebook

Log In          Create new account

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT





 facebook

Email or phone    Password    **Log In**   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos

---

31w

**Tilt Pinball Bar**
July 22, 2022 · 🌐

19 players tonight, including 2 tournament rookies!

After 7 rounds, Whitney Lindaas took 1st place for the 2nd month in a row ending the night with zero strikes after winning against Brooke Tousignant (2nd) on Monster Bash. Elizabeth Boelke took 3rd after winning against Lisa McGrath on WWF Royal Rumble.

A big shout-out to Tilt for supplying gift cards for the winners - 1st place ($25), 2nd place ($15), 3rd place ($10).... See more



👍❤️ 47     2 💬   1 ↗️

👍 Like     💬 Comment

Oldest ⌄

 Top fan
**Whitney Lindaas**
Thanks for hosting another great tournament! 😊
31w
↪ 1 Reply

 **Tilt Pinball Bar**
July 21, 2022 · 🌐

HELP US CHOOSE!

Which of these two 1993 Williams classics do you want us to bring in to TILT next week? Whitewater or Bram Stoker's Dracula?

We sure pissed a lot of you off when we pulled Whitewater last year, but we've also never had Dracula out for you to play. So which is it? We'll combine the results of this thread with our story on IG (you follow us on IG, RIGHT??) and let you decide!... See more

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**facebook**

Email or phone    Password    Log In    Forgot Account?

Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinbalibar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



HELP US CHOOSE    HELP US CHOOSE

👍😆❤ 16                              56 💬

👍 Like                    💬 Comment

View 46 previous comments                    Oldest ⌄

Nolan Murphy
Any body know of a local whirlwind table?
31w

Tilt Pinball Bar
July 21, 2022 · 🌐

Monthly IFPA Women's tournament is TONIGHT at 7pm! And it's FREE! 🎉

Reminder that we welcome ALL women, non-binary & gender non-conforming players of ALL SKIL LEVELS to compete in this tournament. This is a strike-format, IFPA-sanctioned event with random groups and seeding. Plus, drink specials from Pryes Brewing. 🍻

If you can't make this one, don't worry! We do these on the 3rd Thursday of every month 😊

S... See more



TILT MONTHLY
WOMEN'S TOURNAMENT
JUL 21
WELCOME ALL WOMEN, NON-BINARY & GENDER
NON-CONFORMING PLAYERS OF ALL SKILL LEVELS!
7PM START · FREE ENTRY
RANDOM SEEDING
STRIKE FORMAT
IFPA POINTS
GIFT CARDS FOR TOP 3 PLAYERS

👍 4                              ↑⤴

👍 Like                    💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone          Password          Log In    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

TILT Pinball Bar and DJ King Otto present: You Otto Stop by - A casual pinball tournament for all skill levels with DJ King Otto providing the tunes for the whole event.

This tournament is FREE, and there will be prizes provided by TILT & Nightingale. ALSO, we have two passes for 2DCon that will be given away to random players.... See more

**TILT PINBALL BAR & DJ KING OTTO PRESENT:**
# YOU OTTO STOP BY...
**A DJ-FUELED CASUAL PINBALL TOURNAMENT**

**MUSIC BY DJ KING OTTO, PRIZES, FREE ENTRY**
**SUNDAY JULY 24TH, 4-8PM**

😊👍 18                    2 💬  1 �share

👍 Like               💬 Comment

Oldest ⌄

**Libby Tousignant**
https://youtu.be/NPcyTyilmYY


YOUTUBE.COM
Alanis Morissette - You Oughta Know (Official 4K Music Video)

31w
↳ 1 Reply

### Tilt Pinball Bar
July 19, 2022 · 🌐

TILT's Monthly Women's Tournament is this Thursday at 7pm!

We welcome all women, non-binary & gender non-conforming players of ALL SKILL LEVELS to compete on the 3rd Thursday of each month!

- Free entry... See more

**THAT ABSOLUTE BOSS STRUT WHEN YOU KNOW YOU'RE ABOUT TO CRUSH YOUR OPPONENTS**

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone          Password          Log In    Forgot Account?

### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4069

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 18                                    1 ↗

👍 Like              💬 Comment

### Tilt Pinball Bar
July 18, 2022 · 🌐

Mondays are brutal. We get it. But here's your motivation to power through, because we have your prescription ready for pickup tonight at TILT at 8pm:

🎧 @Anthony Kasper

#dj #music #drumandbass #pinball #tiltpinballbar #minneapolis #anthonykasper #kasperthedj



👍 10                                    1 ↗

👍 Like              💬 Comment

### Tilt Pinball Bar
July 17, 2022 · 🌐

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

**facebook**

Email or phone     Password     **Log In**   Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

1981), Congo (Williams, 1995), Deadpool (LE) (Stern, 2018), Eight Ball Deluxe (Bally, 1981), Ghostbusters (LE) (Stern, 2016), Godzilla (LE) (Stern, 2021), Iron Man (Stern, 2010), Jurassic Park (LE) (Stern, 2019), M... See more



◉ 9

👍 Like          💬 Comment

 **Tilt Pinball Bar**
July 15, 2022 · ◉

This week's #fixitfriday has our lead tech, Zach, installing a new flipper bat on 8-Ball Deluxe yesterday afternoon.

We've talked about flipper mech rebuilds in the past, but sometimes the flippers themselves just straight up break where the shaft meets the plastic. You can tell this has happened (or is about to happen) because you may see the flipper move, but it's very weak or might not be moving all the way. If you experience this, let a member of our staff know right aw... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone          Password          **Log In**    Forgot Account?



Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏬 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



UPDATE: Funhouse will remain for one more day! All you Rudy fans have until 2am tonight (Wednesday) to get your quarters in!

It's decision time! We've got a new game coming in on Wednesday so one of these two has to go.

Why Funhouse or Congo? Because we run a gladiator ring around here and when the crowd doesn't show as much favor as they used to, it's thumbs down and off to the lions you go.... **See more**



 👍😆😲 8                                      55 💬

👍 Like                    💬 Comment

View 34 previous comments                    Oldest ⌄

 ✏ Author
**Tilt Pinball Bar**
ATTENTION RUDY FANS (We see you..): Funhouse will stay for ONE MORE DAY. So come get your games in today!
33w

**Tilt Pinball Bar**
July 11, 2022 · 🌐

Hey! You!

Do you like bass? (the musical kind, not the fish... Okay you can like both but right now we're talking about the musical kind. Of music. Not a fish. Bass you can hear. Do fish make noise? Okay I'm done here...)

Well then bust your pavement pounders on down to TILT tonight for Trxsh.Pxnda who is giving out organic, cruelty free, not-tested-on-animals-bass 100% FREE! That's right - no subscription, email, ToS, cover, or bullshxt. Just bring your good attitude and c... **See more**



## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

 facebook

Email or phone     Password     **Log In**   Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**   or   **Create new account**

---



Email or phone · Password · Log In · Forgot Account?

### Tilt Pinball Bar

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽️ Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

#### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



33w

↳ View 1 more reply

### Tilt Pinball Bar
July 8, 2022 · 🌐

#fixitfriday is an update on Future Spa!

Last time you saw this playfield was a few weeks ago when we triggered a few folks by sanding down the amazing original artwork. This was for good reason, however - as yesterday we installed the Playfield Hardtop from Outside Edge Products.

While we hand-paint a lot of our restorations, Future Spa was unfortunately too far gone to bring back to the condition we wanted. Hardtops are a great alternative to purchasing a new playfield an... See more



👍❤️ 17

👍 Like          💬 Comment

### Tilt Pinball Bar
July 6, 2022 · 🌐

Poor Gabby Gabby gets pretty dirty after a full day of working in the

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone    Password    **Log In**   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

In case you missed it, JerseyJack has posted a rules flowchart that might help you snag all the multiballs and learn the modes:... See more



👍❤️ 13                                                    8 💬

👍 Like            💬 Comment

View 3 previous comments                              Oldest ⌄

 Mike Iverson
this one is a premium board! I liked it alot! got my butt kicked by 4 times.
33w

 Tilt Pinball Bar
July 5, 2022 · 🌐

#whatthepin Wednesday is on Tuesday this week because our calendar seems to be hung over and we're not quite sure what's going on.

Either way, this week's WTP is yet another project we're finishing up (yes, we have a lot going on right now).

This one was a recent pickup and is getting some mylar protection on the playfield before it comes to the bar in the next few weeks.... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 facebook

Email or phone          Password          **Log In**    Forgot Account?

 **Tilt Pinball Bar**                                            ...

👍 Like                    💬 Comment

**Intro**                                            View 3 previous comments                    Oldest ⌄

The best place for pinball in the Twin Cities.           **Brian BD**
Specialty hot dogs, sandwiches and tacos for             Whoa, between this and Strange Science, I'm pumped
dine-in.                                                 34s

ⓘ Page · Bar                                         **Tilt Pinball Bar**
                                                         July 4, 2022 · ⊙
📍 113 East 26th Street, Suite 110, Minneapolis,
   MN, United States, Minnesota                          Just a typical case of the Mondays over here... (don't worry we have
                                                         plenty of replacement parts on hand)  #pinball #pintech #meteor
📞 (612) 236-4089                                        #mondaymotivation

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄                                         

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                      See all photos
                                                          8

                                      👍 Like                    💬 Comment

                                                     **Tilt Pinball Bar**
                                                         July 1, 2022 · ⊙

                                                         What in the hell(house) have you all been doing to poor Deadpool?
                                                         We know he talks a lot of smack and listens to the rap musics but still...

                                                         Just kidding - It was only a matter of time before the scoop finally bit
                                                         the dust, considering it is a very abused part of the game and endures
                                                         a lot of physical shock not only due to the balls but the coil attached
                                                         to it as well.

                                                         But just like Deadpool himself, the scoop is immortal and got some
Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·   self-healing today with a little help f... **See more**
Meta © 2023

                                                         

                        **Connect with Tilt Pinball Bar on Facebook**

                        **Log In**      or      **Create new account**



facebook

Email or phone          Password          **Log In**          Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🏬 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                          See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



○○😆 20                                    4 💬

👍 Like                    💬 Comment

View 1 more comment                    Oldest ⌄

📌 Top fan
**Brian Millard**
Must be contagious... And Benjamin Franklin Granger .. those switches... Ahhhhhhhhh...... 😁

34w                                    🎵
↳ 1 Reply

### Tilt Pinball Bar
June 30, 2022 · 🌐

We know how summer goes 'round here... One day you're thinking "June has been nice so far" and then all of a sudden BAM it's September and you're wondering "wtf just happened?".

As such, we wanted to get the word out early so you can mark your calendars for the kickoff of our summer pinball league - STARTING TUESDAY JULY 26TH (new date).

For you new folks, make sure to follow our socials for more information on rules and such in the coming weeks. This is a perfect opportuni... See more



**Connect with Tilt Pinball Bar on Facebook**

**Log In**          or          **Create new account**

facebook

Email or phone        Password        **Log In**    Forgot Account?

### Tilt Pinball Bar

...

👍 Like                          💬 Comment

Oldest ▾

**Tyrone Babione**
Awesome. Haven't seen the IFPA points show up yet for
the last one, however. Any update on that? Thanks for
hosting these events. They're always great fun!
32w

**Tilt Pinball Bar** Author
Tyrone Babione They have been submitted to IFPA,
but no idea how long it'll take to update since its
out of our hands at the moment. Currently says
"Waiting for review" 🤷
32w

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ▾

🍽 Dine-in · In-store pickup ▾

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Tilt Pinball Bar**
June 29, 2021 · 🌐

What time is it? That's right - It's #WhatThePinWednesday!

This one just arrived at the shop for some "TILTification" before we
drop it into our lineup, and it's not very well-known with under 2400
ever made. Can you guess?

#WTPW #guess #pinball #pintech #tiltpinballbar



**Photos**            See all photos

👍😊❤ 17                                    10 💬

👍 Like                          💬 Comment

View 5 previous comments

Oldest ▾

**Aaron Belzer**
I have some experience with this title 😏

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 facebook

Email or phone     Password     **Log In**    Forgot Account?

### Tilt Pinball Bar



...

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽️ Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

#### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **Tilt Pinball Bar**
June 29, 2022 · 🌐

WE ARE OPEN ON MONDAY!

Celebrate your independence with a hot dog, pinball, and beer!

Open 11am to 2am... See more



## WE ARE OPEN
## JULY 4TH
## 11AM-2AM

Come celebrate with some good 'ol
American beer, hot dogs, and PINBALL!



 12         1 ↗

👍 Like      💬 Comment

**Tilt Pinball Bar**
June 27, 2022 · 🌐

Sunday might have been one of the nicest summer days here in Minneapolis so we expected a low turnout for the monthly tournament. Boy were we wrong! Turns out 61 of you cool cats wanted to get your flip on and we are all warm and fuzzy you chose to spend your afternoon with us. 🖤

The battle came down to a final bout pairing Mark Larson against Kim Hoffart on the ever-brutal Ironman, with Mark taking the W for the overall win. Congrats to our top 4 and for everyone else who ... See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍❤ 27    2 💬  2 ↗

👍 Like        💬 Comment

View 1 more comment    Oldest ▼

**Virginia Otto**
Congrats to all the winners! Incredible turn out
35w

**Tilt Pinball Bar**
June 26, 2022 · 🌐

Wanna come play in the tournament today but not sure where/how to get started? We got you, fam! Read the basics here and we'll see you at 4pm!

#pinball #tournament #ifpa #tiltpinballbar #competition #minneapolis #sunday #monthly

👍 8    2 💬

👍 Like        💬 Comment

Oldest ▼

**Andrew Barrett**
Is there an age limit? My son just turned 8 this week and he's been wanting to be in tournaments again after the

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone     Password     Log In    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 Tilt Pinball Bar
June 24, 2022 · 🌐

Today's #fixitfriday is something you just don't see very often unless
your games get a LOT of plays each week: Actual destruction!

On the left we have Theater of Magic which as been working so hard
that the flipper bat just decided to yeet itself down the drain. On the
right, Attack from Mars where the flipper bracket that holds the entire
assembly cracked and broke right where the coil stop mounts.

These are all relatively easy repairs, thankfully inexpensive parts, and ...
See more

👍😲 17                                                          4 💬

👍 Like                    💬 Comment

View 1 more comment                                    Oldest ⌄

Benjamin Franklin Granger
Throw some duct tape on it and send it!
35w                                                        👍 2

✍ Author
Tilt Pinball Bar
Benjamin Franklin Granger Who says we didn't? 😜
35w

 Tilt Pinball Bar
June 23, 2022 · 🌐

Join us Sunday at 4pm for our monthly IFPA tournament!

ALL SKILL LEVELS WELCOME.

These tournaments are well-attended (50+ entries) so there are lots of
IFPA points to be had!... See more

## Connect with Tilt Pinball Bar on Facebook



Log In        or        Create new account

facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



ⓘ 15                                      1 💬  3 ↗

👍 Like                    💬 Comment

Oldest ▾

 **Dan Gougé**
8 ball deluxe gave me nightmares as a teenager lol
25w

 **Tilt Pinball Bar**
June 22, 2022 · 🌐

Wow, WHAT A SEASON!

Seriously - you all crushed it over the last 6 weeks. We had amazing turnout each week, and LOTS of new people that showed up to try their hand in league and stuck around because of the amazing community and atmosphere that you all are helping to grow.

Let's start with some big, loud, hand-stinging hi fives to our winners:...
See more



💙👍 42                                     9 💬  2 ↗

### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook

Email or phone          Password          Log In     Forgot Account?

 **Tilt Pinball Bar**                                              ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                        See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

 **Jared Murray**
Congratulations to all those legends
38w

 **Tilt Pinball Bar**
June 21, 2022 · 🌐

Another great women's tournament last week! [ed note: sorry for the delay we got distracted with Toy Story showing up early]

We had 15 players join us for the June tournament, and a surprise winner! After 8 rounds, a newcomer to the cities from Portland (but clearly not a newcomer to pinball), Whitney Lindaas, took first place, winning against Krista Larson on Rick & Morty. Lisa McGrath had a strong showing throughout the tournament and took third.

A big shout-out to Tilt a... See more



👍❤ 41                                            6 💬  2 ↗

👍 Like                        💬 Comment

View 4 previous comments                              Oldest ⌄

 **Vanessa Faye**
Is it still the third Thursday of the month? Or is it Wednesday?
28w

    ↳ Author
    **Tilt Pinball Bar**
    Vanessa Faye Correct - 3rd Thursday. Next one is July 21st
    38w

 **Tilt Pinball Bar**
June 21, 2022 · 🌐

Spring League final round TONIGHT at 7pm!

---

## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone   Password   **Log In**   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 8

👍 Like          💬 Comment

### Tilt Pinball Bar is at Tilt Pinball Bar.
June 19, 2022 · Minneapolis, MN · 

Heat index of 100+ today but Woody knows what's up: Cold beer 🍺 and colder A/C    TILT. Come beat the heat and maybe a high score or two. Open 11am-2am

#pinball #tiltpinballbar #toystory #beattheheat #minneapolis



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



Email or phone    Password    Log In    Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎 Dine-in · In-store pickup ⌄

⑤ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Tilt Pinball Bar is at Tilt Pinball Bar.
June 17, 2022 · Minneapolis, MN · 🌐

TOY STORY 4 IS HERE!

Come get your flipper mitts on @jerseyjackpinball 's latest release hot off the truck and ready for you at 2PM!

(Rush is out for now to make room)... See more



◯◯ 75                                          10 💬   1 ↗

👍 Like                    💬 Comment

View 6 previous comments                        Oldest ⌄

Ryan Heaton
Neva Fuller
36w

Tilt Pinball Bar
June 16, 2022 · 🌐

Toy Story 4 will be here on Friday! Come play Jersey Jack's newest release at TILT starting 2pm.

#pinball #newpinball #tiltpinballbar #onlythebestforyou



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone     Password     Log In     Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 40

5 💬  4 ↗

👍 Like     💬 Comment

View 3 previous comments          Oldest ⌄

Logan Sullivan



36w

Tilt Pinball Bar
June 16, 2022 · ◉

Monthly Women's tournament is tonight at 7! Brooke will be your tournament director, so please check in with her when you arrive. 🤙

We welcome all women, non-binary, and gender non-conforming players of ALL SKILL LEVELS and if you have never played a tournament before this is a perfect opportunity!

Look forward to seeing you tonight!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**Tilt Pinball Bar**

Email or phone       Password       Log In   Forgot Account?

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



👍 Like          💬 Comment

**Tilt Pinball Bar**
June 14, 2022 · 🌐

ORDER PLACED!! Stay tuned for more info when we have an idea of delivery 😊



**Toy Story 4 Pinball by Jersey Jack Pinball Licensed by Disney and Pixar**    Call now

**Jersey Jack Pinball**
June 14, 2022 · 🌐

JERSEY JACK PINBALL ANNOUNCES THE OFFICIALLY LICENSED DISNEY AND PIXAR'S TOY STORY 4 PINBALL MACHINE

The ultimate toy is now available to purchase for your hom... See more

👍😊 26                                    2 💬   2 ↗

👍 Like          💬 Comment

View 1 more comment                              Oldest ⌄

⊙ Top fan
**NJ Rupar**
White slings and rubbers are my absolute favorite 😊
37w

**Tilt Pinball Bar**
June 14, 2022 · 🌐

Spring Pinball League round 5 kicks off tonight at 7pm 😊

PLEASE CHECK IN WITH MIKE WHEN YOU ARRIVE (Blake is out of town this week).

We've had amazing turnout each week, and this has been an exceptionally fun one to watch because the top 3 keep changing. GET AFTER IT Y'ALL!... See more



**SPRING PINBALL LEAGUE**

### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



**facebook**

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar                                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍 3                                                   1 ↷

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
June 13, 2022 · 🌐

Are you ready for the reveal??

You can bet your quarter sack we've got one on order!

#newpinball #jerseyjack #toinfinityandbeyond #buzzlightyear

 **Jersey Jack Pinball**
June 13, 2022 · 🌐

To infinity...

The 24-hour countdown starts now!

Contact your distributor or visit jerseyjackpinball.com tomorrow, June 14th 2022 @ 12 noon EST to place your ... See more



JERSEYJACKPINBALL.COM
The Best Pinball Machines | Top Ranked,        Learn more
Premium Games - Jersey Jack Pinball

### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Oldest ⌄

🏆 Top fan
Brandon Friberg
Tilt telling me Toy Story is coming and me running to grab my quarter sack.


media1.tenor.co

37w                                    ❤👍 3

Tilt Pinball Bar
June 13, 2022 · 

Your week @ TILT kicks off with DJ Anthony Kasper TONIGHT at 8pm!

Spring League round 5 is Tuesday at 7pm

And Monthly Women's IFPA Tournament is THIS WEEK (3rd thursday snuck up on us this month) at 7pm.... See more



⭕⭕ 5                                    1 ↗

👍 Like                    💬 Comment

Tilt Pinball Bar
June 13, 2022 · 

Centaur update!

Got a few DM's over the last week asking for status on Centaur, so here's the latest: Our good friend Bryan Kelly has wrapped up the playfield swap for us and the glass is back on!

We went with a CPR (Classic Playfield Reproductions) playfield this time around as what we had previously in the machine was showing lots of wear from heavy use over the years. We're really stoked on how

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️😮 19                    5 💬

👍 Like            💬 Comment

View 3 previous comments              Oldest ⌄

**Dan Toft**
Yoppsicles!
37m

  Author
**Tilt Pinball Bar**
Dan Toft alllll of the Yoppsicles
37m

### Tilt Pinball Bar
June 10, 2022 · 🌐

The correct number of posts in the pint glass is......

.
.

*drumroll*... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone                Password          **Log In**   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🖤 12

👍 Like              💬 Comment

### Tilt Pinball Bar
June 9, 2022 · 🌐

🎉 CONTEST TIME! 🎉

Doing some shop cleanup today, and decided to gather up all of our posts from various projects.

Guess how many red posts are in this pint glass and GET A TILT GIFT CARD!... See more



👍 9                                    83 💬

👍 Like              💬 Comment

View previous comments                Oldest ⌄

Tim Nomeland
47
8w

> Tilt Pinball Bar
> Tim Nomeland Correct answer was 54! We'll do something like this again soon ...
> 8w

### Tilt Pinball Bar
June 8, 2022 · 🌐

This week's #whatthepin Wednesday might trigger some folks due to gratuitous playfield sanding...

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    **Log In**    Forgot Account?



### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

See more



#WHATTHEPIN

😊😮 9                                      7 💬

👍 Like         💬 Comment

View 3 previous comments          Oldest ⌄

**Dan Larson**
Buckaroo
37w

**Tilt Pinball Bar**
June 7, 2022 · 🌐

Round 4 of our Spring Pinball League starts tonight at 7pm. Even if you've missed the first rounds c'mon by and try out our league format!

Taking a look at the scores at the midpoint of this season it's still super close across both competitive and rec brackets. Remember that there is "drop" week for your scores so if you miss a week or totally wish you missed because your scores were terrible don't worry!

See you all tonight 🤜 … See more



SPRING PINBALL LEAGUE

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone   Password   Log In   Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛒 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



**Tilt Pinball Bar**
June 6, 2022 · 🌐

That's a wrap! 🎉

Thanks to you all for making Sunday such a success! We had an amazing showing for the tournament (44 total entries) and 40 players making it to the end. It was a LOT of pinball in 2.5 hours with some players squeezing in FOURTEEN GAMES (that has to be some kind of a record?)

Ultimately it was a familiar face on top of the leaderboard at the end of the Frenzy with a perfect 10-0 streak: Tony Midtling! In addition to the cash payout he got a sweet Last Man St... See more





👍 61                    2 💬   1 ↪

👍 Like          💬 Comment

View 1 more comment                    Oldest ⌄

**Chuck Berg**
We had a great time!! Thanks to Dr Chuck and Tilt for an amazing job helping the Project Pinball Charity 🙏😊
36w

**Tilt Pinball Bar**
June 5, 2022 · 🌐

🕹 TOURNAMENT STARTS AT 12PM DON'T BE LATE 🕹

The games are ready, the prize wheel is set up, and most important:

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Meta © 2023



👍 21    2 💬

👍 Like    💬 Comment

Oldest ⌄

**Blake Pierce**
Thank you to everyone that showed up, hope you all had a blast!
38w

↳ ✏️ Author
**Tilt Pinball Bar**
Blake Pierce Thanks for running the tournament! That was a lot of games in 2.5 hours!
38w

 **Tilt Pinball Bar**
June 4, 2022 · 🌐

Okay, last reminder!

PLEASE show up before 12pm tomorrow if you are playing in the tournament. It's very important that we start on time. Make sure if you haven't played in a Flip Frenzy format tournament you take a moment to check our our post from yesterday on the details. There ARE IFPA points up for grabs in case that wasn't clear from earlier posts.

Otherwise if you want to just come hang out or better yet make a donation to Project Pinball that's cool, too!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone        Password        Log In   Forgot Account?

 **Tilt Pinball Bar**                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

ⓘ  Page · Bar

◈  113 East 26th Street, Suite 110, Minneapolis,
    MN, United States, Minnesota

📞  (612) 236-4089

✉  info@tiltpinballbar.com

🌐  tiltpinballbar.com

🕐  Open now ⌄

🍴  Dine-in · In-store pickup ⌄

$  Price Range · $

⭐  Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos

[Photos grid]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 7                        3 💬   2 ⇅

👍 Like                    💬 Comment

Oldest ⌄

 **Tilt Pinball Bar**
June 3, 2022 · 🌐

Sometimes opening hour comes at you faster than expected and you
need to get some extra help cleaning machines #pinball #pintech
#tiltpinballbar #cleaninghacks



WHEN ITS ALMOST
TIME TO OPEN AND
YOU STILL HAVE A
MACHINE LEFT TO
CLEAN

 26                              2 ⇅

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
June 3, 2022 · 🌐

Playing in the Tournament on Sunday? Here's what you need to know:

The tournament starts at 12PM SHARP. Please show up early to
register and familiarize yourself with the format.

Entry fee is $15. $10 goes towards Project Pinball and $5 goes towards
the cash purse for the top 4 winners... See more

## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

 **facebook**

Email or phone | Password | Log In | Forgot Account?

 

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍 Like          💬 Comment

Oldest ⌄

**Marsh L Bauer**
Can you come and spectate
38w


🏷 Author
**Tilt Pinball Bar**
Absolutely!
38w

**Tilt Pinball Bar**
June 3, 2022 · 🌐

Dr Chuck Ells was on Channel 5's Minnesota Live show yesterday talking about pinball, his custom machine, and the charity tournament coming up this Sunday. This is a cool story, and helps spread the word that Sunday is going towards a great cause!

Always great to see pinball getting more attention 💜

KSTC 45... See more



👍 30          1 💬  2 ↗

👍 Like          💬 Comment

Oldest ⌄

Jimmy Barton

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 Tilt Pinball Bar
June 2, 2022 · 🌐

HOLY S*%T!! STOP SCROLLING AND READ THIS QUICK

We had some amazing news come across our inbox today: Turns out the Jamf Nation Global Foundation (the philanthropic arm of local Jamf Software) caught wind of our charity event and donated FIVE THOUSAND DOLLARS towards Project Pinball.

There are a lot of Jamf employees that hang out at TILT, and we're truly humbled to see such an amazing contribution to an amazing cause. … See more





�
👍❤ 71                                              3 💬    6 ↗

👍 Like                    💬 Comment

View 2 previous comments                          Oldest ⌄

 Katie Galvin
Amazing!
38w

 Tilt Pinball Bar
June 1, 2022 · 🌐

Okay pinheads... Today's What the Pin Wednesday is cranked up to expert mode.

This a before and after of a playfield we're working on that is getting a full LED conversion (none of those lame sockets, either). Can you guess the game based solely on this image? No boards, no logos, no hints this time. Whatcha got?

#pinball #pintech #wipwednesday #guess #mystery #expertmode #tiltpinballbar #whatthepin #WTPW



## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

🏢 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



⭕ 4    18 💬

👍 Like    💬 Comment

View 7 previous comments    Oldest ⌄

**Ed Owens**
Nice. Love that game.
58w

**Tilt Pinball Bar**
June 1, 2022 · 🌐

GET HYPED!

Dr Chuck Ells from KSTC 45 put together a how-to video so you can come prepared for the charity tournament this Sunday!

Remember that all coin drop goes to Project Pinball Charity so even practicing goes to a great cause. (Project Pinball raises money to put pinball machines in local children's hospitals )... See More



⭕❤️ 19    1 💬 1 ↪️

👍 Like    💬 Comment

Oldest ⌄

**Marsh L Bauer**
Deena M. Zubulake
58w

**Tilt Pinball Bar**
May 31, 2022 · 🌐

Round 3 of our Spring Pinball League is tonight at 7pm 🎉

And YES – YOU CAN STILL JOIN! Everyone wins when they get better at pinball, and the best way to get better at pinball is to play in league! You can show up at 7:01 on the final week of the season and you're still gunna have fun - trust us on this one.

Feel free to DM us with any questions or ask in the comments below. See you tonight ... See More

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook



Email or phone   Password   **Log In**   Forgot Account?

 **Tilt Pinball Bar**

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                                  See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



👍❤ 13

👍 Like            💬 Comment

 **Tilt Pinball Bar**
May 30, 2022 · ⊙

Have you been to one of our league nights yet? If not, you're missing out! Our seasons run every Tuesday for 6 weeks, offering both a free recreation league and paid competitive league. ALL SKILL LEVELS ARE WELCOME! More info here: https://fb.me/e/1M6k6liy5    And yes, you can absolutely come play even if you missed a few weeks here or there, especially in rec.    Come play the best maintained machines with some of the best people around! #pinball #tiltpinballbar #league #spring



❤ 10                                          2 💬

**Connect with Tilt Pinball Bar on Facebook**

**Log In**        or        **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone     Password     Log In   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

 **Nudge Magazine**
"Roll that beautiful bean footage."
36w
↩ 1 Reply

 **Tilt Pinball Bar**
May 30, 2022 · 🌐

Sorry the weather crushed your plans today, or was it a blessing in disguise because now you don't have to do yard work?

We have hotdogs and beer just like that picnic you were getting dragged to, except its not raining inside TILT and we've got something that lame picnic couldn't dream of: Pinball. And tangs. And tacos. And no creepy aunt talking your ear off about the latest MLM group she just joined on facebook.

We open at 11 today, so come have your picnic with us! Kids... See more



👍 9

👍 Like        💬 Comment

---

 **Tilt Pinball Bar**
May 29, 2022 · 🌐

Reminder that we've got a tournament for a good cause coming up next week and we'd love to see you there! Sign up here: https://fb.me/e/2vPiT3TlY

We'll have another post with details later in the week, but the tournament starts at 12pm and we're trying a slightly different format this time that allows for a LOT of pinball to be played.

And also a reminder that Dr Chuck Ells' custom 1-of-1 pinball machine is at tilt and 100% of all coin drops go towards Project Pinball all... See more

---

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

---

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023



👍😍😮 14    1 ↪

👍 Like    💬 Comment

 **Tilt Pinball Bar**
May 28, 2022 · 🌐

HOLIDAY HOURS MONDAY! Open at 11am to get your day started right.

Or to put it another way - swing by early before you have to go back home and do chores (we know how it goes). 👍

#pinball #tiltpinballbar #monday #holiday #memorialday



👍😍 8

👍 Like    💬 Comment

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Quick post because it's been a busy Friday, but we brought in some throwbacks today in preparation for the charity tournament on June 5th.

Say hello to Eight Ball Deluxe, Meteor, and the 1 of 1 45TV Institute of Laughter reskin of Goldball!

More on these games later but we're open as of now so c'mon over and get your flips on. ... See more



⭕⭕ 65                                    9 💬  2 ↻

👍 Like                          💬 Comment

View 5 previous comments                        Oldest ⌄

Zach Schotzko
Scott Adam

36w

Tilt Pinball Bar
May 26, 2022 · ⊙

Three things of note for #techthursday (yes we keep making these up):

To start, Rudy has been looking a little rough lately. Zach is performing brain surgery and doing a little facial reconstruction so he looks marginally less freakish (rumor has it Rudy was scaring the children, not Zach).

Also spent some time getting Meteor cleaned up in advance of the charity tournament coming up next weekend. You're likely going to see Meteor AND another classic favorite on the floor al... See more



### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook 



Email or phone   Password   **Log In**   Forgot Account?

 **Tilt Pinball Bar**   ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

😊😮 11   6 💬

👍 Like   💬 Comment

View 2 previous comments   Oldest ⌄

♥ Top fan
**Krista Larson**
I'm a wee bit older than kiddos, and Rudy certainly creeped the heck outta me the other day!!



3w   😮👍 2

 ✎ Author
**Tilt Pinball Bar**
Krista Larson I mean he does take pinballs to the jaw all day long....
3w

↳ View 1 more reply

 **Tilt Pinball Bar**
May 25, 2022 · ◔

You know what day it is.... Time for another What the Pin Wednesday!

Without zooming in on the picture, can you guess which game we had open for some work recently?

You should be able to see the manufacturer logo on one of the boards, but no hints this time around.... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Email or phone    Password    **Log In**    Forgot Account?



Tilt Pinball Bar   ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                 See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 6                                           5 💬

👍 Like                    💬 Comment

View 2 previous comments            Oldest ⌄

 📍 Top fan
Katie Baklund
WIZARD!!! 🍕
40w    👍 2

 Tilt Pinball Bar
May 24, 2022 · 🌐

Round 2 of spring pinball league kicks off tonight at 7pm

YOU CAN STILL JOIN IN EVEN IF YOU MISSED THE FIRST WEEK!
We get a lot of DM's about this, and YES you can still join in. Heck we
even get folks that show up the final week of the season and still get
their flips in.... See more



👍😲 3                                          1 ↪

👍 Like                    💬 Comment

Tilt Pinball Bar
May 23, 2022 · 🌐

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook



Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
   MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup   ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

**Photos**                    See all photos

---

tournaments/leagues, and on a gorgeous spring day, we were stoked
to spend the afternoon with 50 happy pinballers to earn some cash
and those sweet sweet IFPA points.

Congrats to this month's winners:... See more

 39

👍 Like                        💬 Comment

 Tilt Pinball Bar
May 21, 2022 · 🌐

Our monthly pinball tournament is TOMORROW (Sunday) at 4pm!
ALL SKILL LEVELS WELCOME
$5 entry
Cash payout to top 4... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---



facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinalibar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

··· 

👍 6

👍 Like          💬 Comment

### Tilt Pinball Bar
May 20, 2022 · 🌐

Got some limited release kegs tapped just in time for the weekend:

- Half Acre Smoking Gull Pale Ale
- Fair State Doin' Howdies IPA... See more



👍 9

👍 Like          💬 Comment

### Tilt Pinball Bar
May 20, 2022 · 🌐

20 players at the Women's tournament last night!!

After 8 rounds, Erika Corio came out on top, besting Lisa McGrath on Monster Bash for the win. This was Erika's FIRST EVER tournament win! Congratulations!

Top 3: ... See more



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone    Password    **Log In**    Forgot Account?



**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

facebook



Email or phone          Password          **Log In**    Forgot Account?

### Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities.
Specially hot dogs, sandwiches and tacos for
dine-in.

🌐 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Can't say we're all that surprised these glasses are selling out so fast,
because just look at 'em!

But for those who don't know, Brian Allen is known for his awesome
custom translites and we're lucky to have 4 of them on our games, if
you happen to own a game with a version available or... **See more**



 24

👍 Like          💬 Comment

---

**Tilt Pinball Bar** updated their cover photo.
May 17, 2022 · ⊙

Big thanks to the one and only Brian Allen

The Art of Brian Allen · Flyland Designs



 38

👍 Like          💬 Comment

---

**Tilt Pinball Bar**
May 17, 2022 · ⊙

CHECK THIS OUT

We got the legendary Brian Allen from Flyland Designs to make up a

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

---



facebook

Email or phone        Password        **Log In**   Forgot Account?

 Tilt Pinball Bar

⋯

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

⊞ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

Ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ



👍❤️😲 35                                        18 💬  1 ↗

| 👍 Like | 💬 Comment |
|---|---|

View 11 previous comments                        Oldest ⌄



👑 Top fan
**Dana Berkshire**
Any plans on making these a permanent fixture? Had
covid during the release and was not able to nab one. 😔
😊
38w

✏ Author
**Tilt Pinball Bar**
Dana Berkshire they sold out so fast we may have
to do another run
38w

↪ View 1 more reply

**Photos**                     See all photos

**Tilt Pinball Bar**
May 17, 2022 · 🌐



It's that time again, folks - Spring season pinball league starts
TONIGHT!

If this is your first time playing with us, welcome! The images in this
post have all the pertinent info. Heck, even if you've been playing a
while maybe give yourself a refresher.

Reminder that recreation league is FREE, and competitive league is a
$20 one-time fee. IFPA points are only for competitive players, so keep
this in mind if you decide to sandbag....... See more



SPRING PINBALL LEAGUE        SPRING PINBALL LEAGUE
ALL SKILL LEVELS WELCOME!

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**      or      Create new account

facebook

Email or phone     Password     **Log In**     Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos
See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤ 7

👍 Like          💬 Comment

 **Tilt Pinball Bar**
May 16, 2022 · 🌐

DJ Anthony Kasper

Drum and bass @ 8pm tonight

#pinball #dj #drumandbass #dnb #minneapolis



👍 5

👍 Like          💬 Comment

**Tilt Pinball Bar**
May 16, 2022 · 🌐

Time to restock your coin purse; we've got a BIG week of pinball in store for you this week. Which games have you been practicing??

TUESDAY - Spring competitive and recreation leagues kick off at 7pm

THURSDAY - New tournament directors Krista and Brooke welcome you to the monthly women's IFPA tournament starting at 7pm... See more

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone    Password    Log In   Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023





⭕⭕ 17                                    1 ↗

👍 Like            💬 Comment

 Tilt Pinball Bar
May 15, 2022 · ⊙

Mark your calendars! ✅📅

45TV's Dr. Chuck Ells will be hosting a charity pinball tournament at TILT on June 5th.

THIS IS AN IFPA-SANCTIONED TOURNAMENT 🥁 ... See more



⭕😆 0                                    1 ↗

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**    · · ·

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Meta © 2023

May 14, 2022 · 🌐

Start 'em young. Because the sooner you do, the sooner they'll beat you 😄

The most common question we get in our DMs: "Are kids allowed?"

Kids are SUPER welcome at TILT. Games are $0.50/ea so a cup full of quarters goes a long way.  Lots of yummy food options (hotdogs, sammies, nachos, tacos) and delicious sodas. We even have step stools so they can see over the lockdown bar.... See More



👍❤️ 35          4 💬  1 ↪

👍 Like          💬 Comment

View 3 previous comments          Oldest ⌄

 **Jaysin Decora**
My boy cubby and his son!
41w

 **Tilt Pinball Bar**
May 18, 2022 · 🌐

NEW ARRIVAL!

Black Knight Sword of Rage is back at TILT ⚔️

Come play what might be one of the best modern pinball soundtracks, and get all rage-y when you realize the callouts are making fun of your playing ability.... See More

 

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone   Password   Log In   Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

⟳ 27

👍 Like    💬 Comment

**Tilt Pinball Bar**
May 12, 2022 · ◉

Reminder that our monthly women's tournament is next week and have some BIG NEWS: We are thrilled to introduce your new tournament directors, Brooke Tousignant and Krista Larson!

Brooke grew up with a pinball machine in her basement and always enjoyed playing random games when out and about but didn't really get into it until she got her own table and joined a pinball league as part of her "Year of 40" list. She has been playing competitively for about 4 years and is looking... See more



👍👍 49    7 💬

👍 Like    💬 Comment

View 5 previous comments   Oldest ⌄

**Michaela Partch**
What day of the week and what time?

(I see May 19th now, sorry)

41w   Edited

🖋 Author
**Tilt Pinball Bar**
Michaela Partch next one is Thursday May 19th, starts at 7pm. See you there!
41w

**Tilt Pinball Bar**
May 11, 2022 · ◉

It's time for What the Pin Wednesday! (Something we just pulled out of thin air because we have a lot of projects goin' on and its a fun way to share 😄)

We'll start with an easy one - can you guess which of our machines is being sent out for some time at the pinball spa?

#whatthepin #wtpw #pinball #wednesday #pintech #tiltpinballbar #tilt



### Connect with Tilt Pinball Bar on Facebook



Log In   or   Create new account

---



facebook

Email or phone     Password     Log in   Forgot Account?

 Tilt Pinball Bar                                              ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                  See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



❤️😮👍 19                                              8 💬

👍 Like                    💬 Comment

View 4 previous comments                        Oldest ⌄

 🏆 Top fan
NJ Rupar
Most metal pin ever
43w                                              

Tilt Pinball Bar updated their profile picture.
May 10, 2022 · 🌐



❤️👍 28

👍 Like                    💬 Comment

Tilt Pinball Bar
May 10, 2022 · 🌐

KICKS OFF NEXT WEEK!
ALL SKILL LEVELS WELCOME!

Come join us and play in either recreational and competitive brackets with IFPA rules and a friendly atmosphere.... See more

### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



facebook

Email or phone   Password   Log In   Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

**Photos**                                   See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 7                                                2 ↗

👍 Like            💬 Comment

 Tilt Pinball Bar
May 9, 2022 · 🌐

🎵 DJ BOOTSY BALLINS - Monday @ 8pm (that's tonight y'all)

Funk | R&B | Hiphop | Oldschool | New

Grab some drinks, shake your booty, flip some balls.... See more



😀 4                                          2 💬  1 ↗

👍 Like            💬 Comment

                                            Oldest ⌄

 Laura El
How late will it be going?

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone     Password     **Log In**     Forgot Account?

### Tilt Pinball Bar

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

#### Photos     See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

her, could be 2024 by the time she's done
42w

**Tilt Pinball Bar**
May 9, 2022 · 🌐

Congrats to our Kentucky Derby Tournament winners!

1st: Mark Larson
2nd: Tony Midtling
3rd: Matthew Sommerfeld... See more



👍😊 16     1 ↪

👍 Like          💬 Comment

**Tilt Pinball Bar**
May 7, 2022 · 🌐

** START TIME MOVED TO 3PM **
Grab your best fascinator and join us for our Kentucky Derby Pinball Tournament Saturday @ 3 PM

$5 TILT Julep shots all day ... See more





**KENTUCKY DERBY PINBALL TOURNAMENT**
SATURDAY MAY 7, 3PM
$5 ENTRY | STRIKE FORMAT | IFPA SANCTIONED
PLAYERS MUST PLAY ON A STOOL*
DON'T GET BUCKED!

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT


facebook

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**                                         ...



## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
   MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

○ 10

👍 Like          💬 Comment

 **Tilt Pinball Bar**
May 6, 2022 · 🌐

Tomorrow's Kentucky Derby Pinball Tournament got a shout-out on
Fox 9 today!



FOX 9 Good Day
May 6, 2022 · 🌐

DERBY DAY EATS AND PARTIES: Grab your hat and pour a mint
julep. Stephanie March from Mpls.St.Paul Magazine has the scoop
on the best local Kentucky Derby parti... See more

## Photos                    See all photos



○○ 16                                              3 💬

👍 Like          💬 Comment

View 2 previous comments                        Oldest ⌄

 ✎ Author
Tilt Pinball Bar
** START TIME MOVED TO 3PM **

42w

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
May 5, 2022 · 🌐

Godzilla got a code update today, and it adds a GREAT new mini-
wizard mode for Mechagodzilla 🦎

In order to activate, you need to score a super jackpot during
Mechagodzilla mode (Super jackpot is the tail whip shot). Once you
do, there are 4 different stages of this mode and they are FLIP LIMITED
which means you get a certain number of flips to accomplish a goal.
Draining a ball counts as 6 flips so choose your shots carefully!

Expecting some mega scores from this mode, let ... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook 

Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**　　　　See all photos



👍 14　　　　　　　　5 💬

👍 Like　　　　💬 Comment

Oldest ⌄

**Christopher White**
Would've been nice to try if a group of people weren't playing for a couple of hours straight.... 😒
42w
↪ View 3 previous replies

　📌 Author
　**Tilt Pinball Bar**
　Christopher White those people are lame. Normally our customers are better than that so I'm guessing they were new.
　42w　　　　　　　💬 2

**Tilt Pinball Bar**
May 5, 2022 · 🌐
Of course we're celebrating the day!

Come get $5 tacos, $5 nachos, and $5 pours of Indeed Mexican Honey, all day!

#pinball #tiltpinballbar #cincodemayo #cerveza #may5 #specials #indeedbrewing #tacos #nachos



**Connect with Tilt Pinball Bar on Facebook**

**Log In**　or　**Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 facebook

Email or phone        Password        **Log In**    Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



···

👍 3

👍 Like          💬 Comment

**Tilt Pinball Bar**
May 4, 2022 · 🌐

TODAY IS FREE PLAY ALL DAY thanks to our friends at Fair State Co-op!

Come get yourself one of Fair State's spring brews and a hot dog for $12!

And for the #craftbrewingcon attendees: Show your conference badge and get $2 ANY pint today through Thursday 🍻 ... See more



👍 8                                    1 ↻

👍 Like          💬 Comment

**Tilt Pinball Bar**
May 2, 2022 · 🌐

Fair State Co-op presents: A DAY OF FREE PLAY

Wednesday May 4th, Fair State is taking over our taps with their catalog of spring beers! Plus you can get a pint of Fair State and a TILT hot dog for just $12

Best part? This runs ALL DAY on Wednesday 🍺 ... See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone       Password       Log In   Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



... 

❤️👍 21                    1 💬   4 ↗

👍 Like          💬 Comment

Oldest ⌄

Lisa Boynton
James Evans
43w

**Tilt Pinball Bar**
May 2, 2022 · 🌐

Got a fun week ahead!

DJ King Otto on the decks starting 8pm on Monday

Fair State Co-op is hosting a DAY OF FREE PLAY for the Craft Brewing Conference on Wednesday; Fair State tap takeover with all games on free play all day. Get a gourmet hot dog and a Fair State beer for $12!... See more







**Connect with Tilt Pinball Bar on Facebook**

Log In       or       Create new account


facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🛍 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 Tilt Pinball Bar
May 2, 2022 · 🌐

KING OTTO MONDAY MAY 2ND @ TILT 8PM

(You didn't think we were done with the party, did you? Pffffff!)... See more



MONDAY MAY 2, 2022 - 8PM:

KING OTTO
LIVE @ TILT PINBALL BAR

MK·60·6

TILT PINBALL BAR | 113 E 26TH ST MINNEAPOLIS, MN

 6

👍 Like          💬 Comment

 Tilt Pinball Bar
May 3, 2022 · 🌐

Thank you. Seriously. To everyone reading this post right now; we truly appreciate you.

Yesterday was incredible. We're honored that so many of you turned out to help us celebrate 5 years. It was great to hear just how special our humble little pinball bar has become. We heard from folks that were there opening day, regulars who come 5-7 times a week, and even the new folks who just saw a post about a party and showed up. Some of you called TILT your "cheers". Others said it... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Email or phone          Password          **Log in**   Forgot Account?

**Tilt Pinball Bar**                                                    ···

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



❤️😮 117                                6 💬  2 ↗

👍 Like                    💬 Comment

View 3 previous comments                          Oldest ⌄

**Dan Stephney**
Driving 4 hrs from Fargo is worth it for me every time.
Thanks Tilt!
43w

✏️ Author
**Tilt Pinball Bar**
❤️
43w

**Tilt Pinball Bar**
April 30, 2022 · Instagram · ✉

Let's GOOOOO!! It's time to celebrate 5 years and we are stoked to see you all today 💚💚

#pinball #tilt #tiltpinballbar #merch #minneapolis #bar #specials #party #event

👍😮 20                                      8 ↗

👍 Like                    💬 Comment

**Connect with Tilt Pinball Bar on Facebook**

        Log In          or          Create new account

 facebook

Email or phone        Password        **Log In**   Forgot Account?



## Tilt Pinball Bar

#pinball #tiltpinballbar #tilt #party #merch

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

❤️👍 52                                4 💬  2 ↪

 👍 Like              💬 Comment

View 1 more comment                          Oldest ⌄

⚑ Top fan
**Jenna Lory**
We were there last night and are super excited for the event tomorrow!
48w                                              ♡

 **Tilt Pinball Bar**
April 29, 2022 · 🌐
Anniversary Friday special!
- $4 pints of Surly Logic Bomb pale ale
All week:
$5 "The Red" shots... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone   Password   **Log In**   Forgot Account?

 **Tilt Pinball Bar**   ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

ⓢ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



 7

👍 Like        💬 Comment

 **Tilt Pinball Bar**
April 28, 2022 · 🌐

WE ARE OPENING EARLY THIS FRIDAY!

TILT is opening at 11am on Friday so you can grab our new Stranger Tingas taco, a hot dog, a Surly, or just give you more time to hang with us. Plus, you might get lucky and catch a new game or two!

#pinball #tilt #tiltpinballbar #friday



👍❤ 16

👍 Like        💬 Comment

**Tilt Pinball Bar**
April 28, 2022 · 🌐

Anniversary Thursday specials!
- $5 Tangs
- $5 Specialty nachos

On FREE PLAY today:... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 7

👍 Like          💬 Comment

 Tilt Pinball Bar
April 27, 2022 · 🌐

Anniversary Wednesday special!
- Hot Dog & a pint for $12

On FREE PLAY TODAY:
- Rick & Morty... See more



👍❤️😆 9                              2 💬

👍 Like          💬 Comment

View 1 more comment                    Oldest ⌄

Carol Behmlander



### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account





## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now
- Dine-in · In-store pickup
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

 **Tilt Pinball Bar**
April 26, 2022 · Instagram ·

Thanks to Authentic Leather Patch Co. for getting our merch stocked up this week! Nice to see that human hands have touched each one of our hats 🧢

#tilt #pinball #merch #stitching #leather



👍 41                                     2 💬

👍 Like          💬 Comment

View 1 more comment                    Oldest ▾

**Brandon Sundheimermeyer**
Nice! I've got that same sewing machine!!
44w

 **Tilt Pinball Bar**
April 26, 2022 ·

Take a trip to the upside down with our limited run STRANGER TINGAS TACO!

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



facebook

Email or phone      Password      Log In      Forgot Account?

 Tilt Pinball Bar

#pinball #taco #secretmenu #macandcheese #limited

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ℹ️ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

⑤ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More Meta © 2023



👍😊 20

👍 Like        💬 Comment

 Tilt Pinball Bar
April 26, 2022 · ⊙

Anniversary Tuesday special!
- $5 Tacos
- Add a Day Tripper pint for only $3
- BRAND NEW STRANGER TINGAS TACO!!!... See more



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

 facebook

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ℹ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Tilt Pinball Bar
April 26, 2022 · 🌐

Whoa! 63 people came out to battle for our April tournament yesterday. THANK YOU!

And thanks to everyone for making it such a fun afternoon!

Congrats to our top 4:... See more



👍😊 22                              2 💬

👍 Like            💬 Comment

### Tilt Pinball Bar
April 25, 2022 · 🌐

Anniversary Monday specials!
- $4 Modist Teal Label IPA pints
- DJ Xcal 8pm - Midnight

All week:... See more



😊👍 4                        1 💬 1 ↗

👍 Like            💬 Comment

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

 facebook

Email or phone          Password          **Log In**    Forgot Account?

 **Tilt Pinball Bar**                                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2025

**Tilt Pinball Bar**
On FREE PLAY today:
Ghostbusters
Wizard of Oz... See more
44w

**Tilt Pinball Bar**
April 24, 2022 · 🌐

Our monthly IFPA pinball tournament starts at 4pm today!
ALL SKILL LEVELS WELCOME!
Want to try your hand at competitive pinball? This is your chance!
Swipe for rules and info 🏓... See more



👍 9

👍 Like                          💬 Comment

**Tilt Pinball Bar**
April 24, 2022 · 🌐

MONTHLY IFPA TOURNAMENT 4PM

Anniversary Sunday special!
- $4 Fair State pints... See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 🏢 Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🛎️ Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

🙂 6    1 💬

👍 Like        💬 Comment

Oldest ▾

**Mike Autry**
$7 TANGs? Is that like an 'Orange Whip'? Orange Whip, Orange Whip? "OK, three Orange Whips!" Ha, sorry about Blues Bros.. (my Flipper skills go in an arch: Red Shots make it good, till bad! ; ) Also, sorry about the cliche, yet, rock on! (Save me a Chi... See more

▶ YOUTUBE.COM
The Who - Pinball Wizard (Live at the Isle of Wight, 1970)
44w

**Tilt Pinball Bar**
April 23, 2022 · 🌐

GET HYPED! Anniversary week specials/events/shenanigans kick off starting TOMORROW

Sunday 4/24
Monthly IFPA Tournament & $4 Fair State Pints - 4pm... See more

🙂👍 21                    6 ↪

👍 Like        💬 Comment

**Tilt Pinball Bar**

---

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

We've always wondered if this was THE Rick Sanchez (C-137) on our drop target. But after seeing this failure, we're starting to think the C-137 Rick wouldn't have allowed for such a weakness so this must be one of the others....

Anyway, feel free to resume bashing non C-137 Rick in the face starting at 2pm today!... See more



♡ 17                              1 💬

👍 Like          💬 Comment

Oldest ⌄

 Matthew Walton



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

1st: Katie Baklund
2nd: Jen Gunsallus
3rd: Krista Larson... See more



👍❤ 38                                          4 ↗

👍 Like              💬 Comment

### Tilt Pinball Bar
April 20, 2022 · 🌐

Now on tap at TILT!

While the first sip isn't free, this limited release of Leagalize Big Doinks from Fair State Brewing Cooperative is definitely going to be a gateway beer for even more refills.

And no rules about sip sip pass in this place, it's all yours to camp on and bogart the entire glass. Best part is when it's cashed, just see our bartender for a re-up. ... See more



LEGALIZE BIG DOINKS

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?



### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos

**Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023**

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone          Password          Log In          Forgot Account?



Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                                    See all photos



As a token of our appreciation, and to get you fired up for our anniversary kickoff next week, ALL GAMES ARE ON FREE PLAY TODAY! See you at 2pm 😊

#pinball #freeplay #minneapolis #tilt #party #anniversary #birthday



**FREE PLAY TODAY**
THANK YOU FOR 5 YEARS!
(April 19th, 2017 was our "official" opening day)

👍❤ 79                                      6 💬  3 ↗

👍 Like                    💬 Comment

View 3 previous comments                    Oldest ⌄

 Sandy Katte
Happy birthday tilt!! That was a great night
45w                                         ❤ 2

🎱 Tilt Pinball Bar
April 18, 2022 · 🌐

We're planning to close out the 2nd half of April in a big way with our 5th anniversary party, but in the mean time we still have lots to do!

Kicking off the week with DJ Anthony Kasper at 8pm
Monthly Women's tournament is Thursday at 7pm
Monthly IFPA Strikes tournament is Sunday at 4pm... See more



**EVENT CALENDAR**

Monday April 18 »  DJ Anthony Kasper 8pm
Thursday April 21 »  Women's Tournament 7pm
Sunday April 24 »  Monthly IFPA Strikes Tournament 4pm

**Anniversary Week**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



○○💬 20                                    1 ↗

👍 Like              💬 Comment

 Tilt Pinball Bar
April 16, 2022 · 🌐

$1 off draft beers from 2-6 today! Come cheer on our Minnesota Timberwolves as they battle the Memphis Grizzlies in the NBA playoffs

#pinball #basketball #nba #twolves #wolves #timberwolves #beer #watchparty #playoffs



○ 2                                         2 ↗

👍 Like              💬 Comment

 Tilt Pinball Bar
April 15, 2022 · 🌐

We're celebrating Friday hard over here with a new game and a new beer just for you!

IRONMAN returns to the lineup, we just put Surly Drips & Drops on tap, and we just unlocked the door. What are you waiting for?

(And because we know you're gunna ask: AC/DC went back to the warehouse for now)... See more



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     **Log In**   Forgot Account?

 Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🙂👍❤ 15

👍 Like          💬 Comment

 Tilt Pinball Bar
April 14, 2022 · 🌐

LETS GO WOLVES!

You might have heard, but our Minnesota Timberwolves are in the playoffs and facing the Memphis Grizzlies on Saturday afternoon. Come watch the game at TILT! We'll have:... See more



👍 14                                    1 ↷

👍 Like          💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   Create new account

facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis,
  MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

We are deep into the planning but the big question we have for you is,
WHAT GAMES DO YOU WANT US TO BRING BACK?

Let us know in the comments!... See more



**5 YEAR ANNIVERSARY**
2-8PM
OUTDOOR PINBALL
DJS
FOOD SPECIALS
DRINK SPECIALS
ENTERTAINMENT
PRIZES
SWAG
CONTESTS
WHAT GAMES SHOULD WE BRING BACK?
**SATURDAY APRIL 30TH**

◯ 26                    29 💬   5 ↗

👍 Like              💬 Comment

View 20 previous comments          Oldest ⌄

**Abigail Anderson**
Was just at Tilt last weekend from out of town. It's been a
while (pre-Covid) LOVE and miss the old Cow Poke table
that was in the far back corner. It was the first thing I
made a bee-line for and it was MIA.

Hope the TILT team will consider mixing in... See more

43w · Edited

✏️ Author
**Tilt Pinball Bar**
Abigail Anderson we have an event in June that
should make you happy 😉

43w

 **Tilt Pinball Bar**
April 12, 2022 · 🌐

Pop bumpers need love, too!

They don't get rebuilt as often as our flippers but once the "POP"
becomes more of a "pip" it's time for some TLC.

What you see here are the main parts under the playfield of the rear
pop bumper on Avengers: Infinity Quest. Just like a regular flipper, it
has a coil that activates the plunger, which is connected to the ring
above the playfield using a yoke. (The ring is what shoots your ball off
in some random-ass direction.)... See more



## Connect with Tilt Pinball Bar on Facebook

Log In              or              Create new account

 facebook

Email or phone          Password          Log In          Forgot Account?

 Tilt Pinball Bar                                      ...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑤ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍😊❤ 30                                              1 💬

👍 Like                    💬 Comment

Oldest ⌄

Pinball Mayhem
Fresh properly adjusted pops are the best! They can make a game so much more enjoyable.
46w

 Tilt Pinball Bar
April 11, 2022 · 🌐

You voted with your quarters, and the winner was clear: Godzilla dominated our March Pinball Madness tournament! Congo made a good effort but was no match for the giant lizard.

Because you voted, GODZILLA IS ON FREE PLAY MONDAY THROUGH FRIDAY! We've also reset the high scores in order to crown a new grand champ. Have at it!

#pinball #godzilla #tilt #marchmadness #bracket #winner #freeplay



**Connect with Tilt Pinball Bar on Facebook**

Log In        or        Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?



### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ·
- Dine-in · In-store pickup
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

### Photos          See all photos

**Tilt Pinball Bar**

Here is our current (for now) lineup of games at TILT!

Can you spot your favorite? Have you played them all?

Chicago Gaming Company Stern Pinball Jersey Jack Pinball Spooky Pinball LLC... See more

👍 Like          💬 Comment

View 2 previous comments          Oldest ⌄

**Larry Hodgson**
Planning a trip up there on Wednesday. The Big Lebowski seems to be missing from the menu. Anyone know if they still have it?
4w

**Tilt Pinball Bar**
Larry Hodgson Lebowski is in the shop for some repairs, but since this video was taken we've added Theater of Magic, Total Nuclear Annihilaton, Black Knight Sword of Rage. We update pinballmap a little bit more frequently than reels so you can check h... See more

PINBALLMAP.COM
pinballmap.com
4w

Tilt Pinball Bar

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook



Email or phone          Password          **Log In**   Forgot Account?

 Tilt Pinball Bar                                                          ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🌐 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

for us:
Teal Label - the new flagship West Cost IPA... See more



 1

👍 Like                        💬 Comment

 Tilt Pinball Bar
April 8, 2022 · 🌐

In our opinion, nothing is better than unboxing a brand new pinball
machine. This is something that we get to do a lot here at TILT and
wanted to share a bit of what the experience is like. There's a lot more
to it than simply taking it out of the box and turning it on! Ride along
for the delivery of Cactus Canyon back in February, taking the multi-
hour process and grinding it down to 60 seconds (at 8x speed) to give
you an idea of how we get a new machine ready for your quart... See
more



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 🅘 Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- ⏰ Open now ⌄
- 🍴 Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



▶ 0:01 / 0:56        ⚙ ⤢ 🔇

👍 32                              4 💬  3 ↗

👍 Like                    💬 Comment

View 1 more comment                    Oldest ⌄

👤 **Sean Hebel**
Any spooky games at tilt?
46w
↳ 1 Reply

 **Tilt Pinball Bar**
April 7, 2022 · 🌐

Here we go! It's championship week here at TILT, and as we expected the two titans are battling it out for free play!

It's Godzilla vs Congo (they really should make a movie about this) and both of these games dominated each round. They're so close that this is going to be a nail-biter.

What game do you think will win? VOTE WITH YOUR QUARTERS!... See more



👍 15                              3 💬

👍 Like                    💬 Comment

View 1 more comment                    Oldest ⌄

👤 **Dick Rod**
Hope Congo wins, love that one
46w

👤 **Tilt Pinball Bar**
April 6, 2022 · 🌐

### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook

Email or phone          Password          Log In      Forgot Account?

 **Tilt Pinball Bar**                                                    ...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- ℹ️ Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ∨
- 🍽️ Dine-in · In-store pickup ∨
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ℹ️

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Competitive bracket... See more

 

◐◑ 25                                                    4 💬  2 ↗

👍 Like                          💬 Comment

View 2 previous comments                        Oldest ▾

 👑 Top fan
**Aaron Belzer**
Congratulations Everyone!
46w

 **Tilt Pinball Bar**
April 5, 2022 · ⊙

It's the last week of TILT's It's-Still-Winter league!

Final battle, boss mode, showdown, however you want to frame it; tonight determines our winners.

Competitive league is battling for the entry purse (40%/30%/20%/10%) along with some sweet sweet IFPA points. ... See more





◐◑ 6

👍 Like                          💬 Comment

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account



Email or phone    Password    Log In    Forgot Account?



**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- 📄 Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉️ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now →
- 🛍️ Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

 April 4, 2022 · 🌐

SAVE THE DATE: SATURDAY APRIL 30TH 2-8PM - TILT'S 5-YEAR ANNIVERSARY BASH IS A GO

Don't know about you, but anniversary parties are a big deal 'round these parts and we felt sorta snubbed over the last two years. So we're going to make it up to you by throwing the biggest party in TILT's history and we want you to be there!

Bring yourself, the kids, grandma, your neighbor, your friend from out of town, and come party with us. We're busting at the seams so we're gunna hold ... See more



⭐😮 90                                                5 💬 6 ↗


👍 Like          💬 Comment

View 3 previous comments                    Oldest ⌄

**Garrett Burns**
Benjamin Sears Sera Aksoy
47w                      👍😂 2

**Tilt Pinball Bar**
April 2, 2022 · 🌐

It's time to kick some Martian booty. Get after it! Attack from Mars: Activate Martian attack mode by hitting the green M-A-R-T-I-A-N standup targets and then shoot the scoop. Hit the 4 martians to get a 2 ball multiball! #pinball #attackfrommars #tip #promo #multiball



---

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

## Photos

See all photos



▶ 0:01 / 0:16   @tiltpinballbar   ⚙ ⛶ 🔇

👁 12

👍 Like          💬 Comment

 **Tilt Pinball Bar**
April 1, 2022 · 🌐

$3 PBR tallboys in honor of Can Crusher for a limited time.

How limited? We donno. Why would you even ask questions at this point? ITS THREE DOLLAR PBR TALLBOYS WHAT MORE REASON DO YOU NEED.

#pinball #tilt #beer #pbr #beerspecial #minneapolis #cancrusher



👍❤ 31

👍 Like          💬 Comment

 **Tilt Pinball Bar**
March 31, 2022 · 🌐

⚠ NEW GAME ALERT ⚠

Welcome PBR Can Crusher to the lineup!

This 2016 Stern game is a re-theme of the original WhizBang Big Juicy

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️😮 95                      18 💬   2 ↗

👍 Like              💬 Comment

View 12 previous comments                Oldest ⌄

**David Niles**
Played it Friday. Very old school. Fun to play.
47w

 **Tilt Pinball Bar**
March 30, 2022 · 🌐

WE ARE DOWN TO THE FINAL FOUR

Which of the Stern titans will make it to the final round?

And wait, what is this new challenger to Congo? Dropping in a new game near the end isn't exactly fair. But we don't care - it's pinball (and you can't have a final four with three games, duh).... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

**facebook**

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



**Tilt Pinball Bar**
March 29, 2022 · 🌐

Round 5 of our weekly league is 7pm tonight. Are you ready?

Right now there are only 20 points separating the top 10 in each bracket, which means it's still anyone's victory at this point.

Reminder in looking at scores that your lowest score (or dropped week) is removed from your total on Matchplay, so check the Result column, not the Total. ... **See More**

○ 9    2 💬

👍 Like    💬 Comment

Oldest ⌄

⭐ Top fan
Eric Fryc
i'm ready
46w

✏ Author
Tilt Pinball Bar
Prove it
46w

**Tilt Pinball Bar**
March 28, 2022 · 🌐

Is there any question that competitive pinball is alive and strong in Minnesota? Allow us to help with the answer: ABSO-FLIPPING-LUTELY!

Our March IFPA tournament was TILT's biggest tournament since we

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinbalibar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

And... See more



♡ 32                         4 💬   4 ↗

👍 Like          💬 Comment

View 3 previous comments          Oldest ⌄

**Jen Gunsallus**
Hell yes!! So good to see everyone there!!
48w

**Tilt Pinball Bar**
March 28, 2022 · 🌐

Pop quiz: What's wrong with this picture? Can you identify why a player reported a game issue to us?

Extra credit - can you identify what game this is from? (There is a hint somewhere in the image)

#pinball #pintech #trivia #popquiz #identify #broken #flipper



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 **facebook**

Email or phone      Password      Log In      Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

○○ 11                    15 💬

👍 Like              💬 Comment

View 6 previous comments      Oldest ▼

**Jared Woody**
it's an insider connected Stern Spike game, likely Godzilla LE or Rush LE. I'm sure there's a more definitive way to tell between the two, but I'd guess Godzilla based on the coil sleeve wear.
48w
↳ 1 Reply

**Tilt Pinball Bar**
March 26, 2022 · 🌐

Looking forward to seeing you all tomorrow!

🔔 Tournament info/FAQ: If this is your first tournament ever, or even just your first one at TILT - we got you covered!

PLEASE ARRIVE A FEW MINUTES EARLY TO CHECK IN. ... See more




○ 2

👍 Like              💬 Comment

**Tilt Pinball Bar**
March 26, 2022 · 🌐

Our March IFPA tournament is tomorrow!

ALL SKILL LEVELS WELCOME!

$5 entry, 100% cash payout to top 4... See more



### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



SUN, MAR 27, 2022

**TILT Pinball Bar March IFPA Tournament**
Tilt Pinball Bar
17 people interested

👍 3

👍 Like    💬 Comment    ↪ Share

 **Tilt Pinball Bar**
March 25, 2022 · 🌐

Wonder why the games @tiltpinballbar play so well? It's thanks to the guy you see in the background – Zach. Zach has been with us since long before we opened back in 2017, and is here 6 days a week in the mornings to make sure our games are running perfect. Whether he's fixing something simple like a broken drop target, or full on welding a bracket back together, the guy is a legend. He also has taken a TON of his time to help the other techs learn, including the doofus who t...

See more



"WHY DO TILT'S GAMES ALWAYS PLAY SO WELL?"

📷 tiltpinballbar    tristan_clouse · Original Audio

👍 26    2💬  1↪

👍 Like    💬 Comment

View 1 more comment    Oldest ⌄

 **Chawn Clough**
ls

40w

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

If you may have completely forgot that AC/DC has a lower playfield with its own set of flippers and targets - we don't blame you. While each game gets a good playfield cleaning once a week we haven't removed this cover for a while and - well - we're a little embarrassed about to how filthy this got.

#fixitfriday #pinball #clean #acdc #playfield #pintech



**BEFORE**

DID YOU FORGET AC/DC HAS A SECOND PLAYFIELD? THE COVER GOT SO DIRTY WE DON'T BLAME YOU

**AFTER**

A LITTLE BIT OF POLISH AND A LOT OF TIME - ALL BETTER!

 22

👍 Like        💬 Comment

### Tilt Pinball Bar
March 24, 2022 · 🌐

It only took 6 years but the chronological feed is back on Instagram! (If you don't follow us on IG, you should - @tiltpinballbar )

To make sure you never miss a post from us, you have two options: Click the instagram in the upper left corner of your app and choose either Following or Favorites.... See more



**PRO TIP:**
NEVER MISS A TILT POST!!

TAP HERE ➝ Instagram ⌄

CHOOSE ➝ Following

OR ➝ Favorites

WHEN YOU OPEN THE APP, TAP TO CHOOSE YOUR PREFERRED VIEW. "FOLLOWING" GIVES YOU A FEED OF ALL THE ACCOUNTS YOU FOLLOW IN CHRONOLOGICAL ORDER. "FAVORITES" GIVES YOU JUST THE VIEW OF YOUR FAVORITE ACCOUNTS. EASY!

GHOST BUSTERS PINBALL

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account



facebook

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



⚪ 6

👍 Like    💬 Comment



 Tilt Pinball Bar
March 23, 2022 · 🌐

GODZILLA HAS POWERUPS NOW!

There is a monster of a code update for Godzilla waiting for you to try out today, adding a whole new level of scoring and points with powerups for the big lizard himself.

The screen will now show you Godzilla's power meter, and there will be a yellow arrow at the scoop to let you know when to collect. There are soooooo many different levels and bonuses that we can't list them here - but you can check out the full release notes on Stern's site. Th... See more



⚪⚪ 13

👍 Like    💬 Comment

 Tilt Pinball Bar
March 23, 2022 · 🌐

We're coming down to the final rounds! We know some of you are going to be upset, but Twilight Zone was out with a torn achilles on Saturday and that cost it the victory against Avengers.

On the flip side - Congo is absolutely DOMINATING and it should make for an interesting final round.

Speaking of final rounds, we are going to completely ignore playoff rules and add a late player to the mix here next week. ... See more

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone | Password | Log In | Forgot Account?

 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍 7                                      1 💬

👍 Like              💬 Comment

Oldest ⌄

 🏅 Top fan
**Eric Fryc**
World Cup. It's like Kansas losing in the first round.
49w                                         👍 2

 **Tilt Pinball Bar**
March 22, 2022 · ◈

Are you excited for the Half Acre Beer Company launch party tonight?
We sure are!

Whether you're coming to play in league or just hanging out - $4
pours of Half Acre Daisy Cutter starting at 6pm, AND $12 gets you a
Chicago dog + pint of any Half Acre beer.

Or, I donno, maybe challenge some of the Half Acre team to a game
or two. We always encourage side bets here at TILT...... **See more**



👍 6

👍 Like              💬 Comment

 **Tilt Pinball Bar**
March 22, 2022 · ◈

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account



**facebook**

Email or phone    Password    [Log In]    Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

🏢 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

hanging out each Tuesday to play pinball. But most important our rec
bracket has only 9 points separating the top 5, and comp is even
closer at only 7.

It's anyone's game at this point, and remember that your lowest
score/absence is dropped from your total standings from the season.
So if you missed a w... See more

WEEKLY PINBALL LEAGUE

👍❤ 12    1 💬

👍 Like        💬 Comment

Oldest ⌄

 ✒ Author
**Tilt Pinball Bar**
Also, $4 pints of Half Acre Daisy Cutter tonight during
league for everyone!
47w

**Tilt Pinball Bar**
March 21, 2022 · 🌐

Okay, wow. Based on how much our inbox exploded last Friday it turns
out a LOT of you were interested in what happened to Funhouse last
week.

To be clear, this was not a single player's doing! Components fail, it
happens. There was both a physical and code related issue that were
independently causing balls to get stuck, and a lineup of frustrated
players that wanted to keep their games going. Much nudging and
shaking was involved and this was likely cumulative. Do that eno... See
more



## Connect with Tilt Pinball Bar on Facebook

[Log In]    or    [Create new account]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023



 37                            1 ↗

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
March 21, 2022 · 🌐

Spring is in the air, Anthony Kasper is DJ'ing tonight, we've got the
Half Acre launch party AND weekly league tomorrow, a hot dog
special, delicious beers on tap and amazing games to play. What could
be better?

#pinball #beer #DJ #minneapolis #ifpa #spring



 10                            1 ↗

👍 Like                    💬 Comment

 Tilt Pinball Bar
March 30, 2022 · 🌐

Surly Controlled Chaos now on tap!

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook

 Tilt Pinball Bar

Email or phone     Password     Log In     Forgot Account?

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍😊😆 9

👍 Like        💬 Comment

 Tilt Pinball Bar
March 19, 2022 · 🌐

Congrats to our March Women's Tournament Winners, and enjoy your IFPA points!

1st: Elizabeth Boelke
2nd: Brooke Tousignant
3rd: Katie Baklund... See more



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone     Password     **Log In**     Forgot Account?



Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos

[photo grid]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 Like          💬 Comment

Oldest ⌄

Dan Stephney
nice job liz
4w

Tilt Pinball Bar
March 19, 2022 · 🌐

Half Acre is coming to Minnesota, and they chose TILT to celebrate!

Join us on Tuesday from 6-9pm to meet the Half Acre crew as they
share their three favorite beers with us: Daisy Cutter pale ale, Double
Daisy Cutter double pale ale, and Vallejo IPA.

We'll also have a special that evening: $12 gets you a Chicago hot dog
and a pint of Half Acre beer! ✏ ⁝ ⁝ … See more



👍 16

👍 Like          💬 Comment

Tilt Pinball Bar
March 18, 2022 · 🌐

Today's #fixitfriday is a public service announcement:

Please be nice to our machines.

If a ball is stuck, TELL THE STAFF. We are generally okay with some
nudging, but PLEASE don't try to fix it on your own with more
aggressive means if that doesn't work. Tell the staff. We'll happily give
you your quarters back. … See more



### Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone        Password        Log In    Forgot Account?

 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️😮 30                              10 💬  5 ↗️

👍 Like              💬 Comment

View 5 previous comments                   Oldest ⌄

**Shane Kern**
This is the reason why we can't have nice things...
49w                                        😂

 **Tilt Pinball Bar**
March 17, 2022 · 🌐

TILT's March Women's tournament is TONIGHT at 7pm

Come join us for an amazing atmosphere with a competitive twist - this tournament is free but still grants IFPA points!

We'll have Ms Lakesha on the playlist to get your mood right, Pryes beer specials to keep you hydrated, and don't sleep on our $6 SUPERDOG special 🎵 

#... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In          or          Create new account

**facebook** 

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos

**Tilt Pinball Bar**
March 16, 2022 · 🌐

Funhouse: Rudy's Nightmare edition is here!!

In honor of this refresh/upgrade (more on that later) we are offering a
limited edition 🌭SUPERDOG 🌭with grilled onions, red & green
peppers, and white cheddar for $6.

But please - wash your damn hands after eating one because Rudy will
liberate you of a finger or two if you get your greasy mitts all over this
new cabinet artwork...... See more



❤👍 38                                          3 💬  3 ↪

👍 Like                        💬 Comment

Oldest ⌄

**Dustin Grossbier**
Gregory P Grossbier
49w
↪ View 1 more reply



✏ Author
**Tilt Pinball Bar**
Gregory P Grossbier





## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

 Tilt Pinball Bar
March 16, 2022 · 🌐

Round one had some upsets in our brackets already! And some of
these were CLOSE (as in, single digit difference in games played)

What are YOUR picks for round two?

Before you start throwing things at your screen or cussing, remember
these are based on raw play counts. You can influence which game
goes on free play by voting with your quarters!... See more



🖐😆 14                                          1 ↩

👍 Like                    💬 Comment

---

 Tilt Pinball Bar
March 15, 2022 · 🌐

Weekly League Round 3 TONIGHT at 7pm

Coming up on the midway point of our it's-still-winter season, and it's
still anyone's guess as to how players are going to stack up. THERE IS
STILL TIME TO JOIN, remember Rec league is $free and Comp league
is $20 one-time entry. Lowest score/missed weeks are dropped so you
still have a chance to build your legacy!

#pinball #ifpa #indeedbrewco #beerspecial #competitivepinball
#playpinball #minneapolis #drinklocal #event



## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account



Email or phone      Password      Log In      Forgot Account?

Tilt Pinball Bar

···

👍 Like          💬 Comment

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

�ℹ️ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos

Tilt Pinball Bar
March 14, 2022 · 

Come along on a fly-through of our fully restored and refreshed 1995 Williams Congo. This is what 50 hours of work looks like and we're thrilled to share it with our players. Come see it for yourself!



👍 22                    3 💬  1 ↗️

👍 Like              💬 Comment

View 1 more comment                Oldest ⌄

 John Wiens
Congo is such an amazing game.
50w · Edited

Tilt Pinball Bar
March 14, 2022 · 

This week at TILT:
- DJ Superbrush: 8pm Monday
- Weekly League Round 3: 7pm Tuesday
- Women's Tournament: 7pm Thursday
- Funhouse Rudy's Nightmare arrives: (sometime this week 😄 ... See more



### Connect with Tilt Pinball Bar on Facebook

Log In    of    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 facebook

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛍️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



OO 16                                    6 💬

👍 Like                🗨️ Comment

Oldest ⌄

**Jon Sigelman**
Can someone please explain how leagues and tourneys work? Also, can other non-tourney customers still game during that time?
50w

✏️ Author
**Tilt Pinball Bar**
Jon Sigelman Happy to!
50w

↪ View 4 more replies

**Tilt Pinball Bar**
March 13, 2022 · 🌐

IT'S ALIIIIIIVE!

Rudy's Nightmare just got power for the first time since we started this upgrade project, and this means we are really close to completion.

Here you can see the playfield connected to the back box for some tests and tweaks under the master care of Bryan Kelly (his shop makes for much better pictures), and might even be ready for you to play hopefully this week!... See more



OO 57                                    9 💬  1 ↗

👍 Like                🗨️ Comment

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



facebook

Email or phone       Password       Log In   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🔖 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🔔 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                  See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

I miss the Black Knight! that was metal af.

50w

 ✏️ Author
**Tilt Pinball Bar**
Mike Iverson we still have it - it's at Mortimers

50w  Edited

↳ View 2 more replies

**Tilt Pinball Bar**
March 11, 2022 · 🌐

You know that unless you yell SWISH, no points are awarded, right? We think this might be one of the most satisfying shots in modern pinball. We just replaced our Demogorgon so it's extra challenging right now. Have you had the satisfaction of acing this on your first try? Stern Pinball #pinball #strangerthings #demogorgon #goodshot #shootyourshot #slowmotion #satisfying



👍 10                          6 💬

👍 Like                    💬 Comment

View 2 previous comments                    Oldest ⌄

 **Dustin Grossbier**
There is! The Tilt mystery shot!

50w

 **Tilt Pinball Bar**
March 11, 2022 · 🌐

This week's #fixitfriday is T.N.T. (so sing along with us...)

See this picture of drop targets
On your color tv screen
One of these just wasn't working... See more



## Connect with Tilt Pinball Bar on Facebook

[ Log In ]  or  [ Create new account ]

facebook 

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍 21

👍 Like        💬 Comment

 **Tilt Pinball Bar**
March 9, 2022 · 🌐

It's pinball madness at TILT this month!

Now that our game lineup has stabilized (heh, maybe) we're going to try something we haven't done before, and let YOU decide which game is the best - based on raw play count. That's right, VOTE WITH YOUR QUARTERS.

Each week we'll take the play totals from each game, and the winner from each pairing moves on to the next round. The finals will be a 3-way battle for domination with the winning game being on FREE PLAY for a week.... See more



👍 29                                                3 ↗

👍 Like        💬 Comment

 **Tilt Pinball Bar**
March 9, 2022 · 🌐

Round 2 of our weekly pinball league is tonight at 7pm!

🎱 Congo and AD/DC have replaced Rush Pro and Pirates 🎱

☑ PLEASE ARRIVE A FEW MINUTES EARLY TO CHECK IN. ... See more

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

**facebook**

Email or phone | Password | Log In | Forgot Account?

 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🛈 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🔵❤ 13                    4 💬  2 ↗

👍 Like            💬 Comment

Oldest ⌄

 **Nudge Magazine**
Some of the best cab art in the game
51w
↳ View 1 more reply

✎ Author
**Tilt Pinball Bar**
Mike Paul the foil graphics on the Godzilla LE cabinet would like a word with you in the back alley...
51w
↳ View 1 more reply

 **Tilt Pinball Bar**
March 7, 2022 · 🌐

Surprise - we have even more shocking news today...

AC/DC is back!

This was a last-minute grab from or vault as Pirates was having some power issues (pun absolutely intended). Plus, with Congo arriving today as well we wanted to keep the lower playfield theme goin... See more



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account



**facebook**

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**     ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos     See all photos



👍♥ 45     1 💬

👍 Like     💬 Comment

Oldest ⌄

Tim Schloe
Danny Beck
51w

**Tilt Pinball Bar**
March 7, 2022 · 🌐

Enough teasing. CONGO IS HERE!

We spent over 50 hours refurbishing this 1995 Williams Classic, even down to the Stan Winston designed gorilla in the unique backwards sloping lower playfield. This is an extremely high scoring game and very multi-ball friendly - which will make it fun for league and tournaments in addition to bragging rights.

Every part of this game got touched; from the playfield to the posts. Super stoked how great it looks, in addition to a lot of new par... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**facebook**

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

View 2 previous comments                          Oldest ⌄

🔹 Top fan
Tyrone Bablone
What got moved out and did it go to another location? Very excited to play Congo.
51w
↪ 1 Reply

Tilt Pinball Bar
March 5, 2022 · 🌐

Did you know that Ray-Ban sunglasses make you a better pinball player? Can any of you cool cats who wear shades indoors confirm? Or is this a new trend that just hasn't hit the MPLS scene yet?

Can you guess the machine they used in this commercial?

Maybe we need to add TILT Ray-Bans to our merch lineup... ... See more



❤ 24                                                5 💬

👍 Like              💬 Comment

View 2 previous comments                          Oldest ⌄

John Jundt
https://pinside.com/pinball/market/shops/1238-pinshades

 PINSIDE.COM
PinShades | Pinside Shops

51w
↪ View 1 more reply

🔹 Author
Tilt Pinball Bar
Greg Nye Ugh, already had this song stuck in my head since Saturday morning now it's back again. Thanks!
51w

Tilt Pinball Bar
March 4, 2022 · 🌐

Time for #fixitfriday - and we need your help!

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos          See all photos

Funhouse got its new graphics installed this week as well. As you can see, this is a vinyl wrap that goes right over the existing cabinet. Next week we'll be mounting that gorgeous new playfield, and hopefully flipping t... See more



👍 10                                    38 💬

👍 Like          💬 Comment

View 17 previous comments                Oldest ⌄

⭐ Top fan
**Tyrone Babione**
If you move Pirates, could you take it to Mort's or Sisyphus? It's my wife's favorite.

5w

✏ Author
**Tilt Pinball Bar**
Tyrone Babione



5w

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone        Password        **Log In**    Forgot Account?

### Tilt Pinball Bar

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- ⓘ Page · Bar
- 🗺 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🛎 Dine-in · In-store pickup ⌄
- ⓢ Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

#### Photos                    See all photos



Someone got a little aggro on our Oompa Loompa the other day. Thankfully this wasn't a back ordered part because none of our techs just happen to have an Oompa action figure in our closets (do you?).

Fun fact: The camera that snaps your high score pic is NOT in this contraption, it's directly below the screen (so you can get the perfect angle next time)... **See more**



🖒 13                                    2 💬

👍 Like              💬 Comment

Oldest ⌄

**Kurt Lommel**
I do.... 😊



5w

✍ Author
**Tilt Pinball Bar**
Kurt Lommel we might have to work out a trade if this happens again...
5w



### Tilt Pinball Bar
March 2, 2022 ·

New Barrel Theory Beer Company Super Saiyan now on tap at TILT! ✦ This 8.3% double ipa is loaded with citra, mosaic, and galaxy hops sure

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos





♡ 7    1 💬

👍 Like    💬 Comment

Oldest ⌄



 **Tilt Pinball Bar**
March 2, 2022 · 🌐

New code update for Mando: In addition to some minor scoring tweaks (Super Skill Shot is increased), we are now able to install the Stern Insider Connect module so you can track your achievements! Also this update allows you to scan your code mid-game in case you forgot.

But that isn't even the best part: According to the notes there is now an option for "R-rated speech" which you bet your sweet Beskar we'll be turning on...

Come try it out today at 2pm!... See more



**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



**facebook**

Email or phone     Password     **Log In**   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 9

👍 Like          💬 Comment

 **Tilt Pinball Bar**
March 1, 2022 · 🌐

Here we go! Weekly league kicks off TONIGHT at 7pm. New to league? Want to try it out? Got questions? Or just need a refresh on the rules? Read on for more info:

Our weekly league season runs 6 weeks, and you can join as many or as few as you'd like. We run two leagues each week: recreational (rec) and competitive (comp).

Cost:... See more



👍 9                                    1 ↗

👍 Like          💬 Comment

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook



Email or phone          Password          Log In  Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now 

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

Pinball Rush launch party and February monthly tournament is in the books! We had a TON of people swing through all day to play the new Rush Pro and Rush LE games on free play. And then at 4pm we had 54 players for our monthly IFPA tournament for cash and Stern prizes.Congratulations to our winners: 1st - David Marcis / 2nd - Nate Reardon / 3rd - Tony Midtling / 4th - Jim Hartley.   Our its-still-winter leagu... See more



RUSH LAUNCH PARTY

◎ 16                                                          1 💬

👍 Like                    💬 Comment

Oldest ⌄

 Joshua Anderson
I'm a star! My mom was right!
1y   Edited                                             

 **Tilt Pinball Bar**
February 28, 2022 · ◔

There was No Time to Stand Still during last night's official Rush launch party! We Lost count of how many people Found their Way to get in some games on both Pro and LE, with some coming Here Again to join the 54 players in our monthly tournament.

In the End it was David Marcis taking the win, dishing out Lessons to Nate Reardon, Tony Midtling, and Jim Hartley. But it wasn't Something for Nothing as all 4 players got cash plus some great swag from Stern Pinball. We know fo... See more



### Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

 facebook

Email or phone | Password | Log In | Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍👍 49                3 💬  1 ↱

👍 Like          💬 Comment

View 1 more comment                    Oldest ⌄

**Paul L. Raukar**
Those are some deep cut references! Impressive!
50w

📌 Author
**Tilt Pinball Bar**
Paul L. Raukar we try!
50w

**Tilt Pinball Bar**
February 25, 2022 · 

Our it's-still-winter weekly pinball league is back at TILT, starting Tuesday March 1st - All skill levels welcome!

Come join us and play in either recreational and competitive brackets with IFPA rules and a friendly atmosphere. Whether this is your 1st league or your 100th, you're assured to learn and compete with some of the best players in the Twin Cities.

Recreational bracket is free, and seeded in a social format. Prizes for top 4.... **See more**



👍😆 15                    1 💬

👍 Like          💬 Comment

                                    Oldest ⌄

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

facebook

Email or phone          Password          **Log In**    Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

---

sayin.....
1y

**Tilt Pinball Bar**
February 24, 2022 · 🌐

What the F?- Maybe it's the cold weather, but you all have been crushing our kegs of dry hopped IPAs and we ran out! Thankfully our friends at Modist have our backs and got us a keg of their Double False Pattern just in time ..

Pairs well with the TWO new games that just came in this week 🎮

#beer #pinball #drinklocal #minneapolis #modistbrewing #newbeer #ontap



👍 10

👍 Like          💬 Comment

**Tilt Pinball Bar**
February 24, 2022

As of today, Minneapolis has lifted the indoor mask mandate for restaurants and bars. (Same for our homies over in St Paul)

The staff at TILT thank you for your cooperation and support during the last few weeks!

#covid #mask #mandate #minneapolis #mplsbar #pinball

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **facebook**

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**                                    •••

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

📄 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🛍 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**THE MASK MANDATE FOR BARS AND RESTAURANTS***

**THANK YOU ONCE AGAIN FOR YOUR SUPPORT !**

*BUT FFS PLEASE STAY HOME IF YOU AREN'T FEELING WELL
NO ONE WANTS FOOD THIS ALL OVER AGAIN

👍❤ 40                                    3 💬

👍 Like                    💬 Comment

Oldest ⌄

 **Ben Motyka**
Be great to see everyone smiling faces again!
1y

 **Tilt Pinball Bar**
February 23, 2022 · 🌐

Our big Sunday of pinball just got even better - We now have BOTH Rush Pro & Rush LE games available for the launch party!

Join us any time Sunday for both games on free play ALL DAY.

The official Stern launch party and our monthly tournament kick off at 4pm:... See more



👍❤ 21                                    1 👍

👍 Like                    💬 Comment

 Tilt Pinball Bar

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          **Log In**      Forgot Account?

 **Tilt Pinball Bar**                                                     •••

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                          See all photos

revised Lyman Sheats code that we've been so excited for. Ready to
play when we open today at 2pm.

#pinball #newpinball #chicagogamingcompany #cactuscanyon
#onlythebestforyou #tilt #new



👍❤ 84                                    8 💬  2 ↗

👍 Like                    💬 Comment

View 3 previous comments                              Oldest ⌄

 Philippe Bréton
Joris Bartkowski...
Ty
↳ 1 Reply

 **Tilt Pinball Bar**
February 21, 2022 · 🌐

RUSH LE #21 has just landed at TILT, giving you plenty of time to
practice before the launch party and tournament on Sunday!

Come play the first one in the Twin Cities starting 2pm today!

#pinball #sternpinball #newpinball #onlythebestforyou #rush #first
#new #pincities #tilt

 

**Connect with Tilt Pinball Bar on Facebook**

**Log In**        or        Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**                                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

📍 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🔵❤️ 57                                                      1 💬  3 ↗

👍 Like                    💬 Comment

Oldest ⌄

 **Kyrie Diluvium**
Crawlin Lewis lets go
1y

 **Tilt Pinball Bar**
February 19, 2022 · 🌐

UPDATE FOR SUNDAY: King Otto is going to start a bit later (3pm), but play till however late he damn well feels like it. Swing through!

#DJ #Music #minneapolis #pinball #livedj



👍 2

👍 Like                    💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now · 

🍴 Dine-in · In-store pickup

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

Sometimes hundreds or even thousands of times in a game. Follow us to learn more! #pinball #playpinball #pintech #flipper #BTS #howitworks #learn #fyp #funfacts



 17                                    4 💬  1 ↗

👍 Like                    💬 Comment

View 1 more comment                              Oldest ▾

Brandon Friberg
And with the Rezz bangers too, it's like you guys know my pinball playlist or something! 😄
1y
↪ 1 Reply

Tilt Pinball Bar
February 18, 2022 · 

#tiltfriday double update on Congo and Funhouse (Rudy's Nightmare):

Congo is starting to assume its final form, with the playfield assembly almost complete and full of shiny new pieces (so much gloss!).

Meanwhile work continues on Funhouse, with a step in the process that might trigger some people... Yes, we took a sander to the cabinet. Some people might consider this blasphemous but it was a necessary stage as Rudy's Nightmare comes with all new cabinet artwork in the f... See more

 

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



Email or phone | Password | **Log In** | Forgot Account?



### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

⭕⭕ 43                                    9 💬

👍 Like                      💬 Comment

View 3 previous comments                    Oldest ⌄

**Jeff Miller**
Great looking project but Rudy's Nightmare does not come with full external cabinet art. It only comes with inner side blade artwork.
1y   Edited

↪ 👤 Author
**Tilt Pinball Bar**
Jeff Miller You are correct - not included with the kit. The artwork is something we chose to add on
1y                                         👍

**Tilt Pinball Bar**
February 18, 2022 · 🌐

We had a great turnout with 16 players last night for our monthly women's league at TILT. Congratulations to the February winners!
1st place - Lisa
2nd place - Elizabeth
3rd place - Heidi... **See more**



⭕⭕ 31

👍 Like                      💬 Comment

**Tilt Pinball Bar**
February 17, 2022 · 🌐

See you tonight at 7pm! $2 off all Pryes beers!

Please come a few minutes early and check in with Kaitlyn when you arrive. Good luck to all the players!





## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

 facebook

Email or phone          Password          Log In   Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now

Dine-in · In-store pickup

Price Range · $

Rating · 5.0 (1,176 Reviews)

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Meta © 2023



THU, DEC 15, 2022
**TILT Women's Monthly Tournament**
Tilt Pinball Bar
57 people interested

👍 Like          💬 Comment          ↪ Share

Tilt Pinball Bar
February 17, 2022 · 

What is better than a bunch of great beers on tap? The only answer, of course, is adding ANOTHER great beer to our tap list: Rain Drops from our friends over at Barrel Theory Beer Company.

We've got a full keg of this 7.5% Northeast IPA loaded with Citra and Mosaic hops tapped just in time for our monthly Women's tournament starting tonight at 7pm

#barreltheory #drinklocal #northeastipa #freshtap #newbeer #limitedrun #fullkeg #ontap #pinball #tilt #thursday



🙂 9

👍 Like                    💬 Comment

Tilt Pinball Bar
February 18, 2022 · 

Can you guess the game?

One of our techs snapped this picture last night while troubleshooting a game that wasn't registering ball locks and robbing players of their

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone    Password    Log In   Forgot Account?

## Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

techs is there we'll fix on the spot, or first thing the next morning.
... See more



👍❤️ 14                        13 💬  1 ↗

👍 Like              💬 Comment

View 8 previous comments              Oldest ⌄

Jason Rufer



Showtime!

1j                                        ❤️ 2

**Tilt Pinball Bar**
February 15, 2022 · 🌐

THIS JUST IN - Our good friend King Otto is going to swing by this Sunday and play some records for us. Because everyone is better at pinball when they're vibin'

2-6pm. Be there.

#hiphop #dj #music #djset #pinball #sunday #plans #drinklocal #minneapolis



**Connect with Tilt Pinball Bar on Facebook**

Log In       or       Create new account

facebook

Email or phone    Password    **Log In**    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️ 17                    1 💬

👍 Like          💬 Comment

Oldest ⌄

Jaysln Decora
Betttt 👋
1y

**Tilt Pinball Bar**
February 14, 2022 · 🌐

We've got a lot going on the rest of this month: guest DJs, a valentines week date special, two tournaments AND a launch party!

#pinball #playpinballhere #mplsbar #drinklocal #sternarmy #ifpa #rush #rushpinball #competitivepinball #onlythebestforyou #womenstournament



👍❤️ 12

👍 Like          💬 Comment

**Tilt Pinball Bar**
February 13, 2022 · 🌐

The monthly women's tournament is back at TILT! ALL SKILL LEVELS WELCOME

Join an amazing group of players on the 3rd Thursday of each month starting this week (the 17th). There is no entry fee, so this is a great opportunity to try out a tournament format and earn your first IFPA

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

register with yo... See more



👍 6

👍 Like    💬 Comment



Tilt Pinball Bar
February 13, 2022 · ⊙

TILT's official #sternarmy Rush launch party is getting combined with our February monthly tournament for a big Sunday of pinball!

Rush will be on free play all day, along with $4 Fair State pints on tap

Our monthly IFPA tournament starts at 4pm:... See more

👍😮 14                    2

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

February 12, 2022 · 🌐

It's been a loooong 3 years, but Bell's Brewery Hopslam is back on tap at TILT (until this keg runs out, at least)

Hopslam really needs no introduction, but maybe you forgot how delicious this 10-percenter double IPA is? Full of Pac Northwest hops and and plenty of dankness makes this arguably one of the smoothest DIPAs around.

Available in 12oz snifters because you're gunna want to stick your nose in it - trust us on this one.... See more



🅛🅛 10

👍 Like                💬 Comment

 **Tilt Pinball Bar**
February 10, 2022 · 🌐

Shout out to our sister (cousin?) bar, Dusty's, up in NE Minneapolis for making the headline photo in this morning's Strib article. For those of you who miss The Walking Dead, TILT's is currently there in case you need your zombie bashing fix.

Also, 👀 at that whiskey pour....!

#mplsbar #pinball #thewalkingdead #pinballmap #whiskey



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 facebook

Email or phone | Password | Log In | Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

Bartender Justin Fowler poured a shot at Ousty's in Minneapolis on Jan. 6, a few minutes after the mask mandate went into effect.

# Mpls., St. Paul lift vaccine mandate for restaurants, bars

👍❤ 22                                          1 💬  1 ↗

👍 Like                    💬 Comment

Oldest ⌄

**Cora Marshall**
Justin makes some mean mocktails!
1y

**Tilt Pinball Bar**
February 10, 2022 · 🌐

Effective this morning, Minneapolis (and St Paul) have lifted the mandate requiring proof of vaccination or negative test to enter a bar or restaurant.

However, the mask mandate is still in effect.

We SINCERELY thank you for your cooperation, and more importantly your kindness and patience towards our staff as they had to take on this new responsibility over the last few weeks. ... See more



**As of today, the vaccine/test mandate has been lifted for bars and restaurants in Minneapolis**

🎭 **Masks are still required** 🎭

**We appreciate your courtesy towards our staff and thank you for your continued support**

👍 30                                          2 💬  2 ↗

👍 Like                    💬 Comment

Oldest ⌄

**Chawn Clough**
I will be there this weekend
1y

---

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

---

facebook

Email or phone Password Log In Forgot Account?

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now

Dine-in · In-store pickup

Price Range · $

Rating · 5.0 (1,176 Reviews)

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023

Tilt Pinball Bar
February 9, 2023

NEW MERCH ALERT

They say cooler heads prevail, but damn if it isn't still beanie season right now in Minneapolis. So we re-upped our stash with some new colors.

And no cap - we got two new colors of hats on the shelf today, too. Camo will sell out quick, but may we also suggest the new white/grey combo? Perfect for turning around backwards to signal that you are one shot away from Mecha Godzilla multiball and there is no way you are losing AGAIN to that jerk friend of y... See more



36 · 2

Like · Comment

Oldest

Top fan
Eric Fryc
We can talk about your Godzilla problems if you need to, Jonah.



1y · 5

1 Reply



Tilt Pinball Bar
February 6, 2023

We got you covered next week

Bring a date, your "just a friend", or even that person you owe dinner for helping move a couch that one time - and swing by for our limited time date deal: $20 gets you two hot dogs and two drinks (beer, wine, liquor, or soda).

Best part is - this deal goes from Monday through Friday so stop on by more than once, with the same person, or with different people - we don't judge over here.... See more




**Connect with Tilt Pinball Bar on Facebook**

Log In or Create new account



facebook

Email or phone | Password | Log In | Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍😮 31                              10 💬  2 ↗

👍 Like            💬 Comment

View 3 previous comments                    Oldest ⌄

 🏆 Top fan
**Ian Foster**
If id like some dog and drank can i have all four myself?
1y

🔸 Author
**Tilt Pinball Bar**
Ian Foster see caption about our lack of judgement
1y                                          ♡ 2

### Tilt Pinball Bar
February 7, 2022 · 🌐

People of Earth: Our Martian friends over at Modist Brewing Company visited our humble blue marble today and shared some of their spoils of their latest conquest - A Keg of Intergalactic Sofa Ghost!

Come let your tastebuds get probed by this double dry hopped New England IPA brewed with Citra, Strata, Cryo Citra and Sabro hops. On tap for a limited time.

#modistbrewco #drinklocal #mplsbeer #pinball #mplspinball #ontap #playpinballhere #newbeer #limitedrun #freshtap #hops #doubleipa



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone  Password  **Log In** Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

👍❤ 29  1 👤

👍 Like  💬 Comment

**Tilt Pinball Bar**
February 6, 2022 · 🌐

We're pretty sure this video is going be what it takes to get off your couch and come play some pinball this afternoon. See you soon!

YOUTUBE.COM
**The Making of Stern Stranger Things Pinball!**
Stern Pinball presents a behind the scenes look at the making of St...

👍❤😮 8

👍 Like 💬 Comment ↗ Share

**Tilt Pinball Bar**
February 4, 2022 · 🌐

This #fixitfriday post is for yet another restoration in progress - our 1990 Williams Funhouse.

Some of you may remember this game was at TILT for a stretch already, but with the release of the official Rudy's Nightmare upgrade we are using this as an excuse for a solid makeover.

Rudy's Nightmare includes: ... See more

👍❤ 58  6 💬 1 👤

👍 Like  💬 Comment

View 3 previous comments  Oldest ⌄

⭐ Top fan
Michael Curtis

### Connect with Tilt Pinball Bar on Facebook

**Log In** or **Create new account**

facebook

Email or phone          Password          Log In   Forgot Account?


 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

1y

 **Tilt Pinball Bar**
February 3, 2022 · 🌐

It's not often you can be both super sad and super excited at the same time - But today we share that our beloved Harlow is leaving TILT to join the ranks of the corporate world.

Harlow has been with TILT since day 1, and we will surely miss him behind the bar. Now that he's been promoted to customer we are excited to have him putting quarters into the machines for a change, and likely critiquing the current batch of mystery shots. We may even see him crush some hopes and d... See More

 

👍❤️ 117                                    4 💬

👍 Like                    💬 Comment

View 3 previous comments                          Oldest ⌄

Timothy Allen Neumann
Happy ventures dude!
1y

 **Tilt Pinball Bar**
February 1, 2022 · 🌐

Congo update!

Progress continues on the restoration of our 1995 Williams Congo. Who doesn't love a freshly lacquered playfield?. Also the cabinet got a good cleaning (it's gross what you find in a 27 year old game) and a fresh coat of paint on the inside. The wiring harness isn't as bad as it looks but will still need a good soaking before its ready to be reinstalled.

More pictures to come, as repopulation of the playfield is about to begin. We hope you are excited as we ar... See More



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook



Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



 👍❤ 66    2 💬

👍 Like    💬 Comment

View 1 more comment    Oldest ⌄

 ⭐ Top fan
Aaron Belzer
Much excite!
1y

 Tilt Pinball Bar
January 31, 2022 · 🌐

Despite the short notice on the event, and despite the stringent public safety mandates in Minneapolis, Sunday saw a record turnout for a January tournament at TILT; 49 players! Even better, there were around a dozen new names on the list which shows the appetite for competitive pinball in the Twin Cities continues to grow.

Congratulations to this months winners:
1st place - Mark Larson
2nd place - Eric Fryc... See more



👍❤ 98    3 💬

👍 Like    💬 Comment

View 2 previous comments    Oldest ⌄

 ⭐ Top fan
Katie Baklund
Hell yeah! Congrats Erika Glaeser Curiskis Corio!!! 🎉    ❤ 5
1y

 Tilt Pinball Bar
January 30, 2022 · 🌐

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone | Password | Log In | Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



SUN, JAN 30, 2022
**January TILT Monthly Tournament**
Tilt Pinball Bar
19 people interested

👍😊 11                              2 💬

👍 Like      💬 Comment      ↪ Share

Oldest ⌄

**Keith Bittner**
Someone check Fryc for PEDs.
1y

🖉 Author
**Tilt Pinball Bar**
Keith Bittner Right?
1y

**Tilt Pinball Bar**
January 28, 2022 · ⓢ

Come play the new Godzilla code today!

This was a MASSIVE update from Stern that adds a ton of new features to this already amazing game.

- New skill shots... See more



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



Email or phone          Password          **Log In**    Forgot Account?

 **Tilt Pinball Bar**                                                                          ···

     🖒 Like          ◡ Comment

## Intro

    The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

---

Oldest ⌄

👤 ☺ Top fan
**Jessica Wolsky Hallock**
Cool
1y

 **Tilt Pinball Bar**
January 28, 2022 · 🌐

This week's #fixitfriday is brought to you by our lead tech, Zach .

Last night one of the wire ramps broke on our Stern Mandalorian LE, so Zach brought in the welder, set up a makeshift welding table (using the top of a coin box!), and went to work. Now we've got a solid ramp again and Mando is back in business.

Our games get an entire lifetime of home use plays in just a few weeks so an occasional part failure is expected. Thankfully metal parts don't fail that often but ... **See more**



🖒😮 54               1 💬

    🖒 Like        💬 Comment

Oldest ⌄

 ☺ Top fan
**Ian Foster**
This is the way
1y    🖒😮 1

 **Tilt Pinball Bar**
January 27, 2022 · 🌐

Let's talk about balls for a minute, and consider this a PSA for regular inspection of your balls.

Damaged balls are absolute murder on playfields and accelerate the breakdown of anything they touch (posts, targets, rubbers, ramps, etc)

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone   Password   **Log In**   Forgot Account?



### Tilt Pinball Bar

···

gets new ones pretty much once... See more

😀❤️😮 192       33 💬 7 ↗

👍 Like      💬 Comment

View 17 previous comments   Oldest ⌄

**Elizabeth Kay**
what DO you do with the used balls?
1y

**Tilt Pinball Bar**
January 24, 2022 · ⊙

January's TiLT monthly tournament is a go!

Join us this Sunday the 30th at 4pm as we kick off our first monthly IFPA tournament of 2022. ALL SKILL LEVELS WELCOME.

- $5 entry... See more

😀😮 15      2 💬 1 ↗

👍 Like      💬 Comment

Oldest ⌄

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**  or  **Create new account**



Email or phone          Password          Log In    Forgot Account?




### Tilt Pinball Bar

...

1 Reply

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Tilt Pinball Bar
January 22, 2022 · 🌐

The pinball world lost a legend yesterday. Lyman Sheats, the
programmer that brought us the games that got most of us into
pinball, passed away at age 55.

In Lyman's honor, all of his games at TILT are on free play today:
- Monster Bash
- Medieval Madness... See more



**THE PINBALL COMMUNITY MOURNS THE LOSS OF LYMAN SHEATS - LEGENDARY PROGRAMMER THAT BROUGHT US SOME OF THE MOST POPULAR GAMES OF OUR LIFETIME**

In his honor, all Lyman games (Monster Bash, Medieval Madness, Attack from Mars, & Spider-Man) are on Free Play today at TILT.

**Come play your respects**

👍❤️😢 84                    7 💬    7 ↗

👍 Like              💬 Comment

View 5 previous comments          Oldest ⌄


🔝 Top fan
Jeremy Stauffer
As if I didn't like Tilt enough...

1y

### Tilt Pinball Bar
January 21, 2022 · 🌐

RUSH HAS ARRIVED AT TILT!

Come play the brand spankin' new Rush Pro from Stern Pinball. We are
thrilled to have this delivered so quickly and get all of you the chance
to play the first one in Minnesota (and maybe only the 2nd one on
route in the country so far).

Will you be the first one to set Grand Champ?... See more



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



facebook

Email or phone    Password    Log In   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos



😀😮❤ 74    3 💬 5 ↪

👍 Like    💬 Comment

View 2 previous comments    Oldest ⌄

**Tim Theisen**
I'll be in soon. Saw them front row center July 1981, they were my favorite band at the time.



1y

**Tilt Pinball Bar**
January 18, 2022 · ⊗

Read full post for more information ⌄

As you are all aware by now, Minneapolis Mayor Jacob Frey has signed an emergency mandate requiring proof of full vaccination or a negative test before entering an establishment that serves food or drink in the city starting Wednesday January 19th. There are many places to get more information (and share your feelings on the matter) but we wanted to share the basics so you can focus on the fun stuff.

🔫 WE DON'T ALWAYS HAVE SOMEONE AT T... See more



### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

Email or phone  Password  Log In  Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

⊘ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



59

👍 Like        💬 Comment

 +2

 **Tilt Pinball Bar**
January 13, 2022 · 🌐

Another morning, another project. This time it's repairing a broken pop bumper on our Willy Wonka from Jersey Jack Pinball .Unfortunately the broken part meant disassembling about a quarter of the playfield to replace it, but gave us an excuse to clean up part of the game we can't normally access and polish up the ramps and plastics back there to make the whole game shine again. #pinball #pintech #playpinballhere #onlythebestforyou #willywonka #cleanit #jerseyjackpinball #mplspinball



Broken pop bumper on Wonka

12        4 💬

👍 Like        💬 Comment

Oldest ⌄

**Ian Jacoby**
Reminds me of replacing a bulb on my prius. Gotta take the bumper off first. woof

1y

↳ 🖊 Author
**Tilt Pinball Bar**
Ian Jacoby if you didn't make a video and share it on social media - did it really happen, though?

1y

↳ View 2 more replies

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone          Password          Log In    Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕓 Open now ⌄

🛍 Dine-in · In-store pickup ⌄

◎ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

---

### Photos          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

We got what you need: Beer, Cocktails, Hotdogs, Tacos, Nachos. Sandwiches. Pretzels. And cold. Lots of pinball.

Swing through for a break from your Sunday errands. Better yet make an afternoon out of it. We'll take good care of 'ya 🖤

#pinball #playpinballhere #drinklocal #beer #minneapolisbar #tilt #pinballbar #pinballMN #minneapolis #playpinball #mplspinball #pincities #flipper #mplsbar #craftbeers #ontap #beersnob #craftbeer #locallybrewed #sunday #mnbrews #classicpi... **See more**



⭕⭕ 23                                    2 💬

👍 Like                    💬 Comment

                                    Oldest ⌄

**Dan Gougé**



Where's the pizza?

1y

**Tilt Pinball Bar**
Dan Gougé No space for a pizza oven at the moment... But we hear you!

1y                                    ⟳

**Tilt Pinball Bar**
January 14, 2022 · 🌐

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

facebook



Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🎫 Page · Bar

📍 118 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

📧 info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



SKAFL is now on tap at TiLT. This is a hazy/danky/fruity/slightly bitter
winter surprise from our friends over at Fair State Brewing
Cooperative. When they include words like "overripe pineapple meets
weed smoke" in the tasting notes we just HAD to try it. And it's
perrrrrfect for this snowy Friday (or any othe... See more

👍❤️😮 15

👍 Like          💬 Comment

 **Tilt Pinball Bar**
January 13, 2022 · 🌐

Ever played a game where the flippers felt slow/sticky/weak/lame and
were actually a legitimate excuse for missing your shots? It was
probably the result of one or all of the parts you see here.

We deep inspect each game weekly (sometimes more often
depending on player feedback), and replace parts as needed. Believe it
or not, it's rarely a coil that goes bad so we do regular maintenance on
these wear parts to prevent a bigger problem. The last photo of taking
the entire fli... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

 facebook

Email or phone          Password          **Log In**          Forgot Account?

 **Tilt Pinball Bar**
...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

---

👍😊 45                                    7 💬  1 ↪

👍 Like                    💬 Comment

View 3 previous comments                          Oldest ⌄

**Tyrone Babione**  👑 Top fan
Zach is great and really appreciate him and all of you keeping the games in great working order. Cheers!
1y                                                  😊 2

✍ Author
**Tilt Pinball Bar**
Tyrone Babione Zach Madline is a legend
1y

**Tilt Pinball Bar**
January 12, 2022 · 🕐

Our Spooky Pinball LLC Halloween just got a little more halloween-y (heh, weenie). Check out this awesome shooter mod with an actual wooden knife handle for authentic stabby stabby action 

How many knives can you count on the game now?

#pinball #pintech #upgrade #spookypinball #halloween #knife #dontrunintothis #mplspinball #pincities #playpinballhere #onlythebestforyou



👍😊 51                                   11 💬  2 ↪

👍 Like                    💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        **Create new account**

 facebook

Email or phone     Password     Log In   Forgot Account?

**Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

1w
↪ 2 Replies

 **Tilt Pinball Bar**
January 11, 2022 · 🌐

We can't get enough of these amazing tutorial videos from Abe Flips on YouTube: https://youtu.be/e-xnw8XtpgU

What are some other great pinball channels we should check out?

#pinball #tutorial #howtopinball



YOUTUBE.COM
**Pinball Skills - Nudging part 2**
• Nudging in detail• Nudge Pass• Slow orbit feed• Various example...

👍❤ 27                                    2 💬

👍 Like          💬 Comment          ↪ Share

View 1 more comment                              Oldest ⌄

⚲ Top fan
Eric Fryc
Best skills content out there 👏👏👏
1y

**Tilt Pinball Bar**
January 10, 2022 · 🌐

You aren't required to be a real-life viking in order to play Legends of Valhalla, but it does help a little...

Come check out the latest code update on this super-rare release from American Pinball! Lots of bug fixes and tweaks in this version, with the biggest one being that battles now show real-time scoring 🎯

#pinball #pintech #playpinballhere #minneapolis #drinklocal #pinballMN #playpinball #tilt #pincities #pinballbar #newnew #onlythebestforyou #mplspinball #pinballist... See more

 

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In   or   Create new account



Email or phone     Password     **Log In**     Forgot Account?

**Tilt Pinball Bar**

...

👍 Like          💬 Comment

View 2 previous comments                    Oldest ▾

**Chad Blowers**
This place is LEGIT
1y

**Tilt Pinball Bar**
January 8, 2022 ·

Say hello to our current lineup (as of January 2022). We are constantly changing out games with new releases and restored classics. All meticulously maintained and ready for you 😄 What's your favorite out on the floor right now?

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ▾

🍽 Dine-in · In-store pickup ▾

ⓘ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ



SAY HELLO TO OUR JANUARY 2022 LINEUP

👍 21                              7 💬  3 ↪

👍 Like          💬 Comment

View 4 previous comments                    Oldest ▾

**Mike Autry**
That Halloween scares me, quite a bit, ha. Let's see your new Jan 22 machines. I'm oldschool, so: Go Go Godzilla! (something big coming our way, helpless subway train, sludge BOC rock.. no cowbell though ; ) there goes Tokyo!) See y'all sometime this w... See more

▶ YOUTUBE.COM
Blue Oyster Cult - Godzilla

1y
↪ 1 Reply

**Photos**                    See all photos

**Tilt Pinball Bar**

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

(612) 236-4069

info@tiltpinballbar.com

tiltpinballbar.com

Open now ·

Dine-in · In-store pickup ·

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

to fab our own replacements that can be stronger than stock. We've
even started 3D printing some parts which has opened the door to a
whole new world of problem solving for us.

(Plus we've been trying to find an excuse to use this audio clip for a
month now...)

#pintech #pinball #playpinballhere #fabrication #tiltstrokestat #shiney
#le... See more



WHY WAIT FOR PARTS WHEN YOU
CAN MAKE YOUR OWN?

42    8 💬

👍 Like    💬 Comment

View 2 previous comments    Oldest ▾

Top fan
Colin Tierney
It is nice being able to 3d print stuff for the machines.



1y

↳ View 2 previous replies

 Author
Tilt Pinball Bar
Sweet, Zach Medline whatcha think?

1y

 Tilt Pinball Bar
January 5, 2022 ·

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



**facebook**

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar                                        ...

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏛 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ˅

🍴 Dine-in · In-store pickup  ˅

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

And FFS please don't show up and be rude to our staff about this.
Their job is to serve you delicious drinks and make fun of your pinball
skills, not be on the receiving end of your frustrations about this
mandate. Thank you.

#maskup #minneapolis #covid #maskmandate
#yourbandanadoesntcount #pi... **See more**



MINNEAPOLIS INDOOR
MASK MANDATE
STARTS THURSDAY 1/6

MASKS WILL BE REQUIRED WHEN NOT
ACTIVELY EATING OR DRINKING

👍❤️👍 80                                       6 💬  1 ↗

👍 Like                    💬 Comment

View 4 previous comments                              Oldest ˅

  🏆 Top fan
Patrick Carlson
See you in a couple of hours!
1y

 Tilt Pinball Bar
January 5, 2022 · 🌐

Avengers is getting some Stern Insider Connect love today.

Have you played with Insider Connect yet? It's a fun way to track your
scores and log achievements as you play connected games. Once you
create an account at https://insider.sternpinball.com/new you just
need to scan your QR code on the apron to track your game.

If you have been using this on our Godzilla already, you're all set for
Avengers. We'll be adding this functionality to our other stern games
soon, but we'... **See more**



**Photos**                        See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**



facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



👍😊 18

👍 Like          💬 Comment

 Tilt Pinball Bar
January 4, 2022 · 🌐

Multiball modes explained and our first glance at the ruleset thanks to TWIP



THISWEEKINPINBALL.COM
Stern Pinball Announces RUSH PINBALL! DEEP DIVE: In Depth Overview of the Machine, Features, Rules, and...

👍😊😮 18                    1 ↩

👍 Like          💬 Comment          ↪ Share

 Tilt Pinball Bar
January 4, 2022 · 🌐

Even more Rush Pinball goodness released from Stern Pinball this morning ✏🔧



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **facebook**

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos                                          See all photos




 Stern Pinball
January 4, 2022 · 🌐

CHICAGO, IL and LAS VEGAS, NV – January 4, 2022 – Over 40 million records sold. More than 40 years of unparalleled creativity. Countless sold-out tours. An i... See more

👍😍💖 35                                               10 💬  1 🔗

👍 Like                    💬 Comment

View 4 previous comments                              Oldest ⌄

 Jake Wick
Bob Osmundson                              ◯
1y

 Tilt Pinball Bar
January 4, 2022 · 🌐

The new Stern Pinball Rush game trailer is out! We've got a Pro and LE on order and will let you know as SOON as they reach the loading dock.

What are your thoughts from seeing the trailer? Is this closer to your heart, or a distant early warning of something for nothing...

(See comments for link to a closer look at the Premium/LE features)

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



YOUTUBE.COM
**Rush Pinball - Official Game Trailer**
Over 40 million records sold. More than 40 years of unparalleled cr...

👍 46                                                   7 💬  2 🔗

👍 Like              💬 Comment            ↪ Share

View 6 previous comments                              Oldest ⌄

Tim Schloe
Kevin Wiler
1y

## Connect with Tilt Pinball Bar on Facebook

[ Log In ]   or   [ Create new account ]

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

We picked this game up recently because it's somewhat rare (only around 2100 were ever made), has a unique playfield, and according to pinballmap is only on route at 76 places in the entire world. This was purchased locally in pretty good shape but of course we have to bring it up to TILT standards!

Our Congo is getting a complete playfield restore, including hand paint... See more



👍❤️ 58    10 💬   1 ↪️

👍 Like    💬 Comment

View 3 previous comments    Oldest ⌄

 **Karl Slingsby**
Do you ever replace the electronics with Rottendog boards?
1y

↳ ✍️ Author
**Tilt Pinball Bar**
We do most of our own board cleaning/repair and have a stash of spare games/parts we can pull from if needed 👍
1y · Edited

 **Tilt Pinball Bar**
January 1, 2022 · 🌐

Happy new year everyone! 🎉

It's going to be a busy next few months as far as games go. Starting with this full restore of a Williams classic. Can you guess from the parts pile what it might be?

We've also got Stern Pinball's Rush on order (Pro AND LE), Cactus Canyon Remake from Chicago Gaming, the Rudy's Nightmare upgrade for Funhouse, and a bunch of other goodies in the queue. ... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



0:01 / 0:05

👍❤😆 30                    7 💬 2 ↗

👍 Like                🗨 Comment

View 3 previous comments                    Oldest ⌄

**Brian BD**
Always wanted to play Congo - I never see it anywhere.
1y

✏ Author
**Tilt Pinball Bar**
That was what motivated us to pick this up 😅
1y

**Tilt Pinball Bar**
December 30, 2021 · ⌖

First off - We want to thank everyone for the posts, messages, and DMs checking in our staff 💚 Everyone is doing great and looking forward to coming back when it's safe.

In the mean time, starting tomorrow (Friday 12/31) we are back to our normal hours 🍴 [Kitchen hours are 4-12 this weekend]

Monday - Friday: 2pm to 2am... See more



BACK TO NORMAL HOURS

MONDAY-FRIDAY
2PM-2AM
SATURDAY/SUNDAY
11AM-2AM

21+ AFTER 9PM

👍❤😆 47                    3 ↗

👍 Like                🗨 Comment

**Tilt Pinball Bar**
December 29, 2021 · ⌖

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4069

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



YOUTUBE.COM
**Pinball Skills - Micro Flips**
• Flick pass / Tip pass, • Ball stop, • Setting up back flipsSUBSCRIBE ...

👍❤️😮 17                                                    1 💬

👍 Like          💬 Comment          ↪ Share

Oldest ⌄

Dan Larson
Back in the 60's Pete Townsend wrote a song about me
1y

 **Tilt Pinball Bar**
December 28, 2021 · 🌐

Yes we have an order in already. Yes likely a Pro first. Yes an LE likely
after that. Yes you'll be able to play it at TILT as soon as it arrives 😊 ✓

Stay tuned for the reveal!

#newpinball #sternarmy Stern Pinball #sternpinball
#onlythebestforyou #Rush



YOUTUBE.COM
**Traveling soon...**
With Rush Pinball!GET CONNECTED AND PLAY! http://sternpinball...

👍❤️😮 37                                                  💬 3 ↪

👍 Like          💬 Comment          ↪ Share

View 3 previous comments                              Oldest ⌄

Sherry Mills

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

 **facebook**

Email or phone     Password     Log In   Forgot Account?





## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Tilt Pinball Bar**
December 27, 2021 · 🌐

Good news everyone! We are reopening Monday the 27th with temporary hours of 4pm-12am. Kitchen is open, too!

The staff covering these shifts have had multiple negative tests, and will be wearing masks as an extra precaution. While we will not be requiring masks for our patrons, they are strongly encouraged while you aren't actively eating or drinking. (We haven't found a mask that accommodates a hotdog - yet....)

We look forward to seeing you soon! ... See more



👍❤ 61     5 💬

👍 Like     💬 Comment

View 3 previous comments     Oldest ⌄

**Mike Autry**
Tilt: I'm all in. I got my booster on last Monday (totally railroaded me! Yet I have two ngeative tests since last Sunday? home kit and MN Vault pcr test. (i totally screwed up first test/kit last week: I didn't pull tab, or fold kit over.. Ha. I am to... See more

1y

**Tilt Pinball Bar**
December 24, 2021 · 🌐

PLEASE READ THIS POST

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook 

Email or phone | Password | Log In | Forgot Account?

 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

**Photos**                              See all photos

If you have been to TILT in the last 5 days, we strongly encourage you to get tested. There is a list of rapid test sites with expanded hours available on the MN Dept of Health site here: ... See more

**We have recently learned that indeed a few of our staff members have tested positive for COVID. We closed yesterday as a precaution, and as we have learned of positive test results coming back we will be closed until further notice**

**If you have been to TILT in the last 5 days, we strongly encourage you to get tested.**

This is not the news we wanted to share right before the holiday, but wanted to let you know as soon as we had confirmation.

👍😮 50                                    6 💬  7 ↗

👍 Like                    💬 Comment

View 5 previous comments                Oldest ⌄

 **Allen Robert**
All of us here at Up-Down are wishing all of you a speedy recovery 🙏
1y

 **Tilt Pinball Bar**
December 22, 2021 · 🌐

Sorry for the short notice, but TILT will be closed from Wednesday December 22nd UNTIL FURTHER NOTICE. Have a great, safe and healthy holiday!

#christmas #holiday #temporaryhours #closed #shortnotice



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 **facebook**

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



😮❤️😊 32    1 ↗

👍 Like    💬 Comment

💬 Tilt Pinball Bar limited who can comment on this post.

 **Tilt Pinball Bar**
December 22, 2021 · 🌐

And Winter League is a wrap! Congrats to the winners and thanks to @indeedbrewing for the additional prizes to give away!

Competitive bracket winners:
https://matchplay.events/live/series/1818
1st - Mark Larson
2nd - David Hanson... See more



👍❤️ 31

👍 Like    💬 Comment

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **Tilt Pinball Bar**
December 21, 2021 · 🌐

FINAL ROUND OF WINTER LEAGUE 7PM TONIGHT

Come cheer on (or hassle) or dethrone your favorite people as we hit the last battle of our winter league. 1st place is still up for grabs in rec and our competitive league has pretty much a 3 way tie for first. It's gunna be a close one!

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 15

👍 Like          💬 Comment



 Tilt Pinball Bar
December 20, 2021 · 🌐

Wow! On behalf of the entire crew at TILT we just gotta say THANK YOU for helping make our first Toys for Taps event a huge success. We are truly humbled to have such great customers/patrons/players/fans and we're incredibly proud of the generosity and community displayed last night in what turned out to be an epic evening.

Thanks to you, the raffle raised almost $800 in cash, and we ran out of room to store all the toys during the night and had to stash things in the kitch... See more



👍❤️ 51          1 💬 3 ↪

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



Email or phone    Password    **Log In**   Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

YAY!!!

👍

### Tilt Pinball Bar
December 19, 2021 · 🌐

Posting this one more time because we're really excited to see you tomorrow 😊 Come party with a purpose at TILT's first annual Toys for Taps benefit extravaganza!

🧸 = 🍺
Starting at 11am, bring in a new unwrapped toy, and get a free beer of your choice

🛒 ... See more



 14     3 ↪

👍 Like     💬 Comment

### Tilt Pinball Bar is at Tilt Pinball Bar.
December 17, 2021 · Minneapolis, MN · 🌐

Oops, that's not supposed to be there...(Don't worry he's already back where he belongs)

Looks like we got an excuse for another fixit reel!

#pinball #pintech #fixit #troll #medieval #medievalmadness #flipper #tilt #playpinballhere



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ⌄

Dine-in · In-store pickup ⌄

Price Range · $

Rating · 5.0 (1,176 Reviews)

### Photos

See all photos



**Tilt Pinball Bar**
December 16, 2021

Welcome back, old friend!

Spider-Man Vault edition is back at TILT after a few years of hanging out at our sister bar, @mortimersbar.

Sorry Eric Fryc but we gotta take down your high score on Godzilla Pro to make room (it's over at Mort's if you miss it)... See more

55    1

Like    Comment

28    3    2

Like    Comment

View 1 more comment    Oldest ⌄

Top fan
Tyrone Babione
Does Mort's have wifi for Insider Connected?
1y
↳ 1 Reply

**Tilt Pinball Bar**
December 16, 2021

When parts are on backorder, it's time to make a mess! No countertops (or fingers) were harmed in the creation of some replacement plastics today

#mplspinball #sternpinball #pinball #pinballbar #playpinballhere #sternarmy #playpinball #pinsiles #pinballMN #stern #tilt #pintech #onlythebestforyou #mandalorian #DEWALT

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 facebook

Email or phone — Password — **Log In** — Forgot Account?

 Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2020



 23

👍 Like        💬 Comment

 Tilt Pinball Bar
December 14, 2021 · 🌐

Sure is satisfying to see the entire fleet all cleaned up and ready for Winter League Round 5 tonight!

We've got a tight battle in both our brackets; Rec bracket has only 20 points separating the top 7, and competitive bracket has <10 points across the top 5 with a current three-way tie for third.

Will we see a breakaway winner or do you think it'll come down to the final game next week? Will Rec league turn into a battle of the Matthews? Who is your favorite for this seas... See more



 14

👍 Like        💬 Comment

 Tilt Pinball Bar
December 13, 2021 · 🌐

Looking for something to do in the next few weeks? We are throwing down a mega event calendar for the rest of December with a little something for everyone!

Like parties with a purpose? Got that 👀 📷
- Toys for Taps holiday party on Sunday the 19th

L... See more

 **DECEMBER** @

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook



| Email or phone | Password | Log In | Forgot Account? |

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos

| Thur 16 | Women's Tournament: 7pm |
| Sun 19 | Toys for Taps Holiday Party: All day |
| Sun 19 | December Tournament: 4pm |
| Mon 20 | DJ Anthony Kasper: 8pm |
| Tue 21 | Winter League Final Round: 7pm |
| Fri 24 | OPEN CHRISTMAS EVE: 2pm-2am |
| Sat 25 | OPEN CHRISTMAS DAY: 4pm-2am |
| Mon 27 | DJ Super Brush: 8pm |
| Fri 31 | New Years Eve: 2pm-2am |

TILTPINBALLBAR.COM
**TILT PINBALL BAR**                    Learn more
The place for everything pinball in the Twin Cities...

👍 25                                    2 ↻

| 👍 Like | 💬 Comment | ↪ Share |



### Tilt Pinball Bar
December 10, 2021 · 🌐

Surprise Fresh Tap Friday!

@fairstatecoop and @indeedbrewing coming through clutch with some tasty treats for this weekend's snowpocalypse:

Indeed's Cal-Ida is a 7% American IPA (60IBU) with a danky grapefruit, citrus and pine taste.... See more





♡ 6

## Connect with Tilt Pinball Bar on Facebook

| Log In | or | Create new account |

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



**facebook**

Email or phone          Password          **Log in**   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos

**Tilt Pinball Bar**
December 9, 2021 · 🌐

🪩 Party With a Purpose! Mark your calendars for TILT's first annual Toys for Taps event on Sunday December 19th

🧸 Bring in a new unwrapped toy, get a free tap beer

🎟Raffle for a Jurassic Park Translite in a backlit frame and possibly some other goodies, with all proceeds going to the Groveland Emergency Food Shelf.

🖼 ... See more



🙂🙂 23                                        9 ↗

👍 Like                    💬 Comment

**Tilt Pinball Bar**
December 8, 2021 · 🌐

Grogu wants you to come play the fresh new 1.0.0 code on Mandalorian...

There is a sneaky new mini-wizard mode for Ambush that is a ton of fun to chase after plus a few other tweaks and fixes:

Mini-Wizard mode that starts when nothing else is happening; you don't have anything else running and you shoot the uturn.... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos





👍❤😄 14                                        2 💬

👍 Like                    💬 Comment

Oldest ⌄

Logan Sullivan
Is the plastic on the right ramp fixed? It looked like there was a piece missing last week and the ball flew off the ramp frequently

1y
↳ 1 Reply

 Tilt Pinball Bar
December 7, 2021 · 🌐

Winter league round 4 starts at 7pm tonight. MAKE SURE YOU REGISTER WITH BLAKE WHEN YOU ARRIVE

$4 @indeedbrewing beers for everyone 🍺

Follow along on matchplay.events:... See more



👍❤ 12                                        1 💬

👍 Like                    💬 Comment

 Tilt Pinball Bar
December 6, 2021 · 🌐

📢 Heads up! 📢

December's monthly tournament is a bit earlier to accommodate for the holidays!

Come join us on Sunday the 19th starting at 4pm for our last tournament of 2021.... See more

### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



facebook

Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2020



SUN, DEC 19, 2021
**TILT December Tournament**
Tilt Pinball Bar
21 people interested

👍❤️ 13                                    1 💬

👍 Like        💬 Comment        ↗ Share

Oldest ⌄

 ✏️ Author
Tilt Pinball Bar
Eric Fryc 😊
1y

 Tilt Pinball Bar
December 3, 2021 · ⊙

[See today's story for more info]
Happy Friday, pinheads! We've been hearing reports that the Captain Marvel ramp on Avengers Infinity Quest has been giving people some grief (and according to half of the internet, it's not just you). So we installed a mod to keep the ball flowing butter smooth as well as tweaked the opto sensor. We open at 2pm today, so let us know in the comments if this helps you get your extra ball or binary mode easier to get!

(Wondering what in the hec... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

···

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

Oldest ▾

⬤ Top fan
Aaron Belzer
Must have mod for that machine
1y

🅿 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

 Tilt Pinball Bar
December 1, 2021

Shoutout to Jose Juan Cervantes at @la_internacional_cerveceria for
taking such good care of our staff while they are in Cozumel this week!

However, we need to have a team meeting about how we haven't seen
a single game of pinball played while they're gone... Damien Espada
Vasquez Mark Brendale Sammy Figueroa Dierra Abeler...





## Photos

See all photos





⬤⬤ 42                    1 💬  2 ↗

👍 Like              💬 Comment

Oldest ▾

Stephen Nierengarten
Glad you had fun with Jose, no surprise. We spend much
time there whenever we are able to go.
1y

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 Tilt Pinball Bar
November 30, 2021

See you tonight for round 3 of our winter league

PLEASE REMEMBER TO CHECK IN WITH BLAKE WHEN YOU ARRIVE.
More info on our event page: https://fb.me/e/39S7bUyak.

$4 Indeed Brewing Company beers all night ... See more



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



Email or phone     Password     **Log In**     Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🔵🔵 3

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 29, 2021 · 🌐

The TILT monthly tournament had over 40 players again yesterday, with Brooks Robinson taking the W (and rumor has it this may have been his very first IFPA tournament win?). Nice work Brooks!

1st place - Brooks Robinson
2nd place - Matthew Sommerfeld (aka Smiley)
3rd place - Mark Larson... See more





🔵 39                                              1 💬

👍 Like          💬 Comment

Oldest ⌄

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone       Password       Log In    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
November 29, 2021 · 🌐

Congratulations Eric Fryc on your Godzilla launch party high score; 413,579,480 on GZ Pro! That is a solid victory against a field of very talented players ⚡

2nd place: Tony Midtling - 355,543,210 (GZLE)
3rd place: Tate Nahormiak - 333,013,320 (GZLE)... See more



❤ 34                                              1 ↪

👍 Like              💬 Comment

 **Tilt Pinball Bar**
November 29, 2021 · 🌐

By popular demand our gift card special is available ONLINE ONLY 7am-10pm on Cyber Monday!

Seriously - you guys cleaned us out of gift cards on Thursday and Friday so we are doing this one more time ONLY at tiltpinballbar.com. Click on TILT Store > Gift Cards.

#cybermonday #onemoreday #pinball #playpinballhere #onlythebestforyou #freemoney #sale #killerdeal #giftcard #mplspinball #cybermondaysale



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account




facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



▶ 0:02 / 0:10    ⚙ ⛶ 🔊

👍❤ 13    2 💬

👍 Like    💬 Comment

Oldest ⌄

 ⭐ Top fan
**Matt Olson**
If I buy the $100 do you get $40? Or do I have to buy two $50 cards to get 2 $20 free gift cards?
1y

　↳ ✏ Author
**Tilt Pinball Bar**
Hey Matt - if you get $100 we'll do a single $40 gift card. $200, $80, etc. We'll do the math on our end
😊
1y



**Tilt Pinball Bar**
November 25, 2021 · 🌐

DON'T MISS THIS DEAL! 🔔 Today and Friday ONLY!
🎟 Buy a $50 gift card, get a $20 gift card FREE
🎟 Buy a $100 gift card, get a $40 gift card FREE
🎟 Buy a $200 gift card, get an $80 gift card FREE
An... See more

BLACK FRIDAY SPECIAL
BUY A
GET

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook 

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚪 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Email or phone     Password     Log In    Forgot Account?

 Tilt Pinball Bar
November 25, 2021 · 🌐

We are incredibly thankful for all of our customers! (That's you) So we
are open today from 2pm-2am with all games on free play.

Don't forget to take advantage of our Black Friday gift card special
while you're here, today and tomorrow ONLY: Buy a $50 gift card, get
a $20 gift card FREE! Buy $100, get $40, $200 gets $80, etc.

We hope to see you here, and wish you and your loved ones the
happiest of Thanksgivings!... See more



TO ALL OUR CUSTOMERS - WE ARE THANKFUL FOR YOU!

# HAPPY THANKSGIVING!

OPEN 2PM-2AM ALL GAMES ON FREE PLAY

⭕⭕ 34          2 💬  2 ↗

👍 Like          💬 Comment

Oldest ⌄

 Ben Motyka
Thank you for being such a kickass fun pinball bar with
amazing staff! Happy thanksgiving!!
1y                                                          ⚪

 Author
Tilt Pinball Bar
Ben Motyka back atcha! 🖤
1y

 Tilt Pinball Bar
November 28, 2021 · 🌐

Double header this Sunday! We have some great swag from Stern
Pinball for the Godzilla launch party plus some special surprises from
TILT for the winners. Free to participate.

Monthly tournament runs alongside the launch party. $5 entry, strike
format, IFPA rules with cash payout to the top 4. See you there...



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook



Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

**...**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



SUN, NOV 28, 2021

**Godzilla Launch Party and TILT November Tournament**
Tilt Pinball Bar
24 people interested

👍 6                                                1 💬

👍 Like      💬 Comment      ↪ Share

Oldest ⌄

🔧 Author
**Tilt Pinball Bar**
Godzilla launch party is FREE and qualifying starts at 2pm. Monthly tournament starts at 4pm and is $5 entry. See you there!
1y

**Tilt Pinball Bar**
November 22, 2021 · 🌐

We've got a killer Thanksgiving week lineup for you this year 🎵 🍔 🌭 🍟 🌮 🥤

Monday 11/22 - Anthony Kasper and Marc Woodbury spinning drum and bass starting at 8pm.

Tuesday 11/23 - NO LEAGUE THIS WEEK but come and play anyways. This is how side bets are won.

Thu... See more



THIS WEEK AT TILT:

| Monday **22** | DJ Anthony Kasper & Marc Woodbury  8pm |
| Thursday **25** | Turkey Day Free Play  Black Friday Gift Card Sale  2pm-2am |
| Friday **26** | Black Friday Gift Card Sale  2pm-2am |
| Sunday **28** | Stern Godzilla Launch Party  Monthly Tournament  4pm |

👍❤😮 19                                        1 ↪

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

facebook

Email or phone       Password       **Log In**   Forgot Account?

 **Tilt Pinball Bar**                                                                ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

---

🏷 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis,
   MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ›
Meta © 2023

---

 **Tilt Pinball Bar**
November 21, 2021 · 🌐

🦃 WE ARE OPEN THANKSGIVING DAY, ALL MACHINES ON FREE PLAY
ALL DAY 🦃

Come join is for Turkey Day Free Play from 2pm-2am on Thanksgiving.
Pregame before dinner, work off your food coma, or even sneak away
DURING dinner for a few quick games. Also check out our Black Friday
post for info on a FREE $20 gift card any time you buy a $50 gift card.

** Kitchen open limited hours on Thursday/Friday 4pm-10pm **... See
more

# TURKEY DAY
# FREE PLAY

We are open on Thanksgiving!
2pm - 2am
Kitchen open 4-10pm

○○ 56                                           8 🗨  6 ↗

      👍 Like                        🗨 Comment

View 6 previous comments                        Oldest ⌄

**Ben Motyka**
I'll be there!!!
1y

**Tilt Pinball Bar**
November 21, 2021 · 🌐

🎁 Buy a $50 gift card, get a $20 gift card FREE 🎁

Thursday and Friday this week ONLY, our Black Friday gift card special
is back: Come on in for the best deal of the year! Yes you can buy
more than one, and yes you can only purchase in-person at the bar on
Thursday or Friday during business hours.

(and yes this also means we are open on Thanksgiving 🦃)

**... See more



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 facebook

Email or phone   Password    Log In   Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🙂👍 11                                    1💬   1↗

👍 Like            💬 Comment

Oldest ⌄

 **Matthew Hallacy**
Yes please.
1y

**Tilt Pinball Bar**
November 19, 2021 · 🌐

The Shadow is in, and by overwhelming vote Revenge from Mars is out. Come play today starting at 2pm!

#pinball #playpinball #mplspinball #playpinballhere #bally #theshadow #pinballMN #tilt #retro #classicpinball #williams #newpinball #pincities #pinballbar #mpls #mplsbar #minneapolis



🙂👍 71                                          2💬

👍 Like            💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities.
Specially hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

1y

✏ Author
Tilt Pinball Bar
And lucky for you we have both 😄
1y

### Tilt Pinball Bar
November 18, 2021 · 🌐

The Shadow arrives Friday Morning! Want to get a jumpstart on
strategy? Check out this video from PAPApinball that goes in-depth on
the 3 main ways to score mega points!
https://www.youtube.com/watch?v=Kz-ouetS558

#pinball #playpinball #playpinballhere #mplspinball #pinballMN #tilt
#theshadow #bally #williams #classicpinball #retro #papapinball



YOUTUBE.COM
**The Shadow Pinball Tutorial**
Instructional pinball tutorial filmed at PAPA Headquarters. http://w...

😊👍 16                                              2 💬

👍 Like          💬 Comment          ➤ Share

View 1 more comment                              Oldest ▾

Ian Jacoby
my fave game. Light years ahead of its time. Flows like a
modern stern.
1y

### Photos     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Tilt Pinball Bar
November 17, 2021 · 🌐

Week 2 was another great night with 45 players (including 9 new
entrants) battling it out for points.

🏆 NO LEAGUE ON 11/23 - Holiday break 🏆

Congrats again to Matt Sirko for the Rec bracket and David Hansen for
the competive bracket wins last night 🥳 🎉

Se... See more

Tilt Winter League 2021 - Recreational

Summary    Statistics



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone    Password    Log In    Forgot Account?



## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍴 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



Tilt Winter League 2021 - Competitive

Summary   Statistics

| | Player | Result | #1 | #2 | #3 | #4 | #5 | #6 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | David Hackett | 100 | 100 | | | | | | 100 |
| 2 | Eric Cruz | 99 | 90 | 99 | | | | | 199 |
| 2 | Mark Larson | 99 | 99 | 64 | | | | | 199 |
| 4 | Jared Eckstrom | 98 | 93 | 93 | | | | | 191 |
| 5 | Patrick Carlson | 97 | 35 | 97 | | | | | 192 |
| 5 | Bryon Meyers | 97 | | 97 | | | | | 97 |
| 7 | Jack Copeland | 96 | 96 | 93 | | | | | 190 |

👍 11

👍 Like          💬 Comment

## Tilt Pinball Bar
November 15, 2021 · 🌐

Ooooooo it's almost ready! The Shadow is coming to TILT 📌

If you noticed this lurking in the background of our merch post last month and wondering when it would be coming to TILT, the answer is THIS WEEK.

You probably haven't played one this nice since your childhood, and we are super excited to bring you this '94 Bally classic that has been meticulously shopped, hand painted, and restored by our techs to look and play its absolute best.... See more



👍 68                                    9 💬  1 ↗

👍 Like          💬 Comment

View 3 previous comments                        Oldest ⌄

Ian Jacoby
This is my all time favorite game.

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- ⓘ Page · Bar
- 📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍴 Dine-in · In-store pickup ⌄
- 💲 Price Range · $
- ⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Wait till you see it in person





**Tilt Pinball Bar**
November 15, 2021 · 🌐

Round 2 of winter league starts Tuesday at 7pm. Even if you missed the opening week there is still plenty of time to sign up for the rest of the season!

$4 Indeed beers all night. All skill levels welcome. Recreational bracket is free, competitive bracket is a $20 one-time entry fee. More details on our event page here: https://fb.me/e/1RaNGKO3L

#pinball #competitivepinball #playpinballhere #league #mplspinball #pincities #sternarmy Indeed Brewing Company Stern Pinball Jers...
See more



 8

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 13, 2021 · 🌐

Second half of a 60second crash course on rebuilding pinball flippers. We do this to all our machines at TILT minimum once every two weeks to ensure the best play experience. #pinball #playpinball #flippers #maintenance #rebuild #coilstop #pintech



### Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**facebook**

Email or phone   Password   Log In   Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🅘 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



▶ 0:01 / 0:28    ⚙ ⛶ 🔊

👍 10

👍 Like    💬 Comment

**Tilt Pinball Bar**
November 13, 2021 · 🌐

Check out the first half of a 60second crash course on rebuilding pinball flippers. We do this to all our machines at TILT minimum once every two weeks to ensure the best play experience. #pinball #playpinball #flippers #maintenance #rebuild #coilstop #pintech



👍 13      1 ↪

👍 Like    💬 Comment

**Tilt Pinball Bar**
November 12, 2021 · 🌐

Not sure how this got disabled, but don't worry the most critical setting on Rick & Morty is back where it needs to be ...

#pinball #playpinballhere #mplspinball #rickandmorty #spookypinball #watchyourlanguage

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook

Email or phone        Password        Log In    Forgot Account?

 Tilt Pinball Bar                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                    See all photos



😊😮👍 36                                    1 💬    1 ↪

👍 Like                    💬 Comment

Oldest ⌄

Bret Kragh
Oh what the *bleep*. No wonder I struggled so much
when I played it last month!
1y



Tilt Pinball Bar
November 10, 2021 · 🌐

First entries are up on the high score board 🎉

We expect a few of these might get beat pretty quick but some are
going to take some work... Get after it!

Reminder to DM or tag TILT in your posts to get featured, and that all
scores must be from 11/1 or sooner.... See more

❤ 11

👍 Like                    💬 Comment

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account



**facebook**

Email or phone          Password          Log In          Forgot Account?

### Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.



🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🛒 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Kickoff for the Tilt winter league had a record 45 participants; 24 in the recreational bracket and 21 in competitive.

Congrats to Matthew Sitko and David Hansen for starting off strong and scoring top in your brackets last night

Season scoreboards are here:... See more



👍 21                                    1 💬

👍 Like          💬 Comment

Oldest ∨

🏆 Top fan
**Ian Foster**
Erik James great action shot here
1y   Edited

### Tilt Pinball Bar
November 9, 2021 · 🌐

Halloween is over, but the game keeps getting better! If you've been working towards a high score for the board you might want to come back later today and take another stab at it 😉 Our techs just installed the latest 1.02 update from Spooky Pinball to fix a few bugs and improve overall gameplay.

Just like your phone or your computer (or even your car these days), pinball manufacturers update the code for their machines on a pretty regular basis. Normally these will addres... See more



### Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

facebook

Email or phone     Password     Log In     Forgot Account?



Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

👍❤️😍 37                                          2💬 2↗

👍 Like          💬 Comment

Oldest ⌄

Chris Adelmann
Hopefully fix the upper flipper also
1y

   ✒ Author
   Tilt Pinball Bar
   Upper flipper got adjusted today 😊 You can always let a staff member know if there are any game issues and they are usually fixed the next morning or even later day.
   1y

Tilt Pinball Bar
November 8, 2021 · ⊙

🏆 WINTER LEAGUE STARTS TOMORROW 7PM 🏆

Why should you join a pinball league? Read on ⓘ

No matter what your skill level, leagues are the best way to meet other players and play better pinball! And enjoy $4 Indeed beers while you're doing it ✨

☑... See more



TUE, NOV 9, 2021
TILT Winter 2021 Pinball League
Minneapolis, MN
11 people went

👍❤️ 11                                          2💬

👍 Like          💬 Comment          ↗ Share

Oldest ⌄

Paul Dathe
Is it too late to join league? What day and time? Thanks
1y

   ✒ Author
   Tilt Pinball Bar

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

**facebook**

Email or phone   Password    Log In   Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
November 5, 2021 · ⚅

*PSSSST* We heard y'all are into the hops these days, but also that you love the feeling of getting punched in the face by a beer. So we put some Surly Brewing Company  Abrasive on tap for ya.

This 9.2% extra extra extra citra hopped IPA is just what the doctor ordered and it tastes even better on tap. Come and get it before it's gone!

#pinball #pinballbar #minneapolis #mpls #drinklocal #ontap #mnbrews



👍❤️ 11                                          ℹ️ 💬

👍 Like                    💬 Comment

Oldest ⌄

 Garcia Caro
👍😆
1y

 **Tilt Pinball Bar**
November 5, 2021 · ⚅

TILT merch is now in stock at the bar! Come and grab our new hoodies, hats, and t-shirts.

(You can still order online and pick up at the bar to guarantee your size: https://www.tiltpinballbar.com/tilt-pinball-bar-merch)

#pinball #minneapolis #playpinballhere #pinballbar #merch #screenprint #art #beanie #hat #hoodies #pinballswag #newmerch #hoodieseason #swag



### Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account



facebook

Email or phone      Password      **Log In**      Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



👍 2B

👍 Like            💬 Comment

 **Tilt Pinball Bar**
November 4, 2021 · 🌐

'Tis the season for danky, super fresh hops. We've got two of your local favorites now on tap for a limited time:
🍺 Fair State Spirit Foul
🍺 Indeed Fresh Hop

Let us know which one is your favorite in the comments ("both" is a totally acceptable answer). ... **See more**



👍 6

👍 Like            💬 Comment

 **Tilt Pinball Bar**
November 3, 2021 · 🌐

Did you happen to notice a subtle yet significant change at TILT over the weekend?

THE HIGH SCORE BOARD IS BACK

We heard you, and we dusted off the cobwebs (pun totally intended) to get our board updated with our current lineup of games and plenty of room for your high scores. ... **See more**



### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



facebook

Email or phone | Password | **Log In** | Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤ 29                                          5 💬

👍 Like          💬 Comment

View 1 more comment                    Oldest ⌄

**Matthew James**
What about #3 on Ghostbusters, is that close enough?! Only 3 billion more to go! 1 🎰 Took me 2 yrs of practice to reach this personal achievement!

1y                                              💬 2

✎ Author
**Tilt Pinball Bar**
Matthew James highest one that has been sent for GB so far. Nice work 👍

1y                                              👍

**Tilt Pinball Bar**
*November 1, 2021 · 🌐*

WINTER LEAGUE START DATE IS NOW NOVEMBER 9

Hey everyone, sorry for the short notice but we need to bump the start date of our Winter League to November 9th. No league this week but we'll see you next week for the kickoff 😄 #playpinballhere #pinball #godzillaLE #ifpa #pinballbar #minneapolis #mpls #pinballmap #stempinball #competitivepinball #mplsbar #playpinball #sternarmy #pindigo



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone    Password    **Log In**    Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



⬤ 24                          1 💬  2 ↗

👍 Like            💬 Comment

Oldest ⌄

**Mike Autry**
Need me some Godzilla! Tilt, cya Dec 19. Toys for Taps benefit also? Cool, got it. 8OC, ha: go go godzilla!
1y

**Tilt Pinball Bar**
November 1, 2021 · 🌐

What a night! From everyone at TILT, we wanted to share a huge 🙏 THANK YOU 🙏 for coming to party with us at our Halloween Bash.

Congrats to our costume contest winners:
1st: Brooke Burns (@burnsbrooke44)
2nd: Jim Hartley
3... See more

⬤ 74                          3 💬  3 ↗

👍 Like            💬 Comment

View 1 more comment                    Oldest ⌄

**Marguerite Barnett**
Wish we didn't have to work last night, would have been a blast 🖤
1y                                    ⬤⬤ 2

✏️ Author
**Tilt Pinball Bar**
Marguerite Barnett We are sorry you had to work, too! (because it was!)
1y

**Tilt Pinball Bar**

### Connect with Tilt Pinball Bar on Facebook

**Log In**        or        Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

•••

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos

the bash tonight, designed by our very own Mark Brendale (@brendale_red). They WILL sell out, and we have less than 50 of each. Come early to get yours!

#halloween #merch #art #screenprint #limitededition #pinball #playpinballhere

 56     13 💬  6 ↗

👍 Like          💬 Comment

View 6 previous comments          Oldest ⌄

Thomas Jaynes
Do you have the michael Myers on an xl and would you ship?
1y
↪ View 2 previous replies

✎ Author
Tilt Pinball Bar



1y
↪ View 1 more reply

Tilt Pinball Bar

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In     or     Create new account

facebook



Email or phone          Password          **Log In**   Forgot Account?

**Tilt Pinball Bar**                                              ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🚪 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Party Forward, Big Drinks, Union Lager... See more



👍 13                                              3 💬

👍 Like            💬 Comment

**Tilt Pinball Bar**
October 29, 2021 · 🌐

Here are your TILT Halloween Bash DJs Ms Lakesha (@mslakeshamusic) & DJ Greenery (@greenery808) spinning ALL TYPES of ill tracks THIS SUNDAY at 10PM

#mplsbar #mpls #pinball #minneapolis #playpinball #playpinballhere #weekendplans #halloween #sundayfunday #dj #SupportYourLocalDj #music #beats

 

👍❤️ 22                                            1 💬

👍 Like            💬 Comment

Oldest ⌄

**Charley Beekman**
DJ Ms Lakesha! One of my favorites
1y

**Tilt Pinball Bar** is at Tilt Pinball Bar.
October 28, 2021 · Minneapolis, MN · 🌐

TILT Halloween Bash 4PM THIS SUNDAY

** Godzilla Pro and LE on free play starting at 4pm
Raffle entry for each game played for your chance to win one of $ 20 gift cards and $ 20 Fair State gift cards... See more



**Connect with Tilt Pinball Bar on Facebook**

**Log In**      or      **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 **facebook**

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️ 17                                    2 💬 2 ↗

👍 Like          💬 Comment

View 1 more comment                        Oldest ⌄

**John Whiting**
Beer hat!
1y

**Tilt Pinball Bar**
October 27, 2021 · 🌐

Don't need to travel to the Pinball Expo to play Legends of Valhalla this weekend- we have one right here in Minneapolis!

Come play the brand new, ultra-rare, custom-themed release from @americanpinball conveniently located at your favorite pinball bar.

Post your high score to be the first set of initials when our score board gets updated this weekend!... See more



🔁 36

👍 Like          💬 Comment

**Tilt Pinball Bar**

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

···

https://www.tiltpinballbar.com/tilt-pinball-bar-merch



## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

⚙ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

 👍 Like        💬 Comment

 12

 Tilt Pinball Bar is at Tilt Pinball Bar.
October 25, 2021 · Minneapolis, MN · 🌐

Something special just showed up. Come get your hands on the latest
release from @americanpinball – Legends of Valhalla now ready to
play at TILT



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone | Password | Log In | Forgot Account?

 **Tilt Pinball Bar**

···

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---



👍 57                    7 💬  5 ↗

👍 Like        💬 Comment

View 4 previous comments                Oldest ⌄

**Brian BD**
It shoots well! I have 0 grasp on the rules and couldn't hear the audio though.
1y

✏ *Author*
**Tilt Pinball Bar**
Thanks for the heads up! We'll get that volume cranked up a little more 😊
1y

↳ View 1 more reply

---

 **Tilt Pinball Bar**
October 25, 2021 · ⊗

So much going on this Sunday, don't forget about our monthly tournament!
$5 entry with 100% cash payout to the winners
Godzilla Pro and LE on free play
$4 Fair State beers



SUN, OCT 31, 2021
**TILT Monthly Tournament - October**
Tilt Pinball Bar
18 people interested

👍 13

👍 Like        💬 Comment        ↗ Share

---

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
October 25, 2021 · Minneapolis, MN · ⊗

Sunday is shaping up to be a banger. Will we see you there?

#playpinballhere #newpins #pinballbar #sternarmy #Godzilla #pinball #mplsbar #playpinball #sternpinball #mpls #minneapolis #godzillaLE #competitivepinball #ifpa #fairstatebrewingcoop #costumecontest #halloween #sundayfunday #weekendplans

Stern Pinball Fair State Brewing Cooperative



---

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

⋯

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍😊 37     3 💬  0 ↗

👍 Like     💬 Comment

View 2 previous comments     Oldest ⌄

Patrick Carlson
Bethany Scribner
1y

### Tilt Pinball Bar
October 25, 2021 · 🌐

Still talking to your crew about Halloween plans? We just made it easy for you: Come to TILT!

** $4 Fair State Pints
Party Forward, Big Doinks, Union Lager
($6 pours of Double Barrel Heckin' Chonker)... See more



👍😊 12     3 ↗

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



facebook

Email or phone    Password    **Log In**    Forgot Account?



**Tilt Pinball Bar**

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos

October 23, 2021 · 🌐

Godzilla LE has landed at TILT! Come play the first one in the Twin Cities!

If you liked Godzilla Pro, you're going to love the LE version. Battle Mechagodzilla, destroy the bridge, and collapse the Drake building. While you're waiting, check out the incredible matte and foil cabinet art that really makes this game stand out.

And fun fact - there was a shipping error that prevented this from leaving the Stern factory yesterday so we sent one of our employees out to go pick... See More






 57                    1 💬 3 ↗

👍 Like              💬 Comment

Oldest ⌄

 Rick Heroff
Kevin, Kyle 😆😂😆
1y

**Tilt Pinball Bar**
October 21, 2021 · 🌐

**NEW MERCH DROP**

We brought back the original TILT logo design! Check out our new t-shirt, pullover, zip-up hoodie, and hats!

Order online to guarantee your size, and you can select the option to pick up at the bar... See More




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**    or    **Create new account**

facebook

Email or phone          Password          **Log In**   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🔔 Dine-in · In-store pickup ∨

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                      See all photos



👍❤ 59                          3 💬  1 ↗

👍 Like          💬 Comment

View 2 previous comments                  Oldest ▾

**Molly Bates**
Crewnecks please!
1y



**Tilt Pinball Bar**
October 21, 2021 · ⊙

This weekend is shaping up to be quite special... There is a possibility of not one but TWO new machines arriving at TILT. What could they be? What do YOU most want to play this weekend?

(Have no fear, Attack from Mars isn't going anywhere we just blanked it out for this teaser photo...)

#newpins #playpinball #playpinballhere #pinball #minneapolis #mpls #mplsbar #pinballbar #teaser #hopeitactuallyshowsup

👍❤ 51                          37 💬  1 ↗

👍 Like          💬 Comment

View 16 previous comments                 Oldest ▾

✍ Author
**Tilt Pinball Bar**
Godzilla LE has landed!                ❤ 2
1y
↪ 1 Reply

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



**facebook**

Email or phone     Password     Log In     Forgot Account?


**Tilt Pinball Bar**                                                                                              ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup   ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Bringing back separate recreational and competitive brackets, this is
open to ALL skill levels. $4 indeed beer specials and live event tracking
on matchplay.events.

See you there! ☺



TUE, DEC 21, 2021
**TILT Winter 2021 Pinball League**
Minneapolis, MN
44 people interested

 13

👍 Like          💬 Comment          ↗ Share

---

 **Tilt Pinball Bar**
October 15, 2021 · ⦿

Our monthly women's tournament is back on the 3rd Thursday of each
month. All skill levels welcome! Come play, learn, and socialize with
four player groups in a strike format. Our awesome tournament
administrator is Kaitlyn Schick  and she's happy to answer any
questions. We'll see you there!



THU, OCT 21, 2021
**TILT December Women's Tournament**
Tilt Pinball Bar
5 people went

⊙ 16                                                                       1 💬

👍 Like          💬 Comment          ↗ Share

Oldest ⌄

 ❤ Top fan
Patrick Carlson
**Bethany Scribner**

## Connect with Tilt Pinball Bar on Facebook

Log In       or       Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

**facebook**

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

 October 14, 2021 · 

#Godzilla got a code update today (0.79), and one of the standout fixes is you can now hit both flipper buttons to drop the ball on a Magna Grab! No more waiting for the animation to end! Plus, all timers are now paused during magnet holds in case you DO want to watch the animations.

If you want to hardcore nerd out on the other changes, you can read about the full update on Stern's site:
https://sternpinball.com/.../godzilla-0_79_0_0-README_LE.txt

#... See more



👍❤ 28                                                          1 ↪

👍 Like                          💬 Comment

---

 **Tilt Pinball Bar**
October 13, 2021 · 

Congratulations to our fall rec league winners!
1st place: Brandon Friberg [BJF]
2nd place: Mark Larson [MRL]
3rd place: Eric Fryc [EJF]
4th place: Jim Hartley [JAH]... See more



| Player | Result | #1 | #2 | #3 | 1-1 | #5 | #6 | Total |
|--------|--------|----|----|----|-----|----|----|-------|
| 1 | Brandon Friberg | 482 | 93 | 82 | 100 | 93 | 54 | 96 | |
| 2 | Mark Larson | 478 | 100 | 94 | 100 | 33 | | 98 | |
| 3 | Eric Fryc | 475 | 93 | 53 | 82 | 53 | 60 | 91 | |
| 4 | Jim Hartley | 460 | 79 | 96 | 93 | 93 | 56 | 47 | |
| 5 | Paul Foss | 456 | 87 | 86 | 58 | 81 | 54 | 54 | |

---

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

**facebook**

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏠 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos

---

9 ........     442   95   82   79   88   85   91  ...

👍❤️ 45                                   9💬  2↪️

👍 Like          💬 Comment

View 5 previous comments          Oldest ⌄

**Jackie Baumer**
Way to go Brandon Friberg and Katie Baklund!
1y   Edited                                    😆 2

**Tilt Pinball Bar**
October 13, 2021 · 🌐

Unboxing and first coin drop of the new @sternpinball Godzilla pro!
#pinball #playpinballhere #onlythebestforyou



▶️ 16                                          2💬

👍 Like          💬 Comment

View 1 more comment          Oldest ⌄

**Dan Larson**
COOLIO!!!!!
1y

**Tilt Pinball Bar** is at Tilt Pinball Bar.
October 12, 2021 · Minneapolis, MN · 🌐

He has finally arrived, after being trapped in a freight terminal for days. Come check it out at 2pm today! 🦖 #mplspinball onlythebestforyou #godzilla #sternpinball

---

### Connect with Tilt Pinball Bar on Facebook

[ Log In ]   or   [ Create new account ]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **facebook**

Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



👍😊 65                                    2 💬  5 ↗

👍 Like                          💬 Comment

View 1 more comment                        Oldest ⌄

**Greg Nye**
I'm going tomorrow. Missed it by one night!
1y

**Tilt Pinball Bar**
October 11, 2021 · 🌐

Tomorrow is the final round of fall rec league, and here are the top 10 with only nine points separating the top 4! Come enjoy $4 Indeed beers and watch all these players battle for glory (and TILT gift cards)

And keep your eyes open for the winter league announcement (*psst* - starts November 2nd) which brings the return of the competitive league alongside the casual league with new matchmaking formats.

Full results on Matchplay: ... **See more**

| | Player | Result | #1 | #2 | #3 | #4 | #5 | #6 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mark Larson | 387 | 100 | 91 | 100 | 93 | - | - | 387 |
| 2 | Brandon Freberg | 386 | 93 | 82 | 100 | 93 | 58 | - | 406 |
| 3 | | 384 | 95 | 92 | 82 | 93 | 97 | - | 406 |
| 4 | | 378 | 73 | 96 | 93 | 03 | 56 | - | 437 |
| 5 | | 367 | 73 | 100 | 89 | 78 | 100 | - | 440 |
| 6 | | 365 | 67 | 89 | 58 | 81 | 84 | - | 456 |
| 7 | | 365 | 81 | 91 | 89 | 78 | 94 | - | 439 |
| 8 | | 365 | 81 | 86 | 71 | 93 | 90 | - | 431 |
| 9 | | 358 | 95 | 77 | 86 | 93 | | | 914 |
| 10 | | 357 | 81 | 94 | 18 | 84 | | | 277 |

😊 10

👍 Like                          💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**facebook**

Email or phone   Password   **Log In**   Forgot Account?

Tilt Pinball Bar

•••

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Lebowski got a code update and a price drop! Oh, and after some technical difficulties, Halloween got a code update as well. Check out these new features! #mplspinball #comeonman #lebowski



 63                                    8 💬  2 ↪

👍 Like                    💬 Comment

View 5 previous comments                         Oldest ⌄

Dan Larson
$.50 per game now?
1y

Tilt Pinball Bar is at Tilt Pinball Bar.
October 3, 2021 · Minneapolis, MN · 🌐

"I love pinball. It's one of the most entertaining forms of meditation. The only opponent is yourself and gravity."
-SMF



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



**facebook**

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**     ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



▶ 0:01 / 0:12     ⚙ ⛶ 🔊

⭘⭘ 11

👍 Like          💬 Comment

 **Tilt Pinball Bar**
September 23, 2021 · 🌐

Congratulations to Sunday's monthly tournament winner, Mark Larson! We know of a great place to spend that cash 😉
Runners up:
2nd place: Eric Fryc
3rd place: Matt Sommerfeld
4th place: Nate Reardon... See more



⭘ 21                              1 💬 1 ↷

👍 Like          💬 Comment

Oldest ⌄

**David Lee**
He's RICH!
1y

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
September 26, 2021 · Minneapolis, MN · 🌐

Tournament Sundays are the best Sundays. Monthly battle begins at 4pm. Strike format, random seeding, IFPA rules. $5 entry with payout

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

 facebook

Email or phone     Password     Log In   Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤ 19                          1💬  1↩

👍 Like              💬 Comment

Oldest ⌄

**Scott Smith**
Ack!



### Tilt Pinball Bar
September 23, 2021 · ✪

Our Fall Recreational League is halfway complete, and here are the standings so far. There is still plenty of time to join and leave your mark!

Congrats to our top 5 as of week 3:
1. Mark Larson
2. Brandon Friberg... See more

Standings   IFPA results

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

facebook





**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

**facebook**

Email or phone    Password    Log In    Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



... 

🖒 Like    💬 Comment

**Tilt Pinball Bar**
September 21, 2021 · 🌐

Monthly Tournament coming up this Sunday! Random seeding, strike format, IFPA rules, $5 buy-in. All skill levels welcome. Will you be there?

SUN, SEP 26, 2021
**Monthly Pinball Tournament - September**
Tilt Pinball Bar
19 people interested

👍❤ 9    1 💬

🖒 Like    💬 Comment    ↗ Share

Oldest ⌄

🏅 Top fan
**Kevin Peterson**

media1.tenor.co

**Tilt Pinball Bar**
September 19, 2021 · 🌐

Open now! All games on free play all night!

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos
See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



FREE PLAY

👍❤️😮 32    1💬  2↗

👍 Like         💬 Comment

Oldest ⌄

 **Tilt Pinball Bar**
September 14, 2021 · 🌐

Coming soon! A Pro and LE Godzilla, Stern Pinball 's newest release!
Look at all of those interactive mechs! 😍 #keithelwin #sternteam
#mplspinball #onlythebestforyou #godzilla



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



Email or phone   Password   **Log In**   Forgot Account?

Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



👍 Like        💬 Comment

View 1 more comment          Oldest ⌄

Kevin Peterson

thank you

Tilt Pinball Bar is at Tilt Pinball Bar.
September 12, 2021 · Minneapolis, MN · 🌐

Halloween in September? Sure. Double Mirror Universe? Absolutely.
#sundayfunday

👍😮 36        1 💬

👍 Like        💬 Comment

Oldest ⌄

Ian Jacoby
It's heeeeere. That cabinet art is insane.

Tilt Pinball Bar is at Tilt Pinball Bar.

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Meta © 2023

facebook



Email or phone          Password          **Log In**    Forgot Account?

 **Tilt Pinball Bar**                                        ...

#miplipinball #onlythebestforyou #tigit #spookyseason

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



👍💖 60                                          6 💬  1 ↱

👍 Like                    💬 Comment

## Photos                        See all photos



View 3 previous comments                    Oldest ⌄

 ⚑ Top Fan
**Ian Foster**
Are there still informal tournaments running Sunday night? I am going to miss the first two weeks of league and am cross about it!
1y

 ✎ Author
**Tilt Pinball Bar**
Ian Foster Yes! The monthly Sunday tournaments are back, and the next one is coming up September 26th. Will be updating the event page shortly
1y

 **Tilt Pinball Bar**
September 7, 2021 ·

Rec League is back! Join us on Tuesdays starting tonight at 7pm. All skill levels welcome and $4 Indeed Beers all night ...



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        Create new account

**facebook**

Email or phone | Password | Log In | Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

**Photos** — See all photos

Tilt Pinball Bar
20 people interested

♡ 7                                      4 ⚪

👍 Like      💬 Comment      ↪ Share

View 2 previous comments                 Oldest ⌄

✏️ Author
**Tilt Pinball Bar**
Final round tonight! See you there!
1y

**Tilt Pinball Bar**
September 6, 2021 · ⊙
Keep your Labor Day weekend going with some tacos and a pint. Open at 2pm today. 🌮🍺↗

♡ 11

👍 Like                              💬 Comment

**Tilt Pinball Bar** is at Tilt Pinball Bar.
August 27, 2021 · Minneapolis, MN · ⊙
Attack's little brother dropped by to check out TILT. Stop in for a game!

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone    Password    **Log In**   Forgot Account?



Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

⬡ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos

**Connect with Tilt Pinball Bar on Facebook**

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



00 49                    5 💬 1 ↗

👍 Like          💬 Comment

View 2 previous comments          Oldest ⌄

 Rick Heroff
Kyle. Kevin. 😗😎😛
1y

 Tilt Pinball Bar is at Tilt Pinball Bar.
July 30, 2021 · Minneapolis, MN · 🌐

Could Martians be seeking revenge upon TILT soon??? #mplspinball #tgif #beattheheat



00 😮 42                    2 💬 1 ↗

👍 Like          💬 Comment

                              Oldest ⌄

Joseph Conrad Nordenstam

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account

facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ·

🍴 Dine-in · In-store pickup ··

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                          See all photos

[photo grid]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Tilt Pinball Bar
July 25, 2021 · 🌐

Cold beer here! Bent Paddle Brewing Co. Classic cream ale on nitro to
be more specific 🍺 It's smoooooth...

But more importantly, the MONTHLY TOURNAMENT is back!!!! See
you today at 4!!! ✌



👍❤️ 16                                        2 ↗

👍 Like                    💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
July 7, 2021 · Minneapolis, MN · 🌐

Head to our stories to place your vote for which version of
@spookypinballofficial next game we should get! #onlythebestforyou
#mplspinball #halloweenpinball



## Connect with Tilt Pinball Bar on Facebook

Log In      et      Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍👍 14                                          1 💬

👍 Like                        💬 Comment

Oldest ⌄

Cody-John Marks
Omfg ! The Halloween one is SOOOOO EPIC! 😵😵😵
1y

Tilt Pinball Bar
July 4, 2021 · 🌐

Need to escape the heat today? We are open with air and cold drinks! Happy 4th of July! Come celebrate with us 🎆🎆🎆



OPEN 4th of JULY

Tilt Pinball Bar                          Learn more
Bar

👍👍 14                                          1 💬

👍 Like                        💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
July 2, 2021 · Minneapolis, MN · 🌐

Happy Friday Pinball people! Mandalorian LE will be ready for play at 3:00 today. Also we will be open normal hours all weekend! ...

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Password           Log In    Forgot Account?

 **Tilt Pinball Bar**

⋯

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏴 Page · Bar

🧭 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



### Photos    See all photos



👍😊 35                                    1 💬  3

👍 Like            💬 Comment

Oldest ⌄

Logan Sullivan
Will LOTR rotate back someday? Or is this the excuse I
use to buy my own? 😌
1y

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
June 30, 2021 · Minneapolis, MN · 🌐

Mmmmm kitchen open at 2pm M-F starting today! 🍴🍴 #OGB #yum
#getinmybelly #addbbq



👍😊 28                                                  1 💬

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

facebook

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽️ Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



Tilt Pinball Bar is at Tilt Pinball Bar.
June 23, 2021 · Minneapolis, MN · 

Yoda seems pretty excited about our newly printed menus. Don Pickles is back as well as the Muffaletta sandwich! Kitchen is open at 4:00 today. 🌭



👍❤️ 40                                                    2 💬

👍 Like                          💬 Comment

View 1 more comment                              Oldest ▾

Jason Ruler
Had that Cubano when I was there last time, amazing sandwich! Great beer selection also.
1y

Tilt Pinball Bar is at Tilt Pinball Bar.
June 20, 2021 · Minneapolis, MN · 

Treat Dad to a hot dog, cold beverage, and pinball today. 🌭🍺
#happyfathersday #mplspinball #sundayfunday



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ›
Meta © 2023

···






👍👍 35

2 💬 1 ↗

👍 Like        💬 Comment

Oldest ⌄

 Tilt Pinball Bar is at Tilt Pinball Bar.
June 15, 2021 · Minneapolis, MN · 🌐

If you'd like to book your private event, email us!
Info@tiltpinballbar.com

We will be opening at 3pm today. (Booked a private event before we updated our hours).

😮 1

👍 Like        💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
June 15, 2021 · Minneapolis, MN · 🌐

A tournament today? Sure, why not. Come at 4 and get your flips in on this one! #mandalorian #mandalorianpinball #sundayfunday #tournamentsareback

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



**facebook**

Email or phone     Password     Log In   Forgot Account?

Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ⌄

Dine-in · In-store pickup ⌄

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



26                          1 💬  5 ↗

👍 Like          💬 Comment

Oldest ⌄

Ryan Heaton
Neva Fuller
1y

Tilt Pinball Bar is at Tilt Pinball Bar.
June 11, 2021 · Minneapolis, MN · 🌐

Come to TILT to check out our newest machine. Mandalorian PRO! #mplspinball #onlythebestforyou #tgif



### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook

Email or phone | Password | **Log In** | Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



😮❤️👍 84          5 💬  6 ↗️

👍 Like          💬 Comment

View 2 previous comments          Oldest ⌄

**Katelyn Christensen**
Corey John the boys might like this machine!
1y          👍❤️ 2

### Tilt Pinball Bar
June 3, 2021 · 🌐

Whose Thursday just got better? 😏
These two yummy beers just got added to the lineup. Stop in, cool off. Thanks Modist Brewing Company and Fair State Brewing Cooperative !! 🍺 🔥 🔥 #mplsbeer #mplspinball #thirstythursday



😮👍😍 14          1 ↗️

👍 Like          💬 Comment

Oldest ⌄

**Jason Schorn**
2 serious hazers right thur!
1y

### Tilt Pinball Bar is at Tilt Pinball Bar.
May 31, 2021 · Minneapolis, MN · 🌐

Forgetting the last year but remembering those who have served and



## Connect with Tilt Pinball Bar on Facebook

**Log In**          or          **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**                                                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



👍❤ 15

👍 Like                          💬 Comment

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
May 30, 2021 · Minneapolis, MN · 🌐

Rained out at the lake? We're here for you. 📌 · 🎱 ✏
#memorialdayweekend2021 #mplspinball #sundayfunday



## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone | Password | **Log In** | Forgot Account?



**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

**Photos**          See all photos

---

**Connect with Tilt Pinball Bar on Facebook**

**Log In**  or  **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar                                    ...

#cheerstothefreakinweekend

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

📄 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



00👍 26                                    1⤳

👍 Like            💬 Comment

**Photos**                    See all photos



 Tilt Pinball Bar
April 19, 2021 · ⊙

FREE PLAY all day!
Cheers to four years! A sincere thank you to all our customers for your support, especially in this last year. It's because of you that we made it to our fourth birthday. Also, a shout out to all of our staff, who make this place what it is. You are all very much appreciated.
#cheersto4years #mplspinball #freeplay



00 10👍                                10💬 7⤳

👍 Like            💬 Comment

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

[ Log In ]   or   [ Create new account ]

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

https://youtu.be/T_FBY7ckoUI Described as a tilted pinball machine that keeps on playing, the first song gave the feel! The second song, to me, starts with a similar melody and has some computerized voices. Because pinball was in arcades, I included th... See more

YOUTUBE.COM
X-Ray Connection/Mighty Fire "Missed Again, Game Over/Nothin...

1y

 Tilt Pinball Bar
April 12, 2021 · 🌐

Due to recent events and the Governor's curfew for Hennepin County, Tilt will be closed tonight, April 12. Stay safe.

👍❤️😮 12

👍 Like    💬 Comment

 Tilt Pinball Bar
April 4, 2021 · 🌐

Ready for your post-brunch getaway. Open 11am – 11pm today.



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone      Password      **Log In**   Forgot Account?

 Tilt Pinball Bar

⋯

👍 Like          💬 Comment

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ℹ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
April 4, 2021 · 

We will be open 11am to 11pm Easter Sunday! 

👍 13

👍 Like          💬 Comment

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
March 6, 2021 · Minneapolis, MN · 

Check out our cool new mods and the v1.00 code update on #avengers
🎯
#tgif #mplspinball #dranksandfranks



👍❤ 30

👍 Like          💬 Comment

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
February 27, 2021 · Minneapolis, MN · 

L-Bombs and zombie killing today at Tilt. Come get your kicks before the snow flies tonight! 
#mplspinball #drinks #food #fun



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar                               ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏬 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️



👍❤️ 22                                          2 💬  1 ↦

👍 Like                          💬 Comment

Oldest ⌄

Karnell Wolseth Johnson
Hiedi Folstad Miller How soon can you get to Minneapolis?!?!

1y

↳ 1 Reply



### Photos

See all photos



 Tilt Pinball Bar is at Tilt Pinball Bar.
February 19, 2021 · Minneapolis, MN · 🌐

Come play the new code!
👋
#rickandmorty #thirstythursday #almosttheweekend #mplspinball



👍❤️ 26                                            1 💬

👍 Like                          💬 Comment

Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook


Email or phone    Password    **Log In**    Forgot Account?

 Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈  Page · Bar

◈  113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞  (612) 236-4089

✉  info@tiltpinballbar.com

🌐  tiltpinballbar.com

🕐  Open now  ⌄

🔔  Dine-in · In-store pickup  ⌄

⊙  Price Range · $

⭐  Rating · 5.0 (1,176 Reviews) 🛈

### Photos                    See all photos



Low-key one of my favorite tables... Though, those who know me, know!

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
February 14, 2021 · Minneapolis, MN · 🌐

It's bloody Valentine's Day. Come show your love for pinball and snag a $10, 20oz Bloody Mary today. 🍹🔫💜👻



👍❤ 29

👍 Like        💬 Comment

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
February 12, 2021 · Minneapolis, MN · 🌐

Did you know you can upgrade your pint to a 20oz for only $1? People are raving about it.
#tgif #beerme #polarvortex



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook



Tilt Pinball Bar

Email or phone     Password     **Log In**     Forgot Account?

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍😮 28     2💬

👍 Like     💬 Comment

View 1 more comment     Oldest ⌄

**Tim Nomeland**
That's a concert shirt!

Tilt Pinball Bar is at Tilt Pinball Bar.
February 9, 2021 · Minneapolis, MN · 🌐
Thank you for your continued support!



👍 5     1💬

👍 Like     💬 Comment

Oldest ⌄

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

facebook

Email or phone        Password        Log In    Forgot Account?



## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

**Tilt Pinball Bar**
February 8, 2021 · 🌐



HEADS UP:
We will be CLOSED
WEDNESDAY 2/10 for a private event.
Thanks!

👍 😮 11

  Like                  💬 Comment

**Tilt Pinball Bar** is at **Tilt Pinball Bar**.
February 7, 2021 · Minneapolis, MN · 🌐

It's too cold for a clever caption. Just come and play some pinball, grab a hot dog and enjoy Sunday. 🐶❄️ #superbowlsunday #pinballsunday #sundayfunday #mplspinball #brrr



### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone   Password   Log In   Forgot Account?

Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now
- Dine-in · In-store pickup
- Price Range · $
- Rating · 5.0 (1,176 Reviews)

### Photos

See all photos





35   2   2

👍 Like          💬 Comment

Oldest

Rick Kimmel
\m/
2y

Tilt Pinball Bar is at Tilt Pinball Bar.
January 29, 2021 · Minneapolis, MN ·

Led Zeppelin LE is here, Avengers LE code is updated and the kitchen is open.
Happy Friday!!! See you at 4!
#mplspinball #tgif #beerme

70          3   6

👍 Like          💬 Comment

View 1 more comment                    Oldest

Dylan Chabot
Eddie Leighton I'm so jealous that you're there right now!!
2y
↳ 1 Reply

Tilt Pinball Bar
January 27, 2021 ·

I mean......what more could you ask for?!



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

 **facebook**

Email or phone     Password     **Log In**     Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



Lakesha Novicky is with Damien Espada Vasquez in
Minneapolis, MN.
January 27, 2021 · Instagram · 🌐

@tiltpinballbar TONIGHT! Ms. Lakesha and Espada making drinks
and slanging heat! Catch this rare opportunity to get drinks and
music from 2 bartenders...at the... See more

👍❤ 13                                          1 

👍 Like            💬 Comment

Tilt Pinball Bar
January 10, 2021 · 🌐

What's a reopen without a new game for you all?! Led Zeppelin will be
waiting for you, Monday at 4pm. See you then! 📌
📪 Stern Pinball
#mplspinball #onlythebestforyou #finallyopen #washyourhands
#buysomebeer #wearyournewtiltmerch

### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?

**Tilt Pinball Bar**

···

🔘 Like          💬 Comment

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

View 8 previous comments                          Oldest ⌄

**Dan Larson**
Does it play "The Immigrant Song"?
2y

**Tilt Pinball Bar**
January 9, 2021 · ⍉

Apologies to some who noticed a charge on their credit cards from Tilt recently.
There was a processing error in October and a batch of credit card purchases never went through.
It was just processed this week. Please know this was not a double charge. If you look back to October, your card was not charged then.
Thank you and we look forward to serving you soon.

👍 28                                              1 💬

🔘 Like          💬 Comment

                                                  Oldest ⌄

**Gina Johnston**
As an accountant, I applaud your transparency. Mistakes happen. Also your chili dip rocks.
2y                                                😂

**Tilt Pinball Bar** is at Tilt Pinball Bar.
December 25, 2020 · Minneapolis, MN · ⍉

We can't wait to see you again.

🔘❤ 48                                             3 💬  1 ↗

🔘 Like          💬 Comment

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT


facebook

Email or phone    Password    **Log in**    Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

---

## Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

Miss ALL of you 🥺
2y

### Tilt Pinball Bar is at Tilt Pinball Bar.
December 18, 2020 · Minneapolis, MN · 🌐

Shop our online store now to get these custom, one-of-a-kind T-shirts and Sweatshirts! Amazing art by Johnny Crap, the designer of Jurassic Park!
www.tiltpinballbar.com



👍❤️ 34                                    6 💬

👍 Like                    💬 Comment

View 3 previous comments                    Oldest ⌄


🔷 Top fan
Ian Foster
Can I buy in store Monday??
2y

### Tilt Pinball Bar is at Tilt Pinball Bar.
December 15, 2020 · Minneapolis, MN · 🌐

Head over to our online shop to get yourself (or someone on your list) one (or more) of these custom 20oz. TILT glasses designed by our very own @dierranicole_
1 for $12 or 2 for $20
www.tiltpinballbar.com
#shoplocal #tistheseason



## Connect with Tilt Pinball Bar on Facebook

**Log in**    or    **Create new account**

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



Email or phone | Password | **Log In** | Forgot Account?

**Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ✓

Dine-in · In-store pickup ✓

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 facebook

Email or phone    Password    **Log In**    Forgot Account?



 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Tilt Pinball Bar**
December 5, 2020 · 🌐

🍴🍴 Our online shop is now live! Visit tiltpinballbar.com to place your order! ✨✨



❤ 15                    4 ↪

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 20, 2020 · 🌐

Modist Brewing Company Death Sauce Painkiller Tiki Sour... bizarre name yet oddly delicious. Join us on our last day (until we are able to open back up) and get it 2-4-1! #tgif #beerme 🍻



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



**facebook**

Email or phone          Password          [Log In]   Forgot Account?

**Tilt Pinball Bar**                                                                 •••

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
  MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



👍👍 13

👍 Like                    💬 Comment

**Tilt Pinball Bar**
November 19, 2020 · 🌐

🍺🍺 While we are sad about a four week shutdown, we will go out
with a bang! 2-4-1 draft beer and 1/2 price all food! Get it while
supplies last. 🍻🍺🍻🍺...



👍👍😆 34                                              4 ↗

👍 Like                    💬 Comment

## Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Tilt Pinball Bar**
November 18, 2020 · 🌐

STARTRIBUNE.COM

### Connect with Tilt Pinball Bar on Facebook

[Log In]   or   [Create new account]

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

...

👍 Like    💬 Comment    ↪ Share

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ℹ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ

#### Photos

See all photos

**Tilt Pinball Bar** is at Tilt Pinball Bar.
November 6, 2020 · Minneapolis, MN · 🌐

Please join us for a fresh pint of Spirit Foul from Fair State. Code updates on Avengers LE and Deadpool LE as well!
#tgif #beerme



👍 9    1 💬

👍 Like    💬 Comment

Oldest ⌄

**Jonah Klevesahl**
New Deadpool code is sweeeeeet 👍
2y

**Tilt Pinball Bar** is at Tilt Pinball Bar.
November 4, 2020 · Minneapolis, MN · 🌐

Our new @indeedbrewing Day Flipper infusion is practically good for you. You know... because of the fruit. 😄 🍺
#yum



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023





Email or phone     Password     **Log In**     Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4069

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



ⓒ 11

👍 Like          💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
October 30, 2020 · Minneapolis, MN · 🌐

You're going to want to see and hear Jurassic Park with the latest code update... trust us 😎 🦖
#tgif #jurassicpark #mplspinball #onlythebestforyou



ⓒ👍 21                                    3 💬

👍 Like          💬 Comment

View 2 previous comments                  Oldest ⌄

 Bob Marino
Oh snap, that's my jam
2y

Tilt Pinball Bar is at Tilt Pinball Bar.
October 24, 2020 · Minneapolis, MN · 🌐

Fresh Hop mosaic pale ale from @indeedbrewing and a code update on Avengers LE are ready for you today.
Open from 11am -2am
🍺 🦅
#notanappleorchard #better #beerandpinball #mplspinball



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**



facebook

Email or phone     Password     **Log In**   Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 7

👍 Like          💬 Comment

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
October 21, 2020 · Minneapolis, MN · 🌐

Congrats to our friends @fallingknifebc on their first year! Cheers to this awesome new beer as well. 🍺 #beerme #cheerstooneyear #humpdayvibes



 18

👍 Like          💬 Comment

 **Tilt Pinball Bar**
October 16, 2020 · 🌐

Seemed like a good fit. $5 cans and 50¢ games. Let's do this. #friday #sweetchildofmine #sweetchildolvine #tgif #gunsnroses



## Connect with Tilt Pinball Bar on Facebook

**Log In**     of     **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...



### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

♥ 23                                    1 💬

👍 Like            💬 Comment

Oldest ⌄

Eric Meunier
How does a certain pinball designer get some of nice looking beer? Not sold in the Chicagoland area. 🍺
2y · Edited



**Tilt Pinball Bar** is at **Tilt Pinball Bar**.
October 9, 2020 · Minneapolis, MN · 🌐

It's here! And it's awesome. Come check out @jerseyjackpinball newest title, Guns N' Roses LE! 🎸🥃🤘
#onlythebestforyou #mplspinball #gunsnroses #tgif



👍♥ 46                              2 💬  8 ↗

👍 Like            💬 Comment

View 1 more comment

Oldest ⌄

 Tim Nomeland

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

 facebook

Email or phone | Password | Log In | Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Meta © 2023

**Tilt Pinball Bar**
October 9, 2020 · ⚙

**Jersey Jack Pinball**
October 8, 2020 · ⚙

It was great having Slash at Jersey Jack Pinball this week!
#jerseyjackpinball #gunsnroses #pinball #notinthislifetime #slash



CHICAGOTRIBUNE.COM
Why Guns 'n' Roses' Slash is in Elk Grove Village, playing pinball

👍❤ 24


👍 Like | 💬 Comment | ↪ Share

**Tilt Pinball Bar** is at **Tilt Pinball Bar.**
October 8, 2020 · Minneapolis, MN · ⚙

You're coming to Tilt tomorrow, right? 😏 Paradise City tomorrow at 2pm 🎵
🤘💃✔
#onlythebestforyou #mplspinball #gunsnroses



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     **Log In**   Forgot Account?

---

⚙ **Tilt Pinball Bar**                                               ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



View 3 previous comments                          Oldest ⌄

Eric Kovach
Good, maybe I'll have a chance to play Avengers, it was too big of a line to play last time I was there!

⚙ Tilt Pinball Bar
October 5, 2020 · Instagram · 🌐

♫ "It's so easy (to spend money on pinball machines), easy... when everyone's (Jersey Jack Pinball) trying to please me (TILT Pinball Bar)!
♫ 🎵🎵 💃💃
#onlythebestforyou #mplspinball #twincitiespinball #gunsnroses

👍😮 42                                          4 💬  1 ↗

👍 Like                          💬 Comment

View 3 previous comments                          Oldest ⌄

Katie Galvin
93X RADIO check it out!

⚙ Tilt Pinball Bar
October 2, 2020 · 🌐

Head over to our Instagram page to watch a live unboxing of Avengers!!!

😮 13

👍 Like                          💬 Comment

⚙ Tilt Pinball Bar is at Tilt Pinball Bar.

## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



facebook

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.



Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now ⌄

Dine-in · In-store pickup ⌄

Price Range · $

Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023





😀😀 52                    7 💬    5 ⤴

👍 Like              💬 Comment

Oldest ⌄

Top Fan
NJ Rupar
Straight to the LE!
2y
↪ 6 Replies

**Tilt Pinball Bar** is at Tilt Pinball Bar.
September 25, 2020 · Minneapolis, MN ·

Just arrived. Lord of the Rings LE. Who will be the first to destroy the ring?!
#mplspinball #onlythebestforyou #lotr #lpf



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 facebook

Email or phone | Password | **Log In** | Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍💙 51                                    6 💬  2 ↗

👍 Like                          💬 Comment

View 3 previous comments                    Oldest ⌄

 Rosalie Hommes
I miss my LOT R 😍
3y

 **Tilt Pinball** Bar is at Tilt Pinball Bar.
September 18, 2020 · Minneapolis, MN · ✎

We were able to score a keg of Double False Pattern from the beer wizards over @modistbrewing! Stop in for a pint, and remember we're open at 2:00 on Friday's now. 📣 🍺
#mnbeer #drinklocal #playlocal #tgif #openat2



👍💙 0                                          1 💬

👍 Like                          💬 Comment

Oldest ⌄

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 **facebook**

Email or phone | Password | **Log In** | Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



2y

 Tilt Pinball Bar is at Tilt Pinball Bar.
September 17, 2020 · Minneapolis, MN · 🌐

Making its triumphant return to TILT... once the shop job is complete.
🎯
#mplspinball #lotr #onlythebestforyou





👍❤ 56                                    12 💬

👍 Like                    💬 Comment

View 9 previous comments                    Oldest ⌄

Jon Markgren
If this game is ever for sale, I'm interested 😊
2y

Tilt Pinball Bar is at Tilt Pinball Bar

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**   ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

⊞ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



 48        7 💬 6 ↗

👍 Like        💬 Comment

View 1 more comment                    Oldest ⌄

 **Jason Michael**
Once the mask requirement is gone, I will be back spending money at your business
5y        😆 4
↳ 5 Replies

 **Tilt Pinball Bar**
September 18, 2020 · ◔

It's a great day for some takeout or delivery! Order on our website now! 🍔🌮... www.tiltpinballbar.com
#takeout #delivery #togo #skol #yesplease



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone          Password          Log In   Forgot Account?

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



○○ 24                                    2 ↗

👍 Like          💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
September 11, 2020 · Minneapolis, MN · ⊙

Come have a glass or two of @fairstatecoop Chill State DDH Hazy IPA and give a cheers to the weekend 🍺 #mplsbeer #beerme #tgif #drinklocal



○ 15                                    1 ↗

👍 Like          💬 Comment

Tilt Pinball Bar is at Tilt Pinball Bar.
September 9, 2020 · Minneapolis, MN · ⊙

🍺 ✏ New beer alert. "Verbal Tip" from @fallingknifebc is a NE-style Citra & Mosaic hopped IPA. Smooth & juicy with a medium body. Stop in for a pint and a game. @mplspinball #beerme #humpday ✌



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

facebook

Email or phone · Password · Log In · Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**VERBAL TIP**
NEW ENGLAND IPA

👍😊 19

👍 Like        💬 Comment

 Tilt Pinball Bar is at Tilt Pinball Bar.
September 7, 2020 · Minneapolis, MN · 🌐

Open 4-midnight today. Heads up on some @barreltheory crowlers we have available.

Shooter McGavin - $14 w/takeout food or $18 on premise

Summertime Sadness - $12 w/takeout food or $16 on premise



👍😊 13

👍 Like        💬 Comment

 Tilt Pinball Bar

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone          Password          Log In    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4069

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Our delicious food menu is now available for carry-out OR delivery. In addition to this great news, we are offering to-go beer with takeout food orders!
For a limited time, we have Barrel Theory Beer Company crowlers available too!
Rec... See more

 

👍❤️ 114                                    2 💬  13 ↗️

👍 Like                        💬 Comment

View 1 more comment                          Oldest ⌄

 **Christopher White**
 Oooh sweet! Can I order Stranger Things for take-out please? 😋
2y

 **Tilt Pinball Bar** is at Tilt Pinball Bar.
September 3, 2020 · Minneapolis, MN · 🌐

At least we can be excited about a new game coming soon!
Avengers: Infinity Quest
Pro and LE on order 🎉
#mplspinball #onlythebestforyou #avengers



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

View 3 previous comments    Oldest ⌄

Cora Marshall
David Mudder
3y

Tilt Pinball Bar
August 30, 2020 · Instagram · 🌐

Have you seen our State Fair menu yet?! Better yet, get in here and try it! #cheesecurds #donutholes #corndog #statefaircups



❤️ 23    1 💬

👍 Like    💬 Comment

Tilt Pinball Bar
August 27, 2020 · Instagram · 🌐

You'll have from 4pm - 7:30pm tonight to come try this combo.

**Closing at 7:30pm due to the Minneapolis curfew tonight***
.... See more

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone      Password      **Log In**   Forgot Account?

 **Tilt Pinball Bar**                                         •••

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinbalbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                               See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️😆 22                                    1 💬  3 ↪

👍 Like            💬 Comment

Oldest ⌄

Ⓡ  Top fan
**Ross Levine**
Mark Mean Hopefully someday we'll get to pump some quarters into this machine 😅
2y

 **Tilt Pinball Bar**
August 21, 2020 · Instagram · 🌐

It's been too long. Oh how we've missed a good beer and dog. #mplsfoodie #hotdogsandbeer #tgif



👍❤️ 45                                     3 💬  2 ↪

👍 Like            💬 Comment

View 2 previous comments                        Oldest ⌄

👤 **Jonah Klevesahl**
New hot dogs are sooooo good!
2y

👤 **Tilt Pinball Bar**

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone     Password     Log In     Forgot Account?



Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now · ⌄

🍴 Dine-in · In-store pickup · ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▸
Meta © 2023



○○ 36                                    3 ⤳

👍 Like                    💬 Comment



Tilt Pinball Bar
August 7, 2020 · 🌐

How appropriate, a colorful beer called Raspberry Cyclone and the vibrant Wizard of Oz pinball machine show up here on the same day. Try them both! 🍺🌪 Falling Knife Brewing Company
#woz #wizardofoz #fallingknife #beerme #tgif



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

View 1 more comment

Oldest ⌄

**Vanessa Faye**
Is the kitchen still closed?
2y

**Tilt Pinball Bar** is 😊 feeling happy.
August 1, 2020 · 🌐

It's really good... you should have one... here... while shooting a game 🍺🍺🍺
#mplspinball #beerhere #cheers Fair State Brewing Cooperative



👍 36                          1 💬

👍 Like              💬 Comment

Oldest ⌄

**Cassidy Hagen**
Damn that looks good
2y

**Tilt Pinball Bar**
July 30, 2020 · Instagram · 🌐

Have you had a Supra Deluxe from Modist yet? It's a phenomenal lager brewed with rice, and Japanese Sorachi Ace hops. The perfect beer for a hot, sunny day (and most other days too). Fresh keg just tapped! 🍺

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone Password Log In Forgot Account?



Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

Page · Bar

113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

(612) 236-4089

info@tiltpinballbar.com

tiltpinballbar.com

Open now

Dine-in · In-store pickup

Price Range · $



Rating · 5.0 (1,176 Reviews)

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2023



44 6

Like Comment

View 3 previous comments Oldest



**Dana Zahler**
Any update on the bar closure mandate!?
3y



Tilt Pinball Bar
July 27, 2020 · Instagram

Shredder is masked up, so grab yours and come join us for a game. #tmnt #maskupmn #mplspinball



**Connect with Tilt Pinball Bar on Facebook**

Log In or Create new account



facebook

Email or phone     Password     Log In     Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍 Like          💬 Comment

 Tilt Pinball Bar
July 18, 2020 · Instagram · 🌐

Air. Conditioning. Is. On.

The only 4 words you need to hear today.

👍😮 44 ✈

#... See more



👍😮 73          3 💬 3 ↗

👍 Like          💬 Comment

Oldest ⌄

 📌 Top fan
Jesse Bohnsack
In route!
2y          💬 2
↳ 2 Replies

Tilt Pinball Bar
July 4, 2020 · Instagram · 🌐

HEADS UP! We will be closed today, July 4th in observance of

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone          Password          Log In    Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos          See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 23

👍 Like          💬 Comment

**Tilt Pinball Bar**
July 3, 2020 · 🌐

Have a safe and happy 4th of July!



**HOLIDAY HOURS**
FRIDAY JULY 3 - 4PM - MIDNIGHT
SATURDAY JULY 4 - CLOSED
SUNDAY JULY 5 - 11AM - MIDNIGHT

👍 7

👍 Like          💬 Comment

**Tilt Pinball Bar**
July 2, 2020 · 🌐

Escape the heat, drink a cold beer and try a  Reggies Pizza, now available at Tilt!  Bonus!  Buy a pizza and get two beers for $6! 🍺🍕😎 #itstoohot #pinballpizzapints #mplspinball



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

**facebook** 

Email or phone　　　Password　　　　Log In　Forgot Account?

---

🎯 **Tilt Pinball Bar**　　　　　　　　　　　　　　　…

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ℹ️ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos

See all photos



👍❤️ 77　　　　　　　　　　　8 💬　2 ↗️

👍 Like　　　　💬 Comment

View 7 previous comments　　　　Oldest ⌄

 **Doug Greiner**
The two things I miss most about Minneapolis: Tilt and Heggies
2y

 **Tilt Pinball Bar**
July 1, 2020 · 🌐

Have you checked out our new "Royal Edition" Medieval Madness? It fits in great with the other Chicago Gaming Company titles. The RGB lighting looks amazing! It sure does feel good to be back, let's make sure we all do our part to keep it that way! #medievalmadness #mplspinball #onlythebestforyou #pizzacomingsoon 👀 😊



👍❤️ 49　　　　　　　　　　6 💬　2 ↗️

👍 Like　　　　💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In　　or　　Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT




facebook

Email or phone          Password          **Log In**    Forgot Account?

 Tilt Pinball Bar                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛍 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

Dans Berkshire
**Tilt Pinball Bar** your FB page still says "temporarily
closed." If I hadn't open the post I would've missed your
other that you were back open. Just wanted to share. 😊

 **Tilt Pinball Bar** updated their cover photo.
June 29, 2020 · 🌐

**HOURS**
**MONDAY – FRIDAY 4PM – MIDNIGHT**
**SATURDAY & SUNDAY 11AM – MIDNIGHT**
**KITCHEN IS CURRENTLY CLOSED**

👍😮 16

👍 Like                    💬 Comment

**Tilt Pinball Bar**
June 29, 2020 · 🌐

Took a couple of hours and enhanced this awesome game just for
your fun!
Come check out what we did @Tilt!
#onlythebestforyou #mplspinball #tmnt #cowabunga
#pizzacomingsoon #whereelsewouldyouevenwanttoplay #playstrong



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone    Password    **Log In**    Forgot Account?

**Tilt Pinball Bar**

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

👍 Like    💬 Comment

View 6 previous comments    Oldest ⌄

**Sarah DeLaForest**
In the video, all of the machines were on. Is that just
pinball production? In other words, does one call to find
out if TMNT going to be available on a given day?
2y
↪ 1 Reply

**Tilt Pinball Bar**
June 23, 2020 · Instagram · 🌐



😊😲 26    8 💬

👍 Like    💬 Comment

View 4 previous comments    Oldest ⌄

**Jonah Klevesahl**
Bummed for a temporary curbing of my hotdog
addiction, but totally understand. Will do my best to
make up for it in whiskey pours!
2y    👍❤ 2

**Tilt Pinball Bar**
June 10, 2020 · 🌐

Proud to be a part of this family and this community. We echo the
sentiment and message from our brother restaurant Mortimers 🖤

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷  Cookies · More ·
Meta © 2023



 **Mortimers**
June 10, 2020 · ◔

It is with mixed emotions that we are opening up for business tomorrow. We will be open regular hours 11am to 2am. We are very excited to see everyone and yet o... See more

👍❤ 47    1 ↷

👍 Like          💬 Comment

 **Tilt Pinball Bar** updated their cover photo.
June 10, 2020 · ◔


### RE-OPENING MONDAY JUNE 15, 4PM

👍❤ 60    3 ↷

👍 Like          💬 Comment

 **Tilt Pinball Bar**
June 10, 2020 · ◔

~Re-Opening Announcement~

We are so excited to announce that we will re-open on Monday, June 15 at 4pm.

With all that has gone on lately, we hope to bring a little joy to your life by opening our doors in the city we love so much. ... See more



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🔔 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                    See all photos



🔵🔵 211                    27 💬  24 ↷

👍 Like          💬 Comment

View 19 previous comments          Oldest ⌄

Carol Behmlander



2y

### Tilt Pinball Bar
June 3, 2020 · ◉

Friends of Tilt - if you're looking for a way to be involved, please consider helping our Northside neighbors.

Nightingale
June 3, 2020 · ◉

Seeing the amount of volunteering/donating/love on the Southside has been so uplifting. This community is so damn beautiful.
It is time we extend our efforts... See more



onecause®
POWERFUL FUNDRAISING SOLUTIONS

GIVING.ONECAUSE.COM

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

Email or phone     Password     **Log In**   Forgot Account?

![Tilt Pinball Bar logo] **Tilt Pinball Bar**

···

👍 Like     💬 Comment     ↪ Share

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

![Tilt Pinball Bar] **Tilt Pinball Bar**
June 2, 2020 · Instagram · 🌐

#blackouttuesday



👍❤ 27

👍 Like     💬 Comment

![Tilt Pinball Bar] **Tilt Pinball Bar**
May 28, 2020 · 🌐

To our Minneapolis neighbors, we stand with you.



> ![Nightingale] **Nightingale**
> May 28, 2020 · 🌐
>
> Hello Friends of Nightingale. We have decided to close for tonight. Our hearts are just too heavy. Please keep yourselves and your loved ones safe. And plea... See more

👍❤😢 46                                        2 👍

👍 Like     💬 Comment

![Tilt Pinball Bar] **Tilt Pinball Bar** was live.
May 27, 2020 · 🌐



### Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



facebook

Email or phone          Password          **Log In**    Forgot Account?

### Tilt Pinball Bar
···



## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now  ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

🖒❤ 17                               49 💬  3 ↗

👍 Like        💬 Comment        ↗ Share

Most relevant ⌄

Patrick Birke ⊘ · 0:08
Watching others play pinball when we can't is the worst
2y
View 42 more comments

## Photos                    See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Tilt Pinball Bar was live.
May 20, 2020 · 🌐



🖒❤ 37                               26 💬  1 ↗

👍 Like        💬 Comment        ↗ Share

Most relevant ⌄

Mary Dillon · 19:48
Cheers! Red shots at home!!

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          **Log In**    Forget Account?

 Tilt Pinball Bar

⋯

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos

Tilt Pinball Bar was live.
May 20, 2023 · 🌐



👍❤ 30                            9 💬  3 ↗

👍 Like      💬 Comment      ↗ Share

Most relevant ⌄

 April Kay Rocha · 0:08
Omg that laugh is the best thing ever miss you girlie 😜
❤
2y
View 8 more comments

Tilt Pinball Bar was live.
May 20, 2020 · 🌐



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

- ⓘ Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- ☎ (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- ◷ Open now ⌄
- 🍴 Dine-in · In-store pickup ⌄
- Ⓢ Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                     See all photos



◯◯ 16                              29 💬  3 ⤻

👍 Like        💬 Comment        ⤻ Share

Most relevant ⌄

Renae Ward · 0:13
🖤 🖤 🖤
2y

View 28 more comments

Tilt Pinball Bar was live.
May 14, 2020 · 🌐

◯◯ 😮 26                          68 💬  2 ⤻

👍 Like        💬 Comment        ⤻ Share

Most relevant ⌄

Matt Olson 🖤 · 34:20
Thanks Lakesha!
2y

View more comments                    1 of 59

Tilt Pinball Bar
May 1 2020 · 🌐

What is the first game you are going to play when we reopen? (Forgot what's there? Check out there lineup at www.tiltpinballbar.com )

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

 **facebook**

Email or phone     Password     Log In     Forgot Account?

 **Tilt Pinball Bar**     ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ·
Meta © 2023

---

TILTPINBALLBAR.COM
**Pinball Machines Minneapolis, MN | Tilt Pinball Bar**
Tilt is fully loaded pinball bar in Minneapolis, MN with nearly 20 cur...

👍❤ 23                                          43 💬

👍 Like        💬 Comment        ↗ Share

View 38 previous comments                     Oldest ▾

**Kris Cornelo**
Hoping there's a Hot Wheels there
2y
↳ 2 Replies

---

 **Tilt Pinball Bar** was live.
April 29, 2020 · 🌐



👍❤ 37                                     88 💬  5 ↗

👍 Like        💬 Comment        ↗ Share

Most relevant ▾

**Tim Boche** ✓
That's the walk I take every time I go to Tilt. If you were open for carry out I'd probably drive all the way up from Farmington just to get a Cubano.
2y · Edited

View more comments                          1 of 78

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone     Password     **Log In**     Forgot Account?

### Tilt Pinball Bar

#### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛍 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

#### Photos                    See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤😮 38                          54 💬   5 ↗

👍 Like         💬 Comment        ↗ Share

Most relevant ⌄

**Michael Kalpiers** ✓ · 3:36
I so miss this place!! I'm sure my fingers are out of shape!
2y
View 50 more comments                    1 of 52

**Tilt Pinball Bar**
April 22, 2020 · ⊕
Excited to see you all at 6pm tonight (4/22) via Facebook Live for Drinks, Trivia, and Games! 🎮 🍸 🍺



## Connect with Tilt Pinball Bar on Facebook

**Log In**        or        **Create new account**



facebook

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑤ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



◯◯ 52                    1 💬 3 ↦

👍 Like              💬 Comment

Oldest ⌄

 Renae Ward
Yasss! Keep doing these 💚
2y

 **Tilt Pinball Bar**
April 20, 2020 · 🌐

Three years. Somehow seems so long ago yet feels like yesterday. Thank you to everyone who has helped make Tilt what it is today. We couldn't do it without you 💚 #hugepartywhenthisisover #cheersto3years #tiltpinballbar



◯◯ 244                    16 💬 5 ↦

👍 Like              💬 Comment

View 11 previous comments              Oldest ⌄

 Lance Bolson
Opening soon...



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone     Password     **Log In**    Forgot Account?

🎯 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

📍 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



🎯 **Tilt Pinball Bar**
April 19, 2020 · 🌐

🔊 Anniversary weekend continues with a message from Nick! 🔊

👍❤ 28    2 💬

👍 Like            💬 Comment

Oldest ⌄

**Maxikilian B Kilinem**
Can't wait to come play with y'all! Stay safe
🙂

🎯 **Tilt Pinball Bar** was live.
April 15, 2020 · 🌐



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone          Password          Log In    Forgot Account?



Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤️ 54                                   240 💬  1 ↪️

👍 Like          💬 Comment          ↪️ Share

Most relevant ⌄

Brooke Burns ❤️  · 33:54
Miss and love you guys!
2y

View more comments                                    1 of 221

Tilt Pinball Bar
April 15, 2020 · 🌐

This was so much fun we are doing it again!

Tune in at 6pm Wednesday for a cocktail, Trivia and Pinball (how to start a mode) tutorial with Vinny!

See you then!



Tilt Pinball Bar
April 7, 2020 · 🌐

We miss you!

6 p.m. Wednesday Live from Tilt
Happy Hour with Lakesha!
Strawberry Margarita, making of the "Red", trivia, and giveaways!.
See more

 51                                   

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

**Tilt Pinball Bar**
April 8, 2020 · 🌐



**Tilt Pinball Bar** was live.
April 8, 2020 · 🌐

◯◯ 15                    1 ↱

👍 Like        💬 Comment        ↪ Share

**Tilt Pinball Bar** was live.
April 8, 2020 · 🌐



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

Most relevant ⌄

 Tilt Pinball Bar   40:37
Bllly
2y
View more comments                         1 of 321

 Tilt Pinball Bar
April 8, 2020 · ⊕
Remember to tune in tonight at 6pm!!!



Tilt Pinball Bar
April 7, 2020 · ⊕
We miss you!
6 p.m. Wednesday Live from Tilt
Happy Hour with Lakesha!
Strawberry Margarita, making of the "Red", trivia, and giveaways!...
See more

◯◯ 8

👍 Like                        💬 Comment

 Tilt Pinball Bar
April 7, 2020 · ⊕
We miss you!
6 p.m. Wednesday Live from Tilt
Happy Hour with Lakesha!
Strawberry Margarita, making of the "Red", trivia, and giveaways!   See

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account

facebook



Email or phone     Password     **Log In**     Forgot Account?

 **Tilt Pinball Bar**                                        ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ



### Photos                                        See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍❤ 135                                        7 💬 13 ↗

👍 Like                    💬 Comment

View 5 previous comments                    Oldest ⌄

Ali Jo
❤
2y

**Tilt Pinball Bar** is 😊 feeling positive.
April 2, 2020 · 🌐

Bought too much on Amazon? Slide over to https://tilt-pinball-bar.myshopify.com/collections/all and order some TILT gear to switch things up 😊

👍 27                                        1 ↗

👍 Like                    💬 Comment

**Tilt Pinball Bar**
March 29, 2020 · 🌐

What are you craving most from TILT? Pinball, food, drink, or otherwise?

I'll start: pretzel 🥨 and chicken tinga tacos 🌮...

👍❤😆 27                                        48 💬 1 ↗

👍 Like                    💬 Comment

View 44 previous comments                    Oldest ⌄

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook



**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook 

Email or phone | Password | **Log In** | Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🔵 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

**Photos**    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

TILT-PINBALL-BAR.MYSHOPIFY.COM
**All** 
Tilt Pinball Bar

🔵 23       2💬 1↗️

👍 Like    💬 Comment    ↗️ Share

Oldest ⌄

**Craig Foster**
Is there a way to make the gift cards deliverable electronically? It's currently more than 7 dollars shipping.
2y

✏️ Author
**Tilt Pinball Bar**
Just updated the page so gift cards will now ship free! 
2y

**Tilt Pinball Bar**
March 16, 2020 · 🌐

With this news, Tilt Pinball Bar will be closed tomorrow until further notice. League will be postponed and our monthly women's tournament cancelled. We hope this will be short lived and will let you know when we get the all clear. As always, thanks for your support of our local business.

STARTRIBUNE.COM
**Minneapolis mayor declares local emergency, puts limits on bars, restaurants**

👍❤️ 63     7💬 2↗️

👍 Like    💬 Comment    ↗️ Share

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone    Password    Log In    Forgot Account?

Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

reopen!

2y

**Tilt Pinball Bar**
March 13, 2020 · Instagram · ⊙

Tilt Friends:

We understand the seriousness of COVID-19 and the panic surrounding it. We want you to know we CONTINUE to be diligent about cleaning and sanitization from food prep to handles and flipper buttons.

We will remain open to serve you and know our awesome customers will practice great hand washing and common sense when it comes to keeping everyone healthy 🤙🙏🧼💦



👍❤ 76    3 💬   3 ↷

👍 Like    💬 Comment

View 2 previous comments    Oldest ⌄

**Cassidy Hagen**
It's too bad I cant enjoy the excellent tables. My skillz are so sick I had to quarantine myself! hahaha 😜😜😜

2y

**Tilt Pinball Bar**
March 10, 2020 · Instagram · ⊙

🍺 New beer ON TAP and ADDAMS FAMILY in the house today! On spring break? School closed? Come feel the power at TILT today! 💥 #mplspinball #springbreak2020 #lupulin #citriculous



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



**facebook**

Email or phone    Password    Log In    Forgot Account?

Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 40                                              9 💬

👍 Like              💬 Comment

View 5 previous comments                              Oldest ⌄

Ryan Heaton
Omg on my way.
2y

Tilt Pinball Bar
March 6, 2020 · Instagram · ⊕

See you tonight!!!!! #strangerthingspinball #topplinggoliath #tgif



- $5 TG beers ✓
- Pro & LE Stranger Things ✓
- UV lighting kit on LE ✓
- Code update on Rick & Morty ✓
- $4/TG beer donated to Project Pinball ✓

SEE YOU HERE!

 18

👍 Like              💬 Comment

Tilt Pinball Bar
March 6, 2020 · Instagram · ⊕

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone     Password     Log In    Forgot Account?

 Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ˅
- Dine-in · In-store pickup ˅
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷  Cookies · More ·
Meta © 2023



🔵🔵 14

👍 Like          💬 Comment

 Tilt Pinball Bar
March 3, 2020 · Instagram · 🌐

A HUGE Thank You to @indeedbrewing for allowing us to come and be a part of brewing Day Flipper, Day Tripper's alter ego. Infused with orange peel and Colorado spruce tips. Available exclusively at Tilt while supplies last.



🔵🔵 22

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

**facebook**

Email or phone          Password          Log In          Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏪 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                                    See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
March 3, 2020 · 🌐

A HUGE Thank You to Indeed Brewing Company for allowing us to
come and be a part of brewing Day Flipper, Day Tripper's alter ego.
Infused with orange peel and Colorado spruce tips. Available
exclusively at Tilt while supplies last.



**Indeed Brewing Company** is at Tilt Pinball Bar.
March 3, 2020 · Minneapolis, MN · 🌐

Day Tripper is taking a spin. Our flagship pale ale is flipping its
flavor profile with fresh infusions. First up: Orange Peel & Colorado
Spruce Tips. Available... See more

 23

👍 Like                    💬 Comment

 **Tilt Pinball Bar**
March 3, 2020 · Instagram · 🌐

Thank you to this incredible team, we couldn't do it without you! Drop
a 💙 below to show your love for these awesome people!
#employeeappreciation #mplspinball #onlythebestforyou
#gameshowbattlerooms #bartendersofinstagram



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone          Password          Log In    Forgot Account?

  **Tilt Pinball Bar**                                                                    ...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

---

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
   MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🔔 Dine-in · In-store pickup ∨

Ⓢ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

---

### Photos                              See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

---

🙂🙂 99                              6 💬  4 ↪

👍 Like                     💬 Comment

View 3 previous comments                Oldest ∨

**Bob Marino**
Gr8 team
5w
↳ 1 Reply

**Tilt Pinball Bar**
March 2, 2020 · Instagram · 📷
Closed Monday March 2nd for our employee appreciation party!



🙂🙂 20                              3 💬  2 ↪

👍 Like                     💬 Comment

View 2 previous comments                Oldest ∨

**Sever Thorne**
🙂 🙂 you guys are amazing, keep up doing that
amazing job, u guys been doing!
5y

**Tilt Pinball Bar**
February 27, 2020 · Instagram · 📷
Sees Tilt has Rick and Morty on the floor, immediately gets sick at
work and has to leave for the day 😀
✔
#rickandmorty #rickandmortypinball #mplspinball #onlythebestforyou

---

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**                                                                ...

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🅘 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🅘

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



👍❤ 98                                         17 💬  5 ↗

👍 Like                    💬 Comment

View 14 previous comments                        Oldest ⌄

Kelsey Neuman
Nick and Shelby 👍
3y

 **Tilt Pinball Bar**
February 27, 2020 · Instagram · 🌐

As if you needed an excuse to come to Tilt tomorrow. ✒
#rickandmorty #rickandmortypinball #mplspinball



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook 

Email or phone     Password     **Log In**     Forgot Account?



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

**Log In**     or     **Create new account**

facebook

Email or phone | Password | Log In | Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍴 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍 ❤️ 😮 93                                      15 💬

👍 Like                    💬 Comment

View 8 previous comments                    Oldest ▼

**Dana Zahler**
Ryan Grittman
3y

**Tilt Pinball Bar**
February 23, 2020 · Instagram · 🌐

Today at 4! @surlybrewing specials, good food, great times. ✔️
#pinballtournament #ilfpa #mplspinball #sundayfunday

♥ 10                                      3 💬  1 ↗️

👍 Like                    💬 Comment

Oldest ▼

**Alex Scheffler**
Anthony Kolodziej
3y
↳ 2 Replies

**Tilt Pinball Bar**
February 20, 2020 · 🌐

Woot Woot! Tonight is the night o PARTAY! $5 at the door & your first
Fair State Brewing Cooperative beer is on us and all games on free
play! #seeyoutonight #mplspinball #beonme #thirstythursday

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone     Password     **Log In**   Forgot Account?

 **Tilt Pinball Bar**   ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



THU, FEB 20, 2020
**$2 Off + Free Play on Thursday with Fair State Co-op!**
Minneapolis, MN
12 people interested

 17

👍 Like        💬 Comment        ↪ Share

 **Tilt Pinball Bar**
February 19, 2020 · 🌐

Join us for our monthly Women's tournament tonight! Great food, great fun, great people!



TILT PINBALL BAR
**Tilt's Monthly Women's Tournament**
This event was canceled

❤ 11                                           2 💬

👍 Like        💬 Comment        ↪ Share

View 1 more comment                           Oldest ⌄

 Rachel Jones
Unfortunately I'll have to miss it. My kiddo has a cold
3y

 **Tilt Pinball Bar**
February 14, 2020 · Instagram · 🌐

Stop by before, during, and after your date tonight. Get some @3fcydsbrewing. These guys would love to see you 🍺💕🍻 #valentinesday2020 #beermo #tgif #cheerstothefreakinweekend



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**



Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos



Privacy · Terms · Advertising · Ad Choices ⓘ · Cookies · More ·
Meta © 2023



👍❤️ 10

👍 Like     💬 Comment

### Tilt Pinball Bar
February 13, 2020 · Instagram · 🌐

Valentine's Day plans? Let us help you out! Join us for some sweet @3floydsbrewing beers and play rep Cory for some cool 3 Floyds swag! #valentinesday2020 #pinballbutforvalentines #beerme #cheerstothefreakinweekend



👍❤️ 8

👍 Like     💬 Comment

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**facebook**

Email or phone          Password          [Log In]    Forgot Account?

 Tilt Pinball Bar                                               ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

swag! See you Friday!



FRI, FEB 14, 2020
**Metal Massacre featuring 3 Floyds Tap Take Over & Free Swag**
Minneapolis, MN
29 people interested

👍❤ 11

👍 Like          💬 Comment          ↪ Share

 Tilt Pinball Bar is 😄 feeling happy.
February 6, 2020 · 🌐

It's City Pages Minneapolis "Best of" time again!
Click the image to vote Tilt Pinball Bar!
A few ideas include:
Best Instagram (@tiltpinballbar) ... See more



CITYPAGES.SECONDSTREETAPP.COM
**Best of the Twin Cities 2020 Readers' Choice Poll**
Vote now in City Pages' Best of the Twin Cities 2020 Readers' Choic...

👍 19                                              1 💬  2 ↪

👍 Like          💬 Comment          ↪ Share

Oldest ▼

 Ron Raasch
Sorry we haven't made it to your place yet but I like your Facebook entry and will come soon! Love a good hot dog!

## Connect with Tilt Pinball Bar on Facebook

[Log In]    or    [Create new account]




Email or phone   Password   Log In   Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos          See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

now on the moon ▾
#mplspinball #strangerthings #strangerthingspinball
#onlythebestforyou



♡😊 33                                    5 💬   1 ↗

👍 Like                    💬 Comment

View 3 previous comments                 Oldest ▾

**Brandon Lentz**
Had a chance to play this afternoon. The magnetic ball lock on this version rules.
3y

**Tilt Pinball Bar**
January 31, 2020 · Instagram · 🌐

BLASPHEMY! Get ready to fry this guy starting tomorrow. Metallica pinball and @bentpaddlebeer event starting at 4:00.
#mplspinball #pinballandbeer #cheerstothefreakinweekend



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



facebook

Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



OO 25                           2 💬 1 ↗

👍 Like              💬 Comment

Oldest ⌄

 Brandon Lentz
What's this one replacing?
3y
↪ 1 Reply

 Tilt Pinball Bar
January 20, 2020 · Instagram · ◔

It's that time of year again! #hopslam is back on tap and league starts
tonight! #pinballleague #beerme



♡ 12                          1 ↗

👍 Like              💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook 

Email or phone     Password     Log In   Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎 Dine-in · In-store pickup ⌄

Ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos
See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

It's the first monthly tourney of 2020! Come break up your Sunday with some pinball and Surly Brewing Company specials! 🍺 🎯 📌 #pinballtournament #sundayfunday #isJanuaryoveryet



TILT PINBALL BAR
**Tilt's Monthly Pinball Tournament**
This event was canceled

❤ 9

👍 Like          💬 Comment          ↪ Share

 Tilt Pinball Bar
January 24, 2020 · Instagram · ⊙

Did someone say it's National Canned Beer Day?! OK! Come see what we have for you to celebrate! 🍻 🍺 #nationalcannedbeerday #tgif #beerme



❤ 17

👍 Like                    💬 Comment

⊙ Tilt Pinball Bar

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

Email or phone     Password     **Log In**     Forgot Account?

 Tilt Pinball Bar                                                    ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



FRI, JAN 31, 2020
**Bent Paddle Black Space 2 Tap Takeover**
Minneapolis, MN
17 people interested

👍❤ 6

👍 Like          💬 Comment          ↗ Share

 Tilt Pinball Bar
January 19, 2020 · Instagram · 🌐

Come play some pinball, grab some grub, and visit Harlow today! #mplspinball #tiltbartender #sundayfunday



❤ 21                                              2 💬

👍 Like                          💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**

facebook



Email or phone   Password   **Log In**   Forgot Account?

**Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

◆ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

Ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Tilt Pinball Bar, do you have Sociable Cider on tap?

3y

✎ Author
**Tilt Pinball Bar**
Sarah E. Bagwell we do not have Sociable on tap, but we do have it in 16oz cans. Freewheeler and Fat Bike. On tap we have Loon Juice Pear. Thanks!

3y

**Tilt Pinball Bar**
January 16, 2020 · Instagram · 🌐

Don't let a little snow get in your way! Ski, sled, walk, ride your way over to TILT today. We will keep you warm.
#snow #mplspinball #hotdog #cheerstothefreakinweekend



👍❤ 41     2 💬 2 ↗

👍 Like     💬 Comment

Oldest ⌄

Jason Rufer

 

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone   Password   **Log In**   Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
January 17, 2020 · 🌐

Come out tonight for $2 off all Fair State Brewing Cooperative bevs + 2 free games for each FSBC beverage purchased! 6pm - 8pm! #cheers #ALMOSTTHEWEEKEND #whatsnow



THU, MAY 21, 2020
**$2 Off + Free Play on Thursday with Fair State Co-op!**
Minneapolis, MN
28 people interested

◯ 5

👍 Like       💬 Comment       ↗ Share

 **Tilt Pinball Bar**
January 16, 2020 · Instagram · 🌐

Come warm up with some pinball and probably a hot dog. 🌭 ⊗ ☑
#tundra #mplspinball

◯ 45                                    6 💬

👍 Like                        💬 Comment

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone          Password          Log In      Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🅘 Page · Bar

🧭 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**          See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook



facebook



Email or phone    Password    Log In    Forgot Account?

 Tilt Pinball Bar                                      •••

#newmenuwhodis #strangerthings #cheerstothefreakinweekend

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍😆 50                              7 💬  2 ↗

👍 Like              💬 Comment

View 6 previous comments          Oldest ⌄

Casey Van Houdt
Mitchell Dappen
3y

Tilt Pinball Bar
January 9, 2020 · Instagram · ✎

Fair State/Barrel Theory colab Mister Falcon on draft now, along with new code on Jurassic Park LE. We also have plenty of Coors Light for all of you New Years resolutionists. #newyearnewme #newyearnewcode #newyearcolab



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**



### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

 14    2 ↗

👍 Like    💬 Comment

 **Tilt Pinball Bar** updated their cover photo.
January 3, 2020 · 🌐

Happy New Year! We are open regular hours today. Come spend those quarters 😄 🎊
#mplspinball #pinballresolutions #happynewtyear #2020



👍 Like    💬 Comment

 **Tilt Pinball Bar**
January 2, 2020 · 🌐

The local collab you didn't know you needed. Surly Brewing Company x Tilt Pinball Bar. Now through February 24 at Surly Pizza Upstairs. Pinball available anytime during open hours as well as Monday Night league!
http://www.citypages.com/.../surly-pizza-and.../566579371

### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

⋯

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



CITYPAGES.COM
**Surly Pizza and Tilt announce new joint pinball league for
the winter | City Pages**

👍❤ 88                    4 💬   7 ↗

👍 Like        💬 Comment        ↗ Share

View 3 previous comments                    Oldest ⌄

**Rachel Jones**
Not only is it a great partnership, it have me a chance to
introduce the kiddo to pinball in a well lit, low music
environment!!! 🤍🤍🤍



8y

 **Tilt Pinball Bar**
January 1, 2020 · Instagram · 🌐

Happy New Year! We are open regular hours today. Come spend those
quarters 😄🎉
#mplspinball #pinballresolutions #happynewtyear #2020



👍 36                    1 💬

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account



**facebook**

Email or phone    Password    **Log In**    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📍 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

 **Tilt Pinball Bar**
December 31, 2019 · Instagram · 🌐

Happy New Year's Eve! We are here all night with Happy Hour from 4pm-6pm and 10pm- 12am! PLUS Stranger Things code update. Come ring in 2020 with us! 🎉 🎊
#newyearseve #2020 #mplspinball #strangerthings



👍❤ 32

👍 Like            💬 Comment

 **Tilt Pinball Bar**
December 27, 2019 · Instagram · 🌐

Ready for things to get weird, just in time for the weekend!
#strangerthings #strangerthingspinball #mplspinball



### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

**facebook**

Email or phone    Password    Log In    Forgot Account?

**Tilt Pinball Bar**    ...

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**    See all photos

⭕💗👍 96    5 💬 8 ↗

👍 Like    💬 Comment

View 3 previous comments    Oldest ▾

Lance Bolson
So, how do you make a Stranger Things pinball machine without an "upside down" (lower play field)?
3y

**Tilt Pinball Bar**
December 25, 2019 · Instagram 🌐



💗 24

👍 Like    💬 Comment

**Tilt Pinball Bar**
December 23, 2019 · Instagram 🌐

Photo speaks for itself! Pro and LE ordered!
#strangerthings #strangerthingspinball #mplspinball #onlythebestforyou



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In    or    Create new account

 facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**   ···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

🔷 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️😲 95                    1 💬  2 ↗

👍 Like               💬 Comment

Oldest ⌄

 **Tilt Pinball Bar**
December 23, 2019 · Instagram · 🌐



👍 7

👍 Like               💬 Comment

 **Tilt Pinball Bar**
December 23, 2019 · Instagram · 🌐

December the 19th be with you... $5 pours of Double Dry Hop King Sue ☆ and Double Dry Hop Lightspeed all weekend. Plus Star Wars LE has returned ... #mplspinball #starwars



## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

facebook

Email or phone          Password          Log In   Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



○○○ 19                              3 💬

👍 Like                    💬 Comment

View 2 previous comments          Oldest ⌄

 ✿ Top fan
Elizabeth Boelke
This needs a code update it is same one as when it left at least

3y

 **Tilt Pinball Bar**
December 19, 2019 · Instagram · ⊕

Congratulations to the women who came out to participate in our women's tournament last night! Top three finishers were:
1. Libby T.
2. Angie D.
3. Vanessa P.
Thanks for coming ladies! ... See more



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In          or          Create new account

facebook

Email or phone    Password    **Log In**    Forgot Account?

**Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



⌃ Like    ⬚ Comment

View 3 previous comments    Oldest ⌄

**Ron Raasch**
We are coming, looks like my kinda place!
3y

**Tilt Pinball Bar**
December 19, 2019 · ⊕

Yassssss

THU, DEC 19, 2019
Free Token Thursday with Fair State Co-op!
Minneapolis, MN
63 people interested

⊙ 8                                            1 ◯

⌃ Like        ⬚ Comment        ↪ Share

Oldest ⌄

**Anthony Pukay**
3y

**Tilt Pinball Bar**
December 18, 2019 · ⊕

We love new pinball releases! Can't wait to check this one out! #rickandmorty #mplspinball #onlythebestforyou

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone        Password        **Log In**   Forgot Account?



**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑤ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 Like            💬 Comment

View 14 previous comments                    Oldest ⌄

Kevin Monzel
Tilt Pinball Bar you all have this one on the floor?
3y
↳ 1 Reply

**Tilt Pinball Bar**
December 15, 2019 · 🌐

It crept up on us! Monthly tourney is today due to the holidays. Hope you can make it!



SUN, DEC 15, 2019
**Monthly Pinball Happy Holidays Tournament - December**
Minneapolis, MN
3 people interested

 3

👍 Like            💬 Comment            ↪ Share

**Tilt Pinball Bar**
December 9, 2019 · 🌐

Warm up with a glass of Indeed Brewing Company Strange Charm. A bourbon barrel-aged ale with notes of ginger, honey and orange peel.
😋 🍺
And remember, our online shop is still open for your gift giving needs!
#shoplocal #buylocal #drinklocal #embracelocal



**Connect with Tilt Pinball Bar on Facebook**

[ **Log In** ]   or   [ **Create new account** ]

**facebook**

Email or phone   Password   Log In   Forgot Account?

 **Tilt Pinball Bar**   ...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos   See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤ 15

👍 Like    💬 Comment

 **Tilt Pinball Bar**
December 3, 2019 · 🌐

To answer questions on tokens:
They have no cash value. We will not be buying them back. If you have an abundance of them, get in by December 31 to use them up!
With the amount of money we spend on tokens each year, we would rather put that into new and different machines for you to enjoy. We hope you understand this decision and continue to enjoy Tilt as much as we enjoy having you!
January 1 games will be $0.50/play, with the exception of Big Lebowski.
HAPPY HOLIDAYS fro... See more



Effective January 1, our machines will be switched to quarters.

👍❤ 67    32 💬   2 ↗

👍 Like    💬 Comment

View 12 previous comments    Oldest ⌄

 **Naomi Lund**
I love this decision; gotta find all my tokens and spend them all!!
3y    👍

 **Tilt Pinball Bar**
December 3, 2019 · 🌐

Please note, effective January 1, 2020, our machines will be switched to quarters. Thanks for your ongoing support!
#mplspinball #playlocal #quarters

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

facebook 

Email or phone    Password    Log In   Forgot Account?

 **Tilt Pinball Bar**   ...

### Intro

The best place for pinball in the Twin Cities. Specially hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**January 1, our machines will be switched to quarters.**

**Tilt Pinball Bar**
Bar

💬 Send message

 102        52 💬   15 ↗

👍 Like        💬 Comment

View 27 previous comments        Oldest ⌄

 **Patrick Birke**
BOOOO
3y

**Tilt Pinball Bar**
December 2, 2019 · 🌐

FREE SHIPPING EXTENDED FOR #CYBERMONDAY
Yeah buddy, free shipping they today for all online orders! #linkinbio
#shoplocal #cybermonday #beagoodgiftgiver



Heather Grey Knit Beanie Hat
$15.00

1 TILT pint glass
$8.00



⟳ 1                1 ↗

👍 Like        💬 Comment

### Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account



Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

December 1, 2019 · Instagram ·

Have you seen our cool new pint glasses? 1 for $8 or 2 for $12. A great buy with your holiday gift cards 😊
Reminder: FREE SHIPPING on online orders ends tonight!
#shoplocal #mplspinball #happyholidays

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



### Photos

See all photos

 47    3 💬 1 ↪

👍 Like          💬 Comment

View 2 previous comments                    Oldest ⌄

**Rosalie Hommes**
Are these available? I need one!!
2y

 **Tilt Pinball Bar**
November 29, 2019 ·

Our Black Friday sale is here! Buy $50 in TILT gift cards, get a free $20 gift card! Black Friday Only.
Thru the rest of the holiday season, buy $50 in TILT gift cards, get a free $10 gift card.
Also, for Black Friday Weekend, free shipping from our online shop! ...
See more



## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



👍❤️ 44

2 💬   4 ↗️

👍 Like          💬 Comment

Oldest ⌄

 🖋️ Author
**Tilt Pinball Bar**
https://tilt-pinball-bar.myshopify.com/collections/all

 TILT-PINBALL-BAR.MYSHOPIFY.COM
All

5y

 **Tilt Pinball Bar** updated their cover photo.
November 29, 2019 · 🌐

 

👍❤️ 2

👍 Like          💬 Comment

 **Tilt Pinball Bar**
November 2?, 2019 · 🌐

Heads up · We will be closed on Thanksgiving Day. So get out there

---

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



**facebook**

Email or phone   Password   Log In   Forgot Account?



 **Tilt Pinball Bar**

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

- ⓘ Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍽 Dine-in · In-store pickup ⌄
- $ Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

**Tilt Pinball Bar**
Bar                                                      Learn more

👍😆👍 37

👍 Like          💬 Comment

**Photos**                    See all photos

**Tilt Pinball Bar**
November 24, 2019 · 🌐

Come out today at 4 to try your hand at the monthly tournament. No experience necessary!



SUN, NOV 24, 2019
**Monthly Pinball Give Thanks Tournament - November**
Minneapolis, MN
23 people interested

👍 10

👍 Like       💬 Comment       ↗ Share

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

Log In      or      Create new account

facebook

Email or phone     Password     Log In     Forgot Account?

### Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ∨
- Dine-in · In-store pickup ∨
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Come on out tonight!
$5 pours of Mirror Universe, FS3, IPA
$4 cans of Pils, Lemongrass Seltzer, Hibiscus Seltzer
4 free tokens for each drink ordered!



THU, NOV 21, 2019
**Free Token Thursday with Fair State Co-op!**
Minneapolis, MN
19 people interested

♥ 12

👍 Like        💬 Comment        ↪ Share

### Tilt Pinball Bar
November 13, 2019 · ⊙

Normally we don't like abrasives around our machines, but this one is
quite nice. Fresh keg just off the truck. ⚙️ #drinklocal #playlocal



 14

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                     See all photos

**Tilt Pinball Bar**
November 11, 2019 · 🌐

Thanks to all the veterans out there who do what they do to keep us
safe 🫡 🇺🇸
#veteransday #service #grateful



 11

👍 Like          💬 Comment

**Tilt Pinball Bar**
November 7, 2019 · 🌐

Mark your calendars for Friday afternoon. Two delicious Fair State
Brewing Cooperative kegs will be tapped. Spirit Foul and FSB Part 1!
Come thirsty 🍺 #tgif #cheerstothefreakinweekend #drinklocal
#playlocal



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Connect with Tilt Pinball Bar on Facebook**

[Log In]    or    [Create new account]

---

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone          Password          Log In     Forgot Account?

### Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

♡ 37                                    1 💬   2 ↪

👍 Like                      💬 Comment

Oldest ⌄

Jay Saari

3y

**Tilt Pinball Bar**
November 6, 2019 · Instagram · 🌐

This trio showed up today to keep Killer Queen's spot warm while it visits @bauhausbrewlabs! A whopping 14.29% more pinball for your enjoyment. #mplspinball #playlocal

👍♡ 105                                  23 💬   6 ↪

👍 Like                      💬 Comment

View 12 previous comments                Oldest ⌄

Jason Griggs
Love the Bride, plays great.

3y

**Tilt Pinball Bar**
October 31, 2019 · Instagram · 🌐

$5 Surly Brewing Company axe man and darkness and a few games on free play? Yes please! Happy Halloween from your friends at Tilt! 🍻 ✕ #halloweenfreeplay #happyhalloween

## Connect with Tilt Pinball Bar on Facebook

Log In        or        Create new account



facebook

Email or phone | Password | **Log In** | Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

### Photos

See all photos



🔵 16                    3 ↗

👍 Like          💬 Comment

 **Tilt Pinball Bar**
October 29, 2019 · Instagram · 🌐

Come check out our new merch! Gray pullover and zip up hoodies with black logo,  black t-shirt with red logo, and some oldies but goodies, including $10 women's tees!
Tshirt - $18
Pullover - $30
Zip Up - $35



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

🔵 34                    5 💬 1 ↗

### Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

facebook

Email or phone    Password    **Log In**    Forgot Account?



Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos
See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

Author
Tilt Pinball Bar
Hopefully!
3y

Tilt Pinball Bar
October 29, 2019 · 🌐
If you're new to Pinball, come out and try it!

Dead Flip Pinball Streaming
October 29, 2019

So I get a LOT of messages from newcomers about how expensive it is to get into pinball. Like, a LOT.
Yes a lot of the public folks and personalities you see s... See more

👍😊 21                    2 💬  1 ↪

👍 Like          💬 Comment

View 1 more comment          Oldest ⌄

Tim Boche
Truer words have never been spoken. Pinball for me started in the 70s when I would a given a dollar by my father on his bowling night. The fascination with playing pinball did finally lead to my first pin around 1979. A pin that I still have and is par... See more

3y   Edited                        👍 4

Tilt Pinball Bar
October 25, 2019 · 🌐
Sunday is looking pretty good!

9UN, OCT 27, 2019
Monthly Pinball Spooktacular Tournament - October
Minneapolis, MN
51 people interested

👍😊 20                        2 💬

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone     Password     **Log In**   Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏢 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

---

Keith Bittner
Nice one, Tony!

3y

↪ 1 Reply

---

Tilt Pinball Bar
October 17, 2019 · 🌐

Come on out tonight for some Fair State Brewing Cooperative beer specials and free tokens! #playlocal #drinklocal #mplspinball #MEA



THU, OCT 17, 2019
**Free Token Thursday with Fair State Co-op!**
Minneapolis, MN
8 people interested

👍 Like        💬 Comment        ↪ Share

---

Tilt Pinball Bar
October 16, 2019 · 🌐

Come on out tonight for our Women's Tournament. Always the 3rd Wednesday of every month. See you tonight!

WED, OCT 16, 2019
**Tilt's Monthly Women's Tournament**
Minneapolis, MN
10 people interested

👍 7

👍 Like        💬 Comment        ↪ Share

---

Tilt Pinball Bar
October 15, 2019

Come on out Thursday night for $2 off Fair State Brewing Cooperative

---

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook



Email or phone　　Password　　**Log In**　　Forgot Account?



![icon] Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ˅
- Dine-in · In-store pickup ˅
- Price Range · $
- Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



THU, DEC 19, 2019
**Free Token Thursday with Fair State Co-op!**
Minneapolis, MN
63 people interested

❤ 3                                                    1 💬

👍 Like          💬 Comment          ↗ Share

Oldest ˅

![icon] Jennifer Merchant
Joe we may need to stop by for this 😊
3y

![icon] Tilt Pinball Bar
October 13, 2019 · Instagram · ⓖ

TILT Pinball Bar, a place for everyone to enjoy. 🏴‍☠️ ☠️ ⚔️
#piratesofthecaribbean #skeleton #mplspinball #playlocal



## Connect with Tilt Pinball Bar on Facebook

**Log In**          or          **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



facebook

| Email or phone | Password | Log In | Forgot Account? |

 Tilt Pinball Bar

...

Oldest ▾

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

**Tim Boche**
Some days if feels like that waiting to play one of the new machines 😔
3y

**Tilt Pinball Bar**
October 12, 2019 · Instagram · 🌐
Escape this misery with some Pinball and booze. #mplspinball #whatfall #playlocal



 15                    1 💬  ↗

👍 Like              💬 Comment

Oldest ▾

**Harlan Taylor**
That's a very reusable slogan.
3y

**Tilt Pinball Bar**
October 10, 2019 · 🌐
Come let Elvira cast a spell on you! #elviramistressofthedark #elvirapinball #playlocal #mplspinball



## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

**facebook**

Email or phone      Password      Log In   Forgot Account?

 Tilt Pinball Bar

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🎯 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



◯◯ 76                     10 💬  2 ↗

👍 Like          💬 Comment

View 7 previous comments          Oldest ⌄

Douglas Von Irvin's Carnival
Can't wait to play one.
3y

Tilt Pinball Bar
October 9, 2019 · Instagram · 🌐

It's Wet Wednesday! Joker and Riddler seem pretty excited about it too.#beerme #humpday #drinklocal #mnbeerpeople



◯◯ 14                             1 ↗

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account



facebook

Email or phone | Password | Log In | Forgot Account?

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

☎ (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Tilt Pinball Bar
October 7, 2019 · 🌐



Sorry, we're having trouble playing this video.
**Learn More**

Lakesha Novicky is with Eric Collier.
October 7, 2019 · 🌐

Catch Us Everyday All Day Tilt Pinball Bar 11a.m.–2a.m. Serving Red With the UnDEAD!

◯ 9                                          3 ↗

👍 Like                    💬 Comment

Tilt Pinball Bar
October 3, 2019 · Instagram · 🌐

Who will save you from yourself? Join @GeminiManMovie at Tilt tonight from 5:30pm – 8:00pm to enjoy exclusive movie-themed drink specials and for your chance to win prizes, including advance screening passes (while supplies last). We hope to see you there!

See #GeminiMan in theaters October 11!



◯ 1

👍 Like                    💬 Comment

## Connect with Tilt Pinball Bar on Facebook

Log In      or      Create new account

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

facebook

Email or phone     Password     **Log In**     Forgot Account?

Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

⊡ Page · Bar

◇ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

⑤ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



🦞 New brewery alert!  Come try 4 Falling Knife Brewing Company
beers and celebrate their launch!  Happy Hour from 4-6 and 10-12.
See you tonight! 🍻
#drinklocal #mnbrewery #beerpeople #beernerd

❤ 25                                1 💬  3 ↻

👍 Like                    💬 Comment

                                    Oldest ⌄

Falling Knife Brewing Company
See you soon!

Tilt Pinball Bar
September 29, 2019

Monthly Pinball Tournament today at 4! See you then!

## Connect with Tilt Pinball Bar on Facebook

**Log In**          or          **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

facebook

Email or phone          Password          **Log In**   Forgot Account?

**Tilt Pinball Bar**                                    ...

**Intro**

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**                                  See all photos

SUN, SEP 29, 2019
**Monthly Pinball Party**
Minneapolis, MN
8 people interested

◎ 8

👍 Like      💬 Comment      ➤ Share

**Tilt Pinball Bar**
September 27, 2019 · ⊙

Yes it's true... this game has new code. #ghostbusters #tgif #playlocal
#whoyagonnacall



◎ 27                                         2 💬

👍 Like                    💬 Comment

View 1 more comment                         Oldest ⌄

⬥ Top fan
**Chris Code**
I feel new and refreshed!
3y

**Tilt Pinball Bar**
September 26, 2019 · Instagram · ⊙

Come to TILT Pinball Bar, have some Modist Brewing Company Shook.

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook

Email or phone     Password     **Log In**     Forgot Account?

## Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in.

- ⓘ Page · Bar
- ◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- 📞 (612) 236-4089
- ✉ info@tiltpinballbar.com
- 🌐 tiltpinballbar.com
- 🕐 Open now ⌄
- 🍴 Dine-in · In-store pickup ⌄
- Ⓢ Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos     See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍 21                                    6 💬

👍 Like          💬 Comment

View 4 previous comments          Oldest ⌄

🏅 Top fan
**Matt Olson**
Carefull Don't scratch that glass!
3y

### Tilt Pinball Bar
September 24, 2019 · 🌐

Join us tonight for the first night of fall league! No experience
necessary!

TUE, SEP 24, 2019
**Tilt Fall Competitive & Recreational League**
Minneapolis, MN
6 people interested

👍 8

👍 Like          💬 Comment          ↪ Share

## Connect with Tilt Pinball Bar on Facebook

**Log In**     or     **Create new account**



**facebook**

Email or phone      Password      **Log In**   Forgot Account?

Tilt Pinball Bar                                                                     •••

part of your weekend plans! #jurassicpark #mplspinball #playlocal



### Intro

The best place for pinball in the Twin Cities.
Specialty hot dogs, sandwiches and tacos for
dine-in,

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis,
MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                                  See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

👍 53                                              2 💬  2 ↪

👍 Like              💬 Comment

View 1 more comment                              Oldest ⌄

Greg Nye
The real newz is that you have Big Labowski
8y                                                   ▶

Tilt Pinball Bar
September 20, 2019 · ✦

#ElviraLE on order! Excited to check this one out! What do you think?
🖤

#mplspinball #playlocal #onlythebestforyou #tgif



### Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT

 facebook

Email or phone        Password        **Log In**    Forgot Account?

 **Tilt Pinball Bar**

...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Meta © 2023



 👍❤️👏 75                    7 💬

👍 Like          💬 Comment

View 6 previous comments                    Oldest ⌄

 🏅 Top fan
**Kevin Peterson**
If you do a launch party for this, will the other 2 Elvira machines make an appearance? 😊 😂
3y

 **Tilt Pinball Bar**
September 19, 2019 · Instagram · 🌐
Yasssss please 🙌📸🔊 #thirstythursday #drinklocal #happyhour



👍❤️ 15

👍 Like          💬 Comment

 **Tilt Pinball Bar**
September 18, 2019 · 🌐
Join us tonight for the monthly Women's Tournament!

  

## Connect with Tilt Pinball Bar on Facebook

**Log In**      or      **Create new account**

facebook



Email or phone    Password    **Log In**    Forgot Account?

### Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

$ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



WED, DEC 18, 2019
**Tilt's Monthly Women's Tournament**
Minneapolis, MN
45 people interested

👍 4

👍 Like      💬 Comment      ↪ Share

### Tilt Pinball Bar
September 15, 2019 · Instagram · 🌐

Start your Sunday with a latte, a Nitro Mornin' Latte that is. #sundayfunday



👍❤ 10

👍 Like      💬 Comment

### Tilt Pinball Bar
September 14, 2019 · Instagram · 🌐

Thanks to everyone who came out for a fun night of beer and pinball! Congrats to the top 4 finishers! 🎉🎊

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2025

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

**facebook**

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.



🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🎟 Dine-in · In-store pickup ⌄

Ⓢ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍 30

 Like        💬 Comment

 **Tilt Pinball Bar**
September 13, 2019 · 🌐

In case you need an excuse to leave work early! Tonight is the night! Come check out the new Stern Pinball Jurassic Park and enjoy MORNING DELIGHT, among others, from Toppling Goliath Brewing Co. !!! ✏🍺



👍😮 31        1 ↪

👍 Like        💬 Comment

 **Tilt Pinball Bar**
September 12, 2019 · 🌐

Get practicing for tomorrow. Pseudo Sue canned on 9/5 and Jurassic Park v0.88 installed today! Toppling Goliath Brewing Co. #thirstythursday #beerme



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

 facebook

Email or phone    Password    **Log In**    Forgot Account?

Tilt Pinball Bar

•••

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

ⓘ Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

⑂ Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



 27                                   3 💬   3 ↗

👍 Like                    💬 Comment

View 1 more comment                           Oldest ⌄

Joe Gonzalez
What time tomorrow?
3y
↪ 1 Reply

 Tilt Pinball Bar
September 7, 2019 · Instagram · ◔

Careful man, there's a beverage here!... and it's a good one. White Russian infused First Call from @modistbrewing is on draft now! #tgif #beerme #biglebowski



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



facebook

Email or phone      Password      Log In      Forgot Account?

 **Tilt Pinball Bar**

···

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

📄 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🛎 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



❤️ 9                                    1 ↗

👍 Like            💬 Comment

 **Tilt Pinball Bar**
September 4, 2019 · ⊘

Set your calendar for #fridayfunday where we will tap Modist Brewing Company White Russian First Call, a perfect pairing for your Big Lebowski high score attempts. ...
·
·
#whiterussian #biglebowski #beerme #dude #reallytiestheroomtogether



❤️ 30                                4 💬  2 ↗

👍 Like            💬 Comment

View 1 more comment                    Oldest ⌄

**Patrick Carlson**
Bethany Scribner
3y

Tilt Pinball Bar

## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account

facebook

Email or phone    Password    Log In    Forgot Account?

 **Tilt Pinball Bar**    ...

#wheresthemoney

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

ℹ️ Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ℹ️

## Photos    See all photos



🙂👍❤️ 117    1S 💬  10 ↗

👍 Like    💬 Comment

View 9 previous comments    Oldest ⌄

 Andy Tallman
Garyl ✅
3y
↪ 1 Reply

 **Tilt Pinball Bar**
August 27, 2019 · 🌐

We've got some new merch in the store. Check it out while supplies last! #merch #tiltpinballbarhat #tiltpinballbarshirt

https://tilt-pinball-bar.myshopify.com/collections/all



TILT-PINBALL-BAR.MYSHOPIFY.COM
Products
Tilt Pinball Bar

👍 23

👍 Like    💬 Comment    ↗ Share

 **Tilt Pinball Bar**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 **facebook**

Email or phone        Password        **Log In**    Forgot Account?

 **Tilt Pinball Bar**    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏳 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



SUN, AUG 25, 2019
**Tilt's Monthly Pinball Tournament**
Minneapolis, MN
10 people interested

👍❤ 3

👍 Like        💬 Comment        ↪ Share

 **Tilt Pinball Bar**
August 24, 2019 · ⊙

Who needs the fair when we've got $4 Indeed Brewing Company beers? #gatefair #beerfordays #dontCROWDme



👍❤ 17

## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

 **facebook**

Email or phone · Password · Log In · Forgot Account?

 Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🛈 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

Tilt Pinball Bar
August 23, 2019 · Instagram · 🌐

Anyone see this sweet ride at the #crownrally2019 starting line today? Look for it on the roads this weekend. St. Paul > Milwaukee > Chicago #crownrally #3Mfilms @3mfilms



🔘 22

👍 Like          💬 Comment

Tilt Pinball Bar
August 16, 2019 · 🌐

"T-Rex doesn't want to be fed, he wants to hunt" 🦖
Come out to hunt down the high score on Jurassic Park, on the floor now at TILT! 🦕
#tgif #mplspinball #playlocal #jurassicpark



## Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook



Email or phone          Password          Log In    Forgot Account?

 Tilt Pinball Bar                                                    ...

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🛈 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup  ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) 🛈

## Photos                        See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

◐◑ 100                          9 💬 9 ↪

👍 Like                          💬 Comment

View 6 previous comments                     Oldest ⌄

**Bobby Stillz**
it's awesome!



By

 Tilt Pinball Bar
August 9, 2019 · Instagram · 🌐

Space Junk is greatness on Earth. Come get it while supplies last. 🍺 #galaxy #mosaic #creamipa #mnbeerpeople #drinklocal #tgif



◐ 19                          1 💬

## Connect with Tilt Pinball Bar on Facebook

| Log In | or | Create new account |

facebook

Email or phone     Password     Log In     Forgot Account?

**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏳 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽 Dine-in · In-store pickup ⌄

⑤ Price Range · $

★ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos                    See all photos



**Tim Cichon**
Cool pic. Interested enough to try it.
3y

**Tilt Pinball Bar**
August 3, 2019 · Instagram · ◍
◈ ⚡ Try out the "WONKAVATOR" on Willy LE and start your weekend off right! ◈ ⚡ #mplspinball #playlocal #willywonka

○ 33                    2 ○   1 ⤶

👍 Like              💬 Comment

                                    Oldest ⌄

⚡ Top fan
Kevin Peterson



media1.tenor.co

3y

**Tilt Pinball Bar**
August 1, 2019 · Instagram · ◍
⚡ Happy National Pinball Day!
Games on FREE PLAY from 6pm · Close ◍ ⚡ ⚡ ⚡ ⚡

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

## Connect with Tilt Pinball Bar on Facebook

Log In   or   Create new account

 facebook

Email or phone    Password    Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ



👍❤️😮 76                                     9 💬    14 ↗

👍 Like                    💬 Comment

View 5 previous comments                    Oldest ⌄

**Christopher White**
What, everyone gets a free pinball machine?????? 😳
3y

### Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023

**Tilt Pinball Bar**
July 31, 2019 · instagram · 🌐

Come get your lunch on! Lunch special Monday - Friday, 11am-4pm.
🌭🍹✏️ #lunch #worklunch #hotdog #sandwich #pretzel #yum



### Connect with Tilt Pinball Bar on Facebook

Log In    or    Create new account

facebook

Email or phone     Password    **Log In**    Forgot Account?



**Tilt Pinball Bar**

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in,

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ∨

🍽 Dine-in · In-store pickup ∨

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos
See all photos

**Tilt Pinball Bar**
July 29, 2019 · 🌐

Missed us this morning on Fox 9 ? Check out the clip below! #playlocal #drinklocal

http://www.fox9.com/.../becoming-the-next-pinball-wizard...

FOX9.COM
**Becoming the next pinball wizard at Tilt Pinball Bar**
Arcade bars are back and bigger than ever.

😊😊 70      7 💬   6 ↗

👍 Like    💬 Comment    ↗ Share

View 4 previous comments    Oldest ∨

**Jay Saari**
Derr. Her thing is fasion and foodie and fluff pieces.
3y

**Tilt Pinball Bar**
July 29, 2019 · 🌐

**Check us out on Fox 9 this morning!**

❤ 73      3 💬   1 ↗

👍 Like    💬 Comment

View 2 previous comments    Oldest ∨

## Connect with Tilt Pinball Bar on Facebook

**Log In**   or   **Create new account**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

facebook

Email or phone     Password     Log In    Forgot Account?

## Tilt Pinball Bar

...

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Meta © 2023



wizard...

FOX9.COM
Becoming the next pinball wizard at Tilt Pinball Bar

3y

**Tilt Pinball Bar**
July 26, 2019 · 🌐

Lookin' good!

+37

**Stern Pinball**
July 26, 2019 · 🌐

Stern Pinball Announces New Jurassic Park Pinball Machines!

CHICAGO, IL – July 26, 2019 – Stern Pinball, Inc., a global lifestyle brand based on the iconic an... See more

👍❤️ 68                    6💬 3↗

👍 Like          💬 Comment

View 2 previous comments               Oldest ⌄

👑 Top fan
**Brooke Giraffe**
When will you guys have one to play?!
3y

**Tilt Pinball Bar**
July 18, 2019 · 🌐

Still celebrating that Women's World Cup Soccer win? Us too. Stop by and play World Cup Soccer to keep the party going!  🎉🏆⚽
#wcs #wwc #mplspinball #soccercup #bearcup #bothfull



## Connect with Tilt Pinball Bar on Facebook

Log In     or     Create new account



**facebook**

Email or phone · Password · Log In · Forgot Account?



Tilt Pinball Bar

## Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏛 Page · Bar

◈ 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

## Photos

See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



👍❤️😮 59                    7 💬  2 ↗

👍 Like            💬 Comment

View 5 previous comments                    Oldest ⌄



Krissa Valentine-Harnish
Killian Harnish
3y



Tilt Pinball Bar
July 16, 2019 · 🌐

Clear your Tuesday nights! League starts again next week! 🎯

#league #pinballleague #mplspinball



## Connect with Tilt Pinball Bar on Facebook

Log In            or            Create new account

facebook

Email or phone    Password    **Log in**    Forgot Account?

Tilt Pinball Bar

### Intro

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏷 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍴 Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Photos

See all photos




Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



FREE RECREATIONAL LEAGUE
$20 COMPETITIVE LEAGUE
QUESTIONS: INFO@TILTPINBALLBAR.COM

ALL SKILL LEVELS WELCOME!

👍❤ 16                    2 💬 3 ↗

👍 Like              💬 Comment

View 1 more comment                    Oldest ⌄

Charles Francis
Great poster work.
3y

Tilt Pinball Bar
July 12, 2019 · 🌐

The Martians have invaded and brought beer with them... Modist Brewing Company Double Dreamyard no less. Let's do this. 🍺 🍺

#drinklocal #playlocal #tgif #mpls #drinkmn #instabeer



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**



Email or phone    Password    **Log In**   Forgot Account?

### Tilt Pinball Bar

··· 

👍 Like        💬 Comment

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

🏴 Page · Bar

📍 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota

📞 (612) 236-4089

✉️ info@tiltpinballbar.com

🌐 tiltpinballbar.com

🕐 Open now ⌄

🍽️ Dine-in · In-store pickup ⌄

💲 Price Range · $

⭐ Rating · 5.0 (1,176 Reviews) ⓘ

### Tilt Pinball Bar
July 5, 2019 · 🌐

Stop by to take advantage of the lunch special today on your extended holiday! 🌭🍟🥤

#4thofjulyweekend #tgif #lunchspecial #eatlocal



**Photos**                    See all photos



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023

👍 12                              1 💬

👍 Like        💬 Comment

Oldest ⌄

### Tilt Pinball Bar
July 2, 2019 · 🌐

HEADS UP! We will be closed Thursday, July 4th in observance of Independence Day. Have a safe and fun holiday! 



## Connect with Tilt Pinball Bar on Facebook

**Log In**    or    **Create new account**

Document title: Tilt Pinball Bar | Minneapolis MN | Facebook
Capture URL: https://www.facebook.com/tiltpinballbar
Capture timestamp (UTC): Wed, 01 Mar 2023 21:09:30 GMT



Email or phone     Password     Log In     Forgot Account?



### Tilt Pinball Bar

**Intro**

The best place for pinball in the Twin Cities. Specialty hot dogs, sandwiches and tacos for dine-in.

- Page · Bar
- 113 East 26th Street, Suite 110, Minneapolis, MN, United States, Minnesota
- (612) 236-4089
- info@tiltpinballbar.com
- tiltpinballbar.com
- Open now ⌄
- Dine-in · In-store pickup ⌄
- Price Range · $
- ★ Rating · 5.0 (1,176 Reviews) ⓘ

**Photos**     See all photos

**Connect with Tilt Pinball Bar on Facebook**

Log In     or     Create new account



## Instagram





**tiltpinballbar**   Follow   Message   •••

971 posts    3,467 followers    255 following

**TILT Pinball Bar**
Minneapolis pinball bar with 20+ well-maintained machines, craft beer, and cocktails.
www.tiltpinballbar.com

⊞ POSTS      ⚲ REELS      ⊙ TAGGED

  

  

  




**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

Document title: TILT Pinball Bar (@tiltpinballbar) • Instagram photos and videos
Capture URL: https://www.instagram.com/tiltpinballbar/?hl=en
Capture timestamp (UTC): Wed, 01 Mar 2023 21:11:40 GMT

  

Log In    Sign Up

  

  

  

  

Related accounts    See all



elevatedbws
ELEVATED  (Minnea...

Follow

chicagolandpinball
Chicagoland Pinball

Follow

wickedwortbrewin...
Wicked Wort Brewing

Follow

chuck_art
Chuck It Art

Follow

steeltangle
Steel Tangle

Follow



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In

Sign Up