# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nickels and Dimes Incorporated, | Case No. 23-cv-837 (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Double Danger LLC, et al., | |
| Defendants. | |

The parties filed a stipulation (Dkt. No. 10) stating they have reached settlement in this matter.

**IT IS HEREBY ORDERED:** the parties shall file a stipulation of dismissal on or before June 9, 2023.

Dated: May 15, 2023                     ___s/David T. Schultz_____
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge